IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** 1:22-cv-1070-PAB

STANTON MEATS, JASON CARILLO, KRESTINA COOMBS, DAVID DAVIS, BRIAN DONOVAN, CHRIS GALLEGOS, DESTINY GLANTZ, CAMERON HARRIS, JULIE ANNE NEIL, ANDREZ RIOS, JARED WHITAKER, AND WILLIAM WULF,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendants.

---

### DEFENDANT RIDLEY'S FAMILY MARKETS, INC.'S MOTION TO EXCEED PAGE LIMITATIONS

---

**CONFERRAL CERTIFICATION**: Pursuant to D.C.Colo.L.Civ.R. 7.1(a), undersigned counsel certifies that he conferred with Plaintiffs' Counsel via telephone on April 13, 2023, regarding this Motion. Plaintiffs do not oppose the relief requested herein.

Pursuant to the Court's Civil Practice Standards III.A. and III.F.3., Defendant, Ridley's Family Markets, Inc. ("Ridley's"), by and through undersigned counsel, hereby moves the Court for leave to exceed the 20-page limit for Motions for Summary Judgment set forth in the Court's Civil Practice Standards, and respectfully states as follows:

The 12 Plaintiffs are former assistant managers of Ridley's who claim they were misclassified by Ridley's as exempt under the federal Fair Labor Standards Act ("FLSA"). They originally attempted to join as an FLSA collective action under a related case, *Esparsen v.*

4876-8124-8093

*Ridley's Family Markets, Inc.,* Case No. 1:18-cv-01556-RM, currently pending before Judge Moore of this court. The collective was dismissed in part based upon the need for individualized evidence as to each collective member. *See, Order,* April 12, 2022, *Esparsen v. Ridley's Family Markets, Inc.*, Case No. 1:18-cv-01556-RM, Docket #81 ("Whether these assistant managers meet the requirements for an exemption will require presenting evidence of their unique circumstances.") As a result, the 12 Plaintiffs herein have filed the instant case on an individual basis.

Discovery is now complete in this case with Ridley's having deposed all remaining plaintiffs,[1] and dispositive motions are due April 21, 2023. Ridley's intends to move for summary judgment on the claims of all remaining plaintiffs under, among other things, the application of the FLSA exemptions to their individual employment situations. To do so, Ridley's must necessarily present and argue individualized, but nevertheless undisputed factual statements regarding each separate plaintiff. As currently drafted, the factual statements alone, without any argument, exceed the Court's 20-page limit set forth in the Court's Civil Practice Standards. This is simply because there are 11 remaining plaintiffs.

While drafting of its motion for summary judgment is currently in progress, Ridley's believes that its opening brief in total will not exceed 45 pages, not including the certificate of service.

Therefore, and based upon the foregoing, Ridley's respectfully moves the Court for leave to vary from the Court's Civil Practice Standards, and to file a Rule 56 motion not to exceed 45 pages, exclusive of the certificate of service.

---

[1] Plaintiff Jason Carillo is pending dismissal per agreement with counsel.

DATED this 13th day of April, 2023

                SNELL & WILMER L.L.P.

                */s/ David P. Williams*
                David P. Williams (UT#07346)
                SNELL & WILMER L.L.P.
                15 W. South Temple, Suite 1200
                Salt Lake City, Utah 84101
                Telephone:  801.257.1900
                Facsimile:  801.257.1800
                Email: dawilliams@swlaw.com

                ***Attorneys for Defendant***
                ***Ridley's Family Markets, Inc.***

## CERTIFICATE OF SERVICE

This is to certify that on April 13, 2023, a true and correct copy of the above was filed with the Court's electronic filing system, which effectuated service upon all counsel of record.

/s/ David P. Williams