### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1070-PAB-KLM

**Stanton Meats, Jason Carillo,**
**Krestina Coombs, David Davis,**
**Brian Donovan, Chris Gallegos,**
**Destiny Glantz, Cameron Harris,**
**Julie Anne Neil, Andrez Rios,**
**Jared Whitaker and William Wulf,**
        Plaintiffs,

v.

**Ridley's Family Markets, Inc.,**
        Defendant.

### JOINT STIPULATION OF DISMISSAL
### WITHOUT PREJUDICE OF PLAINTIFF JASON CARILLO

The Parties, through their counsel of record, for their Joint Stipulation of Dismissal Without Prejudice of Plaintiff Jason Carillo, do hereby state as follows:

1. Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of Jason Carillo without prejudice.

2. The dismissal of Plaintiff Jason Carillo will not affect the claims of the other Plaintiffs.

3. The Parties therefore ask the Court to dismiss Plaintiff Jason Carillo from this case without prejudice pursuant to this stipulation.

Page 1 of 3
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (Col.) No. 1:22-cv-1070-PAB-KLM
Joint Stipulation of Dismissal Without Prejudice of Plaintiff Jason Carillo

Respectfully submitted,

**STANTON MEATS, JASON CARILLO, KRESTINA COOMBS, DAVID DAVIS, BRIAN DONOVAN, CHRIS GALLEGOS, DESTINY GLANTZ, CAMERON HARRIS, JULIE ANNE NEIL, ANDREZ RIOS, JARED WHITAKER AND WILLIAM WULF, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

and   **RIDLEY'S FAMILY MARKETS, INC.**

Snell & Wilmer L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

*/s/ David P. Williams*
David P. Williams
Utah Bar No. 7346
dawilliams@swlaw.com

Page 2 of 3
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (Col.) No. 1:22-cv-1070-PAB-KLM
Joint Stipulation of Dismissal Without Prejudice of Plaintiff Jason Carillo

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that, on the date imprinted by the Court's electronic filing system, a true and correct copy of the foregoing MOTION was electronically filed, which will provide notice to all interested parties of record.

*/s/ Josh Sanford*
**Josh Sanford**

**Page 3 of 3**
**Stanton Meats, et al. v. Ridley's Family Markets, Inc.**
**U.S.D.C. (Col.) No. 1:22-cv-1070-PAB-KLM**
**Joint Stipulation of Dismissal Without Prejudice of Plaintiff Jason Carillo**