# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.** . 1:22-cv-1070-PAB

STANTON MEATS, JASON CARILLO,
KRESTINA COOMBS, DAVID DAVIS, BRIAN
DONOVAN, CHRIS GALLEGOS, DESTINY
GLANTZ, CAMERON HARRIS, JULIE ANNE
NEIL, ANDREZ RIOS, JARED WHITAKER, AND
WILLIAM WULF,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendants.

## DECLARATION OF DONALD MARK RIDLEY

I, Donald Mark Ridley, hereby declare under penalty of perjury as follows:

    1.    I am over the age of 18.  The matters stated in this declaration are true and accurate to the best of my personal knowledge. All statements made in this declaration are made under penalties of perjury.

    2.    I am currently the President and Director of Operations for Ridley's Family Markets, Inc. ("Ridley's").  Ridley's is a family-owned chain of supermarkets and other retail stores headquartered in Twin Falls, Idaho, and operating in Idaho, Wyoming, Utah, Nevada, and Colorado.

4883-9744-6493

3. Each Ridley's store is managed by a Store Director and an Assistant Store Manager ("ASM") (ASMs are sometimes referred to as Assistant Store Directors or "ASDs" and those terms are used interchangeably). Along with the Store Director, the ASM is responsible for running the supermarket to which they are assigned. Together they manage all aspects of the store including without limitation managing the store's employees and overseeing all aspects of the efficient operation of their supermarket. This is the ASM's primary duty and responsibility, and the reason they were hired. This includes being aware of and observing what tasks need to be done, directing employees in completing those necessary tasks, stepping in to assist in those tasks as needed, and overseeing all other administrative tasks to ensure a well-managed store and a positive customer experience.

4. Store Directors and ASM's work closely together to manage the store to which they have been assigned. These two positions often work alternating schedules, so there are times that they are at the store together, as well as times when either employee is the senior manager on site, with oversight and supervision over the entire store. For the ASM this usually constitutes approximately 30% of their time. Regardless, even when both the Store Director and the ASM are at the store, both are nevertheless involved in the management of all aspects of the store to which they are assigned, and ASM's typically manage the center store operations and employees (typically consisting of grocery, dairy, general merchandise and frozen foods).

5. For ASMs specifically, this includes without limitation being substantively involved in the hiring and firing process by making suggestions and recommendations, being involved in the employee disciplinary process by providing day-to-day coaching and guidance and giving advice and suggestions for formal discipline, being involved in the employee evaluation process by either directly evaluating employees under their supervision or with whom they regularly interact, or by providing input to the Store

Director for such employees, and being involved in the pay and promotion process by providing suggestions and advice regarding employees under their supervision or with whom they regularly interact.

6. This also involves various administrative tasks including without limitation, ordering store inventory, opening and/or closing and securing the store, making various financial reports, responsibility for merchandising and displays, responsibility for the physical facility, counting and securing the tills, making bank deposits, and ensuring an efficient store operation and positive customer experience, all of which require the ASM to exercise independent judgment and thought.

7. While ASMs are expected to pitch in whenever needed to keep the store running efficiently, and will frequently perform the same tasks as other hourly employees, such as stocking shelves, running the cash registers, unloading freight, and other such tasks, they never lose their primary responsibility of managing and ensuring an efficient operation of the store.

8. ASM's are paid on a salary basis in an amount substantially more than the hourly employees that they supervise. For example, Plaintiff Stanton Meats, who held various hourly positions with Ridley's, earned between $5.15 and $9.60 per hour as an hourly employee ($206-$384 per full-time week), but as an ASM was started at $900 per week and was paid $1,087.50 per week at the time of his resignation. This was typical of all ASMs at the time. ASM's are also eligible for a bonus largely based on the financial results of the store they are responsible for, which the hourly employees they supervise are not. During all times relevant to this case, all of the Plaintiffs in this case were paid more than $684 per week.

9. The decision to pay ASMs on a salary basis was made many years ago based upon these employees' duties, and following industry standards. Other than the instant lawsuit, and the related *Esparsen* case which started out as a collective action, Ridley's

decision to pay ASMs on a salary basis has never been challenged, questioned, or found to be inappropriate or illegal.

10. Attached hereto as Exhibit A is a true and correct copy of the time and attendance records for Plaintiff Brian Donovan that Ridley's kept in the ordinary course of business and which was produced in this case. Mr. Donovan's last day with Ridley's was April 26, 2018. The time and attendance records show that Mr. Donovan did not work at all on April 24 or April 25, 2018, only worked 5 hours and 20 minutes on April 26, 2018, and only worked 26 total hours for that entire week.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of April, 2023.

_____
Donald Mark Ridley

# Exhibit A

**DONOVAN, BRIAN**  61-3111648  **3/08/2018 - 4/30/2018, Selected Range of Dates**

## 1 Employee(s) Selected

| Date | Pay Code | Amount | In | Out | Transfer | In | Out | Transfer | Schedule | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wed 3/07 | | | | | | | | | | | | |
| Thu 3/08 | | | | | | | | | | | | |
| Fri 3/09 | | | | | | | | | | | | |
| Sat 3/10 | | | | | | | | | | | | |
| Sun 3/11 | | | | | | | | | | | | |
| Mon 3/12 | | | | | | | | | | | | |
| Tue 3/13 | | | 6:30AM | 1:15PM | | | | | 6:30AM-6:30PM | 6:45 | | |
| | | | 2:15PM | 6:30PM | | | | | | 4:15 | 11:00 | 11:00 |
| Wed 3/14 | | | 6:35AM | 6:00PM | | | | | 6:35AM-6:00PM | 11:25 | 11:25 | 22:25 |
| Thu 3/15 | | | 12:00PM | 4:30PM | | | | | 12:00PM-11:15PM | 4:30 | | |
| | | | 5:30PM | 11:15PM | | | | | | 5:45 | 10:15 | 32:40 |
| Fri 3/16 | | | 10:00AM | 4:30PM | | | | | | 6:30 | | |
| | | | 5:30PM | 9:05PM | | | | | 10:00AM-9:05PM | 3:35 | 10:05 | 42:45 |
| Sat 3/17 | Regular | 0:30 ▾ | | | | | | | | | | |
| | | | 7:00AM ▾ | 6:45PM ▾ | | | | | 7:00AM-6:45PM | 11:45 | 12:15 | 55:00 |
| Sun 3/18 | | | 7:00AM | 6:00PM | | | | | 7:00AM-6:00PM | 11:00 | 11:00 | 66:00 |
| Mon 3/19 | | | 9:00AM | 3:00PM | | | | | | 6:00 | | |
| | | | 4:00PM | 8:00PM | | | | | 9:00AM-8:00PM | 4:00 | 10:00 | 76:00 |

| Date | Pay Code | Amount | In | Out | Transfer | In | Out | Transfer | Schedule | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tue 3/20 | | | 9:00AM | 3:30PM | | | | | | 6:30 | | |
| | | | 4:15PM | 8:10PM | | | | | 9:00AM-8:10PM | 3:55 | 10:25 | 86:25 |
| Wed 3/21 | | | 6:30AM | 2:15PM | | | | | | 7:45 | | |
| | | | 3:00PM | 6:10PM | | | | | 6:30AM-6:10PM | 3:10 | 10:55 | 97:20 |
| Thu 3/22 | | | | | | | | | | | | 97:20 |
| Fri 3/23 | | | 9:00AM | 3:15PM | | | | | 9:00AM-8:00PM | 6:15 | | |
| | | | 4:15PM | 8:00PM | | | | | | 3:45 | 10:00 | 107:20 |
| Sat 3/24 | | | 9:00AM | 2:35PM | | | | | | 5:35 | | |
| | | | 3:35PM | 8:00PM | | | | | 9:00AM-8:00PM | 4:25 | 10:00 | 117:20 |
| Sun 3/25 | | | | | | | | | | | | 117:20 |
| Mon 3/26 | | | 9:00AM | 2:45PM | | | | | | 5:45 | | |
| | | | 3:45PM | 8:00PM | | | | | 9:00AM-8:00PM | 4:15 | 10:00 | 127:20 |
| Tue 3/27 | | | | | | | | | | | | 127:20 |
| Wed 3/28 | | | 6:30AM ▼ | 6:00PM ▼ | | | | | 6:30AM-6:00PM | 11:30 | 11:30 | 138:50 |
| Thu 3/29 | | | 12:00PM | 3:45PM | | | | | 12:00PM-12:30AM | 3:45 | | |
| | | | 4:45PM | 12:00AM | | | | | | | 11:00 | 149:50 |
| Fri 3/30 | | | 12:00AM | 12:30AM | | | | | | 7:45 | | |
| | | | 10:00AM | 2:30PM | | | | | | 4:30 | | |
| | | | 3:30PM | 8:20PM | | | | | 10:00AM-8:20PM | 4:50 | 9:50 | 159:40 |
| Sat 3/31 | Regular | -5:40 ▼ | | | | | | | | | | |

| Date | Pay Code | Amount | In | Out | Transfer | In | Out | Transfer | Schedule | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 9:00AM | 8:00PM | | | | | 9:00AM-8:00PM | 11:00 | 5:20 | 165:00 |
| Sun 4/01 | | | 6:35AM | 2:30PM | | | | | 6:35AM-6:00PM | 7:55 | | |
| | | | 3:30PM | 6:00PM | | | | | | 2:30 | 10:25 | 175:25 |
| Mon 4/02 | | | 9:00AM | 1:45PM | | | | | | 4:45 | | |
| | | | 5:15PM | 11:00PM | | | | | 9:00AM-11:00PM | 5:45 | 10:30 | 185:55 |
| Tue 4/03 | | | 9:00AM | 3:15PM | | | | | | 6:15 | | |
| | | | 4:15PM | 9:00PM | | | | | 9:00AM-9:00PM | 4:45 | 11:00 | 196:55 |
| Wed 4/04 | | | 6:15AM | 2:00PM | | | | | 6:15AM-6:45PM | 7:45 | | |
| | | | 3:00PM | 6:45PM | | | | | | 3:45 | 11:30 | 208:25 |
| Thu 4/05 | | | 9:00AM | 3:00PM | | | | | | 6:00 | | |
| | | | 4:00PM | 8:00PM | | | | | 9:00AM-8:00PM | 4:00 | 10:00 | 218:25 |
| Fri 4/06 | | | | | | | | | | | | 218:25 |
| Sat 4/07 | | | 9:00AM | 3:00PM | | | | | | 6:00 | | |
| | | | 4:00PM | 8:00PM | | | | | 9:00AM-8:00PM | 4:00 | 10:00 | 228:25 |
| Sun 4/08 | | | 9:00AM | 2:45PM | | | | | | 5:45 | | |
| | | | 3:45PM | 8:05PM | | | | | 9:00AM-8:05PM | 4:20 | 10:05 | 238:30 |
| Mon 4/09 | | | 10:00AM | 4:30PM | | | | | 10:00AM-9:20PM | 6:30 | | |
| | | | 5:30PM | 9:20PM | | | | | | 3:50 | 10:20 | 248:50 |
| Tue 4/10 | | | 9:00AM | 4:15PM | | | | | | 7:15 | | |
| | | | 5:15PM | 8:00PM | | | | | 9:00AM-8:00PM | 2:45 | 10:00 | 258:50 |

| Date | Pay Code | Amount | In | Out | Transfer | In | Out | Transfer | Schedule | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wed 4/11 | | | 7:00AM | 6:00PM | | | | | 7:00AM-6:00PM | 11:00 | 11:00 | 269:50 |
| Thu 4/12 | | | 12:00PM | 4:45PM | | | | | | 4:45 | | |
| | | | 5:45PM | 11:00PM | | | | | 12:00PM-11:00PM | 5:15 | 10:00 | 279:50 |
| Fri 4/13 | Regular | -4:50 | | | | | | | | | -4:50 | 275:00 |
| Sat 4/14 | | | | | | | | | | | | 275:00 |
| Sun 4/15 | | | | | | | | | | | | 275:00 |
| Mon 4/16 | | | 12:00PM | 4:15PM | | | | | 12:00PM-11:10PM | 4:15 | | |
| | | | 5:15PM | 11:10PM | | | | | | 5:55 | 10:10 | 285:10 |
| Tue 4/17 | | | 10:00AM | 4:00PM | | | | | | 6:00 | | |
| | | | 5:00PM | 9:00PM | | | | | 10:00AM-9:00PM | 4:00 | 10:00 | 295:10 |
| Wed 4/18 | | | 7:00AM | 2:00PM | | | | | | 7:00 | | |
| | | | 3:00PM | 6:00PM | | | | | 7:00AM-6:00PM | 3:00 | 10:00 | 305:10 |
| Thu 4/19 | | | 12:00PM | 4:00PM | | | | | | 4:00 | | |
| | | | 5:00PM | 11:00PM | | | | | 12:00PM-11:00PM | 6:00 | 10:00 | 315:10 |
| Fri 4/20 | | | 10:00AM | 3:00PM | | | | | | 5:00 | | |
| | | | 4:00PM | 9:00PM | | | | | 10:00AM-9:00PM | 5:00 | 10:00 | 325:10 |
| Sat 4/21 | | | 10:00AM | 1:30PM | | | | | 10:00AM-1:30PM | 3:30 | 3:30 | 328:40 |
| Sun 4/22 | | | 10:00AM | 9:00PM | | | | | 10:00AM-9:00PM | 11:00 | 11:00 | 339:40 |
| Mon 4/23 | | | 10:00AM | 3:30PM | | | | | | 5:30 | | |

| Date | Pay Code | Amount | In | Out | Transfer | In | Out | Transfer | Schedule | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 4:30PM | 9:00PM |  |  |  |  | 10:00AM-9:00PM | 4:30 | 10:00 | 349:40 |
| Tue 4/24 |  |  |  |  |  |  |  |  |  |  |  | 349:40 |
| Wed 4/25 |  |  |  |  |  |  |  |  |  |  |  | 349:40 |
| Thu 4/26 | Regular | 0:20 ▾ |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 10:00AM ▾ | 3:00PM ▾ |  |  |  |  | 10:00AM-3:00PM | 5:00 | 5:20 | 355:00 |
| Fri 4/27 |  |  |  |  |  |  |  |  | 7:00AM-6:00PM |  |  | 355:00 |
| Sat 4/28 |  |  |  |  |  |  |  |  | 7:00AM-6:00PM |  |  | 355:00 |
| Sun 4/29 |  |  |  |  |  |  |  |  |  |  |  | 355:00 |
| Mon 4/30 |  |  |  |  |  |  |  |  |  |  |  | 355:00 |
| Tue 5/01 |  |  |  |  |  |  |  |  |  |  |  |  |

## Totals

All                                                                All

| Location | Job | Account | Pay Code | Amount | Wages |
|---|---|---|---|---|---|
|  |  | -/-/6/1/-/ASST MGR/- | Regular | 355:00 | $8,260.85 |