# Exhibit 2

```
 1

 2

 3              IN THE UNITED STATES DISTRICT COURT

 4                 FOR THE DISTRICT OF COLORADO

 5                            * * *

 6   STANTON MEATS, JASON        )
     CARILLO, KRESTINA           )
 7   COOMBS, DAVID DAVIS,        )   Remote Videoconference
     BRIAN DONOVAN, CHRIS        )   Deposition of:
 8   GALLEGOS, DESTINY           )   WILLIAM MAXWELL WULF
     GLANTZ, CAMERON HARRIS,     )
 9   JULIE ANNE NEIL, ANDREZ     )   Case No.
     RIOS, JARED WHITAKER,       )   1:22-cv-1070-PAB
10   and WILLIAM WULF,           )
                                 )
11        Plaintiffs,            )
                                 )
12   v.                          )
                                 )
13   RIDLEY'S FAMILY MARKETS,    )
     INC.,                       )
14                               )
          Defendant.             )
15
                              * * *
16

17          February 21, 2023 * 1:04 p.m. MST

18

19
                     Witness located in:
20
                       Ketchum, Idaho
21

22
                              * * *
23

24        Reporter:  Lindsay Payeur, RPR, CSR

25
```

**CERTIFIED COPY**

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFFS:

 3              Sean Short
                SANFORD LAW FIRM, PLLC
 4              Attorney at Law
                10800 Financial Centre Parkway
 5              Suite 510
                Little Rock, Arkansas 72211
 6              Tel:   866-795-1973
                Email: sean@sanfordlawfirm.com
 7
      FOR THE DEFENDANT:
 8
                David P. Williams
 9              SNELL & WILMER, L.L.P.
                Attorney at Law
10              15 West South Temple
                Suite 1200
11              Salt Lake City, Utah 84101
                Tel:   801-257-1900
12              Fax:   801-257-1800
                Email: dawilliams@swlaw.com
13
      ALSO PRESENT:
14
      Lance Harrison - legal videographer
15

16

17

18

19

20

21

22

23

24

25
```

```
 1    University for one semester.
 2        Q.    When did you do that?
 3        A.    2021.
 4        Q.    Okay.  Did you receive a degree from
 5    Southern New Hampshire University?
 6        A.    No, I did not.
 7        Q.    Okay.  Any other post-high school
 8    education?
 9        A.    No, sir.
10        Q.    Okay.  Do you have any professional
11    degrees or certifications?
12        A.    Just the associate's of business
13    management.
14        Q.    Okay.  Let me show you a document that's
15    been marked as Exhibit 2 to your deposition.
16              (Exhibit 2 marked for identification.)
17        Q.    (By Mr. Williams)  For the record, this is
18    a document entitled "Ridley's Family Markets
19    Employee Information."  It shows a date of hire of
20    9-18-2016.
21              Do you see that?
22        A.    Yes, sir.
23        Q.    Is that accurate?
24        A.    To my -- the best of my knowledge, yes.
25        Q.    Okay.  It shows that you were hired to
```

```
 1    store 1165, Eagle Mountain.
 2        A.    Okay.
 3        Q.    Title, ASM, assistant store manager; is
 4    that correct?
 5        A.    Yes, sir.
 6        Q.    Okay.  That's the correct date of hire?
 7        A.    I believe so, yes.
 8        Q.    Okay.  Let me show you a document that
 9    we're going to mark as Exhibit 3 to your deposition.
10              (Exhibit 3 marked for identification.)
11        Q.    (By Mr. Williams)  "Employee Termination
12    Report."  It shows a last day worked of 9-24-16.
13    Discharged for making comments of a sexual nature.
14              Does this document accurately reflect the
15    termination of your employment from Ridley's?
16        A.    That's what they terminated me for, yes,
17    but it doesn't reflect.
18        Q.    Doesn't reflect what?
19        A.    What really happened that day.
20        Q.    Okay.  You don't believe that you made
21    inappropriate comments?
22        A.    Nope.  And I've told them that the day
23    that they did that to me, on that date.
24        Q.    Okay.  And you told them that on 9-24
25    of '16?
```

```
 1      A.     I guess so.
 2      Q.     Okay.  So you would agree with me that you
 3   worked one week at Ridley's?
 4      A.     That appears to be -- that's what it looks
 5   like.  I thought I worked there longer because I
 6   know I drove out there several times.  It was a long
 7   drive from where I lived.
 8      Q.     Let me show you a document that we're
 9   going to mark as Exhibit 4 to your deposition.
10             (Exhibit 4 marked for identification.)
11      Q.     (By Mr. Williams)  Do you see that?
12      A.     I do.
13      Q.     This shows that you were paid a total
14   amount of $950.  Do you see that?
15      A.     Correct.
16      Q.     Any reason to believe that wasn't paid to
17   you?
18      A.     No, sir.
19      Q.     Okay.  Paid for a total of 55 hours at a
20   rate of 17.27 per hour.  Is that -- any reason to
21   dispute those numbers?
22      A.     No, sir.
23      Q.     So once again I'll ask you, your damages
24   are not being paid for 15 hours of overtime; is that
25   correct?
```

```
 1                  C E R T I F I C A T E
 2    STATE OF UTAH          )
 3    COUNTY OF SALT LAKE    )
 4         THIS IS TO CERTIFY that the deposition of
 5    William Maxwell Wulf was taken before me, Lindsay
 6    Payeur, a Registered Professional Reporter in and
 7    for the State of Utah.
 8         That the said witness was by me, before
 9    examination, duly sworn to testify the truth, the
10    whole truth, and nothing but the truth in said
11    cause.
12         That the testimony was reported by me in
13    Stenotype, and thereafter transcribed by computer
14    under my supervision, and that a full, true, and
15    correct transcription is set forth in the foregoing
16    pages.
17         I further certify that I am not of kin or
18    otherwise associated with any of the parties to said
19    cause of action and that I am not interested in the
20    event thereof.
21         WITNESS MY HAND this 21st day of
22    February 2023.
23
24                                    *Lindsay Payeur* (signature)
25
                                      Lindsay Payeur, RPR
```