# Exhibit 3

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3

 4   STANTON MEATS, JASON CARILLO, ET      )
     AL.,                                  )
 5                                         )
                  Plaintiffs,              )
 6                                         )
              v.                           )  Civil No.
 7                                         )  1:22-CV-1070-PAB
                                           )
 8                                         )
     RIDLEY'S FAMILY MARKETS, INC.,        )
 9                                         )
                  Defendants.              )
10   _____)

11

12

13               DEPOSITION OF STANTON MEATS

14                    Salt Lake City, Utah

15              February 28, 2023, at 8:30 a.m.

16

17

18

19

20

21

22

23     Reported by:   Mary R. Honigman, RPR No. 972887

24                        Job#8438

25
```

1          Zoom deposition of STANTON MEATS, taken in

2     Salt Lake City, Utah, on February 28, 2023, at 8:30

3     a.m., before Mary R. Honigman, Certified Court

4     Reporter, in and for the State of Utah.

5

6               A P P E A R A N C E S

7         FOR THE PLAINTIFF:

8               Sean Short, ESQ.
                SANFORD LAW FIRM, PLLC
9               10800 Financial Centre Parkway, Suite 510
                Little Rock, AR 72211
10              (866) 926-4434
                sean@sanfordlawfirm.com
11

12        FOR THE DEFENDANTS:

13              David P. Williams, ESQ.
                SNELL & WILMER
14              15 W. South Temple, Suite 1200
                Salt Lake City, Utah 84101
15              (801) 257-1914
                dawilliams@swlaw.com
16

17        Videographer: Tyler Larsen

18

19

20

21

22

23

24

25

1    Q    How often would you have to do closing?

2    A    Maybe once or twice a month, if I recall.

3    Q    Okay.  And what would you do to close the

4  store down?  I assume there's some, kind of, procedure

5  that you would follow?

6    A    Yes.  Primarily, it was keeping an eye

7  over the -- the cashier running customer service and

8  then counting tills and preparing a deposit.

9    Q    And you would oversee that entire operation

10  when it was your turn to close?

11    A    Yeah.

12    Q    Any other significant duties and

13  responsibilities that you recall as a grocery manager?

14    A    No.

15    Q    According to my records, you were a grocery

16  manager for approximately a year until you were

17  promoted to assistant manager in April of 2015; do you

18  remember that?

19    A    Yes.

20    Q    And let me show you a document that we'll

21  mark as Exhibit 11 to your deposition.

22              (Exhibit No. 11 marked.)

23    Q    (BY MR. WILLIAMS)  The document is

24  entitled Payroll Status Change, Employee,

25  Stanton Meats April 20, 2015, showing a promotion

```
 1    from grocery manager to assistant manager from the

 2    Hyrum store to store 1171, which I believe is the

 3    Midway store; is that correct?

 4         A    Correct.

 5         Q    And do you remember this promotion?

 6         A    I do.

 7         Q    Okay.  How did you come to be promoted to

 8    assistant manager in Midway?

 9         A    I was seeking a promotion, and then it was

10    offered to -- to go out.

11         Q    Who offered you the position?

12         A    I believe it was Ramiz Ahbed.

13              THE COURT REPORTER:  Can you repeat

14    that?

15              THE WITNESS:  Ramiz.

16              THE COURT REPORTER:  Can you spell

17    that?

18              THE WITNESS:  Yeah.  R-a-m-i-z

19    A-h-b-e-d, Ahbed.

20              THE COURT REPORTER:  Thank you.

21         Q    (BY MR. WILLIAMS)  You say you asked for

22    this promotion.  Who did you -- who did you ask?

23    Who did you talk to?

24         A    Well, I expressed interest to Dan that,

25    you know, I was looking to advance within the
```

1    company.

2        Q    Okay.

3        A    And -- yeah.

4        Q    And you interviewed with Ramiz?

5        A    No.  I did not interview.

6        Q    Okay.  You didn't interview with anyone for

7    the position?

8        A    No.

9        Q    Okay.  You -- you -- I mean, you had been

10   working at Ridley's for quite a while.  You understood

11   what an assistant manager did; is that correct?

12       A    By this point, more or less, yes.

13       Q    Okay.  And you were transferred to the Midway

14   store, correct?

15       A    Correct.

16       Q    Who was your store director at the Midway

17   store?

18       A    Luis, L-u-i-s, Lemus, L-e-m-u-s.

19       Q    Did you train with Luis when you went to

20   Midway to be the assistant manager?

21       A    I did.

22       Q    What did you train on?

23       A    What did I train on?  Things that were

24   store specific.  There was a gas station.  There was

25   a Subway, and we also had a pizzeria and a

 1   short-order deli that I would occasionally have to

 2   help in.

 3       Q    And what did you have to train on with the

 4   gas station?

 5       A    Where -- primarily, it was where to pull

 6   reports from.

 7       Q    What kind of reports?

 8       A    Fuel usage and U-Haul reports.

 9       Q    Did you have a rental center for U-Haul

10   vehicles there as well?

11       A    We did.

12       Q    Okay.  And was that part of your

13   responsibilities to pull those reports for the gas

14   station and the U-Haul?

15       A    If Luis wasn't there.

16       Q    Okay.  And what about Subway?  What did you

17   have to train on there?

18       A    Making sandwiches and pulling reports from

19   there as well.

20       Q    Okay.  And same question:  Pulling reports,

21   that would be part of your responsibilities if Luis

22   wasn't there?

23       A    Correct.

24       Q    Okay.  Is that the same with the pizzeria and

25   the deli?

```
 1        A     No.
 2        Q     Okay.  Tell me about the pizzeria.  What did
 3   you train on there?
 4        A     Making pizzas, serving ice cream.
 5        Q     Okay.  Any reports or anything that you had
 6   to do with the pizzeria?
 7        A     No.
 8        Q     Okay.  What about the deli?
 9        A     Deli, if I helped out there, it was either
10   cutting meats and cheese or running the register.
11        Q     Okay.  Were those four areas of the store
12   considered center store?
13        A     No.
14        Q     Okay.  I assume that as assistant manager,
15   that the center store, kind of, fell under your
16   purview; is that correct?
17        A     Yes.  I wasn't the final say on -- on
18   anything, but, yes.
19        Q     Okay.  How many -- how many employees in the
20   center store on any given day?
21        A     At that particular store?
22        Q     Yes.
23        A     Three.
24        Q     Three?
25        A     Including myself.
```

1        Q    Okay.  What positions would those be?

2        A    Cashiers.

3        Q    Cashiers?  And what would your interactions

4   with the cashiers be as assistant manager in Midway?

5        A    Primarily, it was going up to help them,

6   as we only had single coverage for cashiers at that

7   particular store --

8        Q    Okay.

9        A    -- until about 4:00.

10       Q    What happened at 4:00?

11       A    Our high school workers were available.

12       Q    Okay.  So more people would be available to

13  come in and work?

14       A    Yes.

15       Q    So your stockers and your baggers and what

16  have you?

17       A    No.  Cashiers.

18       Q    More cashiers?  Okay.  With the cashiers, I

19  assume you're watching over them, making sure that they

20  have what they need, answering whatever questions they

21  have; is that fair?

22       A    That's fair.

23       Q    Stepping in to help when needed?

24       A    Correct.

25       Q    Okay.  I assume, as an assistant manager,

1    you're walking around the store looking for problems,

2    solving problems, helping customers, basically doing

3    whatever needs to be done; is that fair?

4         A    That's fair.

5         Q    Looks like you were in Midway for about a

6    year and a half; is that accurate?

7         A    Yes.

8         Q    I'll show a document to you that we'll mark

9    as Exhibit 12 to your deposition, showing the transfer

10   from Midway to store 1167, which, I believe, is the

11   Highland, Utah store; is that correct?

12        A    Correct.

13                   (Exhibit No. 12 marked.)

14        Q    (BY MR. WILLIAMS)   Okay.   And were you

15   transferred to the Highland store in September of

16   2016?

17        A    Yes.

18        Q    Who is your store director in Highland?

19        A    I had two.

20        Q    You had two store directors?

21        A    One at a time, but two over the course

22   that I was there.

23        Q    Okay.   Who was your first store director?

24        A    His first name is Dale.   I don't recall

25   his last name.

```
 1        Q    Can you spell the first name, please?

 2        A    D-a-l-e.

 3        Q    Dale.  Thank you.  And how long was Dale your

 4   assistant manager in Highland?

 5        A    Store director.

 6        Q    Or store director.  I'm sorry.

 7        A    Three months, until December.

 8        Q    Okay.  And then who became your store

 9   director after that?

10        A    Justin White.

11             THE COURT REPORTER:  Did you say

12   "white," like the color white?

13             THE WITNESS:  Yes.

14        Q    (BY MR. WILLIAMS)  And was Justin your

15   store director until you transferred to Pinedale in

16   January of 2017?

17        A    Correct.

18        Q    Okay.  Anything unique about the Highland

19   store?  Was there -- was there a gas station?  Was

20   there a Subway, pizzeria, or deli?

21        A    Post office.  There was a post office.

22        Q    Okay.  So did you have to train on the post

23   office duties and responsibilities when you got there?

24        A    A little bit, yeah.

25        Q    Okay.  What did you have to train on?
```

1        A    I trained on processing packages.

2        Q    **And reports that you had to pull or prepare**

3    **with regard to the post office?**

4        A    There was a report, but I don't recall

5    ever printing it off.

6        Q    **Did you train on how to do that?**

7        A    I don't recall.

8        Q    **Other than a post office, I assume -- I mean,**

9    **you were assistant manager in Midway and you moved to**

10    **be assistant manager in Highland.  I assume your duties**

11    **and responsibilities were largely the same, other than**

12    **the change of the post office?**

13        A    Yes.

14        Q    **How did you come to be transferred to**

15    **Highland?**

16        A    I requested a transfer.  I was commuting

17    from Pleasant Grove to Highland through a canyon,

18    and between long hours and short sleep returns, I

19    was falling asleep in the canyon too frequently

20    while I was driving.

21        Q    **Commuting up Provo Canyon?**

22        A    Correct.

23        Q    **Okay.  And who did you ask -- who did you**

24    **request a transfer from?**

25        A    Mark.

1      Q      Mark Ridley?

2      A      Correct.

3      Q      Let me show you a document that we'll mark as

4    Exhibit 13 to your deposition, a document entitled

5    Payroll Status Change, Stanton Meats, effective date

6    January 22 of 2017, showing a transfer from Highland to

7    store 1153, which I believe is Pinedale, Wyoming; is

8    that correct?

9      A      Yes.

10              (Exhibit No. 13 marked.)

11      Q      (BY MR. WILLIAMS)  And you were

12    transferred to Pinedale in January of 2017 and given

13    a raise; is that correct?

14      A      It wasn't so much a raise as Wyoming

15    doesn't have state taxes pulled out.

16      Q      According to this document, you were making

17    950 -- I assume that's a week -- per week and moved up

18    to 1087.50 per week on a 5/6 schedule; is that correct?

19      A      Yeah.

20      Q      How did you come to be transferred to

21    Pinedale?

22      A      I was asked.

23      Q      Asked by whom?

24      A      David Petersen.

25      Q      And you were willing to move to Pinedale?

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
STANTON MEATS - 02/28/2023                                    Page 34

```
 1      A    Yeah.

 2      Q    Were you excited to go or a little hesitant

 3   to go?

 4      A    Hesitant.

 5      Q    Just because of upending your life and making

 6   a significant change?

 7      A    Yes.

 8      Q    Who was your store director in Pinedale?

 9      A    I had a couple.

10      Q    Okay.  Who were they?

11      A    Cameron Harris.

12      Q    Cameron Harris?

13      A    Able Hernandez, and Marciel (phonetic)-- I

14   forget her last name.

15      Q    Okay.  How long was Cameron Harris your store

16   director?

17      A    Eighteen months, maybe.

18      Q    So the majority of the time that you were in

19   Pinedale?

20      A    Correct.

21      Q    Okay.  And Able Hernandez, how long was

22   Able Hernandez your store director?

23      A    A couple of months.

24      Q    And Marciel, last name unknown, about how

25   long?
```

 1          A     About the same.  A couple of months.

 2          Q     **As assistant manager, did you have a regular**

 3   **work schedule?**

 4          A     Patterns, but --

 5          Q     **Okay.**

 6          A     -- more or less, yeah.

 7          Q     **As best you can, describe the patterns for**

 8   **me.  I know they fluctuated every couple of few weeks,**

 9   **and particularly with the 5/6 schedule.  So describe**

10   **for me, as best you can, your schedule.**

11          A     So the first week, I'd work five days.

12   Second week, I would work six days, and then on the

13   five-day week -- well, no.  If the store director

14   was there, I would typically work either 9:00 to

15   8:00, 11:00 to 10:00, or 1:00 to 11:00.

16          Q     **And you say, "when the store director was**

17   **there."  What about when the store director wasn't**

18   **there?**

19          A     Then I would work 7:00 to 6:00.

20          Q     **Okay.  It's my understanding that you**

21   **didn't -- your schedule with the store director**

22   **overlapped but wasn't identical, so there would be some**

23   **days or hours first thing in the morning or last time**

24   **at night that you would be there without the store**

25   **director; is that correct?**

1      A    Yes.

2      Q    Okay.  So one to two days a week plus, you

3  know, two or three hours a day; is that -- is that

4  fair?

5      A    Yes.

6      Q    Okay.  And during those times, the assistant

7  manager was the senior manager on-site, correct?

8      A    Correct.

9      Q    Okay.  Now, Pinedale, did it have any unique

10 aspects?  Did it have a gas station or Subway or

11 anything like that?

12     A    It had a hardware store and a liquor

13 store.

14     Q    Hardware and liquor.  I understand it also

15 sold firearms?

16     A    Correct.

17     Q    Okay.  Was that part of the hardware

18 department or sporting goods?  I guess it would be

19 sporting goods?

20     A    They were basically the same.

21     Q    So the schedule that you described in the

22 overlapping hours with the store director, did you have

23 any say into scheduling, or was that the times and days

24 just given to you?

25     A    If I needed a particular day off, I could

1    request that day.

2         Q    **Okay.  You just request that to your store**

3    **director?**

4         A    Yeah.

5         Q    **And you were able to take time off**

6    **occasionally, PTO?**

7         A    Occasionally, I used PTO, but it was more

8    often than not to save hours on our

9    sales-per-manhour metric.

10        Q    **At the store in Pinedale, did you have a**

11   **personal workspace, office, anything like that for**

12   **managers?**

13        A    For the -- every store had an office for

14   the store director.

15        Q    **Okay.**

16        A    Every store had an office for the store

17   director.

18        Q    **Okay.  And I understand that the assistant**

19   **managers would share that office with the store**

20   **director; is that correct?**

21        A    Yes and no.  We didn't work primarily in

22   the office.  We were primarily on the sales floor.

23        Q    **Okay.  You had access to the office?**

24        A    I had access to the office.

25        Q    **There was a computer in the office, correct?**

1        A    Correct.

2        Q    And as part of your duties and

3   responsibilities, you would occasionally have to access

4   the computer, correct?

5        A    Correct.

6        Q    Okay.  What would you do on the computer?

7        A    If I was opening the store, I would enter

8   in sales reports from the previous day.

9        Q    And how long -- I'm sorry, go ahead.

10       A    I would make the cash deposit to deliver

11   to the bank, and then check the EML to see if there

12   was any communication that needed to be known.

13       Q    Okay.  And how often would you open?

14       A    On the store director's days off.

15       Q    Okay.  So once or twice a week?

16       A    Correct.

17       Q    You weren't provided with a cell phone or any

18   other equipment, were you?

19       A    No.

20       Q    I assume you used the order gun for ordering?

21       A    Correct.

22       Q    We'll talk about that in a second.  In

23   Pinedale, how many center store employees did you have?

24       A    A handful of cashiers, a bagger, and three

25   overnight freight employees.

1       Q    Okay.  On any given day, how many would be

2   there in the store?

3       A    For the center store?

4       Q    Yeah.

5       A    Over the course of my shift, maybe ten.

6       Q    Okay.  And consistent with your duties as an

7   assistant manager, I mean, you're -- you're walking

8   around interacting with these, directing them as

9   needed, answering whatever questions they may have; is

10  that fair?

11      A    That's fair.

12      Q    Did you ever do schedules for these

13  employees?

14      A    On occasion.

15      Q    Okay.  How would you do the scheduling?

16      A    What do you mean?

17      Q    You said that you would do the scheduling on

18  occasion.  I'm just wondering the process that you

19  would go through to do that?

20      A    I would -- I had a spreadsheet that was

21  broken down into hour blocks for each day.  And then

22  I would fill out coverage for cashiers, and then I

23  would make sure that it was okay with the store

24  director if I had to write one.

25      Q    Okay.  And would you do that on the computer?

1      A    It was handwritten.

2      **Q    Okay.**

3      A    Primarily, with scheduling, the store

4  director would have the schedule written out, and he

5  may delegate me to enter in the schedule into the

6  time clock management system.

7      **Q    Okay.  And on these occasions where you're**

8  **doing the scheduling, if somebody wanted some time off,**

9  **would they ask you for that, or a special day, how**

10 **would that work?**

11     A    They would need to clear it with the store

12 director.

13     **Q    Okay.  And then the store director would tell**

14 **you this person needs this day off, and you would enter**

15 **that into the schedule?**

16     A    Yeah.

17     **Q    Okay.  I assume in your interactions, in your**

18 **walking around, you're giving employees, these center**

19 **store employees, instructions as needed?**

20     A    Yeah.

21     **Q    Did these employees ever come and complain to**

22 **you about any workplace issues, interactions with other**

23 **coworkers, anything like that?**

24     A    From time to time.

25     **Q    Okay.  How would you resolve those?**

1      A    Usually, tell them to go to the store

2    director.

3      **Q    Okay.  Did you ever have to intercede and**

4    **work between employees, have people come and talk with**

5    **you?**

6      A    No.

7      **Q    Okay.  What about when the store director is**

8    **not there?  What -- what would you do in that case?**

9      A    I don't recall that that ever happened

10   when the store director wasn't there.

11     **Q    Okay.  So --**

12     A    It wasn't a normal thing.  Like, people

13   would come and gripe about usual workplace gripes.

14     **Q    Sure.**

15     A    Venting.  That was mostly the extent of

16   it.

17     **Q    Okay.  And, I mean, to be fair, venting is a**

18   **pretty common occurrence and it's not necessarily**

19   **something you have to resolve; it's just something you**

20   **have to listen to; is that fair?**

21     A    That is fair.

22     **Q    Okay.  And that's something you certainly did**

23   **as an assistant manager; is that correct?**

24     A    Yes.  Quite a bit.

25     **Q    Okay.  What about training?  Did you ever --**

1    **did you ever train any of these employees on their**

2    **duties and responsibilities?**

3          A    Occasionally.  If it was, it was usually

4    on how to order or stock freight, or how to face

5    shelving.  Sometimes, I would work with the cashier.

6          **Q    I assume this is primarily new employees**

7    **coming in or what?**

8          A    Primarily new employees.

9          **Q    Okay.  I assume as you're walking around and**

10   **interacting with these employees, you know, if you see**

11   **something that needs addressing, you're providing**

12   **feedback as necessary; is that fair?**

13         A    If it was applicable.  Most times, it was

14   me that would be correcting whatever issues were on

15   the -- the sales floor that would normally otherwise

16   be delegated.

17         **Q    Okay.  You certainly had the power to**

18   **delegate if you -- if you needed to and if people were**

19   **available?**

20         A    If people were available.

21         **Q    Okay.  And your job as the assistant manager**

22   **is just to make sure the store is functioning and**

23   **stepping in wherever needed; is that -- is that fair?**

24         A    Yeah, that's fair.

25         **Q    But were you involved in the performance**

1    evaluation process?

2         A    If I could be.

3         Q    **Okay.  For the employees that you knew, I**

4    **assume?**

5         A    Yeah, and if the store director allowed me

6    to be a part of it.

7         Q    **Okay.  Your involvement, what would that**

8    **entail?  Would that be giving feedback?  Would that be**

9    **preparing the forms?  Tell me how that would work.**

10        A    Primarily, it was observation.  If I had

11   anything to contribute, I could.  It was typically

12   praise that was given.  I don't recall ever having

13   to give, like, this is what you could do better.

14        Q    **Any negative feedback?**

15        A    Yeah.  That's the word I was looking for.

16        Q    **Okay.  Did you ever prepare or review the**

17   **performance evaluations, the written forms?**

18        A    Occasionally.  Sometimes, I would be asked

19   to print them off and have them ready to go for the

20   store director.

21        Q    **Okay.  Would you sit in on the evaluation**

22   **meetings, occasionally?**

23        A    If I was invited in.

24        Q    **Okay.  How -- under what circumstances would**

25   **you be invited in?**

1        A    If the store director wanted me in.

2        Q    Okay.  Would that be with -- I assume that

3    would be with employees that you had worked with and

4    had experience with?

5        A    Not necessarily.  Occasionally, I was

6    there just to be a witness if the store director was

7    available and evaluating, you know.

8        Q    So -- so, when the store director wanted to

9    meet with employees and needed another set of eyes or

10   someone to take notes or be a witness, you would do

11   that on occasion?

12       A    Yes.

13       Q    Okay.  You said you didn't ever -- or didn't

14   frequently give negative feedback.  Did you ever have

15   to formally discipline any employees?

16       A    No.

17       Q    Did you ever have to send an employee home?

18       A    On occasion.

19       Q    Okay.  Tell me the circumstances of that.

20       A    In Hyrum, Dan had a policy that he had

21   that was if someone came to work not in proper

22   uniform, to send them back home and change and come

23   back in.  And so if I noticed someone wasn't in

24   their uniform, I'd ask them to go home, to clock

25   out, go home, change, come back in and clock in.

1      Q    So that's when you were a grocery manager?

2      A    Yeah.

3      Q    Okay.  Did you ever have to do that as an

4   assistant manager?

5      A    Not that I recall.

6      Q    Is it just because it never happened, or -- I

7   mean, you certainly -- you certainly could have if you

8   needed to, correct?

9      A    I suppose.

10      Q    Okay.

11      A    But most of the time, the store director

12   was there and if he wanted to send someone home, he

13   would do it himself.

14      Q    Okay.  Did you ever sit in on termination

15   meetings?

16      A    Not that I recall.

17      Q    What about new hires?  Were you involved in

18   the -- the -- the hiring process?  Reviewing

19   applications, interviewing, anything like that?

20      A    Reviewing applications, printing off

21   applications, and then if the store director would

22   allow it, like, I tried to be involved, at least,

23   sitting in in the interview.

24      Q    Okay.  And would you participate in the

25   interview?  Would you take notes?  What would you do in

1    the interview?

2         A    If I had a question, I would -- I was able

3    to ask.

4         Q    I assume that after the interview, you would

5    talk about the applicant with the store director?

6         A    Correct.

7         Q    Did you ever do any interviews on your own?

8         A    I believe so.

9         Q    Okay.  Under what circumstances would you do

10   that?

11        A    If the -- there was a lapse in the store

12   director being -- having a store director at that

13   particular store and if there was a need.

14        Q    Okay.  Would you ever conduct interviews with

15   the grocery manager?

16        A    No.  Primarily because the office space

17   for the interview was confined.  Like, three bodies

18   was more than comfortable.

19        Q    And, I'm sorry, that wasn't a good question.

20   Without -- without the store director there, did you

21   ever do interviews like that with the grocery manager?

22        A    I -- I don't recall.

23        Q    Okay.  Is it possible that you did and you

24   just don't remember, or is that not something --

25        A    It's a possibility.  I just don't recall.

1       Q     Okay.  Now, you mentioned that you reviewed

2    applications.  Tell me about that process.

3       A     Primarily, it was looking at their

4    availability.

5       Q     Would you sort them through and say, you know

6    this is a good pile here, and these are the people we

7    don't want to interview or anything like that?

8       A     If I was asked to, yeah.

9       Q     Okay.  How often would you do that?

10      A     Not often.  Like I said, if I was asked

11    to.  It wasn't a super common occurrence.

12      Q     Okay.  But it's certainly something that you

13    have done before as assistant manager?

14      A     Yes.

15      Q     Did you have any input into setting pay

16    rates, raises, anything like that?

17      A     No.

18      Q     I'd assume the feedback that you would

19    provide would all go into pay considerations; is that

20    fair?

21      A     I don't know what the store director --

22    you know, whether or not he took my advice into

23    consideration when doing that.

24      Q     Okay.  But you certainly provided advice to

25    the store director in that regard?

1        A      If he asked.

2        Q      Okay.  Did he ever ask?

3        A      Occasionally.

4        Q      Okay.  Same question for promotions.  Were

5    you involved in the promotion process of employees as

6    assistant manager?

7        A      No.

8        Q      Okay.  And, again, I assume that your

9    feedback would be considered as part of the promotion

10   process; is that fair?

11       A      Again, if -- if I was asked.  If my

12   opinion was asked.

13       Q      And -- and during your tenure as assistant

14   manager, was your opinion asked in that regard?

15       A      A couple of times.

16       Q      Okay.  We talked about -- I want to talk

17   about forms that you would fill out and use as part of

18   your duties and responsibilities as assistant manager.

19   You talked about when you would open, you would enter

20   the sales on the computer and you'd work out the cash

21   deposit.

22              We talked about the handwritten schedules.

23   Are there any other forms -- well, and occasionally,

24   the -- the evaluation forms.  Are there any other

25   forms that you remember using or filling out as

1   assistant manager?

2       A    No.

3       Q    Okay.  How about -- how about logs?  Did you

4   have any logs, like, temperature logs, anything like

5   that, as part of your walking around the store and

6   looking for problems?

7       A    We had a temperature log for the freezers

8   and refrigerated cases.

9       Q    Okay.  Was that part of your duties and

10  responsibilities to check those temperatures?

11      A    No.  That usually was the grocery

12  manager's responsibility.  If I was walking by, I

13  would check to make sure that there was air flow and

14  that it was cold, but --

15      Q    And -- and were you making sure that the

16  grocery manager was doing those checks?  I assume that

17  was part of your responsibilities?

18      A    Yeah.

19      Q    Any other reports or forms that you recall?

20      A    Not that I recall.

21      Q    So we talked about your duties and

22  responsibilities as a grocery manager of ordering the

23  product.  What was the assistant manager's -- what was

24  your input as an assistant manager in that process?

25      A    Looking over the ad with the grocery

1     manager.

2          Q     Okay.

3          A     And then the grocery manager and I working

4     with the store director to decide what displays he

5     wanted, where they wanted them.  After a certain

6     amount of time, there -- for a short while, there

7     was a program right before I left where displays

8     were decided at corporate level.  And so it would be

9     passing off information to the grocery manager to

10    order product for the displays that we were told to

11    set.

12         Q     Okay.  Before that time, before it came down

13    from corporate, it was up to you as assistant manager

14    to supervise that process?

15         A     I was involved in it.  I wasn't

16    necessarily supervising it.

17         Q     Okay.  What was your involvement in it?

18         A     Typically, help building it.  The store

19    director would make a lot of those decisions.

20         Q     Okay.  I assume you could make

21    recommendations and had input into that if you thought

22    something looked silly or looked better someplace else

23    or something like that?

24         A     Yeah, I could have input.

25         Q     Okay.  Did you have any say in the amount of

1    products to be ordered for any particular event or

2    display?

3        A    Only if I thought it was ordering too

4    heavy.

5        Q    Okay.

6        A    That particular item would end up creating

7    excessive back stock.

8        Q    Did you ever do any of the ordering yourself?

9        A    In what regards?

10       Q    Getting all the (inaudible) and making the

11   purchases from Associated Foods, anything like that?

12       A    Yeah, I wrote grocery orders quite

13   frequently.

14       Q    Okay.  And, I mean, that's something that

15   fell -- fell within your purview, correct?

16       A    Yeah.

17       Q    Okay.  Did you have a dollar amount that you

18   could commit Ridley's to, or was that -- tell me about

19   that?

20       A    I don't think I ever explicitly said there

21   was a dollar amount.

22       Q    Okay.

23       A    You wanted to keep your purchases low

24   compared to your sales, so that way, you're making

25   money.

1       Q    Okay.  And that's something that you

2  monitored as an assistant manager?

3       A    Occasionally, yeah.

4       Q    Okay.  What about non-grocery financial

5  commitments?  You know, a front window gets shattered,

6  or a door needs to be replaced, or something like that.

7  Did you have authority to -- to do that?

8       A    No.

9       Q    Okay.  Who would do that?

10      A    If a repair was needed, I would usually

11 reach out to Ken Fultz, who was in charge of the

12 property, and then he would line up whoever needed

13 to come out to -- to do it.

14      Q    Okay.  As part of your walking around the

15 store, I assume you're looking for problems and

16 reporting issues as needed?

17      A    Yes.

18      Q    Okay.  And those reports would go to

19 Ken Fultz; is that what you said?

20      A    If it was a facilities issue.  If it was a

21 housecleaning issue, it would usually go to the

22 store director or me assigning someone to do it.

23      Q    Okay.  I mean, if there was a broken bottle

24 of pickles someplace, you can send somebody there to

25 clean it up, correct?

1       A     Yeah.  But, additionally, cashiers could

2   as well.

3       **Q     Okay.**

4       A     So...

5       **Q     Okay.  Did you have any input or involvement**

6   **as to where products would be displayed or what**

7   **products would be put on the shelves and where on the**

8   **shelves, anything like that?**

9       A     Yeah.  Before we had assigned displays for

10  the (inaudible) if, you know, we had ten cases of

11  beans, like, build an aisle stack --

12              THE COURT REPORTER:  I'm sorry, I

13  didn't understand your sentence.  You had ten cases

14  of beans --

15              THE WITNESS:  An aisle stack is just

16  a display midway in the aisle that --

17              THE COURT REPORTER:  Okay.  Aisle

18  stack.  That's what I didn't understand.  Thank you.

19      **Q     (BY MR. WILLIAMS)  And you mentioned that**

20  **the direction from corporate was just during the**

21  **last two or three months of your employment; is that**

22  **correct?**

23      A     More than that.  Probably the last year.

24      **Q     Last year.  Okay.  What about signage?  Did**

25  **you have input into signage?**

1      A     If signage was missing, I would go and

2   speak with the scan coordinator.

3      **Q     Okay.  Did you ever help or have input into**

4   **the creation of any signage for any special events or**

5   **anything else?**

6      A     If the scan coordinator wasn't there and

7   there was a missing sign, if I had time, I would

8   print out a sign.

9      **Q     Okay.  I assume as an assistant manager and**

10  **being on the floor walking around, you had**

11  **responsibilities for employee and customer safety; is**

12  **that fair?**

13     A     That's fair.

14     **Q     Okay.  Did you conduct formal safety**

15  **investigations, or is that just something you were**

16  **always, kind of, doing as part of your walking around**

17  **the store?**

18     A     It was just as I was walking around the

19  store, yeah.

20     **Q     Do you remember any time any employees or**

21  **customers getting injured in the store?**

22     A     Yeah, it happened occasionally.

23     **Q     Okay.  What would you do?**

24     A     I would need to fill out an accident

25  report, notify the store director, and notify

1    Mark Ridley.

2         Q    Okay.  Do you remember filling out accident

3    reports?

4         A    A couple of them.

5         Q    Okay.  I assume if you see a hazard, it's

6    your responsibility to remove it or assign someone to

7    remove it; is that correct?

8         A    Yeah.

9         Q    Did you have safety policies that you were in

10   charge of enforcing?

11        A    The -- the only thing that sticks out is

12   making sure that the deli and meat department were

13   using cut gloves.

14        Q    And would you check on that when you would

15   walk past, or how would that work?

16        A    I would just -- if I was walking past, I

17   would look to see, if they were using a knife and

18   the slicer, that they had it on.

19        Q    And if they weren't, you would tell them to

20   put it on?

21        A    Yeah.

22        Q    Okay.  Any other safety policies you remember

23   enforcing?

24        A    No.

25        Q    Okay.  Store security.  I assume you had a

1   set of keys as well?

2        A    Yes.

3        Q    Okay.  Did you ever open and/or close as an

4   assistant manager?

5        A    Yes.

6        Q    Okay.  So you were in charge of making sure

7   the building was secure and doors were shut and the

8   building was secure?

9        A    Yes.

10       Q    Okay.  How often would do that?

11       A    If it fell within an opening or closing

12   shift.

13       Q    So on any given week, you know, two or three

14   times a week, maybe?

15       A    Maybe.

16       Q    Okay.  Is there an alarm system at the store?

17       A    Not that I recall.

18       Q    Okay.  What about the safe?  You had access

19   to the safe?

20       A    Correct.

21       Q    Okay.  Tell me what you would do with the

22   safe, what your responsibilities were in that regard?

23       A    If I was opening the store, I would verify

24   the count from the closing manager, whoever that

25   was, and then take tills out and put them in the

1    registers.  If I was closing, I would be counting

2    down the tills, preparing a deposit for the next

3    morning, and having a final count for the safe for

4    the day.

5         Q    Okay.  How much time would these tasks take

6    when you were doing them?

7         A    Maybe three minutes for a till and, like,

8    a minute or two to count the cash.

9         Q    So something you can do fairly quickly?

10        A    Fairly quickly, yeah.

11        Q    Okay.  Would you do that in the office, or

12   where would you do that?

13        A    Wherever the cash room was.  Sometimes,

14   the cash room was the office.  Other times, there

15   was a separate cash room.

16        Q    Okay.  Where was it in Pinedale?

17        A    In Pinedale?  It was a separate room for

18   all but the last six months I was there.  And then

19   there was a remodel, and then it was attached to the

20   office.

21        Q    As part of your closing duties and securing

22   the store, I assume -- well, tell me, did you have any

23   special responsibilities for securing the firearms or

24   anything like that?

25        A    To make sure that they were locked.

1      Q    Okay.  And was there -- was there a sporting

2  goods or hardware manager that you would interact with

3  to make sure those things were being done?

4      A    Yes, there was.

5      Q    Okay.  Did you have to fill out any OSHA

6  forms?

7      A    Not that I recall.

8      Q    What about workers' compensation forms, first

9  reports of injuries, anything like that?

10      A    Those, yeah.

11      Q    Okay.  How often would you fill those out?

12      A    If someone got hurt.

13      Q    Did you have responsibilities for legal

14  complaints issues?  For example, making sure that the

15  required employment posters are posted or -- or

16  anything like that?

17      A    Not that I recall.

18      Q    Okay.  You told me previously about ordering

19  and making sure you're not ordering too much so that

20  you're not exceeding sales.  Did you have any other

21  responsibilities into store finances, into budgets,

22  anything like that?

23      A    No.

24      Q    Okay.  What about labor budgets?  Did you

25  have any input in that?

1       A    No.

2       Q    **As an assistant manager, were you involved in**

3  **any internal investigations, employee investigations,**

4  **anything like that?**

5       A    Not that I recall.

6       Q    **Okay.  Did you attend the weekly conference**

7  **calls with corporate?**

8       A    If I was able to.

9       Q    **Okay.  And that was -- I mean, that's a**

10 **fairly frequent occurrence?**

11      A    They were weekly.

12      Q    **Okay.  And you participated as often as you**

13 **could?**

14      A    Yeah.

15      Q    **Okay.  And what would your -- what would your**

16 **participation be in that meeting?**

17      A    Listening.  It was over the phone and

18 taking down notes.

19      Q    **Okay.  Did you ever provide input into any**

20 **areas of your responsibilities?**

21      A    No.

22      Q    **Did you ever take the information that you**

23 got from those meetings and disseminate it to employees

24 in your work area?

25      A    We -- with the meetings that are each

 1    week, one of the separate departments would have a

 2    meeting first on those meetings, and they would

 3    receive that information and take it back to their

 4    departments.  If there was anything storewide and

 5    the store director asked me to, I would.

 6        Q    Did you participate in any meetings within

 7    the store with department managers, employees, anything

 8    like that?

 9        A    We were supposed to have a department head

10    meeting.

11        Q    Okay.

12        A    I can't recall how frequently those were

13    supposed to be.

14        Q    Okay.  But you had them on occasion?

15        A    Yeah.

16        Q    And you would participate in those as well?

17        A    Correct.

18        Q    Okay.  And what would your participation be

19    in those meetings when you had them?

20        A    Being there.  They were typically

21    conducted by the store director.

22        Q    Okay.  I assume you provided input into areas

23    that you had knowledge of?

24        A    Yeah.

25        Q    We talked about a lot about various duties

```
 1   and responsibilities.  Are there any others that jump

 2   out at you that we haven't covered?

 3        A    Not any that stick out.

 4        Q    And you would agree with me that assistant

 5   manager did a lot of different things and interacted

 6   with a lot of people and basically just trying to make

 7   sure that the store is functioning; is that fair?

 8        A    That's fair.

 9        Q    As assistant manager, did you keep any day

10   planners or diaries or calendars in written form?

11        A    No.

12        Q    Did you keep any other notes or records

13   related to your work as an assistant manager?

14        A    Not any that are in my possession.

15        Q    Okay.  Other than the forms that you

16   completed, are there any that would be not in your

17   possession?

18        A    Maybe a little notebook that I kept in my

19   pocket for tasks that I needed to set for myself for

20   that day.

21        Q    Okay.  Was it just, basically, a daily to-do

22   list?

23        A    Yeah.

24        Q    Okay.  As assistant manager, were you

25   involved in any business planning for the Pinedale
```

```
 1    Mark Ridley, dated April 19 of 2019; do you remember

 2    that?

 3         A    Yes, I do.

 4         Q    And you resigned effective May 3rd of 2019;

 5    is that correct?

 6         A    I believe so.

 7         Q    Okay.  Why did you resign?

 8         A    It's in the letter.

 9         Q    Okay.  The third paragraph says, Allow you

10    more time with your family to focus on things in my

11    life that have unfortunately fallen to the wayside.  Is

12    that an accurate reflection as to why you quit?

13         A    Yes.

14         Q    Let me show you a document that we'll mark as

15    Exhibit 15, Employee Termination Report.  It says the

16    last date worked of May 2nd, 2019; is that correct?

17                    (Exhibit No. 15 marked.)

18         A    Yes.

19         Q    (BY MR. WILLIAMS)  And here, it indicates

20    you were going to work for American Fuel; is that

21    accurate?

22         A    Correct.

23         Q    Okay.  What did you do for American Fuel?

24         A    I drive a fuel truck and I deliver fuel.

25         Q    Okay.  Is that what you got your CDL for?
```

```
  1                    REPORTER'S CERTIFICATE

  2    STATE OF UTAH     )

  3    COUNTY OF SUMMIT )

  4

  5             I, Mary R. Honigman, a Registered Professional

  6    Reporter, hereby certify:

  7             THAT the foregoing proceedings were taken before me

  8    at the time and place set forth in the caption hereof; that the

  9    witness was placed under oath to tell the truth, the whole

 10    truth, and nothing but the truth; that the proceedings were

 11    taken down by me in shorthand and thereafter my notes were

 12    transcribed through computer-aided transcription; and the

 13    foregoing transcript constitutes a full, true, and accurate

 14    record of such testimony adduced and oral proceedings had, and

 15    of the whole thereof.

 16             I have subscribed my name on this 15th day of March,

 17    2023.

 18                       Mary Honigman

 19                       _____

 20                          Mary R. Honigman
                       Registered Professional Reporter #972887

 21

 22

 23

 24

 25
```