# Exhibit 4

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3

 4   JONATHAN ESPARSEN, individually)
     and on behalf of all others   )
 5   similarly situated,           )
                                   )
 6              Plaintiffs,        )
                                   )
 7        v.                       ) No. 1:18-cv-01556-RM-GPG
                                   )
 8   RIDLEY'S FAMILY MARKETS, INC.,)
                                   )
 9              Defendant.         )
     _____)
10

11

12        VIDEOTAPED DEPOSITION OF KRESTINA COOMBS

13                  Salt Lake City, Utah

14              Wednesday, January 19, 2022

15

16

17

18

19

20

21

22

23

24

25   Reported by:  Daren S. Bloxham, RPR No. 000335
```

**CERTIFIED COPY**

```
 1        Deposition of Krestina Coombs, taken at Snell &

 2   Wilmer, located at 15 W. South Temple, Ste. 1200, Salt

 3   Lake City, Utah, on January 19, 2022, at 1:00 p.m.,

 4   before Daren S. Bloxham, Certified Court Reporter, in and

 5   for the State of Utah.

 6

 7               A P P E A R A N C E S

 8   FOR THE PLAINTIFF:

 9        April Rheaume, Esq.
          SANFORD LAW FIRM
10        10800 Financial Centre Parkway
          Kirkpatrick Plaza, Suite 510
11        Little Rock, Arkansas 72211
          800-615-4946
12        april@sanfordlawfirm.com

13

14   FOR THE DEFENDANTS:

15        David P. Williams
          SNELL & WILMER
16        15 W. South Temple, Ste. 1200
          Salt Lake City, Utah 84101
17        801.257.1900
          dawilliams@swlaw.com

18

19   ALSO PRESENT:  Lance Harrison (videographer)

20

21

22

23

24

25
```

```
 1        A.   No.  Unh-uh (negative).

 2        Q.   Any certifications that you've -- that you've

 3   received?

 4        A.   No.

 5        Q.   Okay.  Any management courses that you've

 6   taken?

 7        A.   Nope.

 8        Q.   When were you first employed by Ridley's?

 9        A.   So when I left, I was almost hitting 12 years.

10   And I've been gone for almost three, so...

11        Q.   Okay.  According to my records --

12        A.   2008, 2007?

13        Q.   According to my records, you were hired as a

14   deli clerk --

15        A.   Yep.

16        Q.   -- in July --

17        A.   Yes.

18        Q.   -- of '08; is that correct?

19        A.   Yes.

20        Q.   Okay.  What year did you graduate from high

21   school?

22        A.   '89.

23        Q.   Okay.  So let's start at your -- that's a big

24   gap.  So we're going to go backwards from -- from your

25   first hire at -- at Ridley's.  What was your job before
```

1    Ridley's?

2         A.   Actually, I worked two jobs when I was working

3    for Ridley's.  I worked from home.  I was data entry for

4    Thrive.  They did -- I worked from home, and they did

5    billing for health clubs.  So I was in data entry.

6         Q.   And when did you work?  What years did you work

7    for Thrive?

8         A.   I worked there 11 years.  And let's see, I had

9    my middle son there, so 20-something years ago.  So I

10   worked 11 years before I came to Ridley's, but I was

11   working there and at Ridley's at the same time.

12        Q.   Okay.  Fair enough.

13             How -- when -- I assume you're not working for

14   Thrive anymore?

15        A.   No.  No.

16        Q.   When did you terminate your employment with

17   Thrive?

18        A.   When I moved from deli manager to night

19   manager.  Closing manager is what they called it.  And

20   that was probably a year maybe after I started Ridley's.

21        Q.   So --

22        A.   I don't know.

23        Q.   '09, '10?

24        A.   Yeah.

25        Q.   2010 period?

```
 1   was up at the time, make sure nobody was upstairs.  Just

 2   secure the building before we left.

 3        Q.   Okay.  What was your next job after closing

 4   manager?

 5        A.   I believe it was grocery -- grocery manager.

 6        Q.   Okay.  When did you become grocery manager?

 7        A.   Dan was still there, so --

 8        Q.   Does November of '14 seem about right?

 9        A.   Yes.

10        Q.   Okay.  That's what I have in my --

11        A.   Okay.  Well, then you -- okay.  Thank you.

12   Because like I said, it -- they -- I went from one after

13   another, and I wouldn't know the dates to be exact.  So

14   thank you for telling me.

15        Q.   Okay.  So how did your -- your -- how did you

16   become grocery manager?

17        A.   Dan asked me if I would want to be one.

18        Q.   Was that considered a promotion over closing

19   manager?

20        A.   Yes.

21        Q.   Okay.  What were your duties and

22   responsibilities as grocery manager?

23        A.   Make sure the shelves are being stocked, make

24   sure the back room's clean, ordering, helping with

25   displays.  A lot of times, though, it's mostly checking,
```

1        Q.   Assistant.  Okay.  How did you come to be

2   employed as the assistant manager?

3        A.   Again, I believe it was Dan again because I

4   was -- I had started to work a second job again for

5   Associated Foods and there, and I couldn't keep working

6   the -- going down to North Ogden and then working there.

7   So the assistant came up, and he asked me if I wanted to

8   be assistant.

9        Q.   Okay.  The current assistant manager asked you

10   if you wanted to be assistant?

11        A.   No, store director.

12        Q.   Oh, the store director.  Okay.

13        A.   The assistant was leaving, I think.

14        Q.   The assistant was leaving.

15             (Exhibit 3 marked.)

16             THE WITNESS:  At least I got Dan right.

17        Q.   (By Mr. Williams) Hand you a document marked

18   Exhibit 3.  This is a "Payroll Status Change for

19   employee, Krestina Allen," effective date of 1/10 of

20   2016.  Did I read that correctly?

21        A.   Yes.

22        Q.   And from looking at this document, it looks

23   like you were being promoted from grocery manager to

24   assistant manager.  Is that accurate?

25        A.   Yes.

1       Q.   And the effective date of June 10 --

2   January 10th, 2016, is that the date you became assistant

3   manager?

4       A.   The effective -- down here he signed on the

5   15th, but yes, on the 16th.

6       Q.   Okay.  So Dan asked you if you wanted to be an

7   assistant manager?

8       A.   Correct.

9       Q.   Do you know when that was?

10      A.   I would assume before this, but --

11      Q.   Sometime shortly before that?

12      A.   Correct.

13      Q.   Was it on a telephone call, in person?

14      A.   In person.

15      Q.   At the store?

16      A.   Yes.

17      Q.   And what did Dan tell you about the position?

18      A.   Well, pretty much doing -- most of it with

19  being the grocery manager, but it's the same thing.  They

20  say they have different titles and different job, but you

21  pretty much did the same thing.

22          Only as an assistant, I had to work more with

23  like people's times, make sure their times were put in or

24  their -- at the time it wasn't the finger thing, it

25  was -- I can't remember how we clocked in back then.

1      Q.    Okay.  What would you do at the desk?

2      A.    Never hardly in there.

3      Q.    But when you were, what did you do?

4      A.    If I was in there when -- if I had to do --

5   like you had to look up what holiday is coming up to

6   see -- like if it's Easter, and a couple months before

7   you can go in there and order things.  What else did I do

8   there?  As closing night manager, you count the money

9   there.

10     Q.    Okay.  Anything -- I want to limit it to your

11  time as an assistant manager.  Anything besides ordering

12  that you would do at the desk?

13     A.    If I was opening the store, I'd count the money

14  there.  If I was on -- I can't remember when they did

15  pay -- the time thing, but in the morning, I would make

16  sure everybody's hours were correct in the system.

17  Looked through emails to see if there was any customer

18  complaints.  That's -- if we had a shoplifter, we would

19  be in there.

20     Q.    If you had a shoplifter?

21     A.    Yeah.

22     Q.    Describe that.  Did that ever happen on your

23  watch as an assistant manager?

24     A.    Yes.

25     Q.    What would you do?

1      A.   Call the cops.  I had to go chase one out --

2  well, I didn't chase them.  I went out in the parking lot

3  because she was leaving.  And then there was some kids

4  that had candy and stuff, pop.

5      **Q.   And you did that because you were the assistant**

6  **manager?**

7      A.   I seen it, so I would -- it's my duty as an

8  employee to report that type of stuff.

9      **Q.   Okay.  Who did you report it to?**

10     A.   If I was the only one there, it would be me.  I

11 would make -- make the -- make the call to call the cops

12 or --

13     **Q.   Okay.  You say when you were the only one**

14 **there.  So there were times that you were the only**

15 **manager on site other than the other department managers?**

16     A.   Towards the end of my time there, probably

17 90 percent of the time I was by myself.

18     **Q.   90 percent of the time you say?**

19     A.   Uh-huh (affirmative).  Because we didn't

20 have -- we didn't have a closing night manager.  She got

21 let go.  At the same time, the store director got let go.

22 So then they came to me, Mark did, said, You're going to

23 have to hold the fort down until we can get a store

24 director.  And then there was the -- we were two

25 assistants at the time.  So the other assistant, it was

1      just me and her.

2            Q.   How long -- how long a time as an assistant

3      manager were you in charge as Mark said?

4            A.   Before they gave me the title?

5            Q.   Well, let me back up.  You said Mark said,

6      You're going to be the only one, you're going to be in

7      charge?

8            A.   He didn't say, You're going to be only one in

9      charge.  He says, You're going to have to hold the fort

10     down until --

11           Q.   You're going to have to hold the fort down?

12           A.   -- until I can find a store director.

13           Q.   Okay.  How long did you have to hold the fort

14     down?

15           A.   Probably two months.

16           Q.   Two months.  And during that time, it was you

17     and one other assistant manager?

18           A.   Uh-huh (affirmative).  Yes.

19           Q.   And you would trade off?

20           A.   Yes.

21           Q.   Okay.  And during that time, you were basically

22     managing the store?

23           A.   Yes.

24           Q.   Okay.  You were directing employees?

25           A.   Yes.

```
 1        Q.    Taking care of problems that popped up?

 2        A.    Yes.

 3        Q.    Okay.  Were you doing the scheduling at the

 4   time?

 5        A.    My assistant manager was more familiar with

 6   that, so she kind of tried -- she's the one who kind of

 7   helped do that.

 8        Q.    Okay.  Were you an assistant manager at this

 9   time, or were you a store director at this time?

10        A.    I was an assistant at the time.

11        Q.    Okay.  So the other assistant handled the

12   scheduling?

13        A.    Well, when --

14        Q.    You just -- let me back up.  You just told me

15   that -- I asked if you handled the scheduling, and you

16   said, No, my assistant handled that.

17        A.    Well, we would try to do it together at the

18   same time because we weren't trained how to -- we knew we

19   had to have a checker from 8 to this time, a checker from

20   this time to this time, and we just tried to fill in the

21   places that we could.

22        Q.    Were you in charge of resolving employee

23   complaints during that time?

24        A.    Yes.  Well, I don't remember any specific

25   complaints, but if there was one, they would come to me.
```

1    Q.   Okay.  If there was a disciplinary matter that

2    came up, you would be it, you would have to take care of

3    it?

4    A.   Well, I wouldn't just arbitrarily say, Oh,

5    you're fired.  I couldn't do that, no.  I couldn't say,

6    Oh, you're suspended.  No.

7    Q.   Okay.  Couldn't suspend an employee, couldn't

8    send them home?

9    A.   No.

10   Q.   Okay.  You could call somebody and say, Hey,

11   this person's a problem, they need to -- they need to be

12   disciplined?

13   A.   So if I had a problem with an employee, it

14   would -- I would ask Clint or whoever was over -- Ramiz

15   and talk to them about it, and then obviously they would

16   go to whoever, I would assume Mark.  And then they would

17   come back, and they would handle them.

18   Q.   Okay.

19   A.   Like the store director before me, he was doing

20   something shady.  So I called -- I cannot remember the

21   guy's name.  I wish I could remember his name.  But I

22   called him and told him, and then him and Mark and I

23   think Clint showed all up at one night and let -- and

24   they did whatever they did, but neither one of them came

25   back the next day.

```
 1        Q.   Okay.  That was based on a report that you had
 2   given them?
 3        A.   To -- I cannot remember the guy's name.  Yes, I
 4   had called him because I didn't think it was --
 5        Q.   Okay.
 6        A.   -- it was above -- I think he was doing
 7   something he wasn't supposed to be doing.
 8        Q.   Okay.  Let's -- I want to create a list of your
 9   duties and responsibilities as an assistant manager,
10   things that you did as assistant manager.  So we've --
11   we've talked about ordering?
12        A.   Checking, bagging.
13        Q.   Checking --
14        A.   Packaging meat.
15        Q.   Okay.
16        A.   Organizing the back room, stocking shelves.
17        Q.   All the stuff that needs to be done on a
18   day-to-day basis?
19        A.   Yeah.
20        Q.   Okay.  You are checking emails for customer
21   complaints.  You're making sure time entries are correct.
22   Okay.
23             Did you -- I assume -- I mean, as the grocery
24   manager, center store, you interacted with the assistant
25   manager.  I assume that you, as the assistant manager,
```

1   interacted with the center store employees and directed

2   them.  Is that fair?

3        A.   They would come to me if they needed direction

4   to go as far as like what needed to be filled, what aisle

5   was left off or whatnot, yeah.

6        Q.   Okay.  And you would -- would you walk around

7   and make sure things were getting done?

8        A.   Yes.

9        Q.   And --

10       A.   Well, when I had the time.  But yes, I would

11  try to check their work.

12       Q.   That was part of your -- that was part of your

13  job?

14       A.   Right.

15       Q.   Okay.  If they weren't, if they weren't doing

16  it, you could direct them to do it?

17       A.   Well, yeah, you can.

18       Q.   Okay.  What about discipline, if somebody

19  wasn't performing and they refused, did you have the

20  authority to discipline them?

21       A.   No, not -- I was never told like -- I've never

22  run into the problem but -- to where I would have to say,

23  Oh, you need to take care of this person, other than the

24  store director that was there.

25            And I noticed the closing night -- night

1  manager that I took the spot from, she came back, and the

2  dairy manager were doing something weird, but I went to

3  Paul for that.

4      Q.   Okay.  You had authority to give instructions

5  to employees?

6      A.   Yes.

7      Q.   Okay.  You had authority to plan work for the

8  center store employees?

9      A.   Yes.

10     Q.   Okay.  Did you ever train employees?

11     A.   To check?  Yeah.

12     Q.   Okay.

13     A.   How to face, yeah.

14     Q.   Any other training that you would do?

15     A.   Well, if they were new to it, then whatever

16  they were doing, I would help them, like stock the dairy

17  or -- but, yeah, I would show them.  I don't necessarily

18  mean train them, but I would show them what to do and

19  move on.

20     Q.   Sure.  Okay.  Were you ever involved in

21  performance evaluations?

22     A.   If this is what -- if that's the employee

23  evaluation you're talking about, then yes, I have.

24     Q.   You were involved in those as assistant

25  manager?

 1        A.   Oh, you mean to give them?

 2        **Q.   Yeah.**

 3        A.   Usually the store director would do them.

 4        **Q.   Okay.  Did you ever provide input to the store**

 5   **director, say, Hey, this was really good --**

 6        A.   If he would ask me -- he would ask me if he

 7   wanted my opinion.

 8        **Q.   As an assistant store manager, do you remember**

 9   **the director asking your opinion as to employees?**

10        A.   Not a specific one, no.  I do not recall.

11        **Q.   And that's fair.  But it certainly wouldn't**

12   **have been unusual if they had?**

13        A.   No, it would not have.

14        **Q.   Would you agree with that?  Okay.**

15        **You told me previously that you didn't have**

16   **authority to terminate employees?**

17        A.   No.

18        **Q.   Okay.  But you told me about the experience**

19   **where you reported the conduct --**

20        A.   Right.

21        **Q.   -- and they didn't show up again?**

22        A.   Right.

23        **Q.   So we assume they were terminated; is that**

24   **fair?**

25        A.   Right.  I was never told what happened to them.

```
 1        Q.    Okay.  Did you ever interview any applicants as

 2   assistant manager?

 3        A.    Store direct -- well, I guess when the time

 4   that I was going from -- when they didn't have a store

 5   director, I think I did a checker.

 6        Q.    You interviewed a checker?

 7        A.    Uh-huh (affirmative).

 8        Q.    Was this during that time that Mark told you --

 9        A.    I believe so.  I believe so.  But I can't be

10   100 percent, but --

11        Q.    But regardless, you remember interviewing at

12   least one employee, one applicant?

13        A.    Yeah.

14        Q.    Was that applicant eventually hired, do you

15   remember?

16        A.    Yes, I believe so.

17        Q.    And that was a checker, do you think?

18        A.    Yes.

19        Q.    Okay.

20        A.    Yeah.  She was a checker.

21        Q.    Okay.  Beyond interviewing, did you ever make

22   any recommendations to your store director or anybody

23   else about hiring applicants?

24        A.    No, because I wouldn't know -- what do you

25   mean?  Like if somebody came in, I would say, Oh, no, not
```

 1   her?  Is that what you're talking about?

 2        Q.   Sure.

 3        A.   No.

 4        Q.   Did you ever make recommendations about, Hey,

 5   we have a vacancy here, you need to fill this position?

 6        A.   Well, they would already know that.

 7        Q.   They would already know that?  How would they

 8   know that?

 9        A.   They were there every day.  They would know if

10   we're missing a checker.

11        Q.   Did anybody ever come to you and say, Hey, we

12   need to hire -- hire an employee for this position?

13        A.   The bakery manager was one of the big ones.

14        Q.   Would come to you?

15        A.   Well, wouldn't come to me, but we're picking up

16   the slack.  We're -- we're sending stuff out to get

17   baked, and we're wrapping stuff, and they're complaining

18   we need a bakery manager.  But I don't know what you mean

19   by -- I didn't have any say in who was going to be the

20   bakery manager.

21        Q.   Okay.  Did you ever report upward to say, Hey,

22   we need this position filled, you need to hire somebody

23   as a bakery manager or in the bakery?

24        A.   Well, Clint already knew we needed one.

25        Q.   Okay.  You don't remember ever telling Clint or

 1    anybody else that, Hey, you need to hire an employee for

 2    this department?

 3         A.   No.  I don't understand the whole question

 4    because like they would know if we don't have a bakery

 5    manager.  So I don't understand --

 6         Q.   I'm not trying to be tricky.  Clint's not there

 7    on a day-to-day basis, is he?

 8         A.   No, but if the -- the bakery manager put her

 9    two weeks in, so like I don't understand the question.

10    You mean like what if I showed up one day and the produce

11    manager wasn't there?  Then I would go tell somebody.

12         Q.   No.  I mean if the produce manager comes up to

13    you and says, Hey, we are really short-staffed, can you

14    see about hiring some more help for grocery?

15         A.   No, I couldn't go and say, Okay, I'm going to

16    go hire you five new people, no.

17         Q.   Okay.  But did anybody ever ask you to get the

18    process started that you then reported up to Clint or

19    whoever?

20         A.   I would say something to Clint or whoever was

21    there.  There was Clint, there was Ramiz.  There was a

22    few of them.  One guy's name I cannot remember.

23         Q.   Okay.  Fair enough.  What about setting rates

24    of pay, did you ever have any involvement in that --

25         A.   No.

1      Q.   (By Mr. Williams) Before we took a break, we

2   were talking about duties and responsibilities as an

3   assistant manager, and I want to continue that line.

4           Did you -- you told me that you had some duties

5   and responsibilities with ordering?

6      A.   Yes.

7      Q.   Did you have any input into what items would be

8   ordered or what would be sold or how it would be

9   displayed?  Is that within your duties and

10  responsibilities?

11     A.   Well, if it was Thanksgiving, then yes.  I

12  mean, usually it was standard for holidays.  Like --

13  well, say Thanksgiving, make sure you have enough

14  marshmallows, make sure you have enough yams.

15          You go to departments to make sure they knew

16  Thanksgiving is coming up, to prepare for it.  To order,

17  it would be -- if there was a display up, you want to

18  keep that display filled.

19     Q.   Okay.  Would you actually fill out the purchase

20  orders and send them in, or how did that work?

21     A.   It was done with a gun, like an ordering gun.

22     Q.   An ordering gun?

23     A.   As soon as you hit sent, it sent.

24     Q.   Did anybody review it before you did it?

25     A.   Not that I know of.  Once you send it, you send

1    it.  I mean, you get a printout from it.

2         **Q.   Sure.**

3         A.   From the Associated's website.  But for the

4    most part, no.  I would just send -- I would ask the --

5    whoever, if it was the store director by me or whoever

6    was by me, Do you think you've got enough?  I ordered 10

7    cases.  Yeah, that sounds about right.  Okay.  10 cases

8    it is.

9         **Q.   So you would be the one to decide, you know,**

10   **how much of something that you would need to order?**

11        A.   Yeah.

12        **Q.   And if you had too much or too little, that**

13   **fell on your shoulders?**

14        A.   Fell on my shoulder, yes.

15        **Q.   Okay.  Fair enough.**

16             **You told me about the incident where the roof**

17   **caved in.  Did you have any responsibility for employee**

18   **safety as assistant manager?**

19        A.   Well, yeah.

20        **Q.   Tell me about that.**

21        A.   Just didn't want nothing to fall on them.

22   There was no protocol, if that's what you're asking.

23   There's no protocol.  It was -- the ceiling was falling

24   through.  We were grabbing what we could to catch the

25   water.

1       Q.    Okay.

2       A.    There was no protocol like, no, you, can't do

3    that, no, you can't mop.  Everybody came hands in with

4    mops and stuff.

5       Q.    **So besides catastrophic incidents like the roof**

6    **caving in, there are other safety issues in a grocery**

7    **store.  There can be spills.  There can be dangerous**

8    **equipment, what have you?**

9       A.    Yeah, you're supposed to walk the store.  I

10   think you were supposed to be seen out on the floor once

11   an hour or something like that I think it was.  So --

12   whether you did or not, I guess that's what it was.  But

13   you're supposed to be seen out on the floor so you can

14   inspect the floors.

15      Q.    **And that's what you're doing, you're inspecting**

16   **to make sure things are running smoothly?**

17      A.    Well, for spills and whatnot, yes.

18      Q.    **And if you find a spill, what do you do, do you**

19   **direct somebody to come clean it up?**

20      A.    I cleaned it up.

21      Q.    **Okay.  You would clean it up?**

22      A.    Yes.

23      Q.    **Okay.  If you had to go do something else,**

24   **could you?**

25      A.    I would radio and say, Hey, I'm right doing

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
KRESTINA COOMBS on 01/19/2022                                    Page 59

1  something, can you come help me?

2      **Q.   Okay.**

3      A.   But we were told never to leave the spill.

4      **Q.   Could you grab a stocking clerk and say, Hey,**
5  **go get a mop and clean this up?**

6      A.   Well, I could, yes, but I did a lot of things
7  on my own.  I don't know if that was what's gone for
8  everybody.

9      **Q.   Sure.**

10     A.   But I would just clean it up.  But, yes, I
11 could if I wanted to say, Hey, come over here and do
12 that.

13     **Q.   Would you -- trying to come up with a statement**
14 **that, you know, that kind of describes an assistant**
15 **manager.  Would you agree with me that a fair statement**
16 **would be assistant manager is in charge of helping manage**
17 **the store, making sure everything gets done?  Is that --**
18 **is that fair?**

19     A.   I guess what you mean by "managing," but we did
20 everything.  No small -- no task was too small.

21     **Q.   Sure.  And you either did it yourself or you --**
22 **you directed somebody to do it, as long as it got done?**

23     A.   If I wasn't willing to do it, then I would see
24 if somebody else could help me then because I don't
25 know --

1       Q.    Okay.

2       A.    If that's managing, then that's what I did.  I

3    don't know what you're --

4       Q.    I'm just trying to get your -- just trying to

5    get your description of it.

6       A.    I wasn't a soldier and said, You do this, you

7    do this, and that's not my job.

8       Q.    You pitched in with employees?

9       A.    Everything, yes.

10      Q.    Okay.  You wanted to set an example?

11      A.    I pulled pallets every freight day.  I threw

12   freight every freight day.

13      Q.    Okay.  What else did you do?

14      A.    Every -- cleaned the back room.  I mean, the

15   list could go on.  Anything that needed to be done.  It

16   wasn't like I had a babysitter.  I had to do what I had

17   to do.  But most of my time was spent running around the

18   store, make sure everything was the way it should be.

19      Q.    Looking for problems and solving them?

20      A.    Right.

21      Q.    Okay.  As assistant manager, were you involved

22   in any budgeting discussions or programs?

23      A.    No.

24      Q.    Okay.  Did you ever review store finances,

25   store productivity?

1      A.   Well, I could review them, but I had no idea

2    what they meant.   But yes, I could review them.

3      **Q.   Okay.  That was within your -- your area of**

4    **responsibility, you just didn't do it?**

5      A.   Well, there -- we didn't -- I don't even know

6    if there was a budget to be honest.

7      **Q.   Okay.  Were you involved in -- in, for lack a**

8    **better word, sounds very academic, strategic planning?**

9      A.   No.

10     **Q.   You weren't involved in that?  Any discussions**

11   **for future growth or anything else for the store?**

12     A.   Maybe when they came for evaluations, like --

13   I'm not talking these evaluations, I'm talking about when

14   Mark and all them would come to the store and meet

15   individually with their employees, like the manager,

16   bakery manager, deli, whoever was a manager at the time.

17   They may have said, What do you think could grow the

18   store?  And I wouldn't -- I think I was in two of those

19   meetings.

20     **Q.   Okay.  How frequently were those meetings held?**

21     A.   I think they're done once a year, but I don't

22   recall.

23     **Q.   Okay.  And during your time, you think maybe**

24   **you participated in two of those?**

25     A.   Most of them I think were when I was with Dan.

```
 1   surprise visits, I was told to move them.
 2        Q.   Okay.  Did you ever push back and --
 3        A.   Yeah.
 4        Q.   -- say, Hey, I think this is a better way?
 5        A.   Yeah, but -- I just ended up doing it.
 6        Q.   Did they ever listen to you and say, Hey,
 7   you're probably right?
 8        A.   Can't think of a time they did.  I mean,
 9   there -- Clint was easier to work with I'll admit.  He
10   would come in and say -- you know, the one store director
11   before me -- he wasn't the store director.  I was his
12   assistant still.
13           But I still did everything because that's just
14   the way it was.  But he made a big mess of the front, and
15   I rearranged everything, and he liked it.  So he had --
16   you know, Maybe you should do this or maybe you should do
17   that, but...
18        Q.   You told me about the time that you didn't have
19   a store director for that two-month period, that
20   basically you were doing everything.  There were times as
21   an assistant manager when you did have a store director
22   that you were also the only manager at the store; isn't
23   that right?
24        A.   Yes.
25        Q.   Okay.  And during those times, was that
```

```
 1   similar, you were kind of in charge of everything?

 2        A.   Yes.

 3        Q.   Okay.  As an assistant manager, did you keep a

 4   planner or a journal or a diary or anything that

 5   described what you did?

 6        A.   No.

 7        Q.   Okay.

 8        A.   If I had known this, but yes.  But, no, I did

 9   not foretell this.

10        Q.   Hindsight is 20/20.

11        A.   Yeah, so I did not.

12        Q.   Fair enough.

13             So at some point you became a store manager; is

14   that correct?

15        A.   Yes.  Store director you mean?

16        Q.   Store director.

17        A.   Okay.

18        Q.   I want to say December of 2018; is that right?

19        A.   If that is what the record says.

20        Q.   Does that sound -- sound right?

21        A.   Because I quit about February of 2019, so yes.

22        Q.   I have March 23, 2019, you resigned.

23        A.   Okay.  So March then, yes.

24        Q.   You think that's accurate?

25        A.   Well, yes.
```

1    Q.   Okay.  So you became store director December of

2    2018, and you're coming off the period of being an

3    assistant manager where you didn't have a store director.

4         Did anything really change between being a

5    store director and assistant manager?

6    A.   There was more to do.  You had to do -- I

7    was -- okay.  So I was not trained properly.  And before

8    I go into all these things, the reason why I did leave

9    Ridley's, one was the hours I was spending.  I was tired

10   of having somebody raise my kids.  I wanted to be home.

11        But the second one was I asked for training

12   because as a store director, you think you would be

13   properly trained to figure out how to keep your bonuses

14   to where you get them and help your entire store, your

15   management -- grocery -- not grocery, deli.  Deli was on

16   the bonus program, the meat department was on the

17   program, and I think Ace was on the program.  Oh, and

18   produce.

19   Q.   Okay.

20   A.   They pretty much told me that they would

21   eventually get to me to help me.

22   Q.   As a store director?

23   A.   So -- yes, as a store director.  So I didn't

24   get too much further into the store director, but I

25   had -- I think I've done some of these.  I think that's

1   how I got Jennifer to fight with for the 25 cents.  But I

2   don't know all of the store director's responsibilities

3   because I wasn't there for very long, but I was never

4   trained.

5       **Q.   Okay.  As you sit here today, was there**

6   **anything that you know of that a store director could do**

7   **that you couldn't do as an assistant manager?**

8       A.   He -- they did most of the interviewing.  I

9   didn't sit around and ask exactly what their details

10  were, but we were always out on the floor.  So like

11  whatever they did, they did -- I don't know what they --

12  I mean, I don't know -- I don't know what all their job

13  duties were.

14      **Q.   I'm just asking you.  You worked both as an**

15  **assistant manager and as a store director.  I**

16  **understand --**

17      A.   At the time that I was store director, I did

18  nothing different than try to keep the ship above water.

19      **Q.   Okay.  So you basically did the same thing as a**

20  **store director that you did as an assistant manager?**

21      A.   For the time I was there, yes.

22      **Q.   Okay.**

23      A.   Because at the time, I was only me and her, and

24  we only had -- I mean, I worked from 5:30 in the morning

25  until 5:30 at night with no lunch because she wasn't

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
KRESTINA COOMBS on 01/19/2022                                      Page 80

```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF UTAH )

 3    COUNTY OF UTAH )

 4

 5            I, Daren S. Bloxham, a Certified Shorthand

 6    Reporter, Registered Professional Reporter, hereby

 7    certify:

 8            THAT the foregoing proceedings were taken

 9    before me at the time and place set forth in the caption

10    hereof; that the witness was placed under oath to tell

11    the truth, the whole truth, and nothing but the truth;

12    that the proceedings were taken down by me in shorthand

13    and thereafter my notes were transcribed through

14    computer-aided transcription; and the foregoing

15    transcript constitutes a full, true, and accurate record

16    of such testimony adduced and oral proceedings had, and

17    of the whole thereof.

18            I have subscribed my name on this 19th day of

19    January, 2022.

20    _____

21                    Daren S. Bloxham
                      Registered Professional Reporter #335
22

23

24

25
```