Exhibit 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

-o0o-

STANTON MEATS, JASON          )
CARILLO, KRESTINA COOMBS,     )
DAVID DAVIS, BRIAN DONOVAN,   )
CHRIS GALLEGOS, DESTINY       )
GLANTZ, CAMERON HARRIS,       )
JULIE ANNE NEIL, ANDREZ       )
RIOS, JARED WHITAKER, AND     )
WILLIAM WULF,                 )
                              )
          Plaintiffs,         )
                              )  Civil No: 1:22-cv-1070-PAB
   v.                         )
                              )
RIDLEY'S FAMILY MARKETS,      )
INC.,                         )
                              )
          Defendants.         )
   _____)

**CERTIFIED COPY**

VIDEOCONFERENCED DEPOSITION OF DAVID DAVIS

TAKEN VIA ZOOM

Tuesday, February 14, 2023

8:32 a.m. to 10:18 a.m.

Reported by:  Kimberly A. Harmon, RPR, CRR, CSR

A P P E A R A N C E S

For the Plaintiffs:

        David P. Williams, Esq.
        SNELL & WILMER LLP
        15 West South Temple
        Suite 1200
        Salt Lake City, Utah  84101
        (801)257-1900
        dawilliams@swlaw.com


For the Defendant:

        Sean Short, Esq.
        SANFORD LAW FIRM, PLLC
        10800 Financial Centre Parkway
        Suite 510
        Little Rock, Arkansas  72211
        (800)615-4946
        sean@sanfordlawfirm.com


Also Present:

        Tyler Larsen, videographer


                        *  *  *

1    that you had at the time?

2        A.    Correct.

3        Q.    Okay.  You were first employed, according to

4    my records, by Ridley's in February of 2012 as a deli

5    clerk in Hyrum, Utah.

6              Does that sound accurate?

7        A.    That is.

8        Q.    Okay.  I want to talk about your work

9    history before you went to Ridley's.

10       A.    Okay.

11       Q.    Did you have a job before starting at

12   Ridley's in 2012?

13       A.    I did.

14       Q.    Okay.  What job was that?

15       A.    Directly before that, I believe that I was

16   working at Discovery, which is a call center here in

17   Logan, Utah.

18       Q.    Okay.  And what did you do at Discovery?

19       A.    We conducted phone surveys.

20       Q.    Okay.  And how long did you work at

21   Discovery?

22       A.    Approximately a year.

23       Q.    Okay.  Did you have any -- any management

24   duties?

25       A.    No.

1      Q.   Okay.  It's my understanding -- who -- who

2   was your assistant manager at the time?

3      A.   I'm not sure we had one.  It was John for a

4   little while, and then there just was not an

5   assistant manager --

6      Q.   Okay.

7      A.   -- for a while.

8      Q.   And we'll talk -- because you transitioned

9   into assistant manager, and that may be why.

10     A.   Yeah.

11     Q.   Okay.  Fair enough.

12          So how long did you have the title of

13   grocery manager?

14     A.   That was probably at the -- after hardware,

15   grocery manager was less than a year.

16     Q.   Okay.  I'm going to show you a document that

17   we'll mark as Exhibit 3 to your deposition.

18               (Exhibit 3 was marked for

19               identification.)

20   BY MR. WILLIAMS:

21     Q.   This document is entitled "Payroll Status

22   Change.  Employee, David Davis.  Effective Date

23   9/21/14."

24          It shows what I believe to be your promotion

25   from grocery manager to assistant manager in

1    September of 2014.

2            Does that sound right?

3        A.    That's correct.

4        Q.    Okay.  Do you recognize the signature on the

5    bottom there?

6        A.    Honestly, no.

7        Q.    Okay.

8        A.    Just looks like scribbles.

9        Q.    That's kind of what I thought.

10           Your store manager at the time was Dan

11   Smith?

12       A.    I believe so.

13       Q.    Okay.  And how did you come to get the

14   position of assistant manager?

15       A.    I was asked by Dan if -- if I wanted to take

16   the role.

17       Q.    I assume he told you about the position,

18   what it would entail and so forth?

19       A.    Yes.

20       Q.    Okay.  What did he tell you?

21       A.    It was mainly kind of training on the tasks

22   which I needed to do, the ordering, you know,

23   throwing out the freight, that sort of things.  I

24   did -- was involved with helping do some of the

25   bookkeeping at that time as well.

1       A.   I didn't -- we -- I -- even at the time,

2   honestly, I didn't understand that, that we -- I

3   didn't -- I didn't understand that at the time.

4       **Q.   Okay.**

5       A.   I --

6       **Q.   Go ahead.**

7       A.   I was just saying that I didn't -- you know,

8   I knew that we were paid a salary, but I wasn't sure

9   how we were not being able to not be paid for the

10  extra hours that we worked.

11      **Q.   Okay.  What --**

12      A.   We were required -- so we were required to

13  get the job done, you know, no matter how long it

14  took us.  So there was days when, you know, if the --

15  if it was busy and we had to stay late and -- and get

16  the load out, there was times that, you know, I mean,

17  I didn't -- I didn't clock in that whole time when I

18  was the assistant.  It was -- you know, we just had

19  to stay until we got the job done.

20      **Q.   As assistant manager, did you have a -- a**

21  **set work schedule?**

22      A.   It rotated.

23      **Q.   Okay.  Explain.**

24      A.   So we were either 50 hours one week or 60

25  hours the next, and then our schedule rotated with

1   the closing -- the closing manager.  And so there was

2   sometimes that we would have to stay and close the

3   store.  And so that -- that schedule wasn't the same

4   every week.  It kind of, you know, rotated every

5   other week.

6       **Q.   Okay.  Did you have -- understanding that it**

7   **rotated every other week, you know, could you say**

8   **week one, I would generally have this schedule, then**

9   **week two go to this schedule, or was it completely**

10  **random?**

11      A.   It -- it did change.  I'd say the hours did

12  change.  We were scheduled either 50 or 60.  Either

13  you worked five tens or you worked six tens.  But

14  other than that, the -- the days, like I say, did

15  change, it -- it seemed like, kind of in a rotating

16  schedule of people's schedule.

17      **Q.   Okay.  And -- and was that schedule**

18  **determined by -- by Dan?**

19      A.   Correct.

20      **Q.   Okay.  What time would you typically start**

21  **on a given morning?**

22      A.   When we would open the store, I want to say

23  we were there at 5:30.

24      **Q.   Okay.  And when you say "we," who -- who is**

25  **"we"?**

```
 1        A.   Just whoever else was doing the role.  So I
 2   was there at 5:30 when we were opening the store.
 3        Q.   You were there at 5:30 when you were
 4   opening.
 5             And -- and when would Dan show up?
 6        A.   If he -- if I was opening the store, then he
 7   would usually show up when we would open the store,
 8   which I believe was at 7:00.  And then if he was
 9   opening, then I would show up at 7:00 and he would be
10   there at 5:30.
11        Q.   Okay.  So it's my understanding that you had
12   some overlapping schedules, that there were a couple
13   hours at the beginning or the end of each day where
14   one of you was not working and -- and you would be
15   considered -- when you were there, you would be
16   considered the senior manager on-site.
17             Is that accurate?
18        A.   Yes.
19        Q.   Okay.  It's my understanding that you would
20   also cover for Dan on his days off.
21             Is that correct?
22        A.   Yes.
23        Q.   Okay.  Did he have a regular day off each
24   week, or was that kind of random as well?
25        A.   I don't believe so.  It was the sa- -- you
```

1   know, it rotated like our schedules.

2       Q.   Okay.   Typically one day a week?

3       A.   Yes.

4       Q.   Okay.  So that one day a week when he was

5   off, you would be working, and then the one day a

6   week where you were off, he would be working?

7       A.   Yes.

8       Q.   Okay.  Did you understand that was the

9   policy of the store, to have either an assistant

10  manager or a manager on-site at all times?

11      A.   I didn't know if that was -- I didn't know

12  that was policy, no.  Because there -- because when

13  we would leave at night, there would be a closing

14  manager.  You know, if I -- if I left at 4 o'clock,

15  you know, me and Dan would both leave, there was a

16  closing manager that was there till 11:30.

17      Q.   Okay.

18      A.   And there was days, I'm sure, on the weekend

19  too that it wasn't always -- if I wasn't -- you know,

20  if Dan wasn't there, I think that's just the way that

21  the schedule got worked out.  But it was never an

22  every time thing that I was there if Dan wasn't.

23  There was days where Christina, who was the grocery

24  manager at the time --

25      Q.   Mm-hmm.

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
DAVID DAVIS - 02/14/2023                                            Page 29

```
 1    a desk or a computer.  It was a shared office that

 2    the cashiers used every night to count the tills, the

 3    grocery managers used.  It was a shared area.

 4        Q.   But -- but there was an office, nonetheless,

 5    that -- that was segregated from the rest of the

 6    store?

 7        A.   Yes.

 8        Q.   Okay.  You had access to that office?

 9        A.   I did.

10        Q.   I assume that's where the computer was?

11        A.   Yep.

12        Q.   And the safe?

13        A.   Mm-hmm.  Correct.

14        Q.   And it's my understanding that -- that Dan

15    Smith was the store director throughout your entire

16    tenure as assistant manager?

17        A.   Correct.

18        Q.   Okay.  Talk about this a little later.

19             It's my -- it's also my understanding that

20    Dan, towards the end of your tenure, had to go work

21    at a different store?

22             Is that -- is that correct?

23        A.   He did for a short amount of time, yeah.

24        Q.   Okay.  And you mentioned that you did some

25    bookkeeping.
```

1          I assume you used the computer to do that?

2    A.   Correct.

3    Q.   Okay.  Tell me about that.

4    A.   So at the end of -- it was the same thing as

5    our closing managers did.  But at the end of day,

6    there would be sheets printed out with the totals of

7    all of the -- it was basically balancing the tills.

8    And, you know, we would have the totals from each

9    department with their totals printed out, and we just

10   had to count up the money and make sure that

11   everything was in line.

12   Q.   Okay.  And that was one of your

13   responsibilities as an assistant manager?

14   A.   If I -- when I was closing or if we had to

15   when we opened, yes.

16   Q.   Okay.  And that would -- you --

17   approximately how many times per week would you have

18   to do that?

19   A.   It was -- I would say, you know, I -- every

20   day that we opened, if I -- I would say two to three

21   times.

22   Q.   Okay.

23   A.   You know, when we closed, typically then --

24   we would do it when we would close, and I believe

25   there was sometimes in the morning that we would have

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
DAVID DAVIS - 02/14/2023                                                      Page 31

1   to just make sure that the numbers were correct.

2        Q.   Okay.  So, I mean, you're either opening or

3   you're closing.

4        A.   Not 100 percent.  You know, like I say,

5   there was times when somebody else would open and

6   then I would come in after.

7        Q.   Okay.  But if you were opening or closing,

8   you would -- you would take --

9        A.   Correct.

10       Q.   -- that task?

11       A.   Yes.

12       Q.   Okay.  Did you have -- on the -- on the

13   computer, did you have to log in?

14            Did you have your own log-in?

15       A.   No.

16       Q.   Okay.  It was just open?

17       A.   I think there might have been -- might --

18   there might have been a password for the computer,

19   but there was no -- there was no log-in.

20       Q.   Okay.  You obviously had the password?

21       A.   Yes.

22       Q.   Okay.  Did you have an email account?

23       A.   No.

24       Q.   No?

25            Okay.  Let's -- let's talk about your duties

1   and responsibilities as an assistant manager.  And

2   we'll start -- we'll start broad and then we'll kind

3   of dig down.

4           Could you give me a summary of what you

5   thought your duties and responsibilities were as a

6   assistant manager?

7   A.    It was primarily -- customer service, you

8   know, was the number one thing that I -- I actually

9   did.  And then it was the same thing as -- as -- it

10  was very similar to a grocery manager, that it was

11  on -- which I even believe I did a lot of the same

12  roles as the grocery manager did when I became the

13  assistant.

14          It was still ordering, getting the load out,

15  make sure carts were brought in.  It was -- we --

16  I -- I would help run the front desk area and do the

17  money orders and making balloons, et cetera.

18  Q.    Do you know what I mean when I say "center

19  store employees"?

20  A.    No.

21  Q.    Okay.  So center store employees we would

22  define as grocery, frozen foods, dairy, those type of

23  employees.

24  A.    Okay.

25  Q.    Did you have those employees in the store?

```
 1       A.   Yes.
 2       Q.   Okay.  Did those employees report to the
 3  assistant manager?
 4       A.   They reported to the store manager on
 5  anything other than simple questions of -- you know,
 6  I would help them, but I don't believe they really
 7  reported to me.  You know, the --
 8       Q.   Would you -- go ahead.  I'm sorry.
 9       A.   I was just saying that -- like, reported
10  any -- any problems or anything like that would
11  have -- would have been taken to Dan.
12       Q.   Okay.  Were you considered their immediate
13  supervisor, though?
14       A.   I don't believe I was their immediate
15  supervisor, no.
16       Q.   Okay.  Did you -- did you direct their work
17  at all?
18       A.   No.  They kind of did their own work, and
19  then I would -- I would assist them if I was asked --
20  asked to, but I didn't direct them, really, on how to
21  do their job.
22       Q.   Okay.  Did you ever monitor them, make sure
23  they were doing their job, make sure were there --
24  where they were supposed to be?
25       A.   Not so much that -- I pretty much just did,
```

```
 1   you know, what I needed to do and -- and like I say,

 2   if they needed help, if -- if for some reason

 3   somebody was sick or didn't come in, then I would --

 4   I would cover in that area.  But I wasn't so much

 5   checking on them.

 6           I checked on more that -- we did the

 7   temperature logs.  And so every hour, if Dan Smith

 8   couldn't go around, that we -- we went around to

 9   check all of the coolers, make sure that everything

10   was working properly.  And I checked on -- that's --

11   I would check on coolers more than I did on if people

12   were at their job or doing their job right.
```

**13   Q.   Okay.  Did you -- again, talking the center**

**14   store employees, did you ever offer them guidance**

**15   or -- or, you know, counsel, "Hey, you know, this is**

**16   the best way to do that" or "This is the best time to**

**17   do that" or anything like that?**

```
18   A.   Not that I can think of.
```

**19   Q.   Okay.  Did you ever give instructions to any**

**20   employees?**

```
21   A.   Yeah, some -- so sometimes I would write

22   down daily lists.  Not for individual employees, but

23   my kind of routine throughout the day is, as I went

24   around the store, if I saw things out of place or --

25   or something, that I would write a list for myself
```

1    to -- to -- to do, and a lot of the employees kind of

2    knew that those were things that if they -- they

3    didn't have anything to do, then they could come up

4    and look at my list that I had usually in the front,

5    kind of customer service desk area, they would go and

6    help me complete some of those lists.  But I

7    didn't -- other than, you know, the checkers -- or

8    the -- the night stockers, sometimes I would help

9    them throw freight.

10       Q.   Were you able to assign tasks to any

11   employees if -- if something needed to be done?

12       A.   I could have asked somebody, yeah, to do

13   something and --

14       Q.   That was --

15       A.   -- if we needed it done.

16       Q.   -- certainly within your -- your discretion?

17       A.   Yes.

18       Q.   Okay.  Did you -- did you ever work -- did

19   you ever prepare any schedules for any of the other

20   employees?

21       A.   I was in -- I helped with the scheduling,

22   but I didn't feel like I was the -- you know, was the

23   taking -- you know, I was following kind of the -- I

24   would take the last week's schedule and change the

25   dates.  You know, that -- that's really all I would

1   do, that I would -- when I was involved with

2   scheduling, I didn't get to say, "Hey, this person

3   deserves more hours.  This person is doing better

4   than another person."  That -- it was -- I would take

5   the schedule, and it was really just filling out

6   what -- what dates people were able to work.

7        **Q.   Okay.  And which employees were you doing**

8   **that for?**

9        A.   Usually the -- the checkers when --

10       **Q.   Okay.  Did you do that for any of the**

11  **grocery clerks or any of the -- the dairy or the --**

12  **the frozen foods or anything like that?**

13       A.   Usually all of those were their own

14  department managers, and I didn't set their

15  schedules.

16       **Q.   Okay.  The checkers, if they had a**

17  **complaint, did they ever complain to you?**

18       A.   I'm sure they did.

19       **Q.   Okay.  And how would you handle those**

20  **complaints?**

21       A.   I would point directly to Dan.

22       **Q.   Okay.**

23       A.   But usually that was only if -- if he wasn't

24  around and they had a complaint or a concern or

25  something, then, you know, I just passed their --

1    their complaint along to Dan for him to handle.

2         Q.    Okay.  And -- and those times when Dan's not

3    there, what would you do?

4         A.    I would call him.

5         Q.    Okay.  Did you ever just say, "Hey, I can --

6    I can take care of you.  I think you should do this"?

7         A.    Not on a day off.  You know, if they'd ask

8    for a day off or something like that, then I -- I

9    never would do anything like that.  It would be if I

10   could, you know, help bag for them or, you know,

11   maybe help them out in a way -- or they had a

12   question about how to do something, then I would

13   assist them with that.  But not as far as anything

14   substantial.  You know, nothing -- if they needed

15   time off or needed anything like that, then it

16   would -- you know, then it would be Dan,

17   specifically.

18        Q.    Okay.  But -- but other than time off and --

19   some of these smaller problems, you could -- you

20   could just address and handle for them?

21        A.    I could help them with, you know, basic

22   questions about how to do their job, yeah.

23        Q.    Okay.  And -- and, I mean, I assume there

24   were some times during the day that got particularly

25   busy?

1   helping with certain tasks.  You know, if they had a

2   question about how to ring something up or how to,

3   you know, get into their computer or something, then

4   I could assist them with that.  But as far as

5   actually training somebody from start to finish, I --

6   I don't believe I really trained anybody.

7       **Q.   But on -- on one-off tasks, you certainly**

8   **could train somebody?**

9       A.   Correct.

10      **Q.   And that wouldn't be unusual?**

11      A.   No.

12      **Q.   Okay.  What about feedback and coaching?**

13          **I assume you did that on a -- on a one-off**

14  **basis as needed?**

15      A.   Yeah.  I didn't fill out -- like, I didn't

16  coach them, you know, write-up or anything like

17  that --

18      **Q.   Sure.**

19      A.   -- but I would -- but if -- I believe that I

20  would, you know, try to -- I tried to help anybody in

21  any way I could.

22      **Q.   Okay.**

23      A.   But I did kind of -- in any position that I

24  was in there, that was kind of my role, is I would

25  try to help people out.

1    Q.   Okay.  You said that you never did any

2    written discipline.

3         Did you ever participate in any written

4    performance evaluations?

5    A.   I think I sat on a -- a couple with Dan.

6    Q.   Okay.  Any employee -- any particular

7    employee group that you would sit in on?

8    A.   No.

9    Q.   He would just ask you to come in and --

10   and -- was it an employee that you would be familiar

11   with, or what were the circumstances about?

12   A.   I would have been familiar with it.  Yeah, I

13   think he just, you know, wanted me to -- to observe

14   and see what he was doing.  And maybe, too, so that

15   he had somebody else in there to kind of just vouch

16   for what he was saying, you know, kind of as a

17   observer, you know, if you were.

18   Q.   Same question with discipline.

19        Did you ever sit in on any disciplinary

20   meetings?

21   A.   Not that I can recall.  I remember him

22   disciplining people, but that was always done behind

23   closed doors.

24   Q.   Okay.  Did he ever consult with you about

25   that?

1      A.   We would talk about it sometimes, yeah.

2      **Q.   Okay.  He would ask for your input?**

3      A.   It was -- yes.  If it was something that

4  happened when he wasn't there that he didn't see,

5  then he would ask for, you know, kind of what

6  happened.

7      **Q.   Okay.  Did you ever recommend discipline of**

8  **employees?**

9      A.   I brought things to his attention, but I

10  didn't recommend whether somebody should be fired or

11  demoted or anything like that.

12     **Q.   So what -- what things would you bring to**

13  **his attention?**

14     A.   Problems with employees that -- there was a

15  employee who just was always out on smoke breaks, so,

16  you know, I just let him know that, and he was the

17  one that took care of it.

18     **Q.   Okay.  What happened to that employee?**

19     A.   I think that he -- he was let go later on.

20     **Q.   Okay.  Certainly on -- on days that he**

21  **wasn't there that you were the -- the senior manager,**

22  **as problems would come up, you would report those to**

23  **him as well?**

24     A.   Correct.

25     **Q.   Okay.  And did you ever participate in the**

```
 1    termination of employees?

 2        A.   No.

 3        Q.   Okay.  Did you ever --

 4        A.   No.

 5        Q.   Did -- did Dan ever ask you, "Hey, what

 6    should we do here" or -- or anything like that?

 7        A.   No.  And I felt like I -- honestly, I didn't

 8    even think that Dan could fire an employee.  That

 9    I -- what I was told is that any hiring or firing --

10    like, the firing had to be done from corporate.

11            So even when there was -- I know one cus- --

12    employee in particular that Dan wanted to let go, and

13    he stayed.  So Dan -- there was certain times that I

14    didn't even think Dan could.  I was not involved in

15    any of the -- the firings.

16        Q.   Okay.  Out -- outside of the actual firing,

17    I mean, I assume you or Dan could recommend to

18    corporate or discuss and say, "Hey, we think we

19    should do this.  Let's call corporate and get

20    their -- and get their blessing and, you know,

21    corporate can decide."

22            Is that fair?

23        A.   Dan did.  I never -- I -- I don't ever

24    remember once calling corporate about any employee

25    problem at all.
```

1     Q.   Do you ever remember talking to Dan about

2   problem employees that he subsequently followed up

3   with corporate on?

4     A.   Other than that one that I just talked

5   about, there was -- I can't think of any other --

6   other times where any disciplinary action was taken

7   against an employee from that.

8     Q.   So it wasn't a very common occurrence,

9   regardless?

10    A.   No.

11    Q.   Okay.  As assistant manager, did you ever

12  consult on applicants or interviews, sit in on

13  interviews of applicants?

14    A.   I sat in on some interviews and, you know,

15  assisted people on -- on applying on the website.

16    Q.   Did you ever recommend anyone to be hired?

17    A.   No.

18    Q.   Okay.  When you would interview applicants,

19  would you provide feedback to -- to Dan about your

20  thoughts on that applicant?

21    A.   Yeah.  I mean, personally, I think we talked

22  about different people when they would come in and --

23  and interview, the ones that I sat in on.

24    Q.   As an assistant manager, did you have any

25  say into compensation matters for any store

1    employees?

2        A.   I don't believe so.  I really -- I don't

3    think I was involved in any wage discussions of any

4    employee.

5        **Q.   Okay.  Your -- your recommendations and your**

6    **involvement in evaluations certainly would have been**

7    **taken into account for -- for wages, would they?**

8        A.   Possibly.  But like I say, I can't remember

9    of -- any time of saying "This person needs a raise"

10   or anything like that.  If they -- they wanted a

11   raise, then they had to talk to Dan about it.

12       **Q.   Okay.  As assistant manager, did you ever**

13   **fill out any -- ever any reports or -- or other**

14   **official forms for Ridley's?**

15       A.   Yeah, I'm sure I did.  You know, and I think

16   that the bookkeeping was, I think, the biggest part

17   of that.  But other than that, I -- you know, and the

18   temperature logs.  That's mainly what I can recall.

19       **Q.   Okay.  Did you ever do any evaluation forms?**

20   **Ever sign any of those?**

21       A.   I can't recall on that.

22       **Q.   You can't --**

23       A.   I know I -- I know I was involved in some of

24   the evaluations of people, but I don't remember if I

25   was ever the sole person doing the review, no.

1      Q.    Is it possible that you were and you just

2    don't remember, or...

3      A.    I don't believe I was.  I think that every

4    time -- that when I was there with Dan, that he would

5    do a review of somebody and -- but I don't remember

6    ever sitting down and evaluating anybody.

7      Q.    Okay.  Let me show you some documents that

8    we're going to mark as Exhibit 4 to your deposition.

9                  (Exhibit 4 was marked for

10                 identification.)

11   BY MR. WILLIAMS:

12     Q.    I'm showing you a document marked Exhibit 4

13   to your deposition called a payroll deduction request

14   form.

15           Is that your signature at the bottom?

16     A.    Yes.

17     Q.    Okay.  What are these forms that you're

18   filling out?

19     A.    Looks like a payroll deduction form.

20     Q.    Right.

21           And why would you fill this form out?

22           I mean, it says "Stamped WIC check on the

23   wrong side."

24           What does that mean to you?

25     A.    So what that was, if -- if -- what I believe

```
 1   happened on this one is that the -- a checker

 2   probably didn't -- didn't handle the money correctly.

 3   And so I believe that any time the checker made a

 4   mistake, they would deduct that from their pay.  And

 5   so if this employee didn't -- didn't do it correctly,

 6   then I would have been asked to fill out a payment

 7   deduction form.

 8       Q.   Okay.  And that -- you signed as "manager

 9   approval" there on the -- on the bottom?

10       A.   Correct.

11       Q.   Okay.  So same question on page 2.

12   "Employee's till was short.  Didn't quite understand

13   that she was short."

14            Same situation?

15       A.   Yeah.

16       Q.   Okay.  For 3, this one has Maria Ruiz.

17            It's -- is that the employee that we were

18   talking about, WIC check was not signed?

19       A.   This looks like a different one.  Is it?

20       Q.   It's dated 4/4/15.

21       A.   Okay.  Yeah, it would have been similar --

22       Q.   Similar situation?

23       A.   Yeah.

24       Q.   Okay.  Page 4, another similar situation?

25       A.   Yeah.  Was that the same thing?  Is that a
```

1    different -- because they were very similar in dates.

2    Are the -- is that the same one or -- or --

3        Q.    Those are -- those are the same --

4        A.    13.03?

5        Q.    Yeah, the only -- the only difference I see

6    is there's two David Davis signatures on the bottom.

7    One with a -- a --

8        A.    Different date.

9        Q.    -- a date in September.

10       A.    Yeah.

11       Q.    Okay.  So regardless, I mean, you certainly

12   filled out forms as needed, as -- as an assistant

13   manager?

14       A.    Yeah.

15       Q.    Okay.  Let's talk about product.  You

16   mentioned ordering product as assistant manager.

17            Tell me -- tell me what that entails.

18       A.    So there was an ordering gun, and we had

19   kind of set parameters of how much, you know, that --

20   how many -- like, almost on every aisle for every

21   product, when I was training, Dan would show me,

22   "This is, you know, what we need to have here, you

23   know, on the shelves."

24            And then we had an ordering gun where we

25   would basically just go through the store and scan

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
DAVID DAVIS - 02/14/2023                                                    Page 48

```
1    the tags of each product to build an order from

2    Associated Food Stores.

3         Q.   What about special events?

4              Did you -- did you ever have to order extra

5    product for special events?

6         A.   The case lot sale, I -- I know I helped out

7    Dan with that.  And I think the one time that I did

8    it, I -- I didn't -- I -- I know he had to come in

9    and help me do the ordering for the case lot because

10   that was kind of a very important thing.  You know, I

11   assisted with that, but I was never in charge of

12   just -- "Do the case lot order.  Go -- you know, this

13   is what we need.  Get what you want for the case lot

14   order," that it was him kind of assisting me out with

15   that.

16        Q.   Okay.  It was important enough that -- that

17   it took two of you to -- to do that?

18        A.   Yeah.  And like I say, I think that he -- he

19   would have to come in and give his final approval on

20   that.

21        Q.   Okay.  What about -- what about holidays?

22              Any special orders for holidays or anything

23   like that?

24        A.   I believe the -- for the holidays, they were

25   done through the -- one of the other department
```

```
 1   managers, I thought, ordered all of the holiday

 2   stuff.

 3      Q.   Okay.  What about merchandising and product

 4   placement and displays?

 5           Did you have any -- any responsibilities for

 6   that?

 7      A.   I -- I don't know about the

 8   responsibilities, but we did have the ability to, you

 9   know -- you know, change stuff around if we -- if --

10   you know, kind of the -- the -- what they call the

11   aisle displays, you know, that we would go through

12   and clean those up, move those around.  Not as far as

13   moving, you know, sections of the store so much, but

14   just moving things kind of on the aisles.

15      Q.   And that's something that --

16      A.   Endcaps.  Yes.

17      Q.   That's something you did as assistant

18   manager?

19      A.   Correct.

20      Q.   Okay.  What about signage or anything like

21   that for the store?

22           Did you have any responsibilities for that?

23      A.   There was times that I did do that as a

24   task.  I wasn't, you know, responsible for the

25   signage, but there was times when -- you know, it was
```

1  case lot sale -- I was told to go put the sign up on

2  the -- the roof.  But the -- the signing for, like,

3  most products was done by the -- the -- in the -- in

4  the back room, there was a lady that did the signs

5  for all the products and everything like that.  Other

6  product -- other signs were done through the -- the

7  vendors.

8      Q.   Okay.  I assume you got help to put up the

9  signs?

10      A.   Yes.

11      Q.   Okay.  Who would -- who would you get to

12  help you?

13      A.   Usually a stocker.

14      Q.   Okay.  So assistant manager, did you have

15  any responsibility or input into employee safety

16  or -- or store safety?

17          Cleaning up spills, addressing hazards in

18  the store, anything like that?

19      A.   Yeah.  I mean, I did.  Yeah.  And even as

20  the grocery manager, I think if I saw a spill or

21  anything that could hurt anybody, then -- then we

22  took care of that.

23      Q.   Okay.  And you could assign employees to go

24  take care of something like that?

25      A.   Yeah.  The baggers were -- usually if they

```
 1   were -- or the baggers, stockers, that's who we would

 2   ask to -- to do things like that.

 3       Q.   Okay.  Did you conduct safety inspections or

 4   anything like that in the store?

 5       A.   We did.

 6       Q.   Okay.  Did you personally do that?

 7       A.   Yes.

 8       Q.   Okay.  How often would you do that?

 9       A.   We did -- it was as -- about as frequent --

10   you know, almost every hour when we would have to go

11   and check to make sure that all the freezers are

12   working, all the refrigerant, you know, that

13   everything's staying cool and at temperature.  At the

14   same time, we were doing safety checks and making

15   sure that there was no hazards or anything in the

16   way.

17       Q.   So you're -- as an assistant manager, you're

18   really just kind of walking around the store all the

19   time and -- and taking care of problems and helping

20   people and -- and just doing whatever needs to be

21   done.

22            Is -- is that fair?

23       A.   Yes.

24       Q.   Okay.  Did you ever -- did you ever have any

25   employee injuries during your tenure as assistant
```

1    manager?

2        A.   I do remember one occasion, a deli employee

3    that had got -- her arms were irritated from some of

4    the chemicals that she was using to clean.  And it

5    was brought to my attention, and I asked -- I -- I

6    asked Dan or somebody else about it, that I didn't --

7    couldn't handle that.  So yeah, it was -- it was told

8    to me, but I couldn't handle or do anything about it.

9        Q.   Who -- who told you about it?

10       A.   The cu- -- the employee herself that -- I

11   was walking by, and she, you know, just showed me her

12   arms.

13       Q.   Okay.  Do you remember -- did you fill out

14   any employee injury reports or anything like that?

15       A.   No.

16       Q.   Okay.  Do you remember ever filling out any

17   OSHA reports or anything?

18       A.   I don't.

19       Q.   Okay.  Did you ever discipline employees for

20   violating safety policies?

21       A.   No.  Not that I can recall.

22       Q.   Did you ever have a circumstance where

23   you -- you saw somebody doing something that was not

24   safe, and you -- and you went up to them and said,

25   "Hey, you know, you need to do this a different way"?

1    You know, lifting or -- or in the deli or something

2    like that?

3        A.   For safety, I -- I can't say that I did.  I

4    can't remember any time of -- I can't really remember

5    seeing anybody doing something unsafe in front of me.

6        **Q.   As you're walking around, you know, doing**

7    **your inspections and such, is that something that**

8    **you're paying attention to?**

9        A.   I'm sure I would have noticed it, but --

10   yeah, I would have noticed it if something was --

11   yeah, safety -- we were, part of our walkarounds,

12   looking for safety concerns, yes.  But I can't

13   remember any specific instances where I disciplined

14   or even instructed anybody on a safer way to do

15   something like that.

16       **Q.   Okay.  What about building security?**

17       **As assistant manager, did you have any**

18   **responsibility for store security?**

19       A.   Other than locking the doors that -- locking

20   the doors, that was the main thing other -- no.  But

21   as far as security from theft or something?  Is that

22   what you mean?

23       **Q.   Sure.**

24       A.   Yeah.  I -- I'd say that for the security,

25   really, of it, we were required to lock the doors, I

1    guess.  But other than that, I wasn't in charge of or

2    really even thought about securing merchandise or

3    anything like that.

4         Q.   Did you ever have to -- did you have -- did

5    you have a pharmacy in this store?

6         A.   No.

7         Q.   Okay.  Did you have any -- any locked cases

8    in the store that you had to make sure --

9         A.   We had a sporting goods department that had

10   firearms up there.  And then with the sporting goods

11   manager, when that store would close or the -- the

12   sporting goods department would close, then we would

13   just make sure that that door was locked, yeah.

14        Q.   Okay.

15        A.   But I wasn't the only one in charge of

16   making sure that that was locked.

17        Q.   But that -- that certainly fell within

18   your -- your responsibilities, to make sure that was

19   secure before you went home for the night?

20        A.   Yes.

21        Q.   Okay.  Would you do a walk around the

22   building, make sure all the doors were shut?

23        A.   Yes.

24        Q.   Okay.  You had keys?

25        A.   Yes.

1      Q.    The store director had keys?

2      A.    Yes.

3      Q.    Closing manager had keys?

4      A.    Yes.

5      Q.    Anybody else have keys?

6      A.    I think that we had some extra keys there

7   that -- say, that the grocery manager at the time may

8   have had access to, but the -- the -- as far -- but

9   no, no -- it was mainly -- I think there was the --

10  it was just the three sets of keys.

11     Q.    Mainly those three.

12     A.    Yeah.

13     Q.    Okay.  What about access to the safe?

14           Did you have access to the safe?

15     A.    I did.

16     Q.    Is that part of your duties and

17  responsibilities?

18     A.    It was.

19     Q.    Okay.  Tell me -- tell me what you did in

20  that regard.

21     A.    It was the -- the same thing as the closing

22  manager.  Putting the tills in there.  When we would

23  close the store down, we had to, you know, count up

24  all the money, make sure that it was in line with our

25  books, and then we would count it, document that into

1    the program that they had put up, and then just

2    securing the safe.

3        Q.    Did you ever make bank deposits?

4        A.    I did.

5        Q.    How frequently?

6        A.    I would say in total, there was maybe a --

7    three times, three, four times at the most that I

8    actually took the deposit.

9        Q.    Okay.  Who typically did that?

10       A.    Dan.

11       Q.    Dan?

12             Did you have -- I'm not sure how to word

13   this.  Merchandise inventory shrink.

14             What does that mean to you?

15       A.    That's a good question.  I mean, what I

16   would take that as is getting rid of unused products

17   or expired products.  That's the best thing I can

18   think of with that.

19       Q.    Okay.  Did you have responsibility for that?

20       A.    Initially, when I started being the

21   assistant, they had kind of purged all of the extra

22   back stock on a lot of the things, and so it was

23   already kind of taken care of by the time I -- you

24   know, I would say not any more than any bagger did,

25   that that was what we expected.  Even, you know, our

```
 1    night stockers that -- we had back stock carts, to
 2    take that through and just, you know, go through the
 3    old merchandise and try to put it out on the shelves.
 4        Q.   Okay.  I -- and -- and that was -- you
 5    raised a -- a good point.  I -- I was thinking more
 6    along the lines of shoplifting and customer or
 7    employee theft.
 8            Was that -- was that ever an issue at your
 9    store?
10        A.   There was one instance where customers
11    brought -- the customers came to us to inform us that
12    a customer was stealing.  And -- but that was not --
13    I guess it was part of my duties, but it wasn't a
14    normal task that -- that is -- the employee theft, I
15    never dealt with at all.  An employee -- the
16    customer -- that there was one instance where
17    somebody -- customers brought to our attention that
18    a -- that a customer was stealing.
19        Q.   And what did you do?
20        A.   I believe it was whoever the closing
21    manager -- we waited for the cops.  Somebody else
22    called the cops, and then I just waited and -- you
23    know, I think we -- what I really did in that
24    situation was get the merchandise that was taken and
25    scanned it and rang it up so that we had a receipt of
```

1   just the items that were taken.

2       Q.   Okay.  What about customer complaints?

3            Did you -- did you have to resolve customer

4   complaints?  I assume that was a fairly common

5   occurrence?

6       A.   Yeah, that -- the same as just kind of

7   running the customer service desk.  I did returns.  I

8   did handle when people would complain about the

9   store, I guess, listen their concerns and pass them

10  along to Dan, but when -- but yeah, I did do some

11  returns.

12      Q.   Okay.  I -- I assume when you're interacting

13  with a customer, you're trying to address their

14  concerns and trying to resolve it the best you can,

15  and then you report up to Dan?

16           Is that -- is that fair?

17      A.   Yeah.

18      Q.   Okay.  Did you have any responsibilities for

19  legal compliance issues, like making sure you had the

20  right workplace posters in the -- in the store or

21  stuff like that?

22      A.   It wasn't one of my normal responsibilities.

23  I might have helped, you know, or hung up a poster,

24  but it was -- as far as that goes, I wasn't -- it

25  wasn't one of my normal, everyday tasks.

1    Q.   But on -- on a one-off occasion, you may

2    have -- have helped with that?

3    A.   Yes.

4    Q.   Okay.  Did you -- as an assistant manager,

5    did you have any responsibility for or input into

6    store budgets, department budgets, any -- any kind of

7    budgeting issues?

8    A.   Not that I can think of that the -- the

9    sales goals were set by the last year's sales.  And

10   so that was what they -- you know, that was -- the

11   sales were -- expected sales were already set, you

12   know, by -- by corporate or by management.

13        But as far as the budget goes, I don't

14   recall any time where I was involved.  You know, I

15   don't -- I don't even know if they had budgets, to be

16   honest.  I don't remember them having any budgets to

17   spend money on anything.

18   Q.   Okay.  You had -- you mentioned your

19   bookkeeping responsibilities, that you would report

20   the sales and -- and such like that?

21   A.   Uh-huh.

22   Q.   Okay.

23   A.   Yeah, that was just a daily task of going

24   through, just making -- there was more bookkeeping,

25   just making sure that the money was there.

1      Q.   Did you have any input or involvement in

2   business planning for the store?  You know, tracking

3   trends and -- and projections and -- and setting

4   goals for the store?

5      A.   Like I -- I don't believe so.  The goals and

6   the -- and the -- sales goals were all set by

7   previous years' sales goals.  So I don't -- I didn't

8   set any, you know, goals of -- of how many sales we

9   were going to make or projections.  Like I say,

10  the -- yeah, that was already set for me.

11     Q.   As assistant manager, did you use any

12  written materials to perform your work, like policy

13  books, anything like that?

14     A.   No.

15     Q.   Okay.  We -- we talked about some of the

16  forms that you filled out.

17          So other than -- and other than forms that

18  you may have filled out, no other documentation,

19  books, or policies, anything like that?

20     A.   I can't think of a training -- we didn't

21  have a training book or anything like that.  Yeah,

22  but that -- if I had to fill out something, those

23  forms were available on their website or some --

24  somehow on the computer for me to -- to print out if

25  I had to use one of those.  But there was no --

```
 1   yeah -- training book or anything.
 2        Q.    So going back to Exhibit 4, the payroll
 3   deduction forms, where would you obtain those forms?
 4        A.    From the computer.
 5        Q.    You would just print them off?
 6        A.    Yes.
 7        Q.    Was there, like, a forms library?
 8        A.    Yeah.  It's -- it's some kind -- yeah,
 9   basically.
10        Q.    Okay.  As assistant manager, did you ever
11   participate in any meetings in person, online, or
12   over the telephone?
13        A.    I sat in on some of the -- the -- I can't
14   remember if they were monthly or biweekly, but there
15   was some calls with all of the -- the store managers,
16   and I sat in and some kind of -- sometimes took notes
17   if Dan wasn't there or wasn't able to make it.
18        Q.    That was a fairly common occurrence for you?
19        A.    It was regular.
20        Q.    Who else would participate in those
21   meetings?
22        A.    Department managers, store managers.
23        Q.    And what was the purpose of those meetings?
24        A.    Usually it was to -- it was Mark Ridley
25   talking about things that were -- were happening or
```

1    going on.

2        Q.   Okay.  After those meetings, did you ever

3    have to go disseminate information to the rest of the

4    store employees?

5        A.   Occasionally.  Maybe department managers if

6    they weren't there, but not the different -- you

7    know, not to everybody.

8        Q.   If you had to get information out to the

9    employees, is that how you would usually do it?  Go

10   through the department managers?

11       A.   Yeah.

12       Q.   Okay.  You said that you sometimes took

13   notes during those meetings?

14       A.   I think a couple of times I did, yeah,

15   when -- when I -- when Dan was gone helping out that

16   other store.

17       Q.   What did you do with those notes?

18       A.   Probably discussed them with Dan and filed

19   them away.

20       Q.   Okay.  Those -- I mean, if those notes still

21   exist, do you have them in your possession?

22       A.   No.  They would have been thrown away.  I --

23   I didn't save anything from Ridley's.  I don't even

24   remember if I have any paystubs from there.

25       Q.   Okay.  Just had -- just had to ask.

1        A.    Yeah.

2        Q.    **Were those -- those meetings -- when -- when**

3    **would those occur during a workday?**

4        A.    I think they were in the morning.  They were

5    sometime in the midmorning, if I remember right.

6        Q.    **And that was a telephone conference?**

7        A.    Yes.

8        Q.    **Did your ever have in-person meetings with**

9    **managers?**

10       A.    With my manager, not so much meetings.

11   Not -- not any formal meetings.  There was times when

12   I met with, you know, different people who were

13   higher up in the company when they would come by to

14   check on the store, but it was never go sit down to

15   talk about the store.

16       Q.    **Okay.  How frequently would -- would, in**

17   **your term, the higher-ups come to the store to visit?**

18       A.    Not very often.  I -- I would say the whole

19   time I was the assistant, it was maybe three or four

20   times --

21       Q.    **Okay.  What --**

22       A.    -- that I actually saw somebody.

23       Q.    **And -- and what was the purpose of those**

24   **meetings?**

25       A.    I believe they were just checking in on us.

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
DAVID DAVIS - 02/14/2023                                                    Page 64

1    They just wanted to -- you know, they would just pop

2    in and look around the store.

3        Q.   Okay.  Would they talk to you?

4        A.   Yes.

5        Q.   And would you walk them around the store or

6    anything?

7        A.   We walked around together, but it -- they

8    were walking ahead of me.  I wasn't showing them

9    around.

10       Q.   But you were -- you were accompanying them

11   because you're the assistant manager, in other words?

12       A.   Correct.

13       Q.   Okay.  As assistant store manager, did you

14   have any other job duties that we haven't -- that we

15   haven't talked about?  Any responsibilities we

16   haven't addressed?

17       A.   Temperature logs.  That's -- I think we've

18   covered everything that -- of my normal tasks, yeah.

19       Q.   Tell me, the temperature logs, you're just

20   checking temperature of the refrigeration units?

21       A.   Correct.  We were -- it was a walk around

22   the store that we would just go and make sure that

23   every different cooler was -- was on, that the power

24   hadn't turned off, that they were still working

25   properly so that the product wouldn't go bad.

1        Q.    Okay.  And it sounds like, you know, between

2    that and -- and, I mean, you're continually walking

3    around, I believe you said, looking for problems,

4    addressing problems.

5               Between that, you know, did you -- did you

6    spend any time in the office doing, you know, other

7    administrative tasks, anything like that?

8        A.    As far as finding problems or...

9        Q.    Resolving problems?

10       A.    Almost every -- if I had to solve a problem,

11   then I had to physi- -- you know, it was me going to

12   physically fix it.  But I didn't fix many problems

13   from being in the office.

14       Q.    Okay.

15       A.    There wasn't much I could do there.

16       Q.    I -- I assume your time in the office was

17   just, you know, doing the bookkeeping

18   responsibilities and -- and occasionally meeting with

19   employees or applicants, stuff like that?

20       A.    And -- and the calls, you know, like I say,

21   when we would sit in on the --

22       Q.    Okay.

23       A.    I can't even remember what they called

24   those.

25       Q.    The manager calls?

```
 1        A.   Yeah.
 2        Q.   Okay.  So let's talk about -- I mentioned
 3   this earlier.  Towards the end of your tenure with
 4   Ridley's, there was a time that Dan Smith went to
 5   work at another store.
 6             Tell me about that.
 7        A.   Yeah, he went to -- I believe they opened up
 8   a new store, I believe, in Ogden.  And he was down
 9   helping getting that store up and running and -- you
10   know, I -- I was still the assistant but was more
11   running the day-to-day when he was -- when he was
12   gone.
13        Q.   Okay.  So you were -- you were running the
14   day-to-day.  He's still the -- the manager, but --
15        A.   Correct.
16        Q.   -- you were the manager on-site?
17        A.   Yeah.
18        Q.   Okay.  So --
19        A.   And we were -- I was in contact with him,
20   you know, a lot throughout that -- that that was --
21   you know, like I say, I still had to get his approval
22   on really anything that wasn't just what my normal
23   daily tasks were.
24        Q.   Okay.  But you're -- you're the senior
25   manager on-site during that period of time?
```

```
 1      A.    Correct.

 2      Q.    How long was that?

 3      A.    It was -- seemed like it was less than a

 4   month.  Maybe two or three weeks.

 5      Q.    Okay.

 6            MR. WILLIAMS:  I'm sorry.  I -- I forgot

 7   to -- we've been going an hour and a half.  Is

 8   everybody still okay or -- anybody need a break?

 9            THE WITNESS:  I'd run to the bathroom real

10   quick if we were going to stop for a second.

11            MR. WILLIAMS:  Why don't we -- why don't we

12   go off the record.  We'll take a two- or three-minute

13   break.

14            THE WITNESS:  Sounds good.

15            MR. WILLIAMS:  Thank you.

16            THE VIDEOGRAPHER:  We are going off record.

17   The time is 10:00 a.m.

18                (A brief recess was taken.)

19            THE VIDEOGRAPHER:  We are back on the

20   record.  The time is 10:04.

21            Sorry.  Real quick, did we have Kim back as

22   well?

23            THE COURT REPORTER:  I'm here.  Thank you.

24            THE VIDEOGRAPHER:  Perfect.

25            MR. WILLIAMS:  Thanks, Tyler.
```

```
 1   BY MR. WILLIAMS:
 2       Q.   Okay.  Let me -- let me show you a document
 3   that we'll mark as Exhibit 5 to your deposition.
 4               (Exhibit 5 was marked for
 5               identification.)
 6   BY MR. WILLIAMS:
 7       Q.   It's an employee termination report.  It
 8   shows a last day worked of --
 9       A.   1/15/16, it looks like.
10       Q.   -- January 15th, 2016.
11            Does that seem accurate?
12       A.   Yeah.
13       Q.   Okay.  It says you left Ridley's because you
14   moved to Colorado; is that correct?
15       A.   Correct.
16       Q.   Okay.  Why did you move to Colorado?
17       A.   I wanted to get out of Utah.
18       Q.   Okay.
19       A.   I was just young and wanted to -- to get out
20   from the valley for a while.
21       Q.   Sure.
22            Did you have a job to go to in Colorado?
23       A.   Yes and no.  It ended up working out -- I
24   was told so, yeah.
25       Q.   What job did you take after Ridley's?
```

1   was mainly I would fill out every day a task list for

2   myself as I walked around the store, like I say, that

3   I left up there so other people could see.  But that

4   was thrown away.  You know, usually at the end of the

5   day, once everything was checked off the list, boom,

6   it went into the garbage.

7       **Q.   That was a task list for you and anybody**

8   **else that was looking for work to do?**

9       A.   Yeah.  Mainly the closing manager.  I would,

10  you know, just have a list of things that I noticed

11  around the store.

12      **Q.   As an assistant manager, did you have the**

13  **authority to commit Ridley's financially, cause them**

14  **to incur any expenses?**

15      A.   I couldn't spend their money.

16      **Q.   Okay.  Well, I mean, you -- you would order**

17  **product.**

18      A.   Yeah.

19      **Q.   Okay.  Other than that, you couldn't commit**

20  **them financially?**

21      A.   No, I couldn't -- you know, the -- I don't

22  believe so, that, like, they -- I remember there was

23  a door replacement.  The front door needed to be

24  replaced.  And I think that I did help Dan with

25  calling people to get some estimates, but I was not

1   have used the -- the work phone.

2        Q.   Okay.  Any store employees ever call you on

3   your cell phone?

4        A.   No.  They didn't have my number.

5        Q.   Okay.  You didn't have a company laptop or

6   anything like that?

7        A.   No.

8        Q.   You have the computer at the store?

9        A.   Yeah.  It was a shared computer.

10       Q.   Okay.  Did you ever do any traveling for

11  Ridley's?

12            Did you ever have to go in to any

13  conferences or any meetings outside of the store or

14  outside of the area?

15       A.   No.

16       Q.   Okay.  Any special projects that you were

17  ever involved in as an assistant manager that were

18  not necessarily routine but, you know, came up with

19  holiday days or other events?

20       A.   I'm -- not -- not that I could really

21  remember other than the -- the, you know, Valentine's

22  Day stuff, you know, merchandising for holidays.  But

23  that would -- that would be about all that I can

24  think of.

25       Q.   We talked about the case lot sale.  How

```
 1   frequently --

 2       A.   Yeah.

 3       Q.   -- was that?

 4       A.   Every year.

 5       Q.   Every year?

 6       A.   Yeah.

 7       Q.   What time of year?

 8       A.   I can't honestly tell you.

 9       Q.   Okay.

10       A.   I think it was in the fall time, but...

11       Q.   And what would you have to do to gear up for

12   that?

13       A.   I would -- we would save pallets.  And then,

14   like I say, I -- I think I helped Dan with doing the

15   case lot order one year.  And then when the freight

16   got in, it was physically out there just making the

17   case lot -- you know, placing the product,

18   organizing, you know, the beans and the corn and --

19   just organizing it.

20       Q.   I mean, it comes in on pallets; right?

21       A.   Correct.

22       Q.   And you physically bring the pallets into

23   the store for customers to see?

24       A.   Correct.

25       Q.   Okay.  And that's --
```

```
 1        A.   And we --

 2        Q.   -- something that you did as assistant

 3   manager was help arrange that and -- and put it in

 4   the store?

 5        A.   Yes.

 6        Q.   Okay.  Did you ever complain to Ridley's

 7   about the number of hours you were working?

 8        A.   Not in any written paper.  Not to Dan.  No,

 9   I -- not that I can think of.

10        Q.   Other than your attorney, have you

11   communicated with anyone else about this lawsuit?

12        A.   I let my parents -- you know, I told my

13   parents and my employer today that I was doing a

14   deposition.  But other than that, you know, I just

15   let them know what I -- what was going on, but...

16        Q.   Have you ever posted anything related to

17   this lawsuit on social media?

18        A.   No.

19        Q.   Okay.  Do you participate in social media?

20        A.   Not very frequently.

21        Q.   Okay.  Do you have a Facebook account?

22        A.   Yes.

23        Q.   How about Twitter?

24        A.   Yes.

25        Q.   Are you on LinkedIn?
```

REPORTER'S CERTIFICATE

STATE OF UTAH           )
                        )
COUNTY OF UTAH          )


        I, KIMBERLY A. HARMON, a Certified Shorthand
Reporter and Registered Professional Reporter, hereby
certify:

        THAT the foregoing proceedings were taken
before me at the time and place set forth in the
caption hereof; that the witness was placed under
oath to tell the truth, the whole truth, and nothing
but the truth; that the proceedings were taken down
by me in shorthand and thereafter my notes were
transcribed through computer-aided transcription; and
the foregoing transcript constitutes a full, true,
and accurate record of such testimony adduced and
oral proceedings had, and of the whole thereof.

        I further certify that I am not a relative
or employee of any attorney of the parties, nor do I
have a financial interest in the action.

        I have subscribed my name on this 23rd
day of February, 2023.

                        *Kimberly A. Harmon*
                    _____
                        Kimberly A. Harmon, RPR, CRR, CSR