Exhibit 6

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3

 4   STANTON MEATS, JASON CARILLO, ET    )
     AL.,                                )   CERTIFIED COPY
 5                                       )
                  Plaintiffs,            )
 6                                       )
            v.                           )   Civil No.
 7                                       )   1:22-CV-1070-PAB
                                         )
 8                                       )
     RIDLEY'S FAMILY MARKETS, INC.,      )
 9                                       )
                  Defendants.            )
10   _____)

11

12           ZOOM DEPOSITION OF BRIAN DONOVAN

13                 Salt Lake City, Utah

14             March 2, 2023, at 1:00 p.m.

15

16

17

18

19

20

21

22   Reported by:  Mary R. Honigman, RPR No. 972887

23                   Job#8438

24

25
```

```
 1              Zoom deposition of BRIAN DONOVAN, taken in

 2   Salt Lake City, Utah, on March 2, 2023, at 1:00 p.m.,

 3   before Mary R. Honigman, Certified Court Reporter, in

 4   and for the State of Utah.

 5

 6              A P P E A R A N C E S

 7        FOR THE PLAINTIFF:

 8             Laura Edmondson, ESQ.
               SANFORD LAW FIRM, PLLC
 9             10800 Financial Centre Parkway, Suite 510
               Little Rock, Arkansas 72211
10             866-912-1838
               laura@sanfordlawfirm.com
11

12        FOR THE DEFENDANTS:

13             David P. Williams, ESQ.
               SNELL & WILMER
14             15 W. South Temple, Suite 1200
               Salt Lake City, Utah 84101
15             (801) 257-1900
               dawilliams@swlaw.com
16

17

18        Videographer: Chad Potts

19

20

21

22

23

24

25
```

1    that?

2        A    Before I even worked at Sprouts, so '96,

3    '97-ish.

4        **Q    Okay.**

5        A    I don't remember exact dates.

6        **Q    And I'm not going to hold you to exact dates.**

7    **It's been a long time.  Okay.  So looking back at**

8    **Exhibit 1, I show employment at Sprouts from**

9    **January 2011 to October 2017; is that correct?**

10       A    Correct.

11               THE COURT REPORTER:  What was your

12   answer?

13               THE WITNESS:  Yes.

14               THE COURT REPORTER:  Okay.  Can you

15   just wait until he finishes his question before you

16   answer?

17               THE WITNESS:  Yeah.

18               MR. WILLIAMS:  And I'll try to do

19   better to remind you.  I know it's -- you anticipate

20   my questions and I -- easy to do.

21       **Q    (BY MR. WILLIAMS)  So Sprouts shows the**

22   **title of store manager; is that correct?**

23       A    Yes.

24       **Q    Okay.  How long did you have the title of**

25   **store manager at Sprouts?**

```
 1        A     Five years.

 2        Q     So roughly 2012 to 2017?

 3        A     Yes.

 4        Q     And store manager was the last job that you

 5   had at Sprouts?

 6        A     Yes.

 7        Q     Okay.  You list here customer service, cash

 8   handling, schedule writing, inventory, and safety.  I

 9   assume as the store manager, I mean, you basically ran

10   the store; isn't that correct?

11        A     Yes.

12        Q     Okay.  So you -- you supervised the employees

13   there, basically responsible for the day-to-day

14   operations of the store; is that fair?

15        A     Yes.

16        Q     Okay.  You have separately listed, Sprouts

17   Farmer's Market.  Is that a separate entity?

18        A     No.  I don't know why that's on there

19   twice.

20        Q     Okay.  So it shows -- it reflects the same

21   employment with Sprouts, same time frame, same title --

22   store manager -- and here, you describe duties and

23   responsibilities as entire store management.  So is

24   that a fair summary?

25        A     Yes.  I don't know why that's on there,
```

1    actually.  The supervisor's name on the first one is

2    actually my wife.  So I don't know why that's on

3    there.

4        Q    Tanza Martin is your wife?

5        A    Yes.

6        Q    Okay.  I assume this was an online

7    application that you filled out?

8        A    Possibly.  Like I said, I don't remember.

9        Q    Okay.  I'm going to show you a document that

10   we'll mark as Exhibit 2 to your deposition.

11                  (Exhibit No. 2 marked.)

12       Q    (BY MR. WILLIAMS)  This is a document

13   entitled Ridley's Family Markets Employee

14   Information.  Is this the paperwork filled out by

15   Ridley's when you were first hired in March of 2018?

16   Do you see that?

17       A    Yes.

18       Q    Does that accurately reflect your -- your

19   hiring by Ridley's in 2018?

20       A    Yes.

21       Q    Okay.  You were hired as assistant manager to

22   the Wellington, Colorado store?

23       A    Yes.

24       Q    Okay.  I'm going back to Exhibit 1.  Your

25   employment with Sprouts ended in October of 2017?

1      A    Correct.

2      Q    And you started with Ridley's in March of

3    2018.  Did you have a job in between those?

4      A    No.

5      Q    Okay.  Were you looking for employment?

6      A    I, sort of, was.  I wasn't in a big hurry,

7    but, yes.

8      Q    So going back to your job at Sprouts, entire

9    store management.  I assume, you know, you supervised

10   employees, did evaluations, had to manage inventory,

11   had to manage store purchases, basically everything; is

12   that -- is that accurate?

13     A    Yes.

14     Q    Okay.  How did you hear about the position at

15   Ridley's?  How did you come to be hired there?

16     A    If I recall correctly, they contacted me.

17   There were some employees who had worked for me

18   previously -- it's not listed on here -- when I was

19   a store manager and an assistant manager for

20   Albertsons, so there were employees at Ridley's that

21   had worked for me prior.  I believe they contacted

22   me.  I, 100 percent, do not remember, but I believe

23   that's how I found out about it.

24     Q    When did you work at Albertsons?

25     A    1995 to, I think, December 2010.  I went

```
 1   right from Albertsons to Sprouts.

 2        Q     And you mentioned that you were the assistant

 3   manager at Albertsons?

 4        A     Assistant manager and store manager.

 5        Q     And store manager?

 6        A     Yes.

 7        Q     Okay.  So, basically, the same duties and

 8   responsibilities as you had at Sprouts?

 9        A     Yes.

10        Q     Okay.  So you came to Ridley's with fairly

11   significant grocery retail experience?

12        A     Yes.

13        Q     And you believe that you were recommended

14   by -- by current employees of Ridley's that you had

15   worked with at Albertsons?

16        A     Yes.

17        Q     Any idea who those workers were?

18        A     I do not know who it was.  There were --

19   there were quite a few who worked there, but I don't

20   know who it was.

21        Q     Okay.  Where did -- what Albertsons did you

22   work at?

23        A     A lot of them.  I worked Fort Collins

24   stores, Greeley, Longmont, Loveland.  Mostly

25   Northern Colorado stores.
```

1      Q    Was that at the store in Wellington?

2      A    Yes.

3      Q    Okay.  Tell me about that interview.

4      A    Well, as well as I remember, he basically

5   described the job to me and told me a little bit

6   about Ridley's Market.  That's all I really remember

7   about it.  It's -- like I said, it's been a really

8   long time.

9      Q    Sure.  Do you remember any details about what

10   he told you about the job?

11      A    Not particularly, no.

12      Q    Okay.  Do you remember -- I mean, you had

13   been an assistant manager before?

14      A    Yes.

15      Q    You'd been a store manager before.  I assume

16   there was nothing in his description that struck you as

17   odd or -- or unusual?

18      A    No.

19      Q    Seemed like it would be like any other

20   assistant manager job that you had?

21      A    Seemed like it would be more hours, but it

22   did seem like the same responsibilities, yes.

23      Q    Same duties and responsibilities?

24      A    Yes.

25      Q    Okay.  I've gotten a sense in my discussions

```
 1   your supervisor?

 2       A    Yes.

 3       Q    You reported to her on a day-to-day basis?

 4       A    Yes.

 5       Q    Okay.  Let me -- let me -- well, let's talk

 6   about schedules, first of all.  It's my

 7   understanding -- first of all, were you the only

 8   assistant manager at the store?

 9       A    Yes.

10       Q    Okay.  It's my understanding that

11   schedule-wise, that your schedule will overlap with the

12   store director but not be exactly the same schedule; is

13   that fair?

14       A    At times, yes.

15       Q    Okay.  So in a typical week, there would be

16   two, three, maybe four hours a day where you're working

17   without the store director and one to two days a week;

18   is that true for your experience?

19       A    That sounds pretty close, yes.

20       Q    Okay.  And during those times, you were the

21   senior manager at the store; is that correct?

22       A    Yes.

23       Q    Okay.  So, roughly, 20 to 30 percent of your

24   work time?

25       A    Well, yeah.  I guess that sounds about
```

1    right, yeah.

2          Q    Okay.  As best as you can recall -- I know

3    it's been a long time and you weren't there that

4    long -- kind of, walk me through your first few days

5    there.  I assume you're figuring out systems, meeting

6    people.  Tell me -- tell me how that went.

7          A    Gosh, that's a tough question because I

8    truly don't remember.

9          Q    And that's fair.  If you don't, you don't

10   remember.

11         A    I would assume that she took me around and

12   introduced me to the employees and walked the store,

13   backroom and such, and display expectations, and

14   that type of thing.

15         Q    Okay.  I assume you didn't need a lot of

16   management training?  I mean, you had done this quite a

17   bit before?

18         A    Right.

19         Q    So, basically, you're just learning the

20   systems that were particular to Ridley's; is that fair?

21         A    Yes.

22         Q    Okay.  So I want to talk about your duties

23   and responsibilities while you were an assistant

24   manager for Ridley's.  We're going to start really

25   broad, and then we're going to narrow it down a little

1   bit.  So why didn't you give me just a summary of what

2   you saw your duties and responsibilities as?

3       A    Well, while I was there with her, I more

4   or less did the grocery department.  So I worked on

5   displays, stocked groceries, worked orders, worked

6   back stock, stocked frozen food, stocked dairy.  But

7   when Michelle was gone, I would open up the store

8   and put tills out and cashier.

9            Obviously, during the day, I cashiered all

10  day long, and checked in with departments, and then

11  went really into the grocery department.  Their

12  grocery department was, kind of, a mess, so that's

13  where I spent a lot of my time.

14      Q    Okay.  Do you understand what I mean when I

15  say center store?

16      A    Yes.

17      Q    Okay.  It's my understanding that center

18  store employees, groceries, what have you, kind of,

19  fall under the supervision of the assistant manager; is

20  that your experience?

21      A    In that company, yes.

22      Q    Okay.  How many employees would be in the

23  grocery department?

24      A    Total?  Total, or --

25      Q    Let's talk total and then on any given day.

1       A    Okay.  So total would be, maybe, eight.

2       Q    **Okay.**

3       A    And then on any given day, two -- two or

4    three, depending if there was a load.

5       Q    **Okay.**

6       A    Including myself.

7       Q    **Okay.  And who would those employees be,**

8    **titles?**

9       A    Grocery clerk.

10      Q    **Okay.**

11      A    Grocery clerk, dairy clerk, frozen food

12   clerk, yeah, stocker.  Then they had a -- like, a

13   key person that when I wasn't closing, they would be

14   closing the store, which would mean they were in the

15   grocery department, cashier.

16      Q    **Okay.  Is that the grocery manager?**

17      A    We didn't actually have a grocery manager

18   at that time.

19      Q    **Okay.**

20      A    I was, kind of, the grocery manager, but,

21   yeah, that, I think possibly would be -- I think

22   they called them the key person.  I don't think they

23   were called grocery manager.

24      Q    **Was your store big enough to have, like, a**

25   **frozen manager or produce manager or anything like**

```
 1   that?

 2        A    Yes.

 3        Q    Okay.  Were those considered a grocery and

 4   fall under you?

 5        A    No.  Frozen food, yes; dairy, yes, but not

 6   produce, not bakery, not deli, not meat.

 7        Q    Okay.  So you had a -- a dairy manager as

 8   well?

 9        A    Yes.

10        Q    Okay.  And so the dairy manager and the

11   frozen manager, basically, were under you as well?

12        A    Yes.

13        Q    Okay.  Of course, when the store director

14   wasn't there, you were, kind of, over all the

15   departments; is that fair?

16        A    Yes.

17        Q    So I want to talk about the employees that

18   were in grocery and frozen and dairy.

19        A    Okay.

20        Q    I assume as part of your duties and

21   responsibilities, the assistant manager is basically

22   walking the store, helping out where needed, cashiering

23   if need be, doing other tasks, just basically making

24   sure the store is functioning in an efficient manner;

25   is that fair?
```

1       A    That is what the expectations are.  I

2  spent most of my time stocking shelves.

3       **Q    Okay.  Why is that?**

4       A    They were understaffed.

5       **Q    Okay.  So I assume you could direct the**

6  **employees to the extent they were there, but it sounds**

7  **like a lot of the time, there weren't employees to**

8  **direct; is that true?**

9       A    Yes.

10      **Q    Okay.  To the extent they were there, you**

11 **certainly had the authority to say, Hey, come help me**

12 **with this, or you need to go do this right now?**

13      A    If I needed to be, yes.

14      **Q    Okay.  I assume as part of your -- your**

15 **responsibilities, you would give feedback to employees**

16 **as needed, direction, guidance, answer questions,**

17 **listen to their grievances.  I'd assume that all fell**

18 **within your area of responsibility?**

19      A    Yes, in the absence of the store manager.

20      **Q    Okay.  I assume employee grievances were a**

21 **fairly common occurrence?**

22      A    Yes.

23      **Q    Venting?**

24      A    Venting, more likely.  Not necessarily a

25 grievance because they were not a union store.

1    Q    Okay.  And that's -- that's a fair

2  distinction.  So just gripes, venting, wanting to get

3  whatever they have on their chest off their chest; is

4  that fair?

5    A    Yes.  Usually, We need more help.

6    Q    Okay.  And I assume you do your best to talk

7  them through whatever and, if needed, escalate it up to

8  a higher authority?

9    A    Yes.

10   Q    I assume with these employees, you were able

11 to give instructions, assign tasks as needed, help plan

12 work.  Did you do that?

13   A    Well, most of the employees that were

14 there in the outside departments, which would mean

15 the outer departments, not center store --

16   Q    Right.

17   A    -- they had a manager and they had their

18 job duty list.  Mostly, what I would do is give

19 anybody within the grocery department a list or a

20 plan.

21   Q    Okay.  You bring up a good point.  The

22 outside departments had their own managers.  Did you

23 have to -- did you have to check in on those managers,

24 or what was your interaction with them?

25   A    I did, only because that's the world that

 1    I came from, as far as being a store manager.  I

 2    don't necessarily know that that was my

 3    responsibility.  But when Michelle wasn't in the

 4    store, that would be my responsibility.

 5        Q    And, certainly, that was your experience, and

 6    so that's what you put into play here?

 7        A    Correct.

 8        Q    Okay.  Scheduling.  Did you work on

 9    scheduling at all?

10        A    I did not write any schedules.  I don't --

11    I don't remember 100 percent, but I do not recall

12    writing any schedules.

13        Q    Okay.  Did you review any schedules, work

14    with any other department managers with scheduling,

15    anything like that?

16        A    No.  I never did.

17        Q    Okay.  I know you were there for only about a

18    month, but during that time, did you ever have the

19    opportunity to train new employees?

20        A    No.  I don't believe so.

21        Q    Okay.  Did you even hire anybody during that

22    period?

23        A    No.

24        Q    Okay.  And that's certainly something that

25    you've done as a manager for other organizations?

1        A     Many, many times, yes.

2        Q     I assume you would have expected to do that

3    for Ridley's had the opportunity come up?

4        A     Yes.

5        Q     Coaching, providing feedback to employees.  I

6    assume that's a fairly commonplace thing that you did

7    as an assistant manager for Ridley's?

8        A     I never had to do that.  Michelle mostly

9    took care of all of that stuff.  I was more of a --

10   I was helping out more, so...

11       Q     Okay.  What about informally?  I mean, just

12   as you're walking around talking to employees and

13   responding to gripes and whatever?

14       A     I would give my professional advice but

15   not anything that was trained through Ridley's.

16       Q     Okay.  Did you ever participate in any

17   employee performance evaluations?

18       A     No.

19       Q     Did you ever sit in on any?

20       A     Not that I remember.

21       Q     What about providing feedback to Michelle

22   regarding any of the employees that fell under your

23   jurisdiction?

24       A     Possibly.  I don't have a good answer

25   because I do not remember.

1        Q    Okay.  Certainly, you would expect to have

2    that in your duties and responsibilities, though?

3        A    I would expect to, yes.

4        Q    Okay.  Do you ever remember sitting in on or

5    recommending or disciplining any employees?

6        A    I do not recall, no.

7        Q    Okay.  Again, I assume that's something you

8    could have done for the employees that fell under you,

9    if need be?

10       A    If it needed to be.  They were so

11   short-staffed that whenever any of those meetings

12   happened, I was at the checkout.

13       Q    Well, hopefully, you didn't have to fire

14   anybody in that one-month period.

15       A    No.

16       Q    But did you participate in any employee

17   terminations?

18       A    No.

19       Q    Do you remember even any employees being

20   terminated during that time period?

21       A    No.

22       Q    Okay.  I assume -- I mean, even during that

23   one-month period you're short staffed, you're probably

24   trying to hire; is that fair?

25       A    We -- yes.  There was -- I believe there

1    was something maybe on Indeed, one of the hiring

2    websites.

3         Q    Okay.  Did you ever review any applications

4    or anything like that?

5         A    No.

6         Q    Okay.  Did you ever sit in on any interviews?

7         A    No.

8         Q    Okay.  Did you ever recommend anyone to be

9    interviewed?

10        A    No.  Not that I recall, no.

11        Q    Okay.  If one of those employees fell under

12   your departments, I assume you would expect to have had

13   input in those?

14        A    One of the employees -- can you repeat the

15   question?

16        Q    Sure.  You're over the grocery, over frozen,

17   over dairy.  I assume that if you're hiring for one of

18   those departments, you would expect to have had input

19   into that process?

20        A    Yes.

21        Q    Okay.  Let's talk about reports and forms.

22   What reports and forms did you have to fill out as an

23   assistant manager?

24        A    The only thing that I had to do is when

25   the store manager was off, I had to fill out, like,

1   the paperwork from the day before.  So sales,

2   purchases, that type of thing.

3         Q    Okay.  Basically, the --

4         A    Cash.

5         Q    -- the reconciliation?

6         A    Yes, yeah.

7         Q    Any other forms you remember filling out or

8   using?

9         A    Not that I remember.

10        Q    Did you have any logs as you walked around,

11  temperature checks, safety checks, anything like that?

12        A    Not personally for me.  I know the outer

13  departments had to do temp checks and stuff like

14  that.

15        Q    Okay.  Tell me about merchandising.  What was

16  your involvement with that?

17        A    I basically -- so I had to build the

18  displays that were on grocery end caps and grocery

19  lobby displays, frozen end caps; stock the shelves.

20  I usually didn't face, unless I was closing.  The

21  one -- I think I closed one shift a week or two

22  shifts a week, but the closing grocery person would

23  face the store so I didn't have to do that.

24        Q    What does that mean?

25        A    Facing it?  Pulling stuff forward so it

```
 1    looks nice on the shelves.
 2         Q    Got you.  Okay.  So for merchandising,
 3    putting up displays, I assume as, kind of, the head
 4    over that department, you, kind of, had the say as to
 5    where things went and how displays looked, what have
 6    you?
 7         A    No.  They had schematics.
 8         Q    Okay.
 9         A    They had -- we had -- we have, like, an
10    end planner, and then you just follow the end
11    planner how it was supposed to go.
12         Q    Okay.  You certainly have the authority to
13    inspect it and make sure it meets specifications?
14         A    Yes.
15         Q    Okay.  What about any special events or what
16    have you?  Did you have the opportunity to participate
17    in any of those?
18         A    I don't believe so.
19         Q    Okay.  No case lot sales, nothing like that?
20         A    That happened right before I got there.
21         Q    Okay.  Did you have any say as to where a
22    product would be displayed in the store?
23         A    No.  I don't believe I did.  I believe
24    everything was schematic.  Maybe in the lobby when
25    you first walk in.  There were certain items that
```

1    had to be there and then if I built them, I would

2    build it as I felt was best.

3        Q    Okay.  You knew how to merchandise?  You knew

4    how to build displays?

5        A    Yes.

6        Q    And so you would -- you would do it as best

7    you could, based on your experience?

8        A    Correct.

9        Q    Okay.  What about product purchasing?  Did

10   that fall under your responsibility?

11       A    Just in the grocery -- dry grocery

12   department.  I would write orders.

13       Q    Okay.  Did you have -- I mean, did you have

14   the ability to estimate, you know, I think we're going

15   to need this much.  You know, we've got something

16   coming up, so we're going to need a little bit extra.

17   Was that something you could do?

18       A    That, I never did, because they were

19   preordered further out.  So I wasn't there long

20   enough to do it.  I don't know if it was my

21   responsibility.  I believe Michelle did that.

22       Q    Would you have expected -- if you had been

23   there longer, you would have expected to be able to do

24   something like that?

25       A    I was never told that was my

1    responsibility.  Coming from my previous experience,

2    yes, I would expect that.  But they had some

3    different things, being a smaller market, than the

4    bigger stores had.

5         **Q    Okay.  Other than ordering, did you have the**

6    **ability to spend Ridley money?**

7         A    Not that I know of, no.

8         **Q    Okay.  Did you ever have to have -- order**

9    **equipment repairs, anything like that?**

10        A    Not while I was there.  Not that I

11   remember having to do and if it ever happened,

12   Michelle did it.

13        **Q    Okay.  I assume as store manager walking**

14   **around, you know, making sure things are working,**

15   **people are working, I assume you're looking for**

16   **problems, safety issues, spills, stuff like that.  Is**

17   **that part of your responsibility?**

18        A    That's part of everyone's responsibility

19   really, yes.

20        **Q    Okay.  If you found something, I assume you**

21   **could direct somebody to help clean it up or do it**

22   **yourself?**

23        A    Yes.  Usually, do it yourself, but, yes.

24        **Q    If someone was around and available to help,**

25   **you could direct them to do that?**

 1        A    Yes, I could.

 2        Q    **Okay.  Did you ever have to fill out any**

 3   **injury reports for employees or customers?**

 4        A    Not that I recall, no.

 5        Q    **Okay.  What would you do if you came across**

 6   **an employee that was doing something unsafe?  You know,**

 7   **standing on a stool or something unsafely or --**

 8        A    I would ask them -- I'm sorry.

 9        Q    **Go ahead.**

10        A    I would ask them to get down.

11        Q    **Okay.  I mean, that's something that would**

12   **certainly fall within your responsibility?**

13        A    Yes.  Everybody's responsibility.

14        Q    **Sure.  Okay.  How about building security?  I**

15   **assume you had a set of keys?**

16        A    I believe I did.  I may have only had a

17   key -- actually, I did not have a key.  They left

18   their key in a lockbox.

19        Q    **Okay.**

20        A    And so we would unlock the doors, put it

21   back in the box, and then at night if I was closing,

22   I believe I would lock the doors.  So I did not have

23   a set of keys, no.

24        Q    **Okay.  But you would -- on occasion, you**

25   **would either open or close the store?**

1      A     Yes.

2      Q     Okay.  Tell me -- tell me what you would

3  do -- what your process was to close down the store?

4      A     I would lock the store and make sure

5  everything -- like, for instance, certain things in

6  the produce department were covered.  I would walk

7  the grocery department and make sure all of our ad

8  items are full, check the back doors, lock up the

9  back doors, make sure, obviously, that frozen food

10  was frozen and there were no issues.  Mostly, just

11  in frozen to make sure nothing was -- that those

12  were working, and then count out the tills and the

13  safe and the lottery, and then locked up to leave.

14      Q     Okay.  You had the -- was the safe a key safe

15  or a combo?

16      A     It was a combination of both.

17      Q     Okay.  I assume you had access to the safe?

18      A     I did.

19      Q     Okay.  Did you ever have to make bank

20  deposits?

21      A     Yes.

22      Q     How frequently?

23      A     I believe we did them daily.  So it was

24  just dependent on if Michelle and I were there, one

25  of us would go.  If it was just me, I would go.  If

1    it was just her, she would go.

2        Q     Okay.  So it certainly wasn't unusual for you

3    to do a bank deposit?

4        A     No.

5        Q     Okay.  Was there an alarm system?

6        A     I don't believe there was an alarm system.

7    I think there was just a firearm.

8        Q     Did you ever have to call the police for any

9    reason?

10       A     No.

11       Q     Okay.  Did you ever have to deal with

12   shoplifters or anything like that?

13       A     No.  Not there.

14       Q     Okay.  Good store?

15       A     Yeah.  It's a small town.

16       Q     Sure.  So assistant manager, do you remember

17   having any responsibility for legal compliance issues?

18   You know, OSHA forms, employee posters, stuff like

19   that?

20       A     No, not in the time that I was there.

21       Q     Okay.  Just never came up during that time?

22       A     Yes.

23       Q     Okay.  I assume had you been there longer,

24   you would have expected to be involved in that

25   somewhat?

 1   for any reason?

 2       A    Not that I remember.  There may have been,

 3   like, tags or something in there that I would need,

 4   pencils or pens or whatever.  But other than that,

 5   there was no really other reason to be in there.

 6       Q    Did you ever have to sit in on any -- on any

 7   meetings in that office either with or without the

 8   store director?

 9       A    Other than the meeting that I had when she

10   wasn't there, I had a store meeting, like I said

11   earlier.

12       Q    Right.

13       A    But other than that, not necessarily any

14   meetings.

15       Q    Okay.  Interviews, anything like that?

16       A    No.

17       Q    Okay.  Any other duties and responsibilities

18   that we haven't talked about?

19       A    Not that I can recall, no.

20       Q    Okay.  And I want to summarize.  I -- would a

21   fair summary be, you know, as an assistant manager,

22   you're -- you're certainly in charge of your little --

23   your little areas, making sure they're functioning,

24   making sure the store is functioning efficiently.  In

25   the absence of the store director, you know, that

1    broadens out to the entire store, just making sure it's

2    running; is that -- is that fair?

3         A    Yes.

4         Q    Okay.  Have you ever described your duties

5    and responsibilities for Ridley's on a resume or, like,

6    a LinkedIn profile, anything like that?

7         A    No.  I was there for such a short period,

8    I never even put that on my applications.

9         Q    Okay.  During your time at Ridley's, did you

10   keep a day planner, a calendar, anything like that?

11        A    No.

12        Q    Okay.  Any other notes related to your work

13   as an assistant manager for Ridley's?

14        A    No.

15        Q    Did you keep track of your hours that you

16   worked?

17        A    No.

18        Q    Sorry, I didn't know I had that up all this

19   time.  Let me share Exhibit 3.

20                   (Exhibit No. 3 marked.)

21        Q    (BY MR. WILLIAMS)  Let me share a document

22   that we'll mark as Exhibit 3 to your deposition.  An

23   Employee Termination Report shows the last day

24   worked of April 26 of 2018; is that correct?

25        A    That is correct, but that is not correct.

```
 1          Q    What is not correct?

 2          A    "Under the influence."

 3          Q    Oh, okay.  So at the bottom, it says,

 4     Explanation of final incident:  Caught stealing

 5     shooters in liquor store and being intoxicated during

 6     work hours.  Is that what you're referring to?

 7          A    Yeah.  Well, and it is also checked there,

 8     too.

 9          Q    Okay.  What's your side of the story?

10          A    I took shooters with the intent to buy

11     them, but I never drank them or took them.

12          Q    Okay.  So you -- you say you weren't

13     intoxicated during work hours?

14          A    No.

15          Q    Okay.

16          A    Not that I recall.  I don't -- I never

17     drank at work, so...

18          Q    Okay.  Do you recognize that manager's

19     signature?  Would that be Michelle's signature?

20          A    It very well -- I don't know.

21          Q    You just don't know either way?

22          A    Yeah.

23          Q    Okay.  Regardless, is the last day worked

24     April 26?  Any reason to believe that's not accurate?

25          A    No.
```

```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF UTAH      )

 3    COUNTY OF SUMMIT )

 4

 5            I, Mary R. Honigman, a Registered Professional

 6    Reporter, hereby certify:

 7            THAT the foregoing proceedings were taken before

 8    me at the time and place set forth in the caption hereof;

 9    that the witness was placed under oath to tell the truth,

10    the whole truth, and nothing but the truth; that the

11    proceedings were taken down by me in shorthand and

12    thereafter my notes were transcribed through

13    computer-aided transcription; and the foregoing transcript

14    constitutes a full, true, and accurate record of such

15    testimony adduced and oral proceedings had, and of the

16    whole thereof.

17            I have subscribed my name on this 19th day of

18    March, 2023.

19

20    _____
                   Mary R. Honigman
21        Registered Professional Reporter #972887

22

23

24

25
```