Exhibit 7

```
 1

 2

 3            IN THE UNITED STATES DISTRICT COURT

 4              FOR THE DISTRICT OF COLORADO

 5                        * * *

 6  STANTON MEATS, JASON      )
    CARILLO, KRESTINA          )
 7  COOMBS, DAVID DAVIS,       )   Remote Videoconference
    BRIAN DONOVAN, CHRIS       )   Deposition of:
 8  GALLEGOS, DESTINY          )   CHRISTOPHER MICHAEL
    GLANTZ, CAMERON HARRIS,    )   GALLEGOS
 9  JULIE ANNE NEIL, ANDREZ    )
    RIOS, JARED WHITAKER,      )   Case No.
10  and WILLIAM WULF,          )   1:22-cv-1070-PAB
                                )
11      Plaintiffs,             )
                                )
12  v.                          )
                                )
13  RIDLEY'S FAMILY MARKETS,    )
    INC.,                       )
14                              )
        Defendant.              )
15                        * * *

16

17        February 21, 2023 * 8:32 a.m. MST

18

19

                  Witness located in:
20
                      Ogden, Utah
21

22
                        * * *
23

24      Reporter:  Lindsay Payeur, RPR, CSR

25
```

CERTIFIED COPY

```
 1                  A P P E A R A N C E S

 2    FOR THE PLAINTIFFS:

 3             Laura  Edmondson
               SANFORD LAW FIRM, PLLC
 4             Attorney at Law
               10800 Financial Centre Parkway
 5             Suite 510
               Little Rock, Arkansas 72211
 6             Tel:   866-795-1973
               Email: laura@sanfordlawfirm.com
 7
      FOR THE DEFENDANT:
 8
               David P. Williams
 9             SNELL & WILMER, L.L.P.
               Attorney at Law
10             15 West South Temple
               Suite 1200
11             Salt Lake City, Utah 84101
               Tel:   801-257-1900
12             Fax:   801-257-1800
               Email: dawilliams@swlaw.com
13
      ALSO PRESENT:
14
      Lance Harrison - legal videographer
15

16

17

18

19

20

21

22

23

24

25
```

1      Q.    I want to talk about your work history

2   leading up to your employment at Ridley's.  I

3   understand you were first employed by Ridley's in

4   September of 2015.  Does that sound about right?

5      A.    Correct.

6      Q.    Okay.  In fact, let me see if I can cut

7   this a little bit short.  I'm going to show you a

8   document that we're going to mark as Exhibit 1 to

9   your deposition.

10           (Exhibit 1 marked for identification.)

11     Q.    (By Mr. Williams)  For the record, this is

12  an application for employment for Ridley's Family

13  Markets.

14           Do you recognize this document?

15     A.    I do.

16     Q.    Okay.  Is that an application you filled

17  out in August of 2015 for employment at Ridley's?

18  If you need me to switch pages, let me know.

19     A.    Okay.  Yeah.

20     Q.    On page 2 of this document, it lists your

21  position prior to Ridley's as assistant

22  manager/third person for Harmons groceries.  Do you

23  see that?

24     A.    I do.

25     Q.    Is that the job that you held before

1    Ridley's?

2         A.    It was.

3         Q.    **How long did you have that job?**

4         A.    I had that one for -- I don't recall the

5    exact dates, but I would say it was probably two

6    years.

7         Q.    **Okay.  In fact, looking at the**

8    **application, it says you started November of 2013.**

9    **Does that sound about right?**

10        A.    Yeah.

11        Q.    **Okay.  You list your duties and**

12   **responsibilities as:  "Helping run the entire store**

13   **in a timely and efficient manner, completing all of**

14   **grocery duties, such as freight, order, dates and**

15   **face, help in all other departments as needed,**

16   **responsible for opening/closing the store."**

17              **Does that accurately reflect your duties**

18   **and responsibilities as an assistant manager/third**

19   **person at Harmons?**

20        A.    At Harmons, yes, correct.

21        Q.    **Any other duties and responsibilities that**

22   **you didn't list there?**

23        A.    No.

24        Q.    **Did you have a job before the job at**

25   **Harmons?**

```
 1       A.    Yes, sir, I did.

 2       Q.    Where at?

 3       A.    WinCo Foods.

 4       Q.    Okay.  What did you do at WinCo?

 5       A.    For -- I was a freight member for WinCo.

 6  Overnight freight.

 7       Q.    How long did you have that job?

 8       A.    Two years.

 9       Q.    Okay.  That takes us about back to

10  graduation from high school?

11       A.    Correct.  Yeah.  I started just a

12  couple -- few months right after graduation.

13       Q.    Okay.  And was that your first job out of

14  high school?

15       A.    Yes, it was.

16       Q.    Okay.  What were your duties and

17  responsibilities on behalf of WinCo Foods?

18       A.    Just throwing all of the freight, stocking

19  the shelves, and getting all the displays ready.

20       Q.    Okay.  So let's talk about your employment

21  at Ridley's.

22       A.    Okay.

23       Q.    You were hired in September of 2015 at

24  Ridley's; is that correct?

25       A.    Yes.
```

```
 1       Q.    Let me share -- show a document to you

 2    that we'll mark Exhibit 2 to your deposition.

 3              (Exhibit 2 marked for identification.)

 4       Q.    (By Mr. Williams)  For the record, this is

 5    a document entitled "Ridley's Family Markets

 6    Employee Information," and it shows you're hiring as

 7    a third manager on September 13, 2015.

 8              Does this accurately reflect your hiring

 9    by Ridley's in September of 2015?

10       A.    Yes, it does.

11       Q.    How did you learn about the position at

12    Ridley's?

13       A.    So I currently worked for Harmons at the

14    time when they purchased the Harmons, and they were

15    taking it over, and they expressed that they were

16    going to be -- switch over from Harmons employees to

17    Ridley's and that we would have positions available

18    there that we would have to reapply for and get

19    hired.

20       Q.    Okay.  And you submitted the application,

21    Exhibit 1?

22       A.    Correct.

23       Q.    Okay.  So Ridley's purchased the Harmons

24    store?

25       A.    Correct.  Yes.
```

1      Q.      Do you know who that was?

2      A.      I believe it was Dan Smith.

3      Q.      Was Dan Smith the store director when you

4   were hired?

5      A.      No.  He was just helping open the store

6   and get the transition started.

7      Q.      Okay.  And so when the store actually

8   opened for business, they had -- did they have a new

9   store director?

10     A.      They did, but I can't remember.

11     Q.      Okay.  Do you remember who the assistant

12  manager was?

13     A.      It was -- I believe it was Michael.

14     Q.      Do you have a last name for Michael?

15     A.      Dean.

16     Q.      How did you learn that you had been hired

17  for the position of third manager?

18     A.      Mark Ridley and David Peterson did inform

19  me that I was hired.

20     Q.      Okay.  Did they send you an offer letter?

21  Or how did they communicate that to you?

22     A.      Through cell phone.

23     Q.      Okay.  And your first position as third

24  manager, was that substantially the same as the

25  position that you had for Harmons?

1      A.    Yes.  Kind of.  So Harmons was more

2    overall through multiple departments.  Third

3    position for Ridley's was mainly just grocery.

4      **Q.    Okay.  Did you receive any training for**

5    **your position at Ridley's as third manager?**

6      A.    Yes.  For, like, computer, the order

7    machines and whatnot, things that were differently.

8    But for the most part, my prior history, it was

9    pretty much the same skill.

10     **Q.    Okay.  What training did you receive for**

11   **the computers?**

12     A.    Mainly just how to order with their

13   ordering machines, ordering the groceries.

14     **Q.    Okay.  Was one of your respons--**

15     A.    And --

16     **Q.    Sorry.  Go ahead.**

17     A.    And just their cash register system

18   because it was different.  Those were the two

19   trainings that I did receive.

20     **Q.    Okay.  Who trained you?**

21     A.    I know Dan did help with the training a

22   lot on that, and then also Mark Ridley himself was

23   there assisting everybody in the training process.

24     **Q.    Okay.  Did Michael Dean participate in any**

25   **of the training with you?**

```
 1      A.    No.  There was another gentleman.  I
 2  cannot remember his name.  He was the original
 3  manager for the Wangsgards across the street that
 4  they purchased, and he came over and he was kind of
 5  the one that trained me.  But I cannot remember his
 6  name.
 7      Q.    Do you know what his position was?
 8      A.    I think he was the store manager for the
 9  Wangsgards when they purchased it across the street,
10  because they purchased both of them.  And when he
11  came over, he was, like, doing -- he was still
12  there, but he was transitioning to retirement, I
13  believe.  I cannot remember his name, though.
14      Q.    Okay.  The description of your duties and
15  responsibilities in your application, Exhibit 1 --
16  here, let me show that again.
17            You mentioned previously that you had the
18  similar duties and responsibilities on behalf of
19  Ridley's.  Are there any additional ones that you --
20  that you had?
21      A.    For the third position, no.
22      Q.    Okay.  As the grocery manager, did you
23  have any employees underneath you as part of your
24  team?
25      A.    So grocery manager for Ridley's?  Is this
```

1      Q.    Okay.  As a third manager, did you have

2   any interactions with the assistant manager?

3      A.    I did.

4      Q.    Okay.  Was this --

5      A.    I generally reported to the assistant

6   manager.

7      Q.    Okay.  You reported to the assistant

8   manager.  Okay.  Because the -- do you understand

9   what I mean when I say "center store"?

10     A.    Center store?

11     Q.    Center store employees.

12     A.    They're all the hourly paid employees.

13   Correct.

14     Q.    Okay.  So in my mind, "center store"

15   refers to groceries, frozen foods, dairy.

16     A.    Okay.

17     Q.    Does that -- does that -- is that

18   consistent with your understanding of the term?

19     A.    Yes.

20     Q.    Okay.  And it's my understanding that the

21   center store employees reported to the assistant

22   manager.  Is that accurate?

23     A.    Yeah.

24     Q.    Okay.  And so as part of that group, you

25   reported to the assistant manager, correct?

1      A.    Correct.

**2      Q.    Okay.  What was your schedule as third**

**3   manager?**

4      A.    Honestly, it was very sporadic.  There was

5   no set days off, no set schedule or shift.  It

6   pretty much rotated to the manager's discretion of

7   where he needed us to be.

**8      Q.    Okay.  Was that the assistant manager's**

**9   discretion or the store director's?**

10      A.    Store director's.

**11      Q.    Okay.  Approximately how many hours per**

**12   week did you work?  Do you remember?**

13      A.    It -- it was different.  I would say

14   probably per schedule was 55, but if there was ever

15   a call-in or they needed help and called me in, it

16   was -- or if it was busy, I wouldn't stay per

17   schedule, it would be after, if you were stuck in a

18   register or unloading a truck.  So I would say

19   probably 60, 65.

**20      Q.    So similar schedule to the assistant**

**21   managers?**

22      A.    Very similar.

**23      Q.    Okay.  Did you have any -- as third**

**24   manager, you mentioned one of your duties was**

**25   ordering.  Tell me about that.**

1      A.    Nope.

2      Q.    Okay.  I want to -- I just want to put

3   bookends on the dates of your employment.  I

4   understand the last date of working for Ridley's was

5   March 13th of 2017.  Does that sound accurate?

6      A.    It does.

7      Q.    Okay.  Just for a complete record, let me

8   show you a document that we'll mark as Exhibit 4 to

9   your deposition, a document entitled "Ridley's

10  Family Markets Employee Termination Report."  It

11  shows the last date worked for you of 3-13-17.

12          (Exhibit 4 marked for identification.)

13     Q.    (By Mr. Williams)  Does this document

14  accurately reflect your last date of employment?

15     A.    Yes.

16     Q.    It shows that Casey Jackson was --

17     A.    The store supervisor at the time.

18     Q.    Okay.  He was the store director at the

19  time?

20     A.    Yes.

21     Q.    Okay.  When did he become your store

22  director?

23     A.    So probably maybe five days before that

24  termination.

25     Q.    Oh.  So you didn't have much time under

1  see what I needed to order for every Friday sale.

2      Q.    Okay.  And how often would you check the

3  email?

4      A.    It was kind of -- that was pretty set

5  because the promotions came down every Friday.  So

6  pretty much every Monday or Tuesday, I would

7  definitely check that for groceries.  Or if there

8  was anything wrong with the order, I could always

9  refer back to the computer.

10      Q.    Okay.  Did you have a set time each day

11  that you'd look at the computer?  Or how --

12      A.    Not -- normally just on downtime.

13      Q.    Okay.

14      A.    So if I was caught up and I knew there was

15  a sale coming up, I can go back there and check.

16      Q.    Okay.  I want to talk about your duties

17  and responsibilities as an assistant manager.

18      A.    Okay.

19      Q.    We're going to start broad and then we're

20  going to focus it down.

21      A.    Okay.

22      Q.    So why don't you, best you can, give me

23  what you think the -- a summary of your duties and

24  responsibilities were as a store manager.

25      A.    Responsibilities as the assistant store

1   manager --

2        **Q.    Assistant store manager, yes.**

3        A.    Correct.  As assistant store manager,

4   again, like I said, I'll reiterate, it was for total

5   store procedures, not just grocery, as the prior

6   position.  I would take direction and instructions

7   through the store manager and implement them through

8   the entire store and just oversee everyday

9   production and make sure everything was getting done

10  and handled in a good manager, and also helping

11  every department push forward and get through the

12  day than just one department.

13       **Q.    Okay.  You mentioned previously, as the**

14  **third manager, that you reported to the assistant**

15  **manager.  So was that consistent?  Did the grocery**

16  **manager report up to you as assistant manager?**

17       A.    They would come to me for direction, yes.

18       **Q.    Okay.  Any other employees that would come**

19  **to you for direction?**

20       A.    A lot of center store employees would come

21  to the assistant manager for help or if they had a

22  question on something.

23       **Q.    Okay.  So that -- I mean, that was a**

24  **regular part of your job, is, you know, you're**

25  **walking around, looking -- you know, looking for**

1    problems, making sure the store is running; you run

2    into employees and you direct them as to what needs

3    to be done or making sure they're staying on task;

4    is that fair?

5        A.    Correct.

6        Q.    Okay.  How many employees at any given

7    time?

8        A.    I don't recall.

9        Q.    Certainly more than one?

10       A.    Yes, more than one.

11       Q.    Okay.  Between one and ten maybe?

12       A.    For center store?  I mean, as assistant, I

13   mean, you've got multiple departments.  You've got

14   the deli, the bakery, produce, frozen, Ace Hardware,

15   cashiers, courtesy clerks.  So, I mean, I couldn't

16   give you an exact number, but I would say, at a

17   time, yeah, probab-- more than 25.

18       Q.    Okay.  And these 25, you're interacting

19   with and observing and directing as needed?

20       A.    As needed.

21       Q.    Okay.  Fair enough.

22             Did you plan work for any of the

23   employees?

24       A.    Not plan.  If there was any sort of

25   special instruction or anything that needed

1  immediately came done, it -- become done, it

2  generally came down through the store manager, the

3  store director.

4     **Q.    Okay.  Did you have any input into work**

5  **plans or anything like that?  Were there task lists?**

6  **Tell me how employees knew what they were supposed**

7  **to do.**

8     A.    I mean, their basic training is for their

9  department.  That's where they would go and start.

10  If they ran into issues, they would reach out to

11  management.  And if there was anything curricular,

12  normally it came down through Rigg being on

13  conference meetings, "Hey, we're having a big

14  produce sale, make sure you get with produce and

15  tell them this is what we need out of them for the

16  week."  And so I would go over and help produce get

17  set up.

18     **Q.    Okay.  So instructions would come from**

19  **corporate to Rigg to you --**

20     A.    Down the whole chain, yeah.

21     **Q.    -- and then to the departments.**

22     A.    Correct.

23     **Q.    Okay.  You mentioned that you observed the**

24  **preparation of schedules.  Did you ever prepare**

25  **schedules?**

1      A.    Only as instructed.  If Rigg ever needed

2   me to while he -- if he wasn't in or if he was on

3   vacation or if it wasn't done on time, he did show,

4   train me to do that, and then asked if it -- if it

5   needed to be done, he did have me do it.

6      **Q.    Okay.  So that is something that you did**

7   **during your tenure with Ridley's as an assistant**

8   **manager?**

9      A.    Two-year, yes.

10     **Q.    Okay.  Do you know approximately how many**

11  **times you had to do that?  I mean, it doesn't sound**

12  **like it was a weekly thing.**

13     A.    No, it was maybe a handful of times.

14     **Q.    Okay.  Just as needed?**

15     A.    Correct.  As instructed.

16     **Q.    Okay.  And so as you're out walking the**

17  **store and talking to employees, I assume that**

18  **employees would occasionally complain to you?**

19     A.    Yeah.

20     **Q.    Okay.**

21     A.    That's fair to say.

22     **Q.    What would you -- what would you do to**

23  **resolve their complaints?**

24     A.    Normally we would -- if -- it depends on

25  how escalated it was.  If it was just a workload, it

1   would be, "Hey, you know what?  I can give you a

2   hand with this."  Like, if it was a courtesy clerk,

3   just too many carts and it's snowing, I would go out

4   and help them.  If it's something that was simple

5   like that that resolvable without -- but if it was

6   like a high escalation, like a problem between

7   employees or a customer-employee interaction,

8   generally everything was brought to Rigg's

9   attention.

10      Q.    Okay.  Did you do training, you

11   personally?  Did you train any employees?

12      A.    I did assist in some training, yes.

13      Q.    Okay.  What training would you assist in?

14      A.    Courtesy clerks, grabbing carts, how to

15   use, like, the cart rope.

16            Cashiers, I would train them on the system

17   of the registers and kind of help them show.  But

18   normally -- I mean, that was only, again, not very

19   often because we had a lead cashier that ran the

20   front that would do the training.  But if anyone was

21   new and they were shorthanded or they just needed

22   help or if the trainer wasn't there, I would be able

23   to help assist in that.

24            Freight, like throwing freight, if there

25   was any grocery clerks just starting, pretty much

1    just basic safety of using the razor blade and

2    opening the boxes to put on the shelf.

3         Q.    I assume as assistant manager, approaching

4    and providing feedback to employees was certainly

5    something that you would do?

6         A.    Yeah.

7         Q.    Okay.  That's a fairly frequent occurrence

8    probably on a daily basis, right?

9         A.    Yeah.

10        Q.    Did you ever prepare any written

11   performance evaluations of employees?

12        A.    As my time during assistant manager?

13        Q.    Yes.

14        A.    No.

15        Q.    Okay.  Did you participate in employee

16   evaluations at all?

17        A.    I -- I sat in while Rigg performed on

18   them, just kind of observed.

19        Q.    Okay.  Provide feedback as necessary or

20   requested?

21        A.    With being the eyes and ears on the main

22   floor, I -- my -- my particular, like, feedback

23   wasn't the final effect on any of the pay

24   evaluations, but, I mean, I did give feedback.

25        Q.    Okay.  And to the extent you interacted

1    with employees, you knew them, you knew how they

2    were doing, and so obviously providing feedback on

3    that would be -- would be part of your

4    responsibilities; is that fair?

5         A.    Fair.

6         Q.    Okay.  What about -- same question for

7    employee discipline.  Did you -- did you sit in on

8    any disciplinary meetings?

9         A.    So all disciplinary meetings were

10   conducted through Rigg.  He did have it.  And

11   normally they did like to have more than just one

12   body in the office.

13        Q.    Okay.

14        A.    So either Ben or myself would sit in

15   there, whoever was there or available.  But Rigg did

16   do all of that action, but it was sat in there, for

17   the most part.

18        Q.    Okay.  And same kind of issue.  I mean, if

19   it's someone you're familiar with and you're

20   familiar with the problem, that's something that you

21   could provide feedback on?

22        A.    Absolutely.

23        Q.    Okay.  Did you -- did you have any

24   authority to send an employee home for an infraction

25   or anything like that?

1      A.     During that time, as long -- if Rigg was

2    there, it always -- he made a very stern point that

3    every -- everything does get filtered through him.

4      Q.     Okay.

5      A.     And if he was not there, I were to call

6    him and get my next course of action through him.

7    So it was generally up to the store director's

8    discretion.

9      Q.     Okay.  So you bring a good -- bring up a

10   good point.  It's my understanding that you didn't

11   have the exact same schedule as the store director,

12   that there was some overlap, but, you know, there

13   were probably a couple hours each day and one to two

14   days a week that you were the manager on site in the

15   absence of the store director; is that accurate?

16     A.     Correct.  Yes.

17     Q.     Okay.  So during those times, you were

18   basically in charge of the store, right?

19     A.     Yes.

20     Q.     Okay.  And so issues that would come up,

21   that would be your responsibility to solve either on

22   your own or consulting with Rigg or somebody higher

23   up?

24     A.     Correct.

25     Q.     Okay.  And so if, for example, a

1    disciplinary issue came up, you know, you could

2    either handle it on your own or call Rigg, depending

3    on the level of severity; is that -- is that fair?

4        A.    Fair.

5        Q.    Okay.  As assistant store manager, did you

6    participate in the termination of any employees?

7        A.    In what part of participation?  Like, if

8    it were -- when you say "participation," what do you

9    mean by that?  Like, was it my own -- like, me

10   actually terminating the employee?

11       Q.    Let's break it down.  Did you ever

12   recommend anyone for termination?

13       A.    No.

14       Q.    Okay.  Did you ever sit in on a

15   termination meeting with anyone?

16       A.    Yes.

17       Q.    Okay.  And that's something that you would

18   sit in with Riggs -- or Rigg to terminate an

19   employee?

20       A.    Exactly.

21       Q.    Okay.  Did Rigg ever consult you as to

22   employee termination, anything like that?

23       A.    Generally, no.  Didn't, like, consult with

24   me, but he would inform me, "Hey, this is what's

25   happening.  We're going to have to keep our eyes out

1    for either an in-house transfer to this position" or

2    "I'll be opening up the position to look for a

3    new-hire for this department" --

4       **Q.    Okay.**

5       A.    -- "so they might need your help in that

6    area until we find somebody."

7       **Q.    Okay.  So that brings up another --**

8    **another area.  Did you ever participate in**

9    **interviews of employees -- of applicants?**

10      A.    Yes.

11      **Q.    Okay.  And that would be sitting in on the**

12   **interview.  How else would you participate?**

13      A.    So I have sat in on the interviews as he

14   kind of showed me and trained me.  And similar to

15   the schedule, he liked to do all -- most the hiring

16   himself, but on a few occasions, there was

17   overlapping interviews and has asked me to take on a

18   couple.

19      **Q.    Okay.  So there were times where you would**

20   **interview people on your own?**

21      A.    Yes.

22      **Q.    Okay.  Did those ultimately lead to**

23   **employees being hired?**

24      A.    I did give my feedback and the notes back

25   to Rigg, and I did let him know that, hey, this is

1    probably a good candidate or not a good candidate,

2    and he would take it up to -- he would take that

3    knowledge and make the ultimate decision himself.

4        **Q.    Okay.  And were there times that people**

5    **that you recommended were actually hired?**

6        A.    Yes.

7        **Q.    Okay.  How often would you either**

8    **interview or be involved in interviews of**

9    **applicants?**

10       A.    Not very often, from what I can recall.  I

11   do know I was in there on a few, mostly just because

12   he wanted me to see how he did the hiring process,

13   what questions to ask.  He also had a form to go off

14   of if, you know, he wasn't there and needed help

15   doing an interview.  "Hey, I scheduled this, and I

16   had an emergency," or something like that, he had a

17   form that I can base my questions off of and then

18   write down the notes and give to him.  But an

19   overall -- like, a number amount on how many times,

20   I could not give you.

21       **Q.    Okay.  As assistant manager, did you ever**

22   **review applications?**

23       A.    I'm sure I have, but...

24       **Q.    Okay.  How would -- how would the**

25   **applications come to the store for consideration?**

1      A.    I don't recall.  Normally I was just given

2  to them through Rigg, honestly.

3      Q.    Okay.  Would --

4      A.    There was some walk-in -- there was some

5  walk-ins, we did print them out and hand them to

6  some people that were looking for jobs.  So it was a

7  printed-out form.  So, you know, they would get

8  those and bring them back in, and if Rigg wasn't in,

9  they would hand it to me, and then normally --

10  generally I would place it on his desk for him to

11  see the next day.

12      Q.    Okay.  As assistant manager, did you have

13  any input into employee pay rates for your store?

14      A.    Again, that kind of goes back to if an

15  employee -- normally people don't just ask for a pay

16  raise to get a pay raise.  You know, they feel like

17  they earned it, they deserve it.  And that would be

18  part of a -- sorry.  It would be part of a -- like,

19  almost like a complaint, like, "Hey, I feel I should

20  really be making more money," and that would be one

21  of those ones I would direct to the store manager.

22  So I wouldn't say I had any sort of say in their pay

23  raise, but generally I directed them to the store

24  director.

25      Q.    Okay.  Would you agree with me that

1   employee pay also had to do with performance, and so

2   to the extent that you were involved in the review

3   process or giving feedback, that all went into

4   employee pay?

5        A.    It did go into it, but not to my

6   discretion.

7        Q.    Okay.  Same questions as to promotions.

8   Were you involved in the promotion process for any

9   employee?

10       A.    I could definitely give feedback to the

11  store director --

12       Q.    Okay.

13       A.    -- and that he would use my feedback as

14  part of his decision.

15       Q.    Okay.  As an assistant manager, did you

16  use any reports or forms to perform your work?

17       A.    Not towards -- I guess it depends on what

18  kind of forms, because there was order forms, there

19  was truckload sheets and receiving sheets.  So

20  there's those kind of reports and forms, but

21  generally, other -- besides that, not really.

22       Q.    Okay.  So your use of forms was limited to

23  the grocery side, the ordering, the freight forms,

24  that -- that sort of form?

25       A.    Pretty much.  I mean, any other form

1   directly came from Rigg or Rigg generally took care

2   of, like -- because, I mean, for the grocery store,

3   I guess the only forms I could really think of is

4   any sort of disciplinary action, write-ups, verbals,

5   stuff like that, and generally that was all related

6   to the store director.

7        **Q.    Okay.  Did you ever assist in filling out**

8   **or fill out yourself any employee evaluation forms?**

9        A.    I think Ridley's had a couple that had,

10  like, the store manager's -- like, it required the

11  store manager's signature and the assistant manager.

12       **Q.    Okay.**

13       A.    Kind of like they were in on that meeting

14  or evaluation form, and they did have a couple forms

15  that the assistant manager did need to sign.

16       **Q.    Okay.  So you would sign those forms as an**

17  **assistant manager?**

18       A.    Yes.

19       **Q.    Okay.  As an assistant store manager, did**

20  **you decide or have any input into what merchandise**

21  **would be purchased?**

22       A.    For the grocery store, right?  So

23  grocery-wise --

24       **Q.    Okay.**

25       A.    -- not equipment.  So normally, like,

1    again, it would go through all the promotions and it

2    would come from Rigg down to me and, "Hey, this is

3    what we need to get set up and everything," and then

4    I would also implement that and assist or help the

5    grocery manager get it set up for any sort of

6    promotion.

7         Q.    Okay.  Did you -- as part of your duties

8    and responsibilities, would you actually enter the

9    order into the computer?

10        A.    Yes.

11        Q.    Okay.  And what about -- what about

12   special event orders?  Did you have -- did you have

13   special events where you would have to -- you

14   know, 4th of July, you're ordering more ketchup and

15   hot dogs; Christmas, you're ordering, you know, more

16   sugar cookies?  I -- I don't know.  Any special

17   events --

18        A.    Right.  I guess what you're saying.  Yeah.

19   So generally --

20        Q.    Tell me about that.

21        A.    So generally, like, the NFL Super Bowl and

22   whatnot, I would have Coke vendors get ahold of my

23   grocery manager and want to build special displays

24   or so on and so forth.  The grocery manager didn't

25   have the okay to okay that, so he would generally

1    come to me, we would get it cleared through the

2    store director, and if it was all right, like, yeah,

3    let's build a big display.  But normally, like, big

4    pallet orders or big pallet drops, I always cleared

5    through the store director.

6        Q.    Okay.  Small pallet orders, you could do

7    yourself?

8        A.    Yes.

9        Q.    Okay.  Did you have a dollar limit up to a

10   certain amount that you could do?

11       A.    No.

12       Q.    Okay.  What about -- I want to use the

13   term "merchandising."  So displays and signage.  Did

14   you have responsibilities over that?

15       A.    I mean, as, again, going back to total

16   store procedures and production, I mean, making sure

17   everything's efficient, if the signage was

18   incorrect, I would get with pricing and say, "Hey,

19   we need to get this fixed."

20            I did know how to work the pricing

21   computer as well, so, I mean, fixing that kind of

22   stuff, yes.  But for merchandising, generally it was

23   all per promotion or ad.

24       Q.    Okay.  What about, I mean, location in the

25   store?  Did you have any say into where product

1    would be placed, whether -- you know, special --

2    special events, where they would be located in the

3    store?

4         A.    Right.  I would say, yeah, I could, but

5    generally -- like, so if it was a grocery display

6    for Cinco de Mayo, normally the grocery manager

7    would be responsible.  I would delegate that to him,

8    "Hey, we need to build this display, make sure it's

9    presentable, this is what's on it, this is coming

10   down from even higher management than me," and he

11   would take the course of action to build it as the

12   grocery manager, and generally he had a pretty good

13   idea of where it needed to go.

14        Q.    Okay.

15        A.    If it needed to be moved for some odd

16   reason, I could have it moved, either do it myself

17   or delegate that task.

18        Q.    Okay.  And so the grocery manager is

19   setting up the displays.  I assume you're going

20   to -- I hate to use the word "inspect," but

21   basically look at it, make sure everything's okay --

22        A.    Yeah.

23        Q.    -- that it's appropriate for the store?

24        A.    Correct.

25        Q.    Okay.  As assistant manager, did you have

1    a responsibility for -- or any input into the safety

2    of employees or customers?

3         A.    Yes.

4         Q.    Tell me about that.

5         A.    It generally, again, would come down

6    for -- from store director to do a walk, make sure

7    our safety books are posted in different corners and

8    the safety logs were being filled out by per

9    department.  They had a special code for it.  But I

10   would occasionally go between departments -- if I

11   wasn't helping a department, I would go to the

12   departments and make sure they were up to date on

13   their sweep and safety logs.

14        Q.    Okay.  And the safety logs, are --

15   describe those for me.

16        A.    The safety logs are just basically that

17   there's no, like, spills or tripping hazards on the

18   floor, that the department's been inspected every

19   hour or so.

20        Q.    Okay.  So as assistant manager, I get the

21   idea that, you know, apart from the time that you're

22   in the office doing whatever it is you do in there,

23   you're out in the store, walking around, you know,

24   checking logs, making sure work is getting done, you

25   know, answering questions, assisting customers, I

1    mean, just basically ensuring that the store is

2    operating and functioning in a good manager; is that

3    fair?

4         A.    In an efficient manner, yeah.

5         Q.    Okay.  Did you do temperature checks on

6    the coolers?  Was that in your duties and

7    responsibilities?

8         A.    Temperature checks?  Normally they were

9    hooked up to an alarm, so if there was anything out

10   of the ordinary, it would set an alarm.  And then

11   obviously I would, if Rigg was there, inform him

12   about it or call and get an okay to call someone if

13   an alarm went off.

14        Q.    Okay.  If you were alone, Rigg's day off,

15   I mean, you certainly had the authority to get

16   somebody in there to fix the coolers, right?

17        A.    Correct.  But my first step of action

18   would be try and get ahold of Rigg first and make

19   sure he was informed.  I believe if it was anything

20   over $500, Mark Ridley himself would like a phone

21   call or a heads up, just say, "Hey, this is what's

22   going on, the store needs this."  And generally

23   anything more than $500 needed to be approved

24   through -- higher than me, so either Rigg or

25   corporate themselves.

1       Q.    Okay.  Do you -- did you ever call for

2   permission to go over $500?

3       A.    A couple times.

4       Q.    Do you remember the circumstances?

5       A.    I think the forklift was broken on one of

6   them, and then another one was an HVAC service.

7       Q.    Okay.  What about building security?  Did

8   you have duties and responsibilities with regard to

9   building security?

10      A.    Opening and closing, yes.

11      Q.    Okay.  I assume when you closed down,

12  you'd do a walk around, make sure doors are locked,

13  make sure nobody's hiding, anything like that?

14      A.    Correct.

15      Q.    Okay.  Was there an alarm system?

16      A.    There was, but it was mainly just for,

17  like, fire alarm.

18      Q.    Okay.  What about -- you had a set of

19  keys?

20      A.    Correct.

21      Q.    Who else had keys?

22      A.    Ben and Rigg.

23      Q.    Okay.  So just the assistants and the

24  store director?

25      A.    Correct.

1      Q.     Okay.  What about the safe?  I assume you
2    had access to the safe?
3      A.     I did.
4      Q.     Okay.  Did you have any responsibilities
5    with regard to the safe, accessing it or what goes
6    into the safe?
7      A.     Correct.
8      Q.     So that was your -- that was in your
9    duties and responsibilities?
10     A.     Both the assistants, yes.
11     Q.     Okay.  Describe to me the closing
12   procedure.  The tills, do those go in the safe?
13     A.     Correct.  They all needed to be counted
14   down to a certain amount, and then you have to count
15   the total money.  The additional cash would be set
16   aside in a drop bag for Rigg to take to the banks.
17     Q.     Okay.
18     A.     So they would need to be counted down and
19   then locked up and then get the drop for the next
20   prior -- the next day, the drop would need to be
21   ready so when Rigg showed up, he could drop it off
22   at the bank.
23     Q.     And who did the counting?
24     A.     The final count for the night was whatever
25   manager was closing that night.

1      Q.     Okay.  So that could be you or whoever

2   else was closing?

3      A.     Me, the other assistant Ben, or Rigg.  If

4   either three of us closed, we would be responsible

5   for counting the safe down.

6      Q.     Okay.  Did you ever make bank deposits?

7      A.     A few times when Rigg's day off or

8   vacation, again, like I said, or if he was out sick,

9   emergency.  If it was -- if he was never there and

10   it needed to be done -- normally they got dropped in

11   the mornings, and, again, he was generally there in

12   the mornings.

13      Q.     Okay.  But on his days off, it would

14   generally fall to you?

15      A.     It wasn't necessarily a responsibility

16   because there have been times that a drop would sit

17   in there and he would make just a double drop later.

18      Q.     Okay.

19      A.     But if it was too big of an amount to keep

20   in the safe, he would say, "Yeah, go ahead and do a

21   quick bank deposit."

22      Q.     Okay.  Did you have problems with

23   shoplifting or what we call merchandise shrink?

24      A.     Okay.  Yeah.

25      Q.     What -- tell me about your

1    responsibilities in that regard.

2         A.    Normally it -- we try and keep hands-off

3    loss prevention.  If you could get the merchandise

4    back, good, but they didn't actually tell you to,

5    like, pursue or try.  Normally it was try and call

6    in either the local police department or whatnot.

7    They didn't want any interventions getting, like,

8    out of hand or physical.  They didn't want none --

9    sort of that.  So it was, yeah, try and keep an eye

10   on them.  If you can stop it before it happens,

11   like, hey, you know, like, how about we put that

12   product back, and then they'd be on their way, call

13   the police department, give them the footage.

14   But...

15        Q.    Okay.  Did you ever have to call the

16   police?

17        A.    Yeah.

18        Q.    How frequently?

19        A.    Loss prevention was so sporadic.  I mean,

20   I'd say maybe two -- two or three times a month

21   maybe.  I mean, it was pretty sporadic.

22        Q.    As assistant manager, did you have any

23   responsibilities for legal compliance issues?  So,

24   like, checking the employment posters or filling out

25   OSHA forms, anything like that?

1     A.     Normally not necessarily as assistant.

2   Stuff like that -- so, like, if it was OSHA or

3   safety or updated -- updated, like, business license

4   or health department license, Rigg would normally

5   print them out and give them to me to post.  But

6   other than that, I wouldn't necessarily say a

7   responsibility in that direct department.

8     **Q.     Okay.  Did you ever have to fill out OSHA**

9   **injury forms?**

10    A.     I have filled out injury -- not

11  necessarily OSHA injury forms, but an accident

12  report.  And, again, those all get reported to

13  higher-up management if they're not there.

14    **Q.     Did you ever have to fill out workers'**

15  **compensation first report of injuries?**

16    A.     I've never filled out a workman's comp

17  form.

18    **Q.     Okay.  As assistant store manager, did you**

19  **have any responsibilities with regard to store**

20  **budgets or labor budgets, anything like that?**

21    A.     Normally the store manager did all of the

22  labor budgets and labor rates.

23    **Q.     Okay.**

24    A.     I have sat in there, so if he was off and

25  I needed to do labor.  But normally it was a

1   print-up and left on the desk for him to account for

2   what we needed to schedule.

3        **Q.    Okay.  So those would be done by the store**

4   **director, but you would have some input, some**

5   **participation as needed; is that fair?**

6        A.    If we're talking about the same kind of

7   labor rate, then yes.

8        **Q.    What do you mean when you say "labor**

9   **rate"?**

10       A.    So there was, like, sales projection.  So

11  they would look at projections and, like, the

12  reports that you would have to do for sales per

13  department --

14       **Q.    Right.**

15       A.    -- and based off sales is how many hours a

16  department could be appointed.  And so you have to

17  figure out how many hours a department can get by

18  doing -- they called it labor when I worked there,

19  just doing labor.  You'd calculate what the labor is

20  and what could be appointed per department.

21       **Q.    Okay.  And you understood that process**

22  **because you sat in on those meetings and**

23  **calculations with the store director?**

24       A.    Correct.

25       **Q.    Okay.  As assistant store manager, I**

1    assume that you had responsibilities for enforcing

2    store policies of -- with employees?

3         A.    Yep.

4         Q.    Okay.  Were you involved in any business

5    planning for the store?

6         A.    Such as?

7         Q.    Such as growth planning, you know, any --

8    any kind of financial planning where you're

9    projecting what you think the store can do and

10   trying to implement goals.  Anything like that?

11        A.    I would say not necessarily, no.

12        Q.    Okay.

13        A.    That was all mostly corporate and store

14   director.

15        Q.    Okay.  Were you involved in or participate

16   in the weekly management meetings with corporate?

17        A.    I was in a few, yeah.

18        Q.    Okay.  What would you do on those

19   meetings?

20        A.    Normally talk about sales.  If there was

21   any accident reports throughout the week, that's

22   when -- that's when we would relay the accident

23   reports.  Normally it was per department.  All the

24   department heads were in on that meeting, and then

25   we would just kind of go through sales and what we

1    can do for the week coming or any promotional items

2    coming up.

3        **Q.    Okay.  And that was -- would you regularly**

4    **participate in those meetings?  How frequently?**

5        A.    So all the department heads and the store

6    director met once a week.

7        **Q.    Okay.  And those meetings, where were**

8    **those meetings held?**

9        A.    In the manager office.

10       **Q.    In person?**

11       A.    Yeah.  In person in the manager office.

12   If -- yeah.

13       **Q.    Okay.  I understand there were weekly**

14   **telephone calls with corporate; is that accurate?**

15       A.    The conference ones?

16       **Q.    Yeah.**

17       A.    Yeah.  I believe that was generally

18   between the store directors and corporate, though.

19       **Q.    Okay.  Did you ever participate in those**

20   **meetings?**

21       A.    I have.

22       **Q.    You have participated.  Under what**

23   **circumstances would you participate?**

24       A.    Just sit in the office.  I mean, listen

25   in.

1    Q.    Okay.  Was that something that you would

2  do on a regular basis, or just occasionally, or

3  what?

4    A.    No.  Again, like I said, there was a time

5  where there was no store director, so in order for

6  that information to be relayed to corporate, I was

7  the one that was there participating.

8    Q.    Okay.  Let's talk about that.  What --

9  during what time period was there no store director?

10   A.    It was probably beginning to mid of

11  February till up to my termination of March 13th.

12  Well, no, because Casey was there for just a few

13  days.  So it was probably beginning or so of

14  February till beginning of March.

15   Q.    Okay.  So roughly a month to maybe six

16  weeks?

17   A.    Sure.

18   Q.    Okay.

19   A.    Yes.

20   Q.    And during that time, there was no store

21  director; is that correct?

22   A.    Correct.  So --

23   Q.    So basically you and Ben were acting store

24  directors; is that fair?

25   A.    Fair.

1     Q.    Okay.  And so during that time, you

2  were -- you were participating in the -- in the

3  conference calls, you were addressing all the

4  employee issues, you were scheduling, basically

5  functioning as a store director; is that -- is that

6  accurate?

7     A.    To a point.  There was a lot of

8  communication between I and David Peterson or Mark

9  Ridley.

10    Q.    Okay.  As there should be because

11 they're -- they're up in the chain of command; is

12 that -- is that fair?

13    A.    Yes.

14    Q.    Okay.  Okay.  Any other duties and

15 responsibilities that we haven't talked about that

16 jump out in your mind?

17    A.    No.

18    Q.    So the times that you were there without a

19 store director, outside of the February to

20 March 2017 time frame, we talked about, you know,

21 one or two hours at the beginning or the end of each

22 day and, you know, one to two days a week that you

23 were the manager on site; is that -- is that

24 correct?

25    A.    Generally there was a good overlap between

1  the assistants and the grocery manager, which is the

2  third manager.  Normally we were always generally

3  there in some sort of way or overlapped.  The only

4  time that you were there by yourself is if you were

5  the closing manager for the day.

6      **Q.    Okay.  But the times that you were there**

7  **without the store director, you're considered the**

8  **senior manager on site; is that correct?**

9      A.    Yes.

10     **Q.    Okay.  And between the, you know, one or**

11 **two hours a day plus one or two days a week, I**

12 **estimate that to be 20 to 30 percent that you are**

13 **the senior manager on site; is that fair?**

14     A.    Yeah.

15     **Q.    Okay.  So -- and I want to try to**

16 **quantify.  You know, we talked about, you know,**

17 **your -- all of your duties, and, you know, basically**

18 **you're making the store function, you're walking**

19 **around, you're inspecting, you're, you know, talking**

20 **to employees, you're giving direction, whatever**

21 **needs to happen.  How much of your time is taken up**

22 **doing that?**

23     A.    The majority of the time.  I mean, helping

24 departments if there was leftover freight, groceries

25 being built.  Cashiering was a long part of the day,

```
 1                 C E R T I F I C A T E

 2   STATE OF UTAH          )

 3   COUNTY OF SALT LAKE    )

 4        THIS IS TO CERTIFY that the deposition of

 5   Christopher Michael Gallegos was taken before me,

 6   Lindsay Payeur, a Registered Professional Reporter

 7   in and for the State of Utah.

 8        That the said witness was by me, before

 9   examination, duly sworn to testify the truth, the

10   whole truth, and nothing but the truth in said

11   cause.

12        That the testimony was reported by me in

13   Stenotype, and thereafter transcribed by computer

14   under my supervision, and that a full, true, and

15   correct transcription is set forth in the foregoing

16   pages.

17        I further certify that I am not of kin or

18   otherwise associated with any of the parties to said

19   cause of action and that I am not interested in the

20   event thereof.

21        WITNESS MY HAND this 21st day of

22   February 2023.

23

24                        Lindsay Payeur

25                        Lindsay Payeur, RPR
```