Exhibit 8

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3

 4    Civil Action No.  1:18-cv-01556-RM-GPG

 5

 6    JONATHAN ESPARSEN, Individually and    )
      on behalf of All Others Similarly      )
 7    Situated,                              )
                                             )
 8                       Plaintiff,          )
      vs.                                    )
 9                                           )
                                             )
10    RIDLEY'S FAMILY MARKETS, INC.,         )
                                             )
11                       Defendant.          )

12

13              VIDEO DEPOSITION OF DESTINY GLANZ

14            Friday, January 21, 2022, 9:00 a.m.

15

16

17

18         BE IT REMEMBERED that the video deposition
      of Destiny Glanz was taken by the attorney for the
      defendant by Zoom, before Sandra D. Terrill, Court
19    Reporter and Notary Public, in and for the State of
      Idaho, in the above-entitled matter.
20

21

22

23

24

25
```

**CERTIFIED COPY**

```
 1                   A P P E A R A N C E S

 2
       For the Defendant:
 3             SNELL & WILMER LLP
               BY:   DAVID P. WILLIAMS
 4             15 West South Temple, Suite 1200
               Salt Lake City, Utah  84101
 5             (801) 257-1900
               dawilliams@swlaw.com
 6

 7     For the Plaintiff:
               SANFORD LAW FIRM, PLLC
 8             BY:  APRIL RHEAUME
               10800 Financial Centre Parkway
 9             Kirkpatrick Plaza, Suite 510
               Little Rock, AR  72211
10             (800) 615-4946
               april@sanfordlawfirm.com
11

12     The Videographer:
               Kyle Stolis
13             (763) 439-0944
               ks2@otsvideo.com
14

15

16

17

18

19

20

21

22

23

24

25
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                      Page 10

1    attend any other post-high school facilities,

2    educational facilities?

3              A.   No, I did not.

4              Q.   Okay.  Do you have any professional

5    licenses or certifications?

6              A.   No.

7              Q.   Okay.  And according to my records you

8    were first employed by Ridley's on March 3rd of 2015.

9    Does that sound right?

10             A.   Yes.  That's correct.

11             Q.   Okay.  And your first job with Ridley's

12   was deli manager?

13             A.   Correct.

14             Q.   Okay.  So I want to talk about your

15   employment history before that, before you came to

16   Ridley's.  So what was the first job you had -- the

17   last job you had before you went to Ridley's?

18             A.   I worked at Walmart for 16 and a half

19   years.

20             Q.   Okay.  I assume that you had different

21   jobs during that 16 and a half years?

22             A.   I did.  I worked in --

23             Q.   Let's start at the beginning.

24             A.   Okay.  Man, in the beginning.  That was

25   a long time ago.  I was just a sales associate,

```
 1    I was just a crew member.
 2            Q.   No -- no management title or duties?
 3            A.   No.  No.
 4            Q.   Okay.  At Walmart when you were the deli
 5    manager, were you paid hourly or paid a salary?
 6            A.   Hourly.  All with my --
 7            Q.   Okay.  So how did you -- well, first let
 8    me ask you this:  According to my records you were
 9    the deli manager at Ridley's and then it looks like
10    approximately a year, maybe less than a year, you
11    were made assistant manager; is that correct?
12            A.   Yes.  That's correct.
13            Q.   Okay.  So you've only had the two
14    positions at Ridley's?
15            A.   Yes.
16            Q.   Okay.  So let's talk about deli manager.
17            A.   Okay.
18            Q.   How did you come to get the job with
19    Ridley's as deli manager?
20            A.   Well, at first I had applied for
21    Safeway, and that was before I moved back to Sheridan
22    from Rapid I had applied, went in and interviewed.
23    And they told me that they were changing over to
24    Ridley's within, like, the next month after that
25    interview.  So they had me go ahead and just apply
```

1   now if we get a bonus, it's worked into our pay.

2          Q.    Okay.   Did you get training to be an

3   assistant store manager?

4          A.    Not any more than just working with the

5   store director.

6          Q.    Okay.   Just kind of hands-on training as

7   needed?

8          A.    Yeah.

9          Q.    Okay.   And you had prior experience

10  supervising employees, so that was not new to you?

11         A.    No.

12         Q.    What else -- what else was new to you?

13         A.    All the computer paperwork.  I had never

14  done any of that kind of stuff, so entering in, like,

15  sales and stuff for the day, we would have to type in

16  all the information from the day before and do the

17  book work.  That was stuff that I had never dealt

18  with.  I had never really dealt with, like, the safe

19  or anything.  I had never at Walmart or even as deli

20  manager I had never dealt with the safe.  So I had to

21  learn how to cashier and do a bunch of different

22  stuff that I had never really done before.

23         Q.    Okay.   You received benefits as an

24  assistant manager?

25         A.    Yes, I do.

```
 1    another manager that comes in and closes.

 2          Q.    Okay.

 3          A.    So when he is, you know, at lunch, I'm

 4    in charge; or when he goes home, then I'm in charge.

 5          Q.    Okay.  So on any given day you'll be the

 6    senior manager on-site for two or three hours?

 7          A.    Probably about that, yes.

 8          Q.    Okay.  Do you get vacation time as an

 9    assistant manager?

10          A.    I do.

11          Q.    How much?

12          A.    It accumulates weekly.  I don't know

13    exactly how much it accumulates as.

14          Q.    Okay.  Does Ridley's have a sick leave

15    policy?

16          A.    No.  We use our PTO if we're sick.

17          Q.    PTO covers it all?

18          A.    Yes.

19          Q.    Okay.  So the store that you work at is

20    in Sheridan; is that correct?

21          A.    Correct.

22          Q.    Have you worked at any other stores for

23    Ridley's?

24          A.    Just for a week I had to go down and

25    cover in Pinedale in 2015.
```

1          Q.    Okay.  So you filled in for -- for

2     another assistant manager that was not there?

3          A.    No.  That was right after I was hired as

4     the deli manager when I had to go down and cover

5     because that manager that had come up and covered --

6     or trained me, she had quit so they needed help

7     covering.

8          Q.    Okay.  So besides your week stint in

9     Pinedale, have you worked at any other Ridley's

10    facilities?

11         A.    I have not.

12         Q.    Okay.  So do you -- you consider your

13    immediate supervisor to be whom?

14         A.    Ben Goddard, my store manager.

15         Q.    Store manager?

16         A.    Yes.

17         Q.    Okay.  How long has Ben been your store

18    manager?

19         A.    Almost three years, I believe.

20         Q.    Okay.  Who was your store manager before

21    Ben?

22         A.    Steve Ralston.

23         Q.    Steve?

24         A.    Yes.

25         Q.    And how long was he your store manager?

```
 1          A.    From the time I started until Ben got

 2    there.

 3          Q.    Okay.  So a long time?

 4          A.    There's only been --

 5          Q.    You've only had the two?

 6          A.    Yes.

 7          Q.    Okay.  So when you first became

 8    assistant store manager, you were under Steve

 9    Ralston?

10          A.    Correct.

11          Q.    And I assume that you guys worked

12    together just to make sure the store was functioning?

13          A.    We did.

14          Q.    Okay.  As assistant manager did you

15    supervisor or direct the work of any specific

16    employees, any group of employees?

17          A.    Not specifically, no.

18          Q.    Okay.  It's my understanding in some

19    stores that, you know, we have different departments.

20    Do you understand what I mean when I say "center

21    store"?

22          A.    Yes.

23          Q.    Okay.  And we've had discussions with

24    assistant managers that sometimes they're assigned

25    the center store.  Is that -- do you guys do that at
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                    Page 31

```
 1    your store?

 2           A.   Not really.  I have a grocery manager

 3    that's under me.  So she's in charge of the center

 4    store.

 5           Q.   Okay.  So you don't -- you don't

 6    specifically direct any employees on what to do?

 7           A.   No.

 8           Q.   Okay.  What about when the store manager

 9    is not there?

10           A.   If I need to, yes, I do.

11           Q.   Okay.  So that falls on you at that

12    point?

13           A.   Yes.

14           Q.   Okay.  Would that include, you know,

15    directing their work, telling them what to do, what

16    to do it, where to do it?

17           A.   Yes.

18           Q.   Okay.  How many employees would that be?

19           A.   I think we have 40 employees.

20           Q.   40 employees.  On any given day how many

21    would be working?

22           A.   10 to 15 probably at the most.

23           Q.   So when the store manager was there

24    you're telling me that you didn't direct any

25    employees as to what to do?
```

```
 1          A.    No.
 2          Q.    Okay.  Would you -- I mean, it seems
 3    like, you know, if you're out on the floor and, you
 4    know, there's a spill and, you know, somebody drops a
 5    bottles of pickles or something, are you able to
 6    direct somebody to clean that up or are you going to
 7    go tell the store manager to find somebody to do it?
 8          A.    No.  I -- we carry radios.  I'll ask
 9    somebody over the radio to grab something to clean it
10    up.
11          Q.    Okay.  So you certainly have the
12    authority to direct people to do something?
13          A.    Yes.
14          Q.    Even when the store manager is there?
15    Okay.
16          THE REPORTER:  I'm sorry.  I just didn't get
17    an audible answer to that one.  "Even when the store
18    manager is there?"
19          THE WITNESS:  Yes.
20          Q.    BY MR. WILLIAMS:  Is that correct?
21          A.    Yes.
22          Q.    Okay.  Thank you.  That's a good
23    reminder that we have a court reporter taking down
24    everything we say so our answers have to be audible.
25                So did you -- as part of your duties and
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                    Page 33

1    responsibilities do you give instructions to

2    employees?

3            A.    Not really, no, I do not.

4            Q.    At any time?

5            A.    When the store manager is gone, I will

6    if need be.

7            Q.    Okay.  Assign tasks?  Do you assign

8    tasks?

9            A.    Occasionally, yes.

10           Q.    Okay.  Do you work on scheduling at all?

11           A.    No.

12           Q.    Okay.  Who does that?

13           A.    Ben.  The store manager.

14           Q.    The store manager?

15           A.    Yes.

16           Q.    Okay.  What about for the -- does he do

17   it for all the departments or do the other department

18   managers do it for their own departments?

19           A.    The other department heads do their own

20   schedule and then he makes sure that it all looks

21   good and then he'll input it all into the computer.

22           Q.    Okay.  As an assistant store manager,

23   have you ever handled an employee complaint, any

24   employees come to you and complain that you

25   addressed?

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                                     Page 34

```
 1          A.    Yes.  I have addressed complaints

 2   before.

 3          Q.    Okay.  How frequently does that happen?

 4          A.    Not often.

 5          Q.    Do you have good workers or just not

 6   frequency of occurrence?

 7          A.    We are very shorthanded so we -- yeah,

 8   we have very few employees right now.

 9          Q.    Okay.  Do you do employee coaching?

10   Pardon?

11          A.    I do not.

12          Q.    You do not do any employee coaching?

13          A.    No.

14          Q.    Even when the manager, the store manager

15   is not there?

16          A.    When he's not there, I do, yes.

17          Q.    Okay.  So you do some employee coaching?

18          A.    Some, yes.

19          Q.    Okay.  Explain -- explain your coaching

20   process.

21          A.    I just mainly make sure that they know

22   how they're doing their job and if they need help,

23   then, you know, I explain to them how to do it or

24   help them do it.  I have taught people how to

25   cashier.  I obviously trained in the new deli manager
```

```
 1   after I got my new position.  Stuff like that.

 2            Q.    Any other training that you do of

 3   employees?

 4            A.    No.

 5            Q.    Okay.  Do you respond to disciplinary

 6   issues at all?

 7            A.    Only if need be.

 8            Q.    Okay.  Explain that.  When does

 9   discipline need to be done?

10            A.    If they need to be written up, I get

11   with the store manager and make sure that he agrees

12   that they need to be -- the disciplinary action needs

13   to be taken.  And ultimately he's the ultimate

14   decision maker on that.

15            Q.    Okay.  But you'll make the report to him

16   and tell him what is going on?

17            A.    Yes.

18            Q.    Make recommendations to him as to what

19   you think should happen?

20            A.    Yes.

21            Q.    Okay.  Does he fill out the paperwork or

22   do you fill out the paperwork?

23            A.    He does.

24            Q.    Have you ever filled out the paperwork?

25            A.    No.
```

1          Q.    Never have.  Okay.  Have you ever filled

2    out performance reviews for employees?

3          A.    Only when I was deli manager.

4          Q.    Only as deli manager?

5          A.    Yes.

6          Q.    Otherwise that's done by the store

7    manager?

8          A.    Yes.

9          Q.    Okay.  Have you ever made

10   recommendations as to performance reviews?

11         A.    No.

12         Q.    Okay.  Nobody has ever come to you and

13   said how do you think this employee is performing?

14         A.    No.

15         Q.    Okay.  Do you have any input into hiring

16   decisions?

17         A.    Occasionally he will come to me and ask

18   me if I know somebody or if I know -- if I've heard

19   of anything about them.  But the ultimate hiring

20   decision is not mine.  It is his.

21         Q.    Have you ever participated in

22   interviews?

23         A.    Yes.

24         Q.    Is that something that you do as an

25   assistant manager?

1          A.   Yes, occasionally.  Not all the time

2     though.

3          Q.   Okay.  And what determines whether

4     you're going to participate or not?

5          A.   He'll ask me if I want to sit in on it

6     if I'm not busy doing something else.

7          Q.   Okay.  Is it for any particular

8     department that it falls under your jurisdiction or

9     just random?

10          A.   Just random.

11          Q.   Okay.  Is that -- is that the same with

12     both Steve and Ben?  Is that how it's been?

13          A.   Yes.

14          Q.   Okay.  Same -- same question for

15     employee terminations, have you ever been involved in

16     employee terminations?

17          A.   No.

18          Q.   Okay.  Have you ever reported anybody

19     that was -- was eventually terminated?

20          A.   No.

21          Q.   Do you ever -- you said that you

22     recommended people for hire.  Was that people that

23     you knew or did you ever go through any résumés or

24     anything like that?

25          A.   It is not people that I know.  I mean,

```
 1   store?

 2          A.   No, I have not.

 3          Q.   Okay.  You mentioned that you -- as

 4   assistant manager you had to learn and that you did

 5   considerable amounts of book work?

 6          A.   Yes.

 7          Q.   Describe that for me.  What do you do --

 8   what does that entail?

 9          A.   We have to count the safe and make sure

10   that we verify the money every morning.  And then we

11   have a stack of paperwork that we go in and enter

12   every day's daily sales for each department and make

13   sure that the day balances out.

14          Q.   Okay.  Do those eventually create weekly

15   or monthly reports?

16          A.   Weekly reports.

17          Q.   Okay.  Are you involved in the creation

18   of the weekly reports?

19          A.   No.  All the reports come from the

20   office.

21          Q.   So the data goes up and somebody else

22   creates the weekly reports?

23          A.   Yes.

24          Q.   And do you get the results back so that

25   you can review them?
```

```
 1          A.   Yes.
 2          Q.   Okay.  Do you -- do you review the
 3   weekly reports?
 4          A.   The only time I have to review the
 5   weekly reports is if Ben is on vacation.  He does all
 6   of the book work unless he's not there.  That's the
 7   only time I ever do the book work is if he's not
 8   there.
 9          Q.   Okay.  Otherwise he's doing it all?
10          A.   Yes.  He's very meticulous about his
11   book work.
12          Q.   Okay.  So, I mean, when Ben is not there
13   -- I mean, you would agree with me when Ben's not
14   there, you're the senior manager on-site and so that
15   all kind of falls on you?
16          A.   Correct.
17          Q.   But otherwise Ben does a lot of that?
18          A.   Yes.
19          Q.   Okay.  And you would agree with me that
20   you are the only one there, you know, on days --
21   vacation days that he takes plus typically two to
22   three hours per day; is that fair?
23          A.   Yes.
24          Q.   Okay.  And during that time you're
25   handling the store?  You're -- any problems that come
```

1   up, any employee issues that come up, that falls on

2   you?

3            MS. RHEAUME:  Object to the form.

4            THE WITNESS:  Yes.

5            Q.   BY MR. WILLIAMS:  Okay.  As assistant

6   manager did you decide or have any input into

7   merchandising, displays, or product assortment,

8   anything like that?

9            A.   I can make decisions on displays.

10  Mainly all of our displays are set.  They give us a

11  set deal for, like, weekly end caps and everything.

12  So unless we have an extra spot for display, it is

13  mainly all set for us.

14           Q.   Okay.  So what decisions would you be

15  making in that regard?

16           A.   Like if the pop vendors wanted to bring

17  in something specific, I could make that decision or

18  not make the decision, depending.

19           Q.   Okay.

20           A.   But mainly, like I said, everything is

21  pretty well set the way they want it from the office,

22  they --

23           Q.   What about product purchasing, did you

24  have authority to purchase products?

25           A.   Do you mean, like, ordering product?

1          Q.    Yeah.  Yes.

2          A.    I order.  I have ordered for many

3     different departments.

4          **Q.    Okay.  So that falls under your**

5     **jurisdiction as an assistant store manager?**

6          A.    Yes.

7          **Q.    Okay.  Tell me what you do in that**

8     **regard.**

9          A.    We have an order gun and we just have to

10    go and scan out-slows.  We have some departments in

11    the store that are under a computer-generated

12    ordering system.  And I just have to monitor that to

13    make sure it is not ordering, like, outrageous

14    amounts of stuff or not ordering stuff.  I have to

15    maintain, like, on hands and everything correct on

16    that system.

17         **Q.    Okay.  Does it fall under your**

18    **jurisdiction to decide how much of any particular**

19    **product to order?**

20         A.    A little bit, yes.

21         **Q.    Okay.  So, for example, if you've got a**

22    **holiday coming up or a special event in the**

23    **community, you may order something extra of a certain**

24    **product; is that accurate?**

25         A.    Yes.

1          Q.   Okay.  What about signage, did you have

2     authority to put up signs or change signs or do

3     anything like that for advertising?

4          A.   No.

5          Q.   Okay.  As assistant manager did you have

6     any responsibilities for employee safety?

7          A.   Yes.  We need -- we just need to make

8     sure that all of our employees are working safe and

9     that there's not, you know, unsafe work going on.

10         Q.   Okay.  So would it be fair to say that

11    as an assistant manager you're expected to be out in

12    the store and walking around and looking for problems

13    and looking for issues that need to be solved or

14    employees that aren't working or unsafe conditions?

15    All -- I mean, that's kind of your job, isn't it?

16         A.   Yes.

17         Q.   Okay.  What about customer safety, do

18    you have any responsibility for that?

19         A.   Yes.  We need to make sure that, you

20    know, the floors are clean and dry.  We have a log

21    that we have to fill out every hour to make sure that

22    the floors are swept and dry so that we don't have

23    any employee accidents, make sure that there's

24    nothing that they can trip over.

25         Q.   And that's part of your inspection

1    process?

2           A.    Yes.

3           Q.    **Okay.  If it's not clean or dry, what do**

4    **you do?**

5           A.    We have to stand with the spill and get

6    somebody to either get a mop or a broom or paper

7    towels and then have caution cones put up.  We

8    just can't walk --

9           Q.    **Okay.  So you'll stand at the spill and**

10   **they'll -- you'll find somebody to come clean it up**

11   **and make sure it is done properly?**

12          A.    Yes.  We can't just walk away from them

13   because that, you know, could cause an accident.

14          Q.    **Okay.  How often does that happen?**

15          A.    Not as often as you would think really.

16          Q.    **Okay.  Once a week, a couple times a**

17   **week?**

18          A.    A couple times a week maybe.

19          Q.    **Okay.  Staying on the safety theme, do**

20   **you have to fill out incident reports or anything**

21   **like that?**

22          A.    I have, yes, if we've had, like,

23   customers that have slipped or fallen.  I've filled

24   out a couple of them for customers.  When we do that,

25   we have to take pictures of the surrounding area and

1  make sure that we see what they slipped on or tripped

2  on in the pictures just so that we have, you know,

3  backup proof.  I have had a couple employees fill out

4  incident reports with me on them getting a little bit

5  hurt.  They have never gone any further than just

6  being filled out.

7        Q.   Okay.  That's -- I mean, that's

8  something that you typically do as an assistant

9  manager?

10       A.   I've done it a few times, yes.

11       Q.   Okay.  What about employee injuries,

12  lots of paperwork that needs to be done with that,

13  first reports of injury, stuff like that.  Is that

14  something that you are involved in?

15       A.   I have been, yes.  And, like I said, the

16  ones I've had to fill out actually have never gone

17  any further than just being filled out.  They've

18  never had to go to the doctor or nothing.

19       Q.   Okay.  As assistant manager did you have

20  any responsibility for input into store security?

21       A.   No.

22       Q.   Okay.  You mentioned that you had to

23  learn how to use the safe?

24       A.   Correct.

25       Q.   Tell me about that.

1          A.   It is a combination safe so I had to

2    just learn, you know, the maneuvers of the safe

3    combination because I've never used a spin dial safe

4    before that.  So it was fun.  The safe code's been

5    changed numerous times over the years that I've been

6    there.

7          Q.   I would hope so.

8          A.   Yeah.

9          Q.   What -- so what goes in the safe?

10         A.   All of the money.

11         Q.   Okay.

12         A.   If we have any, like, wallets or purses

13   or credit cards or anything that have been lost and

14   turned in, those will go in there as well.  The extra

15   key to the pharmacy goes in there.

16         Q.   Is that emptied out at the end of the

17   day?

18         A.   The safe?

19         Q.   Yes.

20         A.   In the morning.  We'll do a deposit in

21   the mornings and it goes to the bank.

22         Q.   Okay.  Who does the deposits?

23         A.   If I'm opening, I do and take them to

24   the bank.  If not it is Ben or we have Desiree who

25   does our morning books.  She gets the safe counted

1    and verified in the mornings for us five days a week.

2         Q.    Okay.  Do you have procedures?  For

3    example, shoplifting, do you have shoplifting

4    procedures?

5         A.    Not really.  We have very -- we have

6    trouble catching them.  We have a lot of theft that

7    we just find laying on the shelves and stuff, but

8    we've never actually -- we don't have, like, a

9    security person or anything like that.  We have

10   followed a few people and watched them.  But other

11   than that we've -- we don't have any security other

12   than a few cameras.

13        Q.    Okay.  Have you ever personally reported

14   shoplifting?

15        A.    Yes.

16        Q.    Okay.  How frequently?

17        A.    I've only done it one time that I

18   actually had to have the cops involved.

19        Q.    Okay.  What about employee theft, is

20   that a problem?

21        A.    No.

22        Q.    Okay.  You haven't ever had that crop

23   up?

24        A.    No.

25        Q.    Okay.  Is there an alarm system at the

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                           Page 51

```
 1    and showing?

 2           A.    I have not.

 3           Q.    Okay.  You have an employee handbook

 4    that everybody has access to; is that correct?

 5           A.    Yes.

 6           Q.    Okay.  The employee handbook has

 7    policies in it; is that correct?

 8           A.    It does.

 9           Q.    Okay.  As assistant manager does it fall

10    upon you to make sure people are following those

11    policies?

12           A.    Occasionally, yes.

13           Q.    Okay.  How -- how occasionally?

14           A.    Just --

15           Q.    When it comes up?

16           A.    Yeah, basically.  Not very often really.

17           Q.    Okay.  As assistant manager have you

18    been involved in investigating employee complaints?

19           A.    No.

20           Q.    Okay.  Have you ever had employees

21    complain of harassment or discrimination?

22           A.    No.

23           Q.    Okay.  Have you ever been involved in

24    any planning for the store, strategic planning, any,

25    you know, long-term goals or anything like that for
```

```
 1    the store?

 2           A.   The only time really that I'm involved

 3    in that is, like, when we have our big case sales, we

 4    have to strategically plan where to put all of the

 5    product that comes in.

 6           Q.   Okay.

 7           A.   But other than that, like, all of the

 8    sets and stuff for the shelves are -- they come from

 9    the office.  They come off --

10           Q.   Are you ever involved in meetings with

11    upper management?  And by "upper management" I mean

12    managers above the store level.

13           A.   Really the only time I'm in any kind of

14    meeting with them is like at our eval time.

15           Q.   When they're evaluating your

16    performance?

17           A.   Yes.

18           Q.   Okay.  You don't participate in manager

19    meetings other than that?

20           A.   No.

21           Q.   Never have?

22           A.   When I was early assistant with Steve,

23    he'd have a weekly manager meeting but Ben does not.

24    We have conference calls that they do usually before

25    I'm even scheduled for the day.
```

1          Q.   Okay.  As assistant manager do you have

2     to ever respond to issues outside of work?  You ever

3     get calls after hours or issues that you have to deal

4     with?

5          A.   I have sometimes, yes.  And usually what

6     it is is like a compressor issue, one of the cases is

7     going down, stuff like that.  It's never anything

8     more than just the come pressure -- compressor

9     issues.  I cannot speak.

10         Q.   On the freezers?

11         A.   Yes.  Freezers, coolers.

12         Q.   Okay.  Any -- ever have to deal with

13    employee issues after hours?

14         A.   No.

15         Q.   Okay.  No employees ever call you and

16    say, hey, I'm not coming in today or I'm sick or

17    anything like that?

18         A.   They're not supposed to call managers'

19    cell phones.  They're supposed to call the store.

20         Q.   Okay.  And even though they're not

21    supposed to, have they ever?

22         A.   They have, yes.

23         Q.   Okay.  How frequently?

24         A.   A couple times.  A few times here and

25    there.  But we've really put our foot down on that

1   because it is not getting communicated back to the

2   other people in the store if somebody calls our phone

3   or texts us and says, hey, I'm not coming to work, so

4   we've made it clear that they have to call the store.

5          **Q.   So you'll tell them what the procedure**

6   **is and direct them to do that?**

7          A.   Yes.

8          **Q.   Okay.  As assistant store manager have**

9   **you ever been required to attend any sales meetings**

10  **or staff meetings?**

11         A.   We don't really have any staff meetings.

12         **Q.   Okay.  You don't have any safety**

13  **meetings or team meetings at the store?**

14         A.   No.

15         **Q.   Okay.  So we talked -- I've tried to**

16  **cover as many duties and responsibilities as I can.**

17  **Are there any others that I haven't mentioned that**

18  **you do on a regular basis as assistant manager?**

19         A.   I don't believe so.

20         **Q.   Okay.**

21         A.   I do a lot of shelf stocking and

22  cashiering.  I do a lot of that stuff mainly.

23         **Q.   Okay.  So, I mean, we've talked a lot**

24  **about, you know, working with employees and being the**

25  **sole manager on-site and cashiering and ordering.  So**

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                              Page 55

```
 1    if you had to put a percentage on the various

 2    activities, what percentage would you put on, you

 3    know, doing purely the directing employees and -- the

 4    management type:  The book work, the ordering, you

 5    know, helping employees, that kind of stuff?

 6         A.    Maybe 25 percent.

 7         Q.    25 percent?  Okay.  The rest as -- and

 8    the rest as what?

 9         A.    The store manager.

10         Q.    The rest is what?  Can I get that again?

11         A.    The rest of what I do is, like,

12    cashiering and, you know, stocking shelves.  I

13    basically worked in the dairy department for the last

14    year and a half.

15         Q.    Okay.

16         A.    Keeping that maintained, doing just

17    freight and stuff.

18         Q.    Okay.  And you certainly don't turn off

19    your management responsibilities when you're doing

20    that, do you?

21         A.    No.

22         Q.    I mean, people can still come to you?

23         A.    Yes, they can.  I still help -- get

24    calls up front.  I go to the booth.  I get called to

25    the deli.
```

1          Q.    Regularly interrupt your work that you

2     would otherwise would like to get done?

3          A.    Yes.

4          Q.    Okay.  Have you ever described your

5     duties and responsibilities as assistant manager in

6     writing, for example, on a résumé or on LinkedIn or

7     anything like that?

8          A.    I have not.

9          Q.    Okay.  Haven't ever considered getting

10    another job or anything?

11         A.    No.

12         Q.    Okay.  As an assistant store manager do

13    you ever keep a journal or a diary of the work that

14    you did or tasks that you did or problems that you

15    addressed?

16         A.    No, I do not.

17         Q.    Okay.  Keep any other notes or records

18    related to your work as an assistant store manager?

19         A.    No.

20         Q.    Nothing in writing?

21         A.    No.

22         Q.    Okay.  You stated that you had the

23    authority to order product as assistant manager;

24    other than that do you have authority to commit

25    Ridley's financially?

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                                    Page 64

```
 1                    REPORTER'S CERTIFICATE

 2


 3    STATE OF IDAHO              )
                                  )    ss.
 4    COUNTY OF BONNEVILLE        )


 5


 6


 7         I, Sandra D. Terrill, CSR, RPR, and Notary
      Public in and for the State of Idaho, do hereby
 8    certify:
           That prior to being examined Destiny Glanz, the
 9    witness named in the foregoing deposition, was by me
      duly sworn to testify to the truth, the whole truth,
10    and nothing but the truth;
           That said deposition was taken down by me in
11    shorthand at the time and place therein named and
      thereafter reduced to typewriting under my direction,
12    and that the foregoing transcript contains a full,
      true, and verbatim record of said deposition.
13         I further certify that I have no interest in the
      event of the action.
14         WITNESS my hand and seal this 27th day of
      January 2022.
15


16


17


18         Sandra D. Terrill

19


20                              Sandra D. Terrill
                                Idaho CSR No. 702,
21                              Notary Public in and for
                                the State of Idaho
22


23


24


25
```

*JD Legal Support  |  (801) 937-9620*