# Exhibit 10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

-o0o-

STANTON MEATS, JASON          )
CARILLO, KRESTINA COOMBS,     )
DAVID DAVIS, BRIAN DONOVAN,   )
CHRIS GALLEGOS, DESTINY       )
GLANTZ, CAMERON HARRIS,       )
JULIE ANNE NEIL, ANDREZ       )
RIOS, JARED WHITAKER, AND     )
WILLIAM WULF,                 )
                              )
          Plaintiffs,         )
                              ) Civil No: 1:22-cv-1070-PAB
   v.                         )
                              )
RIDLEY'S FAMILY MARKETS,      )
INC.,                         )
                              )
          Defendants.         )
_____)

**CERTIFIED COPY**

VIDEOCONFERENCED DEPOSITION OF JULIE ANNE NEIL

TAKEN VIA ZOOM

Tuesday, February 14, 2023

1:09 p.m. to 2:40 p.m.

Reported by:  Kimberly A. Harmon, RPR, CRR, CSR

A P P E A R A N C E S

For the Plaintiffs:

        David P. Williams, Esq.
        SNELL & WILMER LLP
        15 West South Temple
        Suite 1200
        Salt Lake City, Utah  84101
        (801)257-1900
        dawilliams@swlaw.com


For the Defendant:

        Sean Short, Esq.
        SANFORD LAW FIRM, PLLC
        10800 Financial Centre Parkway
        Suite 510
        Little Rock, Arkansas  72211
        (800)615-4946
        sean@sanfordlawfirm.com


Also Present:

        Tyler Larsen, videographer


                * * *

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
JULIE ANNE NEIL - 02/14/2023                                      Page 16

1        Q.    Okay.  We'll talk about that a little bit

2    more in detail.

3              Okay.  Stop that.

4              So explain the process of -- of how you

5    became employed as assistant manager at Ridley's.

6              Did -- did somebody suggest you apply?  How

7    did that work out with the -- the sale of the

8    company?

9        A.    Okay.  So when we found out that our Safeway

10   was getting purchased by Ridley's, ridley's came in,

11   Mark Ridley and some of his other -- I don't know --

12   I don't even remember who they were -- came in and

13   they -- well, we'd had a meeting beforehand saying

14   that "This is what's going to happen.  From this

15   point on, the only options you have are to quit or be

16   employed by Ridley's.  If Ridley's decides not to

17   employ you, you cannot work for another Safeway for,

18   like, six months."

19              So this was the first we heard of it.  It

20   was in early December, I believe, of 2014.  I might

21   have the day -- the -- the year wrong, but I believe

22   that's what it was.

23              So we had this store meeting, so we all knew

24   that something was going on.  We didn't know how it

25   was going to happen.  So what then Ridley's did is

1   they came in and they interviewed everybody to find

2   out who they wanted to -- to basically to bring over

3   to work for Ridley's.

4           The store manager, she had her interview,

5   she said, "Yes, they're going to keep me on."  I had

6   my interview, discussed with Mark, you know, what was

7   going on, what I had done, things that I knew, and I

8   made mention there that, you know, "I know you

9   have" -- that they had Ridley's in Orem, and at some

10  point I wouldn't mind moving back because most of my

11  family lived in the area.

12          And he said, "Well, we can probably keep

13  that in mind."  He said, "Okay.  So we'll take all

14  this under account."  And then it took two weeks to

15  get back to me where they said, "Yes, we do want to

16  keep you over -- bring you over.  We're going to keep

17  you over at your -- at your same salary, and we'll go

18  from there."  So that's basically what it is.  I was

19  basically transferred from Safeway to Ridley's.

20      Q.   Okay.  So you start at Ridley's the --

21  marking this.  It will be --

22      A.   March 17th.

23      Q.   -- 2.

24          Just for the record, let me show you what

25  has been marked as Exhibit 1 -- or sorry -- Exhibit 2

1    to your deposition.

2                      (Exhibit 2 was marked for

3                      identification.)

4    BY MR. WILLIAMS:

5         Q.    A document titled "Ridley's Family Markets

6    Employee Information."

7                This appears to be your initial hire -- new

8    hire paperwork.  Hired at Store 1132, Casper,

9    Wyoming, grocery, assistant store manager.

10               Is that accurate?

11        A.    Yes.

12        Q.    Okay.  It says -- it's signed by David

13   Peterson March 19th.

14               And you said your were -- your first day of

15   employment was March 17th; is that correct?

16        A.    I believe so, yes.  As far as I remember, we

17   spent March -- the overnight of March 16th switching

18   the store from Safeway to Ridley's as much as

19   possible.  So we closed -- I believe we closed the

20   doors at Safeway at 6:00 p.m., and then we worked

21   through the night to change all of the interior over

22   as well as we could for an 8 o'clock a.m. opening of

23   Ridley's on the 17th.

24        Q.    Prior to being hired, I assume you

25   interviewed with -- with Ridley folks?

```
 1   Ridley's on -- well, I know it was the day after

 2   Easter Sunday, whenever the -- April 7th, 8th -- I

 3   don't know.  Somewhere -- first part of April 2015.

 4       Q.   Hang on one second.  Okay.

 5            Let me show you a document that we've marked

 6   as Exhibit 3 to your deposition.

 7                    (Exhibit 3 was marked for

 8                    identification.)

 9   BY MR. WILLIAMS:

10       Q.   And this is a status change effective date

11   May 3rd of 2015 showing a transfer from Store 1158,

12   which I believe is the Casper store, to 1165, which I

13   believe is the Eagle Mountain store.

14            Is that accurate?

15       A.   Looks accurate, yes.

16       Q.   And that date seems consistent with your

17   recollection?

18       A.   Seems like I was there before that because I

19   know we were traveling on my daughter's birthday, and

20   her birthday is April 1st.

21       Q.   Okay.

22       A.   But, I mean, what's 30 days?

23       Q.   In any event, around this time, you were

24   transferred to Eagle Mountain; correct?

25       A.   Correct.  Yes.
```

1        Q.    And it appears that you were in

2    Eagle Mountain -- by the way, who was your -- who was

3    your supervisor in Eagle Mountain?

4        A.    I've been trying to think of that.  And I --

5    I -- I can see his face, but I honestly can't

6    remember his name.

7        Q.    Was that Lynn Hurley?

8        A.    No.  That was down at Lolo's.

9        Q.    Okay.

10       A.    I've had a few -- I've had a few managers at

11   Ridley's.

12       Q.    Okay.

13       A.    Another one was -- oh, my gosh.  What was

14   his name?  I stopped working for them and completely

15   forgot who everybody was.

16             I know Dennis somebody was in there after --

17   after L.J. got moved somewhere to -- oh, he --

18   L.J. got moved to Eagle Mountain.  Dennis kept Lolo's

19   because whoever it was at 1600 North -- no, who was

20   at Eagle Mountain got moved to 1600 North.  I was at

21   1600 North with Dennis, and because -- while I didn't

22   have a problem with whoever it was in Eagle Mountain,

23   he wasn't -- I didn't feel he was teaching me

24   anything.  So when he got moved to 1600 North, I got

25   moved to Lolo's.  But I can't remember his name.

1      Q.    Okay.   So you're in Eagle Mountain.   We're

2   not sure who your assistant manager is.

3      A.    I was the assistant manager.

4      Q.    Or -- sorry.   We're not sure who your

5   manager -- the store manager was.

6      A.    Correct.

7      Q.    Okay.   And you're in Eagle Mountain,

8   according to my records, until October of 2015?

9      A.    That's -- yes.   Yes.   It was be- -- I know

10  it was before -- was it before Halloween?   No,

11  because I was -- I got moved to North Orem before

12  that because in mid-October, mid to -- mid -- more

13  mid to October, I was down at Lolo's.

14     Q.    Sorry.   Okay.

15     A.    And I know this because October is when my

16  husband left.

17     Q.    Okay.   Let me show you this document.

18           Let me re-share this document.

19           Okay.   This is a continuation of Exhibit 3.

20  There's another payroll status change dated

21  August 10th of 2015.

22     A.    Yes, that would be when I went to

23  North Orem.

24     Q.    Okay.   And 1165 is Eagle Mountain and 1158

25  is --

```
 1        A.    North Orem.

 2        Q.    -- Orem State Street or North Orem?

 3        A.    North Orem.

 4        Q.    Okay.

 5        A.    I was never -- I was never in Orem State

 6    Street.

 7        Q.    Okay.  In North Orem.

 8              Do you remember who your store manager was

 9    in North Orem?

10        A.    It was Dennis somebody.  Oh, Chichilia?

11    Something like that.

12        Q.    Okay.  We'll just call him Dennis.

13        A.    That works.

14        Q.    Okay.

15        A.    I know he was a child.  He was about 23 or

16    something.  Maybe more.

17        Q.    And it looks like you were in North Orem --

18    well, one second.  Let me get caught up here with

19    exhibits.

20              And then continuing on Exhibit 3 again, we

21    go from North Orem to Lolo's in Provo.

22        A.    Correct.

23        Q.    Okay.  And that is October 20th of 2015.

24              Does that sound accurate?

25        A.    Yes, it is.
```

1    hours I worked at the salaried position.

2          So it was kind of a shock that April, or

3    when -- May or whenever they say it was, that I

4    suddenly now had to work 60 hours that first week,

5    and then I had 50 hours the week after that.  It was

6    a little bit weird.

7    Q.   Okay.  So before when we were talking, I

8    asked you -- on your application you described

9    assistant manager.  You said when -- when you went to

10   work for Ridley's, things changed.  But that really

11   was when you went to Eagle Mountain.

12         Is that fair?

13   A.   Yes.  Yes.

14   Q.   Okay.  Okay.  And so Eagle Mountain is the

15   first time you started the 50-hour, 60-hour schedule

16   alternating weeks?

17   A.   Yes.

18   Q.   Okay.  And you maintained that schedule

19   through the rest of your tenure with Ridley's?

20   A.   Correct.

21   Q.   Okay.  You said that -- that they sent you

22   to Eagle Mountain for training.

23         Tell me what kind of training you had when

24   you got to Eagle Mountain.

25   A.   It was pretty much just the manager showed

```
 1   me around the store.  He showed me -- because the
 2   management was in charge of turning on the lights.
 3   We would check -- we would be the first check that
 4   early in the morning to make sure that, like, the
 5   berries, like blackberries and blueberries, they
 6   didn't have -- so we did a quick check on those to
 7   make sure that they weren't moldy because they go
 8   moldy so fast.
 9           So we go through there, turn on all the
10   lights, make sure everything was on, and then we'd
11   sit and -- then what did we do?  We sit -- we sat
12   down and we would enter sales figures from the night
13   before into a spreadsheet.
14       Q.   That's something that you would do?
15       A.   Yes.
16       Q.   Would you do that on the computer?
17       A.   Yes.
18       Q.   Okay.  Okay.  So we're talking about
19   training.  It did -- it sounds like it was kind of
20   on-the-job training.
21           As -- as things came up, you learned what
22   needed to happen?
23       A.   Yes.
24       Q.   Okay.
25       A.   Yes.
```

1   switch things up but --

2      Q.   Okay.

3      A.   -- the majority, yeah.

4      Q.   Okay.  So besides the -- the days where you

5   covered for the manager, the -- the one day or two

6   days a week, depending on which week it was, it's my

7   understanding that you also had kind of offsetting

8   schedules.

9          You wouldn't -- I mean, there would be some

10  overlap, but there were always a couple hours either

11  at the beginning of the day or the end of the day

12  where only one of you is there; is that correct?

13     A.   Correct.  He was generally there -- on the

14  days where I was not covering for him, he was there

15  from 6:00 to 9:00 by himself.  I got there at 9:00.

16  He left at 5:00 p.m. and I stayed till 8:00.  Unless

17  I was doing -- unless I was being the -- the front

18  end manager.

19         So at Lolo's, the front end manager only

20  worked five days a week.  So I would -- so two of

21  my -- two of my days were working from, I think,

22  1:00 a.m. -- or 1:00 p.m. to midnight because I

23  closed the store.

24     Q.   Okay.  So according to my math, and this is

25  rough, you're looking at about 25 to 30 percent of

1    your working time, you are alone without the store

2    manager.

3              Is that a fair estimate?

4    A.    Fair estimate, yes.

5    Q.    Okay.  And during that time, you're --

6    you're kind of in charge of -- of running the store,

7    making sure things are -- are working?

8    A.    Correct.  And then I was also doing --

9    generally at any of the -- any of the stores, once

10   the store manager left, I would -- because a lot of

11   times we did stuff together, checking things out or,

12   you know, any problems that were arising.

13             Once the store manager left, I would be in

14   charge of, then, finishing up my displays, because I

15   was still doing displays, end displays or setting up,

16   you know, little -- the cardboard displays in the

17   aisles, just making sure everything was running

18   correctly.  Covering any front end problems.

19   Sometimes covering -- you know, needing -- being the

20   extra checker if it got busy, things like this.

21   Q.    Okay.  These -- and I've got to -- I've got

22   to take out Casper because that was only two weeks

23   and -- and you've already told me that there wasn't

24   that big of a difference between that and working for

25   Safeway.

 1      A.   Correct.

 2      **Q.   So I'm going to limit it to Eagle Mountain,**

 3   **North Orem, and Lolo's.**

 4           **As assistant manager, did you have an**

 5   **office, a personal office, that -- that you shared**

 6   **with others to work in?**

 7      A.   I -- at Lolo's, I did.  At Eagle Mountain

 8   and North Orem, I would just use the store manager's

 9   office.  At Lolo's, the store manager had an office,

10   and then I shared an office with the produce manager.

11      **Q.   Okay.  So in -- in Eagle Mountain and**

12   **North Orem, you shared the manager's office.**

13           **And what did you use the office for?**

14      A.   Just for -- if I needed to print out any

15   paperwork to give to anybody.  When I did the

16   morning -- the days I was -- I was the manager, when

17   I did the morning input of the numbers, and that's --

18   oh, and every once in a while, at least at Lolo's,

19   L.J. would have -- he would have written out the

20   schedule, and I would input it.  I did not write it,

21   I just input it.  And so I did that on his computer

22   because everything was attached.

23           The other computer in "my office" down at

24   Lolo's was just -- we could look up the sales.  Not

25   much.  So I didn't spend maybe -- maybe an hour a day

1    in the manager's office doing either morning stuff or

2    printing something off, and then it was out on the

3    floor.

4        Q.   Okay.  Okay.  I want to talk about some

5    specific duties and responsibilities and get your

6    thoughts on them.

7             And -- and, again, I -- I want to consider

8    the entirety of -- of your -- your work at

9    Eagle Mountain, North Orem, and Lolo's.  To the

10   extent there are difference, please explain that.

11   But -- but hopefully it -- it won't be too confusing

12   and -- and we can cut a little bit of time off.

13       A.   Okay.

14       Q.   As an assistant store manager, did you

15   direct the work of any other employees?

16       A.   Not really.  Sometimes as I was going about

17   the store, I would notice something that needed to

18   be -- like something needed to be cleaned up or

19   something needed to be restocked, and I would just go

20   make mention, "Oh, hey this needs to be stocked," or

21   "There's a mess."  Or I would just go take care of it

22   sometimes.  But no, I did not give them any job

23   duties or anything.

24       Q.   Okay.  So part of your duties as -- as the

25   assistant store manager, you -- you mentioned walking

1    around.  I mean, that -- that's certainly something

2    that you did, walking around looking for any

3    problems, making sure employees are working, making

4    sure there's no spills or anything.

5         Is that -- is that -- is that fair?

6    A.   Yes.

7    Q.   Okay.  How much time a day would you spend

8    doing that?

9         Seems likes a fairly significant portion of

10   your job.

11   A.   Yes.  It -- it was.  So I would -- when I

12   first got there -- well, with the exception of

13   Lolo's -- no, I take that back.  I did spend more

14   time out on the floor at Eagle Mountain as I was

15   still learning the ropes.

16   Q.   Okay.

17   A.   But I would go around and just make sure all

18   the departments were good.  So I'd -- I'd probably

19   say at least 50 to 60 percent of my day was making

20   sure everybody was okay, and then the other -- the

21   rest of it was stocking or ordering, depending on the

22   day.

23   Q.   Okay.  And -- and part of that going around,

24   would you -- you would interact with employees and --

25   and I -- I assume, you know, say hi to them.  If they

1    have questions, I assume they can ask you.  If they

2    look like they're having problems, you could address

3    that.

4              Is that -- is that accurate?

5       A.   Yes, that is accurate.  I -- I would always

6    make sure that they were doing okay.  I -- it seemed

7    that at every store I was at -- I'm fairly friendly,

8    so they -- the employees would come to me.

9              For some reason they were always scared of

10   the manager.  Didn't matter who the manager was, they

11   were always scared of the manager, so they come to

12   me, and then I would -- so basically I was the -- the

13   liaison to -- from the employees to the manager.

14      Q.   Sure.

15           So -- so they would -- they would dump their

16   problems on you, and -- and hope that you would

17   intervene on their behalf?

18      A.   Definitely.

19      Q.   Okay.  And that was a fairly frequent

20   occurrence?

21      A.   Not that they had problems, really, but just

22   sometimes they were, you know, kind of whining and

23   moaning, and I told them to put on their big girl

24   panties, so...

25      Q.   Fair enough.

1              How many -- how many employees are we
2    talking about on -- on any given day?
3        A.   Well, probably in the -- 25 to 30, I would
4    think, at least.
5        Q.   Would be there in the store on any given
6    day?
7        A.   Correct.
8        Q.   Okay.  Did you do any -- any employee
9    scheduling for anybody?
10       A.   No.  Like I said, I would input on occasion
11   what had already been written.
12       Q.   Okay.  Were -- were -- who -- who would do
13   the scheduling?  Would it be the individual
14   department managers?
15       A.   They would do their departments, yes, and
16   then the front end schedules were written by the
17   store manager.  And then if he wanted -- he -- you
18   know, like I said, at least L.J. would say, "Oh,
19   could you please input the schedule?"  So I did.  But
20   I did not write a single schedule at any of the
21   Ridley's.
22       Q.   Okay.  Do you know what I mean by center
23   store employees?
24       A.   Yes.
25       Q.   Okay.  Some assistant managers have kind of

1    supervisory authority over center store employees.

2            Is that -- is that anything that you did, in

3    particular?

4        A.   I mean, as I was the assistant manager, if

5    there's a problem, they'd come to me first --

6        Q.   Okay.

7        A.   -- before they would holler at the manager.

8            But -- and if it was, like, a -- no, I

9    didn't -- I would help out the front end employees,

10   which is still considered center of store, but not

11   really, no.

12       Q.   Okay.  As assistant manager, were you ever

13   involved in -- in training employees informally or

14   formally?

15       A.   No.  I would be introduced to them and

16   sometimes they'd -- you know, I'd say, you know, "If

17   you need anything, come find me."

18           But I -- yeah, it was generally the -- so

19   the front end manager would train the front end, and

20   the department managers would train in the

21   departments.

22           And if somebody did need something in

23   additional, they would contact me.  But it was

24   mostly, like, "Where is this?"  "Do you have this?"

25   Not "How do you do this?"

```
 1       Q.   In -- in your walking around the store

 2   that -- that took up a huge chunk of your time, I --

 3   I assume that, you know, if somebody was -- was

 4   struggling with a task or -- or doing something

 5   unsafe, you would -- you would point it out and --

 6   and maybe offer a better solution.

 7            Is that something that you would do?

 8       A.   Certainly, yes.

 9       Q.   Okay.  That certainly was within your --

10   your area of responsibility?

11       A.   Correct.

12       Q.   Okay.  Same with -- with informal coaching.

13            I mean, it seems like that's something that

14   you would do on a fairly regular basis with

15   employees, kind of give them encouragement or

16   guidance here and there?

17       A.    If I knew anything about what they were

18   doing, yes.  Sometimes, you know, I -- especially

19   produce department, I wasn't as knowledgeable as I

20   came up through the front end.  But, you know, if --

21   if a front end employee had a problem, I was very

22   much able to help them.  And if they asked me a

23   question, I would definitely answer the question if I

24   could.  If not, then I'd find somebody who could.

25   But the perimeter departments, I didn't know that
```

1    much.

2         Q.    Okay.

3         A.    Yeah.

4         Q.    Okay.  As assistant manager, did -- were you

5    involved in the employee performance evaluation

6    process?

7         A.    No.

8         Q.    Okay.  Did you ever provide feedback to your

9    store manager on -- on any employee reviews?

10        A.    No, not at Ridley's.

11        Q.    Okay.  Not -- not for any of your store

12   managers?

13        A.    No.

14        Q.    Okay.

15        A.    Not that I recall, anyway.

16        Q.    Okay.  What about being involved in

17   disciplinary discussions or -- or any involvement in

18   the disciplinary process?

19        A.    Never had any involvement.

20        Q.    Okay.  Was that a -- was employee discipline

21   a common occurrence that you just weren't involved

22   in, or you just didn't encounter that many problems?

23        A.    I know there were problems.  If a department

24   was having a -- in the department was having a

25   problem, they would go to -- obviously, the

1    department manager would go to the store manager.

2         I -- I heard about a few things but wasn't

3    in a position to do anything about it other than,

4    like I said, being the liaison.  Sometimes the

5    employee would bounce something off me, and I could,

6    you know, let the store manager know.  But I didn't

7    have -- I didn't give them my opinion because I was

8    not asked for it.

9    **Q.   Okay.  Did you ever -- on -- on doing your**

10   **rounds around the store, did you ever come across any**

11   **problems that you had to report up the chain, say,**

12   **"Hey, you know, we got a problem over here"?**

13   A.   Not that I recall.  All of my stores ran

14   pretty smoothly.

15   **Q.   But I mean, and -- and not saying that they**

16   **didn't or that you made such reports, but that**

17   **certainly would have been within your prerogative to**

18   **do if -- if you came across a problem like that?**

19   A.   Yes.  If I came across the problem, I would

20   address -- probably first the department manager and

21   then go from there.  But I don't recall that ever

22   happening.

23   **Q.   Were you -- were you ever involved in**

24   **employee terminations, either making recommendations**

25   **or being involved in any discussions with them,**

1    anything like that?

2         A.   No.

3         Q.   Ever had to terminate an employee?

4         A.   No.

5         Q.   Okay.  What about new applicants?  Were you

6    ever involved with new applicants?  Interviewing,

7    looking at applications, anything like that?

8         A.   Not that I recall.

9         Q.   Okay.  Did you ever recommend anybody to

10   work at Ridley's?

11        A.   No.

12        Q.   So you told me about the reporting that you

13   would do in -- in the mornings, closing out the sales

14   from the night before.

15             Did you do any -- did you make any other

16   reports as an assistant manager?

17        A.   No.

18        Q.   Okay.  Any -- any other forms that you

19   filled out for Ridley's?

20        A.   No.

21        Q.   Okay.  Did you know where the forms were?

22        A.   I mean, I'd seen some forms in the manager's

23   office, but I --

24        Q.   Was there a forms bank on the computer that

25   you were aware of?

1        A.   Not that I know.

2        Q.   **Okay.  You -- you accessed the computers**

3   **just to enter the -- the sales reports; is that**

4   **correct?**

5        A.   The sales reports and, like I said, to enter

6   schedules.

7        Q.   **Enter schedules.**

8             **Any other reason to access the computers?**

9        A.   No.

10       Q.   **Okay.  You mentioned merchandising as one of**

11  **your duties and responsibilities, setting up**

12  **displays.**

13            **Tell -- tell me -- tell me about that.**

14       A.   Well, the ends of the shelves were generally

15  changed per the sales.  And most sales went from

16  Wednesday to Tuesday, so Monday and Tuesday -- it was

17  basically the same as at Safeway.  Monday and

18  Tuesday, I would start switching out the shelves.

19  And it was just kind of a -- I was told what to put

20  on the shelf.  I wasn't told how to make it nice.  So

21  I -- there was a little bit of learning when I got to

22  Ridley's on that because at Safeway, it was all

23  schematic'd out.  It was -- it was laid out, you

24  followed the plan, you're done.

25            At Ridley's, I had to come up with stuff on

1    my own, and apparently they could tell I worked at

2    Safeway.  But yeah, there was just like -- like,

3    the -- like, the store manager, as he's leaving at

4    5:00 would say, "Okay.  So don't forget you need to

5    change the two back shelf -- the two back aisles.

6    The stuff is in the back room."  So I'd go find it

7    and I'd put it up and -- I mean, the majority of the

8    time it's just fill the shelf --

9         Q.    Okay.

10        A.    -- so it could be shopped.  But that was --

11        Q.    So -- so not -- you don't necessarily have

12   discretion as to the product, but you certainly had

13   to get creative with how you displayed that?

14        A.    Sometimes, yes.

15        Q.    Did you have --

16        A.    I don't have a whole lot of creativity.

17        Q.    Did you have discretion as to where to

18   display it in the store for maximum exposure?

19        A.    No, I was told where -- where to put it.

20        Q.    Okay.  What about special events?  Were you

21   involved in merchandising for special events?

22        A.    Well, we had, like, case lot sales, and we

23   had to, you know, put stuff out, the cases out for

24   that.  I was never involved -- as I recall, I was

25   never involved in what things went where.  It was

1    always started before I got there, and then it's --

2    then I would go, "Okay.  Let me take all this stuff

3    from the back room and bring it to the area that it

4    was set up for it."  So that's -- yeah.  So not

5    really, no.  I would just help finish setting up --

6         **Q.    What about --**

7         A.    -- and then keep it stocked.

8         **Q.    Okay.  What about product ordering?  Was**

9    **that -- that was in your area of responsibility,**

10   **wasn't it?**

11        A.    Yes, it was.  So -- okay.  So we're

12   discounting Casper because I did not order there.  I

13   did -- I did order at -- trying to recall if I

14   ordered at Lolo's.  I know I ordered at North Orem

15   and at Eagle Mountain.

16             And at both Eagle Mountain and Lolo's, I was

17   responsible for offloading the load.  So usually they

18   would come -- so sometimes I had to work past my

19   scheduled time, especially at that North Orem.  If

20   the truck was late, I had to stay till the truck got

21   there because the -- the driver does not unload.  So

22   I had to go and unload and put the -- like, the

23   refrigerated pro -- produce in their cooler.  I had

24   to put the frozen in -- you know, wherever it went.

25   So I had to do all that.

1        Q.    Did you have help doing that?

2        A.    There was usually somebody else helping me.

3    Hopefully somebody that could drive the forklift.  At

4    Eagle Mountain we did not have a forklift.  We just

5    had -- can't remember if we had power mules or just a

6    floor jack.

7             I know at North Orem -- I can't remember.

8    But I know at Lolo's, there was -- we didn't have

9    power mules, but we did have floor jacks.  But we did

10   have two forklifts that they trained me how to work.

11   But I wasn't real, real confident, so sometimes when

12   I had to unload a truck, it would go really, really

13   slow.

14       Q.    Were you forklift certificated?

15       A.    No, I hadn't been there long enough.

16       Q.    Right.

17             So to the extent you could find somebody,

18   you would -- you would get some help to -- to do

19   that.

20       A.    Yeah.  And then I would direct where they

21   went or I would -- once they were off of the truck,

22   then I would use the hand truck to move them to the

23   different locations.

24       Q.    Okay.  And you're telling these employees

25   where to put stuff and -- and where things go?

```
 1        A.   If they didn't already know, yes.
 2        Q.   Okay.  So back to product ordering, how --
 3   how did that work?  How did you -- how did you order
 4   product?
 5        A.   We had a Telxon gun, and whichever -- it's
 6   usually a couple or three times a week, we had a
 7   certain cut-off time, so we'd go and you'd scan
 8   the -- the tag, the barcode on the tag, to order the
 9   item.  Took a little bit of trial and error.
10             Sometimes I was ordering stuff that didn't
11   need to be ordered, especially at Lolo's where -- or
12   not Lolo's -- sorry -- at 1600 North where it wasn't
13   as busy a store.
14             So I was ordering stuff in, and my boss
15   said, "All right, listen.  If there's, like, more
16   than two, don't order it."
17             "Okay."
18             But so I -- sometimes we had to do an
19   emergency order, but not very often.  It was pretty
20   much -- it's like, "Okay.  As soon as you get done
21   stocking, then go and order."
22             Sometimes we had to order -- do a blind
23   order, especially at Eagle Mountain, where you
24   haven't put everything out yet, you just have to hope
25   you know that it's there because it didn't actually
```

1    tell you.

2             But so I'd go around -- it usually took

3    about an hour, sometimes longer if there was a big

4    order, to just order the stuff in, and then it came

5    in usually two or three days later.

6       Q.   Okay.  So usually it's -- it's pretty

7    straightforward, but occasionally you were having to

8    make a decision as to how much of something to order?

9       A.   Correct.

10      Q.   Okay.  What about for special occasions?

11   Did you have to decide, you know, how much ketchup to

12   order for the Fourth of July or Christmas cookies for

13   Christmas, something like that?

14      A.   A lot of those were -- the store manager

15   would go and he would do -- he would do any special

16   ordering.  And I would just do the general

17   fill-the-shelf, and then if he thought we needed more

18   than just general fill-the-shelf, he would go in and

19   do it separately.  I don't believe I ever ordered for

20   a special event.

21      Q.   Okay.  Did you ever consult with the store

22   manager, you know, have him talk to you about, you

23   know, what products to order or -- or make

24   recommendations?

25      A.   He would more make recommendations to me.

1     Q.    Okay.

2     A.    I -- I don't recall it going the other way.

3  I just remember it being odd that we needed to order

4  so many black beans.

5     Q.    That would seem --

6     A.    Apparently --

7     Q.    -- to stand out.

8     A.    Apparently people in Utah eat a lot of black

9  beans, so...

10    Q.    I think it might be a food storage item.

11    A.    Possibly, yeah.

12    Q.    Okay.  As an assistant manager, did you have

13  any responsibility for employee and -- and customer

14  safety?

15          I -- I -- I mean, I assume as part of your

16  walking around, you're looking for unsafe conditions?

17    A.    That is correct.  I know at -- well, at

18  Safeway I was in charge of safety.  I don't -- but

19  there wasn't anything like that at Lolo's -- or I

20  mean at -- at Ridley's.

21          But yeah, if I noticed something is -- like,

22  if there was a -- say, like, a ladder or a step stool

23  on the floor and nobody was around it, I would put it

24  away because that's not safe because a little kid's

25  going to climb on it and fall down.

```
 1              If there's a spill, I would cone it and
 2    get -- either get somebody to clean it or clean it
 3    myself because trying to get somebody to clean
 4    something is like pulling teeth.
 5              But yeah, so if I -- if I did see anything
 6    unsafe, I would notice.  And as a mom of five, I'm
 7    pretty good at noticing unsafe conditions.
 8        Q.   I'm sure you are.
 9              Did you ever have to fill out any safety
10    forms, inspection forms, anything like that?
11        A.   Not at Ridley's, no.
12        Q.   Did you have a checklist that you followed
13    when you walked around the store?
14        A.   No.
15        Q.   Okay.  What about temperature checks?  Did
16    you have a checklist for temperature checks?  A log?
17    Anything that you entered the information in?
18        A.   No.  If I did any checks, it was just to
19    make sure they were within -- and then if they
20    weren't, then we'd -- no, I don't recall ever having
21    a problem.  I know we did at Safeway, but not at
22    Ridley's.  It gets a little fuddled because Safeway
23    and Ridley's were in the same building for a while.
24    I'm trying to remember what happened when -- before I
25    moved back down here.  But no, I don't recall putting
```

1    anything on any type of spreadsheet or anything.

2         **Q.   But -- but checking temperatures certainly**

3    **was -- was part of your duties and responsibilities?**

4         A.   I don't think it was, actually, but I just

5    had done it previously, so I just kind of -- as I was

6    going by, I'd make sure that everyone -- everything

7    was within temp.  But I don't recall it ever being

8    part of my job description.

9         **Q.   Okay.**

10        A.   Not at Ridley's.

11        **Q.   Okay.  How about store security?  Did you**

12   **have any responsibilities for store security?**

13        A.   No, just other than making sure that the

14   doors were locked.  So once we got done, you know, in

15   the back room, you lock the -- the bay doors, made

16   sure they were locked.

17             So as I went around -- when I was the

18   closer, I would go through, of course, and make sure

19   everything was locked and then make sure all the

20   doors were locked when I left the store.

21        **Q.   Okay.  Did you have any areas of the store**

22   **inside that had locked cabinets or displays or**

23   **anything like that?**

24        A.   No, I don't believe so.

25        **Q.   Okay.  Did any of your stores have a -- sell**

1    firearms?

2         A.    No.

3         Q.    Okay.  Any of your stores have a pharmacy?

4         A.    Just the -- the Casper one.

5         Q.    Okay.  Okay.  But -- but as part of your

6    closing down, you would do a walk around to make sure

7    the building was secure, the doors were locked and --

8    and shut?

9         A.    Correct.  That was the closing manager's

10   job.  So whether it was just the -- the front end

11   manager walking around when he left or -- this was at

12   Lolo's -- or whether it was me -- because I know

13   at -- at North Orem, the grocery manager also had

14   keys, and as they were working overnights, it was not

15   part of our -- you know, my job to make sure

16   everything was locked.  He would take care of his

17   guys, you know, his crew that -- so when they went on

18   break, they could go out.  But they pretty much just

19   went out -- you know, outside to smoke.  So they

20   had -- he had the key on him to take care of that.

21   That was never anything I had to worry about.

22        Q.    Okay.  What about the safe?  Did you have

23   access to the safe?

24        A.    Yes.

25        Q.    Okay.  Was it a combination or a key?

```
 1        A.    Combination.

 2        Q.    Okay.  And you knew the combination?

 3        A.    Yes.

 4        Q.    Who else knew the combination?

 5        A.    I know at -- well, pretty much all of them.

 6   So the store manager, the assistant manager, and

 7   usually, possibly the front end manager.  But I

 8   don't -- I know there was -- there had to have been

 9   somebody else, but I can't think of who it would have

10   been.

11        Q.    Okay.

12        A.    So...

13        Q.    For what purpose did you have the

14   combination to the safe?

15        A.    Well, all the money -- all the tills were

16   kept in the safe.  And the deposit was kept in the

17   safe.  We took the deposit -- I know we took the

18   deposit to the bank, but I can't remember if it was

19   just a drop-off or if we had to stop at the bank

20   because Ridley's doesn't have a bookkeeper.

21              So trying to -- trying to differentiate,

22   because as the bookkeeper, I took the money to the

23   safe when I was at Safeway.  So I'm trying to

24   think -- I can't remember if we -- who went to the

25   bank.
```

1      Q.   If you're closing -- if you're closing, I --
2    I assume it's your responsibility to make sure the
3    tills get into the safe and it's locked up?
4      A.   Correct.
5      Q.   Okay.  Do you re- -- do you remember making
6    the bank deposit for Ridley's, or is that something
7    that's fuzzy?
8      A.   It's really fuzzy and I don't know why.  I
9    mean, I'm going through my day from Lolo's, and I
10   think we might -- I think we might have gone to the
11   bank later in the day, but I can't remember if I did
12   or if it was the manager.  Or if we went every day or
13   if we kept a couple of deposits in there.  I really
14   can't remember.
15     Q.   Okay.  What about -- did you ever have to
16   call the -- the police for anything?
17     A.   I did not personally, no.  I know the night
18   crew one night at -- was it 1600?  No, it was Lolo's.
19   Somebody had found some drug paraphernalia in the
20   men's room, and so they called the police right away,
21   but I only found out about that when I got to work
22   the next day.
23     Q.   Okay.  What about shoplifting issues?  Did
24   you ever have to deal with that?
25     A.   Not at Ridley's, no.

```
 1   we were supposed to be doing.
 2        Q.   Okay.  And if you had to disseminate the
 3   information -- I -- I think we may have talked about
 4   this -- you would -- you would generally go to the
 5   department heads; is that correct?
 6        A.   Yes.  If it involved them, correct.
 7        Q.   Okay.  Any other duties and responsibilities
 8   that we haven't talked about that you can remember?
 9             I know we've covered a lot.
10        A.   I think we've covered it all.  Because I
11   would -- I mean, Lolo's is the one that sticks in my
12   head the most because I was there the last.
13        Q.   Mm-hmm.
14        A.   But go in, like, count the safe down, then I
15   had to go around and get the Coinstar receipts so we
16   could add that into the spreadsheet, printed off the
17   stuff that the departments needed to know, I would
18   distribute -- distribute them to the departments as
19   the first walk-around to say, "Hey, how you doing?
20   Here's your forms," because they had to write numbers
21   in for their stuff.  And then it was just kind of
22   make sure everything was -- was good.
23             By that time the front end manager was there
24   and would take care of -- I did have to put out -- so
25   like I said, we recounted the -- the tills and had
```

```
 1   those ready to go.  They would -- well, maybe --
 2   anyway, I can't remember if I checked them out or if
 3   the -- the front end manager was there and checked
 4   them out.  I honestly can't remember how that
 5   happened.  I just remember putting the stuff in,
 6   walking around to the departments, just making sure
 7   everything was okay, and then started working on
 8   where I left off the day before.
 9        Q.   I -- I know you -- you described your --
10   your tenure as assistant manager in writing at
11   Safeway in your application to Ridley's.
12             Have you described it at all in a resume or
13   anything else that you've used subsequent to your
14   employment at Ridley's to get another job or anything
15   like that?
16        A.   It's roughly the same thing.  I mean, I
17   think I might have elaborated a little more on my
18   actual resume, but not -- I mean, it's there.  It's
19   just -- had my duties and how long I was there, which
20   is basically all you put on a resume.
21        Q.   Okay.  Have you used that resume to get
22   other employment?
23        A.   Yes.  I used that to get a job at Smith's,
24   and I was there for four and a half years.  And then,
25   of course, I added the Smith's information when I
```

```
                    REPORTER'S CERTIFICATE

STATE OF UTAH          )
                       )
COUNTY OF UTAH         )


        I, KIMBERLY A. HARMON, a Certified Shorthand
Reporter and Registered Professional Reporter, hereby
certify:

        THAT the foregoing proceedings were taken
before me at the time and place therein set forth, at
which time the witness was placed under oath to tell
the truth, the whole truth, and nothing but the
truth; that the proceedings were taken down by me in
shorthand and thereafter my notes were transcribed
through computer-aided transcription; and the
foregoing transcript constitutes a full, true, and
accurate record of such testimony adduced and oral
proceedings had, and of the whole thereof.

        I further certify that I am not a relative
or employee of any attorney of the parties, nor do I
have a financial interest in the action.

        I have subscribed my name on this 23rd
day of February, 2023.
```

*Kimberly A. Harmon*

Kimberly A. Harmon, RPR, CRR, CSR