# Exhibit 11

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3

 4   STANTON MEATS, JASON CARILLO, ET        )
     AL.,                                    ) CERTIFIED COPY
 5                                           )
                    Plaintiffs,              )
 6                                           )
              v.                             ) Civil No.
 7                                           ) 1:22-CV-1070-PAB
                                             )
 8                                           )
     RIDLEY'S FAMILY MARKETS, INC.,          )
 9                                           )
                    Defendants.              )
10   _____)

11

12              DEPOSITION OF ANDREZ RIOS

13                 Salt Lake City, Utah

14              March 2, 2023, at 8:30 a.m.

15

16

17

18

19

20

21

22   Reported by:  Mary R. Honigman, RPR No. 972887

23                    Job#8438

24

25
```

1                   Zoom deposition of ANDREZ RIOS, taken in Salt

2      Lake City, Utah, on March 2, 2023, at 8:30 a.m., before

3      Mary R. Honigman, Certified Court Reporter, in and for

4      the State of Utah.

5

6                   A P P E A R A N C E S

7          FOR THE PLAINTIFF:

8                   Sean Short, ESQ.
                    SANFORD LAW FIRM, PLLC
9                   10800 Financial Centre Parkway, Suite 510
                    Little Rock, Arkansas 72211
10                  (866) 926-4434
                    sean@sanfordlawfirm.com
11

12         FOR THE DEFENDANTS:

13                  David P. Williams, ESQ.
                    SNELL & WILMER
14                  15 W. South Temple, Suite 1200
                    Salt Lake City, Utah 84101
15                  (801) 257-1900
                    dawilliams@swlaw.com
16

17

18         Videographer: Chad Potts

19

20

21

22

23

24

25

1    attended business classes?

2        A    Yeah.  Wells Fargo business classes, yeah.

3        Q    Through Wells Fargo Bank?

4        A    Yes.

5        Q    Okay.  Did you work at Wells Fargo?

6        A    No, I did not.  I took it through Safeway.

7    So Safeway has a connection through them.  So I was

8    working at Safeway at the time as an assistant

9    manager.

10       Q    Okay.  We'll talk about your employment in

11   just a second.  So after business classes, when did you

12   take those?

13       A    After business classes?  I took,

14   probably -- so that was two years, so probably 2013,

15   around there.  I have no exact date.

16       Q    Fair enough.  Anything after those business

17   courses?  Any other education, certificates, anything

18   like that?

19       A    No.

20       Q    Okay.  It's my understanding you were first

21   employed by Ridley's May 15 of 2019; does that sound

22   right?

23       A    Yes.

24       Q    Okay.  And let me -- to make a complete

25   record, let me show you a document that we will mark as

 1    Exhibit 1 to your deposition.

 2                      (Exhibit No. 1 marked.)

 3        Q    (BY MR. WILLIAMS)  Are you on an iPhone?

 4        A    Yes.

 5        Q    Okay.  If you need me to zoom in, let me

 6    know?

 7        A    Okay.

 8        Q    For the record, Exhibit 1 is Ridley's Family

 9    Markets Employee Information, showing a date of hire of

10    May 14th, 2019; do you see that?

11        A    Yeah, I do.

12        Q    Does this accurately reflect your hiring by

13    Ridley's in 2019?

14        A    Yeah.  I want to say the rate of pay is

15    incorrect.  And I think it's by -- I think I was

16    getting paid $908.  I'd have to look.

17        Q    Go ahead.  Sorry?

18        A    But it is correct.  Everything else is

19    correct.

20        Q    And is that the nature of your -- your wage

21    complaint was this discrepancy?

22        A    No.  Uh-uh.  Not at all, I think maybe he

23    just put it on there wrong or something, because

24    there was different wages.  So, yeah.

25        Q    Okay.  Okay.  So I want to talk about your

1    job -- your work history, starting from when you

2    started at Ridley's and working backwards.  So what was

3    the job that you had right before Ridley's?

4         A    I was an assistant manager at Walmart.

5         Q    And where was that?

6         A    Timnath.  So it was Colorado, pretty much

7    Fort Collins, Colorado.

8         Q    Okay.  And you were the assistant manager?

9         A    Yes.

10        Q    How long were you the assistant manager at

11   Walmart?

12        A    I was working there probably six years, so

13   probably about -- let's see.  Yeah -- yeah.

14        Q    2013, 2014ish?

15        A    Yeah, yeah.

16        Q    Okay.  And what were your duties and

17   responsibilities as an assistant manager at Walmart?

18        A    That list is endless.  Okay.  Let's see.

19   So I think the main things were payroll, hiring,

20   firing, kind of deal.  Training, developing

21   associates, just working side by side with them,

22   like, stocking, cashier, you know, the basics;

23   ordering, receiving, and then, basically, open and

24   close store, which would be, like, reconcile, which

25   is, you know, basically, like -- jeez, man, I

1    haven't done it in so long.

2        Q    Sure.

3        A    What do they call it?  But, yeah, I did

4    the end of the day reconciliation so, like, count

5    the money, I guess.

6        Q    Okay.  Were you hired as an assistant manager

7    at Walmart?

8        A    Yeah.

9        Q    Didn't have any other positions there other

10   than assistant manager?

11       A    No.

12       Q    Okay.  I mean, the list of duties and

13   responsibilities, as you say, is -- is extensive.  I

14   assume it's, you know, traditional assistant manager

15   duties where you're expected to help run the store,

16   make sure --

17       A    Yeah.

18       Q    -- it's running and functioning; is that

19   correct?

20       A    Absolutely.  If someone doesn't show up,

21   I'm in the game, man.  So any area of the store --

22   every job, I knew how to do, you know.

23       Q    And, in fact, were expected to step in if

24   needed?

25       A    Exactly.  The joy of being a salaried

```
 1    member of management.

 2         Q    Okay.  And I heard you mention Safeway at

 3    some point.  Did you work at Safeway before Walmart?

 4         A    Yeah.  Safeway was my first retail job

 5    and, so, yeah.  I started as a head clerk there and

 6    worked my way up to assistant manager, and then they

 7    sent me through all those courses and

 8    certifications, so it was really cool.

 9         Q    Okay.  So it was while you were at Safeway

10    that you did those business management courses?

11         A    Yeah, yeah.  About the same time.

12         Q    As an assistant manager for Safeway, I assume

13    your responsibilities were similar to what you did at

14    Walmart?

15         A    Yes.  Very similar.  Yep.

16         Q    Okay.  So you had a series of jobs as

17    assistant manager.  How did you -- how did you come to

18    get the job at Ridley's?

19         A    I think I just was on -- jeez, it's one of

20    the job sites.  It starts with an I.  I forget the

21    name of it.

22         Q    Indeed?

23         A    Yeah.  Yes, Indeed.  Yes, sir.

24         Q    And you submitted an application through

25    Indeed?
```

```
 1   Then I worked with the bookkeeper.  Then I worked
 2   with the bookkeeper, so, just to train on, like,
 3   back office stuff, so...
 4        Q    Okay.  What back office stuff did you have to
 5   train on?
 6        A    Just cash handling.  I would reconcile at
 7   the end of night.  I would count the money.
 8        Q    Okay.  As assistant manager, did you have a
 9   regular schedule that you followed?
10        A    At Ridley's?
11        Q    Yes.
12        A    Yes.
13        Q    What was your schedule?
14        A    Five days on, and I was on a rotating
15   five-day-on schedule/six-day schedule.  So five days
16   and then the next week would be six days, and then
17   the next week would be five days, and then the next
18   week would be six days.  It was a rotating
19   five-day/six-day schedule.
20        Q    And what about times in the day?  Did you
21   open?  Did you close?  What did you usually do?
22        A    I worked -- most of the time, I was
23   working open to close.  I was supposed to be working
24   a mid to close, so, basically 10:00 a.m. to the end
25   of day, which -- I can't remember.  I think it was
```

1    10:00 or 11:00.

2        Q    So it's my understanding that assistant

3    managers and the store directors, their schedules

4    overlapped but not exactly.  So, in other words, there

5    would be days that the store director would be off that

6    you would be covering, and two to three hours each day,

7    either in the morning or in the evening where the store

8    director would not be there and you would be; is that

9    accurate?

10       A    Yeah.  More than that, though.  I mean,

11   but, yeah.  I guess five hours because he'd probably

12   get off at 4:00.

13       Q    Okay.  So five hours a day and at least one

14   day a week, sometimes two; is that fair?

15       A    Yeah.  He was pretty much on the same

16   schedule I was, so, yeah.

17       Q    Okay.  So during those times that you were

18   the only manager, or during the times when he wasn't

19   there, you were the senior manager on-site, correct?

20       A    Yes.  Yeah.  I would be the one to refer

21   to, yeah.

22       Q    Okay.  So during those times, you're --

23   you're handling whatever problems come up, addressing

24   the needs of the employees?  I mean, basically running

25   the store; is that correct?

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
ANDREZ RIOS - 03/02/2023                                                    Page 22

1        A    Yes.

2        Q    Okay.  So based on your numbers, you know, up

3   to maybe five hours a day, we're talking 20 to

4   30 percent of the time you were there without the store

5   director; is that fair?

6        A    Yes.  Yeah.

7        Q    At the Wellington store, did you have a -- a

8   workspace where you did your back office stuff?

9        A    Yes.  I had -- yeah, there was only one

10  space back there behind the main counter or the

11  register, yeah.

12       Q    Okay.  One that you would share with the

13  store director and maybe the grocery manager?

14       A    No.  I did not have a specific office, no.

15  How did they do it?  Yeah.  No, I didn't have a

16  specific office or anything, and I hardly ever was

17  in there.  But, yeah, we would just share one.  It

18  was, like, a cash office and we just shared the same

19  office, kind of deal.

20       Q    Okay.  Where was -- where was the computer

21  located?

22       A    The computer for emailing or, like, cash

23  reconciliation, or what are we talking?

24       Q    Did you have separate computers for emails

25  and one for cash reconciliation?

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
ANDREZ RIOS - 03/02/2023                                              Page 23

```
 1        A     Yes.  Yes, we did.
 2        Q     Okay.  I -- I did not know that.  So tell me
 3     about -- tell me about --
 4        A     There was -- one would be in the cash
 5     office.  There was one in the cash office, and then
 6     there was one, kind of, like, directly to the
 7     opposite or just the regular office.
 8        Q     Are you all good?  Do we need to take a
 9     break?
10        A     Yeah, we're all good.  I'm sorry.
11        Q     Okay.  No worries.  So there's a computer in
12     the cash office, and where was the other computer?
13        A     Yeah.  Sorry, yeah.  Go ahead.  One more
14     time.
15        Q     There was a computer in the cash office.
16     That's where you did reconciliations?
17        A     Yes.
18        Q     And where was the email computer?
19        A     There was another email computer.  It was,
20     like, a separate email computer, like, I believe in
21     that office.  I can't remember specifically where
22     those computers were.  I know that I had to check
23     emails every now and then.  But, man, that's so rare
24     that I was on the computer.  The only time that I
25     ever did any type of computer work was with the cash
```

1    office computer, and there was also a computer at

2    the customer service desk for, like, Western Union

3    and money transfers.

4        Q    Okay.  Other than occasionally accessing the

5    computer, was there any other equipment that you used

6    as part of your job as an assistant manager?

7        A    No.  I mean, there's, like, heavy

8    equipment, like, pallet jacks and stuff like that.

9    That's about it.  Maybe cards.

10       Q    They didn't provide you a cell phone or

11   anything else?

12       A    No.  No.  I think you could have had email

13   on your phone.  I just didn't need it.

14       Q    Okay.  So let's -- I want to talk about your

15   duties and responsibilities as an assistant manager for

16   Ridley's, and we're going to start general and then

17   we're going to drill down.  So if you could give me

18   just a general summary of your duties and

19   responsibilities as an assistant manager for Ridley's.

20   You're on mute.

21       A    The duties that I had mainly were to --

22   the reconcile of, like, the end-of-day cash, like,

23   cash office end-of-day stuff.  That's pretty much,

24   like, the back office stuff that I would do.  And

25   then it was to order and fill in the freezer; order

1    to fill in the dairy; order to fill the dry or

2    nonperishable items, and then just fill -- just fill

3    the shelves, you know stock, basically.  There's a

4    little bit of merchandising I did with some of the

5    product, but that's about it.

6         Q    Okay.  We talked about reconciling the cash

7    at the end of the day.  I assume that's counting the

8    registers, putting them in the safe, what have you?

9         A    Yeah, just collecting and calculating the

10   registers, and that was about it.

11        Q    Okay.  What would you do with the cash?

12        A    Make a deposit at the end of the day.

13        Q    Okay.  Would you actually take it to the

14   bank?

15        A    No.  I would not.

16        Q    Who would do that?

17        A    I believe Kelly.

18        Q    Did you ever make a bank deposit?

19        A    No.

20        Q    Okay.  You had access to the safe?

21        A    Yes.

22        Q    And why did you have access to the safe?

23   What did you do with the safe?

24        A    I would put the registers in the safe or

25   the money from the registers in the safe, just

1   depending on what day it was, specifically.  But all

2   the -- you know, you count it down, take all the

3   extra (inaudible) make the drawers for the next

4   morning.  So you'd put the basic change and the

5   basic dollar amounts in the drawers, and then you'd

6   put it in the safe and you'd lock it.

7            And then when I got there in the morning,

8   I'd unlock it, open it up, give everybody their

9   register, and then go back to work stocking,

10  basically.

11       **Q    Okay.  Do you understand what I mean when I**

12  **say center store employees?**

13       A    No.

14       **Q    Okay.  We're generally talking, you know, the**

15  **grocery department, frozen foods, dairy, maybe**

16  **cashiers.**

17       A    Yeah, like, floor operations.

18       **Q    Okay.  Do you understand that?**

19       A    Yeah, I understand the basics.

20       **Q    So it's my understanding that the assistant**

21  **managers basically had -- the center store was, kind**

22  **of, the assistant manager's responsibility; is that --**

23  **is that accurate?**

24       A    Yeah.  It was divided by two.  So there

25  was a nonperishable and basically, like,

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
ANDREZ RIOS - 03/02/2023                                             Page 27

```
 1   perishables, kind of a deal.
 2        Q    And which one were you over?
 3        A    I was over the dairy, frozen area over
 4   there.
 5        Q    Okay.  So over the perishables?
 6        A    Yes.
 7        Q    Okay.  And how many employees on any given
 8   day would that consist of besides you?
 9        A    (Inaudible) I think he was supposed to be
10   in between dairy and frozen.  Are you there?
11        Q    Say that one more time.  We just lost you.
12        A    Okay.  I had a department manager for the
13   dairy.  So he's a DM.  That was about it.  But, I
14   mean, I guess -- yeah.  He didn't really, like -- he
15   wasn't, like, under me or something.  He just, kind
16   of, told me to work, like, beside him and that, you
17   know.
18        Q    Any employees under that dairy manager?
19        A    I think we had one.  I think he'd showed
20   up, like, maybe once or twice a week or something.
21   Something crazy.  I can't remember specifically, and
22   I don't really remember.
23        Q    Okay.  Any other employees in the perishables
24   department?
25        A    No.
```

1      Q    Okay.  And you said you worked beside the

2  dairy manager.  I assume if the dairy manager had

3  questions or problems, he would come to you, and then

4  you could either address it or kick it up the chain of

5  command; is that fair?

6      A    Yes.

7      Q    Okay.  Did you -- did you plan work for

8  anybody?

9      A    No.

10     Q    Okay.  Did you do any scheduling?

11     A    No.

12     Q    Okay.  So you're basically over the

13  perishables department.  I assume when you're -- when

14  you're the senior manager on-site when the store

15  director isn't there, you're, kind of, over everything;

16  is that -- is that accurate?

17     A    Yeah.  Yeah.  That's the intent --

18  intention there, yeah.

19     Q    Okay.  And during that time, I assume that,

20  you know, you're walking around making sure the store

21  is functioning, making sure employees are doing their

22  job.  You know, if there's a cleanup or something that

23  needs to happen, you can assign somebody to go do that

24  or you do it yourself.  You're just making sure the

25  store is functioning; is that a fair summary?

```
 1        A    Absolutely, yeah.

 2        Q    Okay.  Did you ever handle any employee

 3   complaints that you remember?

 4        A    No.  I did not.

 5        Q    Okay.  I assume that as part of your walking

 6   around and talking to employees, employees are going to

 7   vent?

 8        A    Oh, yeah, yeah.  The basic complaints,

 9   like -- not, like, a red book or anything, not,

10   like, HR discussion or -- but the griefs.  The daily

11   griefs of the day, absolutely.

12        Q    And assistant manager, you do your best to

13   address those and either talk them down or if it's a

14   serious problem, you can escalate it if need be; is

15   that fair?

16        A    Yes.  Absolutely.

17        Q    And during that time, I assume you're

18   providing feedback to employees if they need help or if

19   they're doing something wrong or need encouragement,

20   that's something you do?

21        A    Yeah, yeah.  I definitely made it my duty

22   to get out there and try to do that with them, yeah.

23        Q    Okay.  Did you do any training of employees

24   while you were there?

25        A    No.  No.  There's a lot of senior people
```

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
ANDREZ RIOS - 03/02/2023                                                    Page 30

```
 1    there, so...

 2         Q    How about -- I mean, you're only there for

 3    three months or so.  Did you do any hiring during that

 4    time?

 5         A    No.

 6         Q    Okay.  Ever have to sit in on any interviews

 7    or anything?

 8         A    No.  No.

 9         Q    What about the evaluation process?  Did you

10    ever have the opportunity to participate in that?

11         A    No.  I don't believe so.  You know, I

12    don't remember.  I really don't.

13         Q    And I know it's -- you weren't there for very

14    long, so I understand that.  So is it something that

15    you may have participated in and you just don't

16    remember, or --

17         A    Yeah, I think maybe I did -- maybe I did

18    participate, but I just can't really remember.

19    It's, kind of -- can I use the restroom real quick?

20    I'm going to use the restroom real quick.  Just one

21    second, okay?  I'm sorry.

22              MR. WILLIAMS:  Take a break.  Let's

23    go off the record.

24              VIDEOGRAPHER:  Going off the record.

25    The time is 9:23 a.m., on March 2nd, 2023.
```

```
 1                        (Off the record.)

 2                   VIDEOGRAPHER:  Okay.  Going back on

 3      the record.  The time is 9:25 a.m. mountain time, on

 4      March 2nd, 2023.

 5           Q    (BY MR. WILLIAMS)  Thank you.  Okay.  So

 6      when we took a quick break, we were talking about

 7      employee evaluations, and it's my understanding you

 8      may have done that, but you -- I mean, you honestly

 9      don't remember; is that correct?

10           A    Yeah.  Yeah.  I don't know, yeah.

11           Q    Okay.

12           A    I think we've talked -- I think he was

13      talking to me about, you know, the evaluation

14      because we were, kind of, going through that at the

15      time.  But I just don't know specifically.  I can't

16      remember.

17           Q    And by "he," you mean Mr. Neil?

18           A    Kelly.  Yeah, yeah.

19           Q    Okay.  I mean, that's certainly something

20      that you would expect to do as an assistant manager,

21      wouldn't you?

22           A    Yeah, absolutely.  I wanted to do that.

23      That's why -- I'm sure I proactively went out there

24      and was looking to, you know, maybe evaluate or to

25      (inaudible) performances or something, you know.
```

1    I'm sure of it.  I'm sure I pursued that, for sure.

2         Q    Okay.  Do you remember filling out any

3    written evaluation forms?

4         A    No.  Not that I know of.

5         Q    Okay.  Do you think you would have provided

6    feedback, at least?

7         A    Yeah, yeah.  In conversation, absolutely.

8         Q    Okay.  Were you ever involved in any employee

9    disciplinary matters?

10        A    No.

11        Q    Did you ever have to recommend discipline?

12        A    No.

13        Q    But just because it didn't happen during your

14   three months, or -- or -- or what?

15        A    Yeah, no.  I don't think so.  I don't

16   think anybody really -- I don't think it was

17   necessary, no.

18        Q    Okay.  Did you ever have to fire somebody or

19   recommend termination for anybody during that time

20   period?

21        A    No, sir.  No.

22        Q    Did you ever have to review applications or

23   sit in on interviews of new employees?

24        A    No.

25        Q    Okay.  Did you ever hop on Indeed and

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
ANDREZ RIOS - 03/02/2023                                                 Page 33

```
 1    download resumes or anything like that?

 2        A    No.

 3        Q    Okay.  Do you know if you hired any employees

 4    during that three-month period that you were there?

 5        A    I don't -- no, I didn't.

 6        Q    And do you know if the store hired any

 7    employees during that time period?

 8        A    Yeah, I think so.  I think it did, yeah.

 9        Q    Okay.  Do you know who they -- what positions

10    they would have hired?

11        A    Cashier.  I'm sure I saw a couple of new

12    cashiers start when I was there, and then maybe,

13    like, a -- like, some people in the deli, kind of

14    deal, so...

15        Q    Did you have any input or say into the pay of

16    employees or pay increases, merit increases?

17        A    No.

18        Q    Okay.  At least not formally?  I assume

19    your -- your feedback and discussions with Kelly all

20    would go into that?

21        A    Yeah.  Yeah, like, as much as three

22    months' credit would give me, you know.

23        Q    Fair enough.  I assume you didn't have to

24    transfer any employees during that brief period of

25    time?
```

```
 1        A     No.  No.

 2        Q     How about promotions?  Did you have any

 3   promotions during that time that you participated in?

 4        A     No, sir.

 5        Q     Okay.  We talked about the reconciliation

 6   that you would do.  Are there any other reports or

 7   forms that you would fill out as an assistant manager

 8   that you remember?

 9        A     No.  No, sir.  I think maybe order forms

10   (inaudible).

11              THE COURT REPORTER:  Is he cutting --

12   is he glitching on your end?

13              MR. WILLIAMS:  Yeah.

14        Q     (BY MR. WILLIAMS)  Mr. Rios, if you can

15   hear me, you're glitching and breaking out.  If you

16   can go to a spot that maybe you have better

17   reception.

18        A     I'm so sorry.  Yeah, I'm -- I'm headed

19   there.

20        Q     Okay.

21        A     I apologize.

22        Q     No worries.

23        A     Yes, go ahead.  I'm sorry.

24        Q     Back in the car.

25        A     I'm here.
```

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
ANDREZ RIOS - 03/02/2023                                          Page 35

1      Q    Okay.  So you were -- you broke up telling me

2  about other possible forms you may have filled out.

3  Tell me that again?

4      A    Yeah, so just maybe an order form, like,

5  for milk and eggs would be, like, the only thing

6  that I really filled out.  And the paperwork for the

7  cash office, the reconciliation paperwork.  You've

8  probably seen my name on that the bunch.  That's

9  about it that I can remember specifically.

10     Q    Okay.

11     A    And I don't remember all the paperwork I

12  filled out.

13     Q    Okay.  There were certainly a lot of forms

14  that managers and assistant managers would use?

15     A    Yes.  Absolutely, yeah.

16     Q    Okay.  So it's certainly possible that you

17  filled out more; you just don't remember them at this

18  time?

19     A    Absolutely.  Yeah.

20     Q    Okay.

21     A    Probably see my name on more than a couple

22  of forms for sure, yeah.

23     Q    You mentioned merchandising.  Tell me what

24  you did in regard to merchandising?

25     A    Ordered product and placed it, you know,

1   on a shelf.  It was in, you know, a concise way as

2   far as -- you know, I guess as far as what people

3   want, I guess.  I don't know.  Yeah.

4        Q    So did you have -- I mean, it sounds like you

5   had some input as to where product is being displayed,

6   you know, if you're going to set up a special display

7   for something, if you're going to put up special

8   signage, something like that; is that fair?

9        A    Yeah.  Absolutely.  I definitely had the

10  reins on that -- that workload.

11       Q    Okay.  Product ordering.  Did you have -- are

12  you just filling empty shelves, or did you have

13  authority to order extra things for special events,

14  case lot sales, you know, holidays, stuff like that?

15       A    Yeah, yeah.  I think -- I can't remember

16  specifically, but I know I ordered for a holiday,

17  and I remember thinking, you know, these are the

18  things I'm going to order.  I have, kind of, like,

19  a -- just, kind of, made an event out of it.

20       Q    And so it was up to you to decide how much

21  ketchup or how much hot dog buns or whatever it is to

22  order; is that fair?

23       A    Yeah.  Absolutely.  Yeah.  Also with

24  regards to merchandising, it was involving, like,

25  what it looked like over there.  So if it was for a

1    holiday, it looked like Halloween or it looked like

2    Valentine's Day in that area.

3        **Q    And that was under your -- under your duties**

4    **and responsibilities?**

5        A    Yeah, yeah.

6        **Q    Okay.  What about employee or customer**

7    **safety?  I assume that as part of your -- I mean, you**

8    **described as being out there and walking around,**

9    **you're -- you're looking for safety issues; is that --**

10   **is that fair?**

11       A    Yeah.  Absolutely.

12       **Q    Okay.  What kind of safety issues would you**

13   **encounter on a day-to-day basis?**

14       A    I think, you know, wet spills would be,

15   like, slip -- slip-and-fall, like, you know, like,

16   maybe overstuffing with product on shelves, like --

17   jeez, man, you know, I guess there's not a lot

18   unsafe at a store, but there is when you're there, I

19   guess.  I'm not sure.  I don't remember exactly, but

20   I know that -- you know, a lot of the stuff we

21   looked for, mainly just wet spills and floor sweeps,

22   you know.

23       **Q    And you could direct somebody to go take care**

24   **of that or do it yourself if -- if everyone's busy?**

25       A    Oh, yeah.  Yeah, I think one of the

```
 1    biggest -- biggest issues was there wasn't a ton of

 2    people there to ask in the first place.  But it was,

 3    you know, put to me that, you know, I could ask, you

 4    know, certain people in each of the departments if

 5    (inaudible).

 6        Q    If they could help you?

 7        A    Yeah, clean.

 8        Q    Okay.

 9        A    Sorry, did you not get that?

10        Q    No, didn't get that.

11        A    Okay.  You're good.

12        Q    Did you ever have to fill out any injury

13    reports or incident reports?

14        A    No.

15        Q    You had keys to the building, correct?

16        A    Yes.

17        Q    Okay.  And I assume -- you mentioned that you

18    were there primarily at the end of the day, so I assume

19    it was your responsibility to lock the building down?

20        A    Yes.

21        Q    Okay.  Would you -- how would you do that?

22    Describe your -- your process for securing the building

23    before you leave for the evening.

24        A    Okay.  So I'd walk the floor.  There's two

25    bathrooms.  I'd just check the bathrooms, check, you
```

1   know, basically each corner of the store.  You know,

2   lock the door and then, you know, like I said with

3   the reconciliation, put everything away, and then

4   just walk out, lock the door.  I believe, if I

5   remember correctly, there is a security system and I

6   did have a code.  I believe so.

7         **Q    So you would arm the security system?**

8         A    Yes.

9         **Q    Did you ever have to respond to an alarm or**

10   **call the police or anything?**

11        A    No.  No.  I don't believe at that store I

12   did.

13        **Q    Did you have -- are you still with me?**

14        A    Yes, I am.  Yes, I'm here.  You got me?

15   Hello?

16        **Q    We got you.  Can you hear me?**

17        A    Yes.

18        **Q    Okay.  So what about store financials, store**

19   **budgets?  Did you have any input into those?  Or I**

20   **assume you had a responsibility for making sure you**

21   **didn't exceed your -- your budgets that you got from**

22   **corporate?**

23        A    Yeah.  Yes.  So, I mean, as far as

24   ordering product, yes.  As far as payroll, I had no

25   control over any of that, so...

1      Q    Okay.  It's my understanding that you got

2   quarterly budgets from corporate; is that correct?

3      A    Yes.  It's nothing that I knew about, or

4   I --

5      Q    You weren't even there for a full quarter,

6   correct?

7      A    No.  Yeah, yeah.  At that point, I think

8   I'd have to be there for a full year at least to see

9   what a good budget would be for that company.

10     Q    Okay.  But that's something you would expect

11  to have involvement in as an assistant manager?

12     A    Yeah.  The expectation was for that.

13     Q    As part of your walking around the store, did

14  you use any checklists, any logs, or anything like

15  that?

16     A    No.  No, I think I -- I don't remember.  I

17  don't remember.  I'm sorry, I don't know if they had

18  a sweep log or not.  Are you there?  Are you there?

19     Q    Yeah.  Can you repeat that?  I'm sorry.

20     A    I don't remember if they had a sweep log,

21  like (inaudible).

22              THE COURT REPORTER:  Did you say you

23  don't remember if they had a sweep log?

24              THE WITNESS:  Like, a daily

25  walk-around log.

1      Q     (BY MR. WILLIAMS)   Okay.   As assistant

2   manager, did you attend the weekly conference calls

3   with corporate?

4      A     Yeah.   No, no, no.   Sorry, no.

5              MR. WILLIAMS:   Why don't we go off

6   the record for a second.

7              VIDEOGRAPHER:   Going off the record.

8   The time is 9:41 a.m. mountain time, on March 2nd,

9   2023.

10              (Off the record.)

11              VIDEOGRAPHER:   Going back on the

12   record.   The time is 9:48 a.m. mountain time, on

13   March 2nd, 2023.

14      Q     (BY MR. WILLIAMS)   Okay.   When we -- when

15   we lost you, we were talking about the weekly

16   conference calls with corporate.   Did you

17   participate in those?

18      A     No.   There wasn't a weekly -- I did not

19   participate in the weekly conference calls, if there

20   was, no.

21      Q     Okay.   Were you even aware that there were

22   weekly conference calls?

23      A     No.

24      Q     Okay.   Did you have weekly meetings with your

25   managers that you attended?

```
 1        A    Yes.

 2        Q    Okay.  Tell me about those?

 3        A    We talked merchandising of the dairy.  We

 4   would talk about the freezer, merchandising of the

 5   freezer, if it was full; if it was empty.  You know,

 6   a lot of (inaudible) talk, like, throw-aways, kind

 7   of deal.  That's about it.

 8        Q    Okay.  And is that a meeting that you would

 9   have personally with -- with the perishable managers?

10        A    Yeah.  Well, yeah.  I would -- yeah.

11        Q    Okay.  And that was a weekly basis?

12        A    Yes.

13        Q    Where would you do those meetings?

14        A    Just, kind of, on the fly when I saw them.

15   Kind of, meet up with them, kind of deal.  Just

16   check in.

17        Q    Okay.  I want to talk about your -- your --

18   as part of your responsibilities, your ability to

19   commit Ridley's financially.  And, I mean, you know,

20   spend Ridley's's money.  And we talked about ordering.

21   We talked about filling the shelves.  We talked about,

22   you know, ordering for special projects that you had --

23   had some say and discretion in.  Any other -- any other

24   part of your responsibility that -- that would commit

25   Ridley's financially?
```

1      Q     Okay.  And on days where -- the store

2    director had days off, would that be the same?

3      A     So that would be when we had a cash office

4    manager, and so we would work -- so, like, Zack

5    would open.  I would work, like, a mid, like, a

6    10:00 a.m. to 7:00 p.m., and then the cash office

7    manager would close for that day.

8      Q     Okay.  So on days where you didn't have the

9    store director, would your and Zack's schedule overlap

10   somewhat?

11     A     Yeah, of course.  So those would be the

12   days that we overlapped; those would be the days

13   that we each had basically a half day for that day,

14   yeah.

15     Q     Got you.  Okay.  So it sounds like maybe the

16   20 to 30 percent is still a reasonable estimation?

17     A     I think so, yeah.  Honestly, yeah.  I

18   didn't think about it, but, yeah, absolutely.

19     Q     Okay.  Fair enough.  And that 20 to 30

20   percent -- I want to make sure the record is clear --

21   would be when you would be the -- alone as the manager,

22   correct?

23     A     Yes.

24     Q     Okay.

25     A     Yes.  Yeah.

1        Q    Okay.  Otherwise, you're sharing duties and

2    responsibilities with Zack and/or the store director?

3        A    Yes, sir.

4        Q    Okay.  As assistant manager, did you keep a

5    calendar or day planner, anything like that?

6        A    No.

7        Q    Keep any other notes related to your work as

8    an assistant manager?

9        A    No.

10       Q    Other than your attorney, have you

11   communicated with anybody else about this lawsuit?

12       A    No, sir.

13       Q    Have you ever -- do you have a resume that

14   describes your duties and responsibilities as an

15   assistant manager for Ridley's?

16       A    Yes.  Yes, I do.

17       Q    Would you be willing to produce a copy of

18   that to me?

19       A    Sure.

20       Q    If you'll send it to your attorney, he can

21   send it to me.

22       A    Okay.  Yeah.

23       Q    Do you participate in social media at all?

24       A    Yes.

25       Q    Do you have a LinkedIn profile?

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
ANDREZ RIOS - 03/02/2023                                        Page 53

```
 1        A    I do not, no.  No, sir.
 2        Q    Not saying that you have, but have you ever
 3   described this lawsuit at all on social media?
 4        A    No, sir.  No.  With everything on the
 5   news, I thought, you know, this isn't the best one.
 6        Q    Let me enter some documents here just so we
 7   have a complete record.  Let me show you a document
 8   that we'll mark as Exhibit 2 to your deposition.
 9                  (Exhibit No. 2 marked.)
10        Q    (BY MR. WILLIAMS)  For the record, this is
11   an Employee Termination Report --
12        A    Oh, yeah.
13        Q    -- showing your last day worked of August 9th
14   of 2019; is that correct?
15        A    Yes.
16        Q    Okay.  It says, And he got his paycheck from
17   the office, came back to the office, handed in his
18   radio, said he was done and left store; is that
19   accurate?
20        A    Yes.  Absolutely.
21        Q    Okay.  Why did you -- why did you decide to
22   quit Ridley's?
23        A    I saw my paycheck.
24        Q    Pardon me?
25        A    I saw my paycheck.  They handed me my
```

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
ANDREZ RIOS - 03/02/2023                                                    Page 58

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF UTAH      )

 3   COUNTY OF SUMMIT )

 4

 5            I, Mary R. Honigman, a Registered Professional

 6   Reporter, hereby certify:

 7            THAT the foregoing proceedings were taken before me

 8   at the time and place set forth in the caption hereof; that

 9   the witness was placed under oath to tell the truth, the

10   whole truth, and nothing but the truth; that the proceedings

11   were taken down by me in shorthand and thereafter my notes

12   were transcribed through computer-aided transcription; and

13   the foregoing transcript constitutes a full, true, and

14   accurate record of such testimony adduced and oral

15   proceedings had, and of the whole thereof.

16            I have subscribed my name on this 17th day of

17   March, 2023.

18

19            _____

20                    Mary R. Honigman
             Registered Professional Reporter #972887

21

22

23

24

25
```

*Reportee*



## Employee Information

Have you ever worked for Ridley's? __No_____ When? _____

Corporate Office rehire approval authorized by: _____

Store __1136-Wellingt__ Dept __gro_____ Job Title __ast_____ Regular/Casual*

**Regular**

Casual employees are employees who are hired for specific short-term periods or service clerks still in school and/or under 18 years of age.

Social Security Number ██████████

Name (First, MI, Last) __Andrez_____ Rios_____

Street Address __328 SAINT LOUIS AVE_____

Apt. #_____ P.O. Box #_____ Phone Number __7209876781_____

City __LOVELAND_____ State __CO_____ Zip Code __80537_____

Marital Status __Single_____ Sex __Male_____ Race __Hispanic or Lat__

Birthdate __09/10/1991_____

Hire Date __05/14/2019_____ Badge #_____ Rate of Pay __950.00_____

**Digitally Signed By: Store Director
Date: May-14-2019 1:39:09 PM EDT**

Approved _____

Supervisor Signature

Date __05/14/2019_____

**EXHIBIT**

**1**



*Ridley's*
FAMILY MARKETS

## Employee Termination Report

Store _1136_

Department _Grocery_

Supervisor _Kelly Neal_

Position _Ast._

Employee _Andy Rios_    **8-9-19**

Last Day Worked _8-9-19_

Effective Termination Date _8-10-19_

Date Completed _8-9-19_

### Type of Separation:

Voluntary Quit _X_    Permanent Lay Off _____

Discharge _____    Temporary Lay Off _____

Was this separation in any way requested or suggested by management? _NO_

### Reason for Separation:

| Voluntary Quit: | Discharge: |
|---|---|
| Change of Residence _____ | Had employee been warned that his/her job was in jeopardy? _____ |
| Dissatisfaction _X_ | |
| Family Obligations _____ | Absenteeism (reported) _____ |
| Illness/Injury _____ | Absenteeism (unreported) _____ |
| Refused Transfer _____ | Failed to report to work _____ |
| Refused Recall _____ | Incarceration _____ |
| Retire _____ | Insubordination _____ |
| Other Employement _____ | Negligence, shoddy work _____ |
| Where? _____ | Quarreling, fighting _____ |
| | Tardiness _____ |
| **Was notice given?** _NO_ | Unable (Not qualified/no misconduct) _____ |
| | Under Influence (drug, alcohol) _____ |
| **Is this person rehireable?** _NO_ | Violation of company rules _____ |
| | Other (explain on bottom of form) _____ |

Please explain the "Final Incident" which led to the separation.

_Andy got his paycheck from the office. Come back to office handed in his radio said he was done and left store._

Manager _____    Date _8 / 9 / 19_

**EXHIBIT**

**2**