# Exhibit 12

```
 1

 2                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 3                         — — —

 4

 5    Civil Action No. 1:22-cv-1070-PAB

 6                                      ┌─────────────────┐
                                        │ CERTIFIED COPY  │
 7    STANTON MEATS, JASON CARILLO,  )  └─────────────────┘
      KRESTINA COOMBS, DAVID DAVIS,  )
 8    BRIAN DONOVAN, CHRIS GALLEGOS,  )
      DESTINY GLANTZ, CAMERON HARRIS, )
 9    JULIE ANNE NEIL, ANDREZ RIOS,   )
      JARED WHITAKER, AND             )
10    WILLIAM WULF,                   )
                                      )
11        Plaintiffs,                 )
                                      )
12                                    )
      RIDLEY'S FAMILY MARKETS, INC.,  )
13                                    )
          Defendants.                 )
14    --------------------------------

15

16                VIDEOTAPED DEPOSITION OF

17                     JARED WHITAKER

18                VIA ZOOM VIDEOCONFERENCE

19                   FEBRUARY 13, 2023

20

21

22

23

24

25
```

```
 1     APPEARANCES OF COUNSEL:

 2     FOR PLAINTIFFS:

 3             Sean Short
               SANFORD LAW FIRM, PLLC
 4             Via Zoom Videoconference
               10800 Financial Centre Parkway, Suite 510
 5             Little Rock, Arkansas 72211
               501.221.0088
 6             Sean@sanfordlawfirm.com

 7

 8     FOR DEFENDANTS:

 9             David P. Williams
               SNELL & WILMER LLP
10             Via Zoom Videoconference
               15 West South Temple, Suite 1200
11             Salt Lake City, Utah 84101
               801.257.1900
12             Dawilliams@swlaw.com

13

14     ALSO PRESENT:

15             Tyler Larsen, Videographer

16

17

18

19

20

21

22

23

24

25
```

1    able to go back and add up all the hours, but, I mean,

2    you know, nothing extra, just the hours worked over.

3    That's all.

4         Q.   Okay.  I want to start out talking about your

5    background to get some background information and let's

6    start with your education.  Did you graduate from high

7    school?

8         A.   Yes.

9         Q.   Okay.  What high school?

10        A.   American Fork.

11        Q.   What year?

12        A.   2003.

13        Q.   After high school did you attend college or a

14   vocational school or anything like that?

15        A.   No.

16        Q.   Have you ever taken any college classes?

17        A.   No.

18        Q.   How about any professional licensures, any

19   vocational like electrician or something like that?

20   Any -- any other education?

21        A.   No.

22        Q.   Okay.

23             You were first employed by Ridley's,

24   according to my records, in 2013.  Does that sound

25   correct?

1      A.   Yes.

2      Q.   Okay.  Where were you -- what Ridley's store

3   were you first employed at?

4      A.   It was called Lolo's.  It was down in Provo,

5   Utah.

6      Q.   Okay.  Is Lolo's the name of the store or was

7   that the name of a location?

8      A.   The name of the store.  It's located in

9   Provo, Utah.

10     Q.   Okay.

11     A.   Did this freeze?

12     MR. SHORT:  I think it did.  It's frozen on my

13   end.

14     THE VIDEOGRAPHER:  David might have froze.  Should

15   we go off the record?

16     MR. SHORT:  Yeah, that's fine.

17     THE VIDEOGRAPHER:  Okay.

18      (Recess taken from 1:11 p.m. to 1:27 p.m.)

19     MR. WILLIAMS:  Thank you.  And thank you for your

20   patience.  I'm not sure what happened.  We'll keep our

21   fingers crossed that technology serves us now.

22     Q.   (BY MR. WILLIAMS) Okay.  So, Jared, we were

23   talking about your educational background and I think I

24   dropped off talking about professional certificates,

25   license.  Any other credentials, any other education

```
 1        A.    Male.

 2        Q.    Male.  Do you know Don's last name?

 3        A.    I believe it's Young, but not a hundred

 4    percent on that.

 5        Q.    Okay.  Did you get an interview before you

 6    were hired?

 7        A.    Yes.

 8        Q.    And who interviewed you?

 9        A.    Ryan.

10        Q.    Ryan did.  And he made you the offer of

11    employment?

12        A.    Correct.

13        Q.    And what was your -- what was your first job

14    with Ridley's?

15        A.    To stock shelves at night in the graveyard

16    shift.

17        Q.    Okay.  What were your hours?

18        A.    I was a graveyard shift.  I don't know.  I

19    started somewhere around 9:00 or 10:00, I think, and

20    worked through the night, left in the morning.

21        Q.    Was it full-time, 40 hours a week?

22        A.    Yeah.

23        Q.    Okay.  How long did you have that position?

24        A.    A few months I'd say.

25        Q.    Okay.  What was your next position at
```

```
 1        A.   I got sent to Midway.  Midway.  Midway I

 2   became what they call a grocery manager.  That's a

 3   salaried position.

 4        Q.   Okay.  And when was that?

 5        A.   A couple months after going to Orem I guess.

 6   I mean, it all happened kind of fast, so.

 7        Q.   Okay.  One second.  I'm going to show you a

 8   document here.  Hopefully you'll be able to see it.

 9                 (Pause in the proceedings.)

10        MR. WILLIAMS:  Okay.  Let me show you a document

11   that we're going to mark as Exhibit 1 to your

12   deposition.  For the record, this document is entitled

13   a Payroll Status Change, Employee Jared Whitaker,

14   Effective Date 1-22-17.

15                 (Exhibit 1 marked.)

16        Q.   (BY MR. WILLIAMS) This document shows that

17   effective 1-22-17 you are going from a closer making

18   $12 an hour to ASM, I assume that's assistant manager,

19   making a salary.  Do you see that?

20        A.   I see it.

21        Q.   Okay.  Does that accurately reflect your --

22   your employment in January of 2017?

23        A.   Yes.

24        Q.   Okay.  So before this time were you -- where

25   were you working before this time?
```

1       A.   Before the salaried position?

2       **Q.   Yes.**

3       A.   I was in the Store 1160, which is Center

4  Street in Orem, as a closer.

5       **Q.   Okay.  So you were a closer, you're still**

6  **being paid an hourly wage; is that correct?**

7       A.   Yes.

8       **Q.   Okay.  And then you were moved to 1167.  I**

9  **assume that's Midway.**

10      A.   No.  You're on two different time frames

11  here.

12      **Q.   Okay.  Explain to me what -- where -- where**

13  **I'm going wrong.**

14      A.   Well, I stopped employment in 2014.

15      **Q.   Okay.  Give me one second.  Let's see if I**

16  **have a document for that.**

17              (Pause in the proceedings.)

18      MR. WILLIAMS:  Okay.  Let me show you a document

19  that we'll mark as Exhibit 2 to your deposition.  This

20  is an Employee Termination Report.

21              (Exhibit 2 marked.)

22      **Q.   (BY MR. WILLIAMS) It shows that your**

23  **employment terminated, and I'll just say for the first**

24  **time.  You worked twice at Ridley's; correct?**

25      A.   Yes.

1     Q.   Okay.  So this shows an effective termination

2     date of April 20th of 2014; is that correct?

3     A.   That looks correct.

4     Q.   Okay.  So what job were you doing as of April

5     2014?

6     A.   Grocery Manager in Midway.

7     Q.   Grocery Manager in Midway, okay.  What were

8     your duties and responsibilities as Grocery Manager in

9     Midway?

10    A.   Everything.  Order groceries, stock the

11    shelves, stock the dairy, stock the frozen, fill in on

12    the registers when other -- when the cashiers would

13    have to take a break or go to lunch.

14    Q.   Tell me about ordering.  What did you do in

15    that regard?

16    A.   Scanned a barcode on the shelf when that spot

17    was empty.

18    Q.   And that -- what did that do?

19    A.   It ordered that product.

20    Q.   Okay.  Did you have any -- I mean, other than

21    scanning it when it was empty, did you have any other

22    duties and responsibilities with ordering product?

23    A.   Just -- just fill the shelves.  Like unload

24    the truck when it got delivered and then take it to the

25    aisles and stock the shelves with it.

1      Q.   Okay.  Fair enough.

2           And then that job ended April 20th of 2014;

3  is that correct?

4      A.   Sounds right.

5      Q.   Okay.  And then you were rehired in 2016; is

6  that correct?

7      A.   Yes.

8      Q.   Okay.  How did you come to be rehired in

9  2016?

10     A.   I was reached out to by David Peterson.

11     Q.   Okay.  How did Mr. Peterson reach out to you?

12     A.   Email or something.  I can't -- email or

13  phone.

14     Q.   Okay.  What did he say; do you remember?

15     A.   If I was looking for a job.

16     Q.   Okay.

17     A.   Yes, I was.

18     Q.   Okay.  And what was your first job coming

19  back?

20     A.   To work like the night auditor.  Or not night

21  a auditor, but like a night closer position in the Orem

22  store.  So the last cashier.

23     Q.   Give me one second.  I want to make sure we

24  have a complete record here.  Okay.  I'm showing you a

25  document marked Exhibit 3 to your deposition.

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
JARED WHITAKER - 02/13/2023                                    Page 19

```
 1                    (Exhibit 3 marked.)
 2         Q.   (BY MR. WILLIAMS) And that shows a hire date
 3    of August 31st of 2016 and an hourly pay rate of $12 an
 4    hour at Orem, title of Closing Manager.  Does that
 5    accurately reflect the job that you were hired to in
 6    August of 2016?
 7         A.   Yeah, that looks right.
 8         Q.   And how long did you hold the job of closer?
 9    Or closing manager, sorry.
10         A.   Until the date on that other document you had
11    when I moved to ASM at another store.
12         Q.   Okay.
13         A.   In January.
14         Q.   And you are referring to Exhibit 1, is that
15    correct, this document that I'm showing you?
16         A.   Yeah.
17         Q.   Okay.  And so on January 22nd of 2017 you
18    became Assistant Store Manager; is that correct?
19         A.   Yes.
20         Q.   Okay.  How did you come to be employed as the
21    assistant store manager?
22         A.   Um, I was looking to get, you know, a pay
23    raise and David Peterson told me about this position,
24    so they transferred me over there.
25         Q.   And what store was this?
```

1       A.   It's in Highland, Utah.

2       **Q.   Highland, okay.  So you had expressed**

3  **interest to Mr. Peterson in moving up in the chain; is**

4  **that correct?**

5       A.   Yeah.

6       **Q.   Do you remember when you did that,**

7  **approximately?**

8       A.   I don't.  I mean, it was before I got the job

9  there, right.  I don't know.  At some point between

10  August and January.  I think I had been -- I think I

11  had been working a couple months when I expressed a

12  desire to have a bump in pay.

13      **Q.   Okay.**

14      A.   I was working pretty late at night, and I

15  thought I could get, you know, more pay for working at

16  night, and that's when he offered me this instead.

17      **Q.   Okay.  Did he tell you about the position?**

18      A.   Yeah.

19      **Q.   What did he tell you?**

20      A.   That it was salary like the one I had had in

21  2014.

22      **Q.   Okay.**

23      A.   So more responsibility.

24      **Q.   Okay.  Did he tell you what the**

25  **responsibilities would be or just say it would be more**

1    responsibility?

2          A.   I can't recall the exact verbiage, so.

3          Q.   **Okay.**

4          A.   I recall it being, you know, him stressing

5    that it was more responsibility.

6          Q.   **Okay.  That was a promotion for you?**

7          A.   I'm sorry, say it again.

8          Q.   **That was a promotion for you?**

9          A.   It was a promotion.

10         Q.   **Okay.  You mentioned that he told you it**

11   **would be a salaried position?**

12         A.   Yes.

13         Q.   **Did he tell you about the hours?**

14         A.   Yeah.  I mean, I'm pretty sure.  He said you

15   work about 50 hours a week.

16         Q.   **And this was all before you were offered the**

17   **job as an assistant manager?**

18         A.   Yes.

19         Q.   **Okay.  Did you learn at some point what the**

20   **duties and responsibilities would be as an assistant**

21   **manager?**

22         A.   Yes.

23         Q.   **Okay.  When was that?**

24         A.   First day on the job.

25         Q.   **Okay.  And whose -- I assume your first day**

1   A.   Yeah.  No cake decorator showed up.  I've had

2   to decorate cakes.  I don't think the customer was very

3   happy with what they got, but, I mean, I've done -- I

4   got called in to all of it.  I baked bread.  It's the

5   first time in my life I baked bread, so yeah.

6   **Q.   So as Assistant Store Manager you were paid a**

7   **salary for the whole time; correct?**

8   A.   Yes.

9   **Q.   How -- how -- how were you paid?  Was it**

10  **every -- was it every two weeks?**

11  A.   I'm going to say yes.

12  **Q.   Okay.**

13  A.   Sounds right anyway.

14  **Q.   Okay.  Did you get benefits as Assistant**

15  **Manager?**

16  A.   I had benefits before.  It's the same

17  benefits from being a full-time employee.

18  **Q.   Okay.  What about bonuses?  Were you eligible**

19  **for any bonuses?**

20  A.   They said I was.

21  **Q.   Okay.  Did you ever earn any bonuses?**

22  A.   I don't recall ever seeing any bonuses.

23  **Q.   Okay.  Not that you know of?**

24  A.   Not that I know of.  Not that I can remember

25  anyway.

1   schedule where your work time overlapped with the store

2   director's work time?

3       A.   Yeah.  Like every -- every shift.

4       Q.   Okay.  Did you work identical shifts or was

5   there a time where you were there without the store

6   director?

7       A.   The only times I was -- so our shifts

8   overlapped almost entirely minus, say, an hour at the

9   end of the day, right, so that he would leave at 6:00,

10  5:30-6:00, and then I would be there one more hour with

11  the closing manager and then go, and then plus, like,

12  his day off.  And then all the other times I would, you

13  know, have to stay the whole night because the closing

14  manager was called in or something.

15      Q.   Okay.

16      A.   Or for a while we didn't have one.

17      Q.   So his day off, he had one day a week off.

18  Is that correct?

19      A.   Yeah.

20      Q.   I mean, generally speaking?

21      A.   Well, in that store -- in that particular

22  store, I don't know of any other Ridley's, but in that

23  one for sure on Sundays that store was closed.

24      Q.   Okay.

25      A.   All the other stores I worked at in Ridley's

1   that was not the case, they were all open, but in this

2   city I think it was a city thing.  They didn't let that

3   store be open, but --

4   **Q.   Okay.**

5   A.   -- so Sunday Was closed.

6       And the way Justin writes the schedule,

7   because we're supposed to do 60 hours.  As a salaried

8   person, they have us do 60 hours one week and 50 hours

9   on a different week on the next one, so in the next pay

10   period you have a 60 and a 50.  Justin would write

11   it -- often he would write it as 55 hours each week.

12   And so sometimes like half the Saturday he wouldn't be

13   there.

14       That was -- and then he always -- we always

15   got Sunday except for like case lot stuff or big loads.

16   Then he would have me come in Saturday night and help

17   the graveyard people stock the shelves, break down

18   the -- break down the order and stock the shelves.

19   **Q.   Okay.  What percentage of your time would you**

20   **estimate you were at the store without the store**

21   **director there?**

22   A.   I don't know.  I mean, not too much.

23   **Q.   20 percent?  10 percent?  50 percent?  I**

24   **mean, can you give me an estimate?**

25   A.   No, not very high.

1      Q.   Well, at least one hour a day and possibly a

2    day a week.  Is that -- is that accurate?

3      A.   Sounds pretty good.

4      Q.   Okay.  What about did you show up in the

5    mornings at the same time or did you ever open the

6    store without him there and then he would show up?

7    Tell me how that worked.

8      A.   Yeah.  If he didn't -- if he was taking a day

9    off or something, then I would open the store.

10   Normally he opens the store and I show up an hour after

11   or two hours after he's opened.

12     Q.   Okay.  And so he would be there early to open

13   and then he would be the one to leave earlier in the

14   evening.  Is that -- is that accurate?

15     A.   Yeah.

16     Q.   Okay.  Okay.  So this Store 1167 is the Orem

17   store; is that right?

18     A.   You'd have to reference those documents.  I

19   can't remember the numbers of all the stores.  It's

20   been years ago now.

21     Q.   You were an assistant manager at the Orem

22   store?

23     A.   After Highland, yeah.  I -- after Highland I

24   transferred to the north Orem store under Clint Harris

25   for a couple more months and then that's -- and then my

1   time with Ridley's ended after that.

2          Q.   Okay.  I'm sorry, I want to -- Justin White.

3   Okay.  Let's talk about Justin.

4          A.   That's in the high -- that's in the store

5   that's in Highland.

6          Q.   That's fine, sorry.  Okay.  I'm sorry.

7          A.   The one that I took on January 20 --

8          Q.   2nd?

9          A.   Right.

10         Q.   That's at the Highland store, okay.  At the

11   Highland store, let's talk about that one first, did

12   you have a workspace that was reserved for management

13   employees?  Office space, anything like that?

14         A.   Yes.  There was one big office, it had a few

15   computers in it, and it was for store manager,

16   assistant manager, and then all the department managers

17   as well.

18         Q.   Okay.  And what did you do in the office?  Is

19   that for the administrative work that you did?

20         A.   Yeah.  Well, I mean, I didn't do anything,

21   but yeah.

22         Q.   Okay.  Did you have access to the computers

23   there?

24         A.   Yes.

25         Q.   Okay.  Did you ever use the computers as an

1   assistant manager?

2        A.   Yes.

3        Q.   **What did you use the computers for?**

4        A.   I would pull up -- on there I could -- see,

5   on there I had access to where I could pull up the

6   upcoming ads before they were printed and so I would

7   reference -- I'd get on there and reference what was --

8   what ads were going to come up, right, because that

9   would affect -- that would affect how much different

10  product groceries I might need to order specifically

11  for that event, right.  It's usually a holiday kind of

12  a thing.

13       Q.   **Okay.**

14       A.   Yeah.

15       Q.   **So in preparation for holidays or special**

16  **events you would anticipate that you may need, you**

17  **know, more of this one certain product or something**

18  **else?**

19       A.   More ketchup, yeah.

20       Q.   **More ketchup?**

21       A.   Yeah.

22       Q.   **Okay.  And you would do that just based on**

23  **looking at the ads or what?**

24       A.   Well, no, because I could see, that holiday

25  the year prior, how much did we order.

1        Q.    Okay.

2        A.    And then I could add or subtract off

3    depending on, you know, what we think the weather's

4    like, for example, and so that's -- that's what I would

5    do.  That's how I would reference that.

6        Q.    **And that was part of your job as an assistant**

7    **manager?**

8        A.    Yeah.  Well, I mean, it was supposed to be a

9    grocery manager thing.  But, yeah, but I did it.

10       Q.    **That's what you did?**

11       A.    Yeah.

12       Q.    **Fair enough.  What else did you do in the**

13    **office?**

14       A.    Eat my lunch.

15       Q.    **Okay.  Did you ever meet with any employees**

16    **in the office?**

17       A.    That's -- that is where Justin would meet

18    with employees or potential employees.

19       Q.    **Okay.**

20       A.    I would -- I would be invited to sit in

21    there.  Especially if it was -- if it was a female

22    employee or a female interviewing, he would have myself

23    and -- and then if it was a female, then he would have

24    Kelly, who was our customer service manager, he would

25    have her come in and sit as well.  We would just be in

1    the office, all of us together.

2         Q.   Acting as a witness?

3         A.   Yeah.  I mean, right.

4         Q.   Did you participate in the questioning or

5    anything like that?

6         A.   No.

7         Q.   Okay.  Did you give any feedback when you

8    were done saying hey, I think this or this?

9         A.   If he asked me.

10        Q.   Is that something he would do routinely?

11        A.   I wouldn't say routinely, but like, I mean,

12   like I recommended someone I knew personally and so,

13   you know, I obviously gave my opinion on the person

14   because I knew her.

15        Q.   Was that person subsequently hired?

16        A.   She was, part-time for a little bit, yeah.

17        Q.   Kind of talk me through a typical day when

18   you and the store director are there, what you're

19   communicating back and forth or if you both have your,

20   you know, kind of your separate areas of

21   responsibility.  Just kind of talk to me about that.

22        A.   So pretty -- pretty common day is I come in

23   and he's breaking down the safe, getting the registers

24   into the tills to start the day off.  I would then jump

25   in the one till that we would keep open in the mornings

1   issue.  If it wasn't an immediate yes, it was like

2   okay.

3        Q.   Okay.  But after that you still asked

4   employees for help and, I mean --

5        A.   Well, yeah, of course.

6        Q.   Of course.

7        A.   You can ask for help.

8        Q.   Okay.  Do you know what I mean when I say

9   center store employees?

10        A.   No.

11        Q.   You never heard that -- you never heard that

12   term center store employees?

13        A.   I'm guessing you're referring to like people

14   who are specifically assigned to grocery?

15        Q.   Yes.

16        A.   Like the grocery aisles?  Sure.

17        Q.   I mean, did you ever use that term as an

18   assistant manager?

19        A.   No.

20        Q.   Okay.  Did you ever have an understanding

21   that Assistant Manager was kind of over the center

22   store employees over the grocery and what have you?

23        A.   Yeah.  In the sense that I needed to make

24   sure that if it -- if it -- if it needed -- if a job

25   needed to be done at, you know, it was -- it stopped

1    with me.  I had to make sure it was done.

2        Q.   Okay.  So that was kind of the assistant

3    manager's realm if you have -- realm, if you understand

4    that.  Is that -- is that fair?  The center store

5    employees?

6        A.   I mean, that can be, but I spent as much time

7    in the grocery aisles as I spent in amongst the deli

8    and the produce and the bakery.

9        Q.   Was it part of your job to make sure the deli

10   and the bakery were running smoothly as well?

11       A.   My job was to do what I was told to do and

12   that was made very clearly to me.

13       Q.   Okay.  So you never exercised independent

14   judgment saying hey, these guys are shorthanded, I need

15   to go help them?

16       A.   Again, that was told to do, so that's what I

17   did when there was -- when they were shorthanded.  I

18   was -- I went because that was -- that was made clear

19   to me that that is what I was supposed to do.

20       Q.   But part of your responsibility is to make

21   sure that these other departments are smooth and -- and

22   running like they should be and if you need to help,

23   then you need to step up and help.  Is that -- is that

24   fair?

25       A.   Right.

1      Q.   Okay.   So were you able to give instructions
2   to employees?
3      A.   Yeah.   Basic instructions.
4      Q.   That's certainly something that was in
5   your -- in your duties and responsibilities?
6      A.   Right.   If someone didn't know how to do
7   something like turn on the fryer, I was obviously going
8   to show the kid how to turn a fryer on so he didn't
9   burn himself.
10      Q.   Okay.
11      A.   There was a lot of that.   I was always having
12   to show someone how to use the fryer.
13      Q.   Certainly there's some training opportunities
14   for employees.   It sounds like you can assign tasks
15   then as well?
16      A.   Well, to, you know, mitigate my time, right,
17   get off a fryer so that I could go and, like, start
18   making the sandwiches or go finish my order on the
19   groceries, you know, go back and forth.
20      Q.   Okay.
21      A.   Plus, we never could keep any deli employees,
22   so it was constant.
23      Q.   That was a high turnover area?
24      A.   The whole store was.
25      Q.   Why?

1   schedule and then who's up next for lunches, and she

2   kind of messes with that.

3           Justin would give the schedule to her to kind

4   of, you know, facilitate lunch breaks and things like

5   that.

6      Q.   Okay.  What about employee complaints?  Did

7   employees ever complain to you?

8      A.   Yes.

9      Q.   Tell me about that.

10     A.   I think we just did.

11     Q.   Complaints about not wanting to do extra work

12  or anything?

13     A.   Yeah.

14     Q.   Okay.  Any other topics of complaint?

15     A.   Yeah.  The typical stuff, you know.  The boss

16  is a jerk kind of -- kind of stuff.  Pretty typical

17  workplace complaints.

18     Q.   How did you resolve those complaints?

19     A.   Um, sorry.  Sorry, we're all stretched thin

20  here, it's not fair, but, you know, life is not

21  sometimes.

22     Q.   So you would try to -- to basically talk them

23  down.  Is that fair?

24     A.   Yeah.

25     Q.   Okay.

```
 1        A.    Pass it on.  Pass it on to Justin.
 2        Q.    Okay.  If it was a significant complaint, you
 3   would escalate it up to Justin?
 4        A.    Well, yeah.  If it's anything meaningful
 5   like, I don't know, breaking a rule or something, then
 6   obviously it would have to go to somebody who could do
 7   something.
 8        Q.    Okay.  Did you ever report rule breaking to
 9   Justin?
10        A.    Well, the one time I thought she was breaking
11   a rule.
12        Q.    Okay.  What about any other time or is that
13   the only time?
14        A.    That's the only time that sticks out in my
15   head right now.  I don't --
16        Q.    Okay.
17        A.    -- recall so much of that era now as far as,
18   like, the specifics of who said or did what.
19        Q.    Okay.  Did you ever coach employees, provide
20   feedback for them on -- on tasks or how to do a task or
21   anything like that?
22        A.    Sure.  There was plenty of times, you know,
23   if someone was, you know, ready, willing to help.  And,
24   you know, and I asked Becca to, you know, help with the
25   fryer or make a salad or something, right.  And she
```

STANTON MEATS vs RIDLEY'S FAMILY MARKETS
JARED WHITAKER - 02/13/2023                                        Page 49

1    would, you know, in the beginning it might be, well,

2    where's the knives or what bread can I use, do I just

3    get it off the shelf.  And it's like okay, we'll do it

4    like this.  Come over here, grab something out of the

5    bakery, come over here.  You know, that kind of

6    coaching was a daily really.

7         **Q.   All right.  And certainly something that's**

8    **not uncommon to do?**

9         A.   Right.

10        **Q.   What about -- I know Ridley's does written**

11   **performance evaluations.  Did you ever participate in**

12   **those?**

13        A.   You know, I want to say I never sat in

14   because those are -- they're private, so it would be

15   the employee with Justin.  And then, you know, if it

16   was a manager like the grocery manager who's a salary

17   guy, it would be him with Justin and then with Dave

18   Peterson or Mark Ridley.

19             Same thing went with the department heads.

20   So like the deli manager would sit in with Justin and

21   there's like a corporate deli person that would be in

22   on that, s.o I would be involved sometimes.  I can't

23   give a specific, but I recall being asked, well, how do

24   you think like, you know, something like a cashier or a

25   grocery stocker, you know, well, what do you think.  Do

```
 1   you see -- what have you seen when you're down there
 2   with them.  And I'd give them my opinion or give them,
 3   you know, what I think I -- what I see how they work.
 4        Q.   Sure.
 5        A.   So.
 6        Q.   Were those employees that you regularly
 7   interacted with that they asked for feedback on or --
 8   or just everybody?
 9        A.   I mean, it's in general and it's not every
10   evaluation.  It's not every time.
11        Q.   Sure.
12        A.   Every now and again -- the most common
13   scenario would be because someone in being -- being
14   evaluated would say something to the effect of oh, you
15   know, ask Jared.  I -- I do -- I do a lot in the store,
16   I help out a lot.  You know, ask Jared, he sees me do
17   that.  And then it would be like hey, Jared, what do
18   you think Tyler did, you know.  How does Tyler work.
19   And I would -- and I would, you know, give my -- my
20   feedback on that.
21        Q.   Okay.  Did you ever prepare written
22   evaluations for any employee?
23        A.   No.
24        Q.   Okay.  Did you ever participate in any formal
25   employee discipline meetings or providing feedback,
```

1   anything like that?

2       A.   No.  He did have me present.  He let someone

3   go, it was a female employee, and he had me and a --

4   and a girl who was normally the cashier.  I think she

5   had just gotten promoted to the booth or closing

6   manager was present when he -- he asked an employee to

7   clear out her locker.

8       Q.   Okay.  Other than that, did you participate

9   in any other disciplinary meetings or anything?

10      A.   No.  Nothing I could -- nothing that I recall

11  is specifically a disciplinary thing.

12      Q.   Okay.  You told me earlier on that you very

13  occasionally sat in on employee interviews.  Is that

14  accurate?

15      A.   Yeah.

16      Q.   Okay.  How frequently?

17      A.   Not frequently, but, I mean, enough to know

18  that he kind of had a list of questions he would ask,

19  and it was pretty straightforward.  And then usually

20  right there he'd then ask them, you know, when they

21  wanted to start.

22      Q.   Okay.  Did he ever have any followup with you

23  if he didn't hire them right away to say did you like

24  this person, what do you think?

25      A.   No.  But, I mean, it would be -- if it was a

1    thing where he didn't hire someone, you know, and we

2    just happen to be still sitting around, he would say

3    something like, you know, this sounded fishy or duh,

4    duh, duh, and that's why I didn't hire him.

5         Q.   You told me that you recommended at least one

6    person for hiring; is that correct?

7         A.   Yeah.  The whole time I -- the whole time I

8    worked at Ridley's, all the years there, one person.

9         Q.   One person, okay.

10        A.   Yeah.

11        Q.   Did you ever review applications, anything

12   like that in the hiring process?

13        A.   No, not the hiring process.  I -- I obviously

14   have seen them, right, if some kid walks in and hands

15   me an application, you know, because I'm behind the

16   booth or I look like a grownup.  We had a lot of kids

17   there, you know, and you'd get a high school kid come

18   in and hand me an application and say hey, I'd like to

19   work here, and I'd say great, we'll have a look at this

20   and get back to you, and I would just go put it on

21   Justin's desk or his box or something, so.

22        Q.   Did you ever conduct any informal interviews

23   of kids that walked in?

24        A.   No.  Nothing that was I wouldn't even call

25   informal.  I'm a talkative guy, so if I recognized the

```
 1   kid from the neighborhood doing a scouts project, I

 2   inquired about that.  But I'm a pretty friendly guy and

 3   nothing -- nothing as far as like interviewesque type

 4   questions, no.

 5        Q.   What about setting pay for any employees?

 6   Were you involved in any of that?

 7        A.   No.

 8        Q.   Okay.  Did you have a budget for groceries

 9   that you had to follow?  Anything like that?

10        A.   No, I don't think so.  I don't -- I was just

11   told to order if we're low, you know.

12        Q.   Okay.  Did you have any -- any reporting

13   responsibilities for -- for budgetary items?

14        A.   No.  That doesn't -- that language doesn't

15   sound familiar to me.

16        Q.   Okay.  Did you ever participate in any

17   discussions about budgets or anything like that for the

18   store?

19        A.   No.

20        Q.   What about employee promotions?  Were you

21   involved in that process at all?

22        A.   Again, that would be something like, you

23   know, does this person stay on task at night kind of a

24   thing because at night he doesn't see what they're

25   doing, he's at home, right, so it's just what have I
```

 1   observed from this employee.

 2       Q.   Okay.  Providing feedback?

 3       A.   Sometimes.

 4       Q.   Okay.  Did you fill out any reports or any

 5   forms as an assistant manager?

 6       A.   No.  I mean, like, there's special item forms

 7   if I'm going to order a -- if we needed a product that

 8   we didn't typically have right there or it was at

 9   another store, you'd fill out a transfer form.  So if

10   you're referring to forms like that, then I've done --

11   I've done a few of those.

12       Q.   Okay.

13       A.   Like store-to-store transfers.

14       Q.   Okay.  Other than that, no employee forms, no

15   accounting forms, anything like that?

16       A.   Well, accounting, I've made bank deposits

17   before.

18       Q.   Okay.

19       A.   Count that as --

20       Q.   How often would you make bank deposits?

21       A.   Fairly often.  Maybe a couple times a month

22   or something.  I mean, every other -- like every other

23   week.  If, you know, if the money got too much in the

24   safe or something or we ran out of coin and Justin was

25   off or unavailable, he would ask me to go down to Zions

```
 1   back and get, you know, package another one if a
 2   customer wanted another six-pack of chicken or
 3   something, right.  So, I mean, it was -- it was pretty
 4   laid back.
 5        Q.   So as Assistant Manager, were you have any
 6   responsibilities with regard to employee safety?
 7   Anything like that?
 8        A.   I'm going to say not specifically.  That was
 9   not a -- like not -- there was no specific safety forms
10   or safety seminars or something.  I mean, we all common
11   sense wanted to not get hurt at work.
12        Q.   Right.  So if there's a dangerous condition
13   that you see, I mean, is it within your area of
14   responsibility to say hey, wait a minute, you need to
15   do this safer or, you know, clean up or find someone to
16   help clean up a spill or something like that?
17        A.   If I saw a spill, yeah, I would ask someone
18   to go clean that up if I wasn't in the ready position
19   to be able to go do that.
20        Q.   Okay.
21        A.   Yes.
22        Q.   Did you ever fill out any safety forms?  Any
23   injury reports?  Anything like that?
24        A.   You know, I don't recall.  I don't really
25   recall there being injuries on the job when I was there
```

```
 1   anyways.

 2        Q.   That's a good thing.

 3        A.   Yeah.

 4        Q.   What about building security?  I assume you

 5   had keys?

 6        A.   Yeah.

 7        Q.   Okay.  Would you lock up at night, unlock in

 8   the morning?  Tell me about that.

 9        A.   If I was -- if I was the person to open the

10   store, I unlocked it.  Usually I didn't have to

11   because, again, the bakers, they had keys to the store

12   they were already there.

13        Q.   Get there early?

14        A.   But occasionally they would lock the door

15   behind them, so then I would have unlocked it, right.

16   If I closed the store, then I would lock it behind me.

17   But the closing manager also had a key and, he or she,

18   we had a couple different ones over there, you know,

19   more often locked it up than I did or especially more

20   than Justin did.

21        Q.   Okay.  Is there an alarm system?

22        A.   No.

23        Q.   No alarm system?  Did you ever have to call

24   the police?

25        A.   On a shoplifter a couple times.  One time
```

1    there was a fire in the bathroom and police got called

2    for that.  I didn't -- that one I didn't make the call,

3    but I was out front of the store to point the way, so.

4         **Q.   Who made the call?**

5         A.   You know, I think they received several

6    calls.

7         **Q.   From employees or customers or both?**

8         A.   Both.  Both I'm assuming.

9         **Q.   Okay.  Interesting.  Okay.  As assistant**

10   **manager did you have access to a policy manual, a**

11   **handbook of any sort?**

12        A.   Yeah, I'm sure I did.  They handed me one

13   when I first got hired at Ridley's.  We all had one.

14        **Q.   Okay.  So there's an employee handbook?**

15        A.   Yeah.

16        **Q.   Okay.  I'm talking about policies and**

17   **procedures that may be in the office.  Did you ever**

18   **have access to those?**

19        A.   Different than the regular Ridley's policies?

20        **Q.   Yes.**

21        A.   I don't -- I don't know that we actually had

22   something different for office work.

23        **Q.   Okay.  Were you ever involved in any**

24   **management calls or anything to talk about store**

25   **success or longterm planning or anything like that?**

```
 1        A.   No.  Not -- no calls on that kind of stuff.
 2        Q.   Okay.  Is that something that Justin or Clint
 3   would have handled?
 4        A.   Yeah.  There was -- there was -- there was
 5   weekly or biweekly meetings that I know would take
 6   place because, you know, he would have to shut his
 7   office door so it was quiet because he was on -- it
 8   would be a conference call.  So yeah.
 9        Q.   Did he ever report to you as to what was
10   discussed and involve you in disseminating the
11   information to the employees?
12        A.   I don't know all that was discussed like -- I
13   do know that there would be separate meetings.  There
14   were some that were specific with Mark Ridley and the
15   store managers, but I wasn't ever in those ones.  And
16   then there would be in the same day, either before or
17   after, there would be like department heads.  So you'd
18   have the deli manager, like all the deli managers
19   around the company on the phonecall along with the
20   corporate deli person, right.
21        Q.   Uh-huh.
22        A.   And there were times that I would sit in on
23   those, like a big holiday kind of event to, you know,
24   because it would -- it's clear that the assistant
25   managers, grocery managers, everyone was going to have
```

```
 1   to be in there helping --
 2        Q.   Right.
 3        A.   -- you know, those different departments get
 4   ready for that, right.  Extra help dipping strawberries
 5   during Valentine's kind of deal.
 6        Q.   Sure.  So those are the meetings that you'd
 7   be involved in when it was a big event or something
 8   that involved everybody?
 9        A.   Yeah.
10        Q.   Okay.  So I've exhausted my knowledge of
11   possible job duties for an assistant manager.  Are
12   there any others that you can think of that you -- that
13   you had that we haven't talked about?
14        A.   I had to clean the bathrooms.  I don't know
15   if we talked about that.
16        Q.   Okay.
17        A.   We can get -- we can get real specific on
18   everything I did, yeah.
19        Q.   Okay.  Anything else that comes to mind?
20        A.   Gather grocery carts, pick up loose trash in
21   the parking lot, clean the back room, throw the
22   mousetraps away, set new mousetraps, yeah.
23        Q.   It sounds like you were -- you were, I mean,
24   one of your responsibilities was -- is basically making
25   sure the store -- the store runs, I mean, whatever it
```

```
 1    takes.  Is that fair?

 2         A.    That's fair.  But we're all in on that.

 3         Q.    Sure.  So there were times that you were the

 4    only manager on site.  Is that -- well, the senior

 5    manager on site, is that -- is that correct, when the

 6    store director was not there?

 7         A.    Title wise, yeah.

 8         Q.    Okay.  Why do you say title wise?

 9         A.    Well, you got like pharmacist and pharmacy

10    guys, people there, and my title in the store, you

11    know, is one thing, but I, you know, I don't have

12    any -- there's nothing to say or that I could say for

13    them to do or how they manage their department.

14              The meat guy and his -- and his apprentice,

15    the meat cutters, you know, they were -- they were like

16    their own separate entity.  They, you know, they didn't

17    involve me in anything.  If there was something wrong

18    back there, they would, you know, deal with it or they

19    would just walk away from it and then that was that.

20         Q.    And then that would become your problem?

21         A.    Yeah.  If it was something I knew how to

22    troubleshoot, then I would give it a go.  Luckily I had

23    this farm boy who was pretty handy with stuff, that

24    kind of machinery, and, you know, more often than not

25    I'd send him back there to help me figure out how to,
```

1   you know, run a hamburger machine, how to grind beef.

2        **Q.   But at least -- at least title wise, and I'll**

3   **use your words, title wise you would agree with me that**

4   **there were, you know, at least a half a day a week, if**

5   **not more, and an hour or two at each night where you**

6   **were the senior manager on site.  Is that accurate?**

7        A.   Yeah.  My title -- that happened way more

8   than that, but yeah.  I mean, I've had to sleep in the

9   store because there was no one else, so yeah.

10       **Q.   How often did you have to sleep in the store?**

11       A.   Oh, I spent the night in the conference room

12  four or five times because I was the one that -- I

13  would be there and then Justin would go home, and then

14  I'd be there and the night person would call in sick,

15  so I would work through it, and the next day I would

16  have to be there bright and early.

17            And given the drive I would have to do to go

18  home, I was banking on like three or four hours of

19  sleep, so I would set up in the conference room after

20  I'd close the store, go to sleep, get up, open the

21  store.

22       **Q.   So it sounds like all the problems kind of**

23  **flowed down to you to -- to solve?**

24       A.   Labor problems, yeah.  Anything else was sent

25  to, you know, Justin would then take over.  But if it

```
 1            MR. WILLIAMS:  Okay.

 2                 (Exhibit 4 marked.)

 3       Q.   (BY MR. WILLIAMS) Jared, let me show you a

 4  document marked as Exhibit 4 to your deposition.  This

 5  shows down here, it says a demotion and transfer from

 6  ASD, I assume that's Assistant Store Director, to

 7  something clerk.

 8       A.   It looks like GM Clerk.

 9       Q.   Is that -- what is GM Clerk?  What does that

10  mean to you?

11       A.   It's like the, uh, it's like the non-grocery

12  stuff.  Toothpaste, shampoo, hygiene stuff.

13       Q.   Gotcha, okay.  Effective 9-2 of '18.

14       A.   Yes.

15       Q.   Tell me what led to this change in status.

16       A.   I was transitioning to a different job

17  outside of Ridley's and they were super short staffed

18  and so I agreed to -- to stay on and help in that

19  department.  You know, once or twice a week I'd come in

20  and stock their -- stock that particular product.

21       Q.   Okay.  What store was that?

22       A.   The Orem store.

23       Q.   Okay.  And according to my records -- well,

24  let me show you.  One second.

25                 (Pause in the proceedings.)
```

1        MR. WILLIAMS:  Okay.  Let me show you a document

2    that we'll mark as Exhibit 5 to your deposition.

3                    (Exhibit 5 marked.)

4        Q.   (BY MR. WILLIAMS) This is your payroll report

5    starting with the pay period ending on September 3rd of

6    2016 and going through pay period ending October 13th

7    of 2018.  So with your transfer to this store the

8    beginning of September of 2018 it looks like you only

9    worked maybe another month.  Is that -- is that fair?

10       A.   Yeah.  After I took the demotion?

11       Q.   Yeah.

12       A.   Yeah.  I had started working for another

13   company already and I was coming in part-time.

14       Q.   Okay.  What -- what job did you take after

15   Ridley's?

16       A.   As -- it was doing stuff with bread, with

17   delivering bread.

18       Q.   Delivering bread?

19       A.   Yeah.

20       Q.   Who was that for?

21       A.   United States Bakery.

22       Q.   United States Bakery?  Would you deliver to

23   grocery stores or what?

24       A.   Yes.

25       Q.   Okay.  How long did you work there?

```
 1   STATE OF UTAH        )
                          ) ss.
 2   COUNTY OF SALT LAKE  )

 3                   REPORTER'S CERTIFICATE

 4       I, Amanda Richards, certified shorthand reporter

 5   for the State of Utah, certify:

 6       That the deposition of the witness herein was

 7   taken before me at the time and place herein set forth,

 8   at which time the witness was by me duly sworn to

 9   testify the truth; that the testimony of the witness

10   and all objections made and all proceedings had of

11   record at the time of the examination were

12   stenographically reported and transcribed by me.

13       That the foregoing transcript, as transcribed by

14   me, is a full, true and correct record of my

15   stenographic notes so taken; that review of the

16   transcript by the witness was not requested pursuant to

17   Rule 30(e) of the Utah Rules of Civil Procedure.

18       I further certify that I am neither counsel for

19   nor related to any party to said action, nor in anywise

20   interested in the outcome thereof.

21       IN WITNESS WHEREOF, I have subscribed my name

22   below this 22nd day of February 2023.

23                    Amanda Richards

24
                      Amanda Richards, CSR
25
```