# Exhibit 13

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO


JONATHAN ESPARSEN,              )
Individually and on Behalf      )
of All Others Similarly         )
Situated,                       )
                                )
                                )
     Plaintiffs,                )
                                ) Civil Action No:
vs.                             ) 1:18-cv-01556-RM-GPG
                                )
                                )
RIDLEY'S FAMILY MARKETS,        )
INC.,                           )
                                )
     Defendants.                )


        Rule 30(B)(6) Videotaped Deposition of

             Ridley's Family Markets, Inc.,

                  DONALD MARK RIDLEY


              June 6, 2019 * 8:42 a.m.

                  Snell & Wilmer
        15 West South Temple, Suite 1200
               Salt Lake City, Utah



       Reporter:  Tamra J. Berry, CSR, RPR
            Videographer:  Erik Largin
```

| Donald Mark Ridley | 30(b)(6) |
|---|---|
| June 06, 2019 | Page 2 |

```
 1                A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3              JOSH SANFORD
                SANFORD LAW FIRM
 4              Attorneys at Law
                650 South Shakleford, Suite 411
 5              Little Rock, AR  72211
                Tel:  501.221.0088
 6              josh@sanfordlawfirm.com
                tracy@sanfordlawfirm.com
 7

 8   FOR THE DEFENDANT:

 9              MARK O. MORRIS
                SNELL & WILMER
10              Attorneys at Law
                Gateway Tower West
11              15 West South Temple
                Suite 1200
12              Salt Lake City, Utah 84101
                Tel:  801.257.1900
13              mmorris@swlaw.com

14
     ALSO PRESENT:
15
                ERIK LARGIN, Videographer
16

17                      -oOo-

18                     I N D E X

19   DONALD MARK RIDLEY:                              PAGE

20        Examination by Mr. Sanford....................4
          Examination by Mr. Morris....................79
21

22

23

24

25
```

| Donald Mark Ridley | 30(b)(6) |
|---|---|
| June 06, 2019 | Page 60 |

```
 1          Q.    How long has the assistant manager
 2   position been a salary position?
 3          A.    Since 1988.
 4          Q.    All assistant store managers are salaried?
 5          A.    No.
 6          Q.    Which ones are not?
 7          A.    I don't know the exact ones off the top of
 8   my head.
 9          Q.    Do you know why some of them are not
10   salary?
11          A.    Yes.
12          Q.    Please, tell us.
13          A.    There was a law that was going to be
14   changed that set the minimum pay for salaried
15   employees.  When we heard about the law going into
16   effect, we made adjustments to anybody below that pay
17   level.  Even though -- and we have stuck with that
18   even though that law actually, I don't believe, ever
19   went into place.  We just haven't changed back.
20          Q.    Provided that the assistant store
21   manager's salary exceeded the proposed minimum salary
22   requirement of the Obama era regulation that was
23   going to change the minimum salary for salary
24   positions, no assistant store manager's treatment as
25   either exempt or nonexempt has been changed since
```

```
 1  beyond topic, foundation.
 2          THE WITNESS:  We've not done a study of
 3  the work specifically.
 4      Q.  (BY MR. SANFORD)  Okay.  Can you please
 5  describe any steps taken by Ridley's to ensure that
 6  the primary duties performed by assistant store
 7  managers were exempt in nature?
 8      A.  We had the -- we had the job description.
 9  We had the position reviewed by an attorney.
10      Q.  What year was that?
11      A.  This year.
12      Q.  Prior to this year when was the last time
13  that the job description was reviewed?
14      A.  We have not to my knowledge.
15      Q.  Okay.  When was the last time that the
16  written job description was compared to the actual
17  duties being actually performed by actual ASMs?
18      A.  It has not.
19      Q.  Okay.  Has Ridley's had a complaint of any
20  kind either to itself, you know internally, or to a
21  state or federal agency about wage issues in the last
22  three years?
23      A.  Yes.
24      Q.  Other than Mr. Esparsen, what are you
25  thinking of?
```

| | |
|---|---|
| Donald Mark Ridley<br>June 06, 2019 | 30(b)(6)<br>Page 64 |

```
 1   by a government agency?
 2              MR. MORRIS:  Foundation, off topic.
 3              THE WITNESS:  So, no, none of the
 4   complaints regarding off-the-clock hours were
 5   investigated by a government agency.
 6        Q.   (BY MR. SANFORD)  Is it true that the
 7   policies, guidelines, and directives from operations
 8   are designed so that if they're implemented properly
 9   no hourly employees ask to work off the clock?
10        A.   Our policy is to not allow people to work
11   off the clock.
12        Q.   And that applies at the Gypsum store and
13   all other locations?
14        A.   That policy applies company wide.
15        Q.   I feel like you kind of answered this
16   earlier, but I'm going to ask it very precisely.  No
17   complaints about misclassification from any assistant
18   managers/assistant store managers other than
19   Mr. Esparsen?
20        A.   That's correct.
21        Q.   What is the name of each human who
22   participated in the gathering of the documents that
23   have been given to plaintiffs' counsel in this case?
24              MR. MORRIS:  Foundation.
25              THE WITNESS:  I probably wouldn't be
```

```
 1                    REPORTER'S CERTIFICATE

 2
     STATE OF UTAH              )
 3                              )  ss.
     COUNTY OF SALT LAKE        )
 4

 5             I, Tamra J. Berry, Registered Professional
     Reporter in and for the State of Utah, do hereby
 6   certify:

 7             That prior to being examined, the witness,
     DONALD MARK RIDLEY, was by me duly sworn to tell the
 8   truth, the whole truth, and nothing but the truth;

 9             That said deposition was taken down by me
     in stenotype on June 6, 2019, at the place therein
10   named, and was thereafter transcribed and that a true
     and correct transcription of said testimony is set
11   forth in the preceding pages;

12             I further certify that, in accordance with
     Rule 30(e), a request having been made to review the
13   transcript, a reading copy was sent to Mr. Morris for
     the witness to read and sign and then return to me
14   for filing with Mr. Sanford.

15             I further certify that I am not kin or
     otherwise associated with any of the parties to said
16   cause of action and that I am not interested in the
     outcome thereof.
17
               WITNESS MY HAND AND OFFICIAL SEAL this
18   18th day of June, 2019.

19

20

21

22   _____

23             Tamra J. Berry, RPR, CSR

24

25
```