IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01070-PAB-KLM

STANTON MEATS,
KRESTINA COOMBS,
DAVID DAVIS,
BRIAN DONOVAN,
CHRIS GALLEGOS,
DESTINY GLANTZ,
CAMERON HARRIS,
JULIE ANNE NEIL,
ANDREZ RIOS,
JARED WHITAKER,
WILLIAM WULF, and
JASON CARILLO,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal without Prejudice of Plaintiff Jason Carillo [Docket No. 35].

    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that the "plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared." "Although Rule 41(a)(1)(A) refers to dismissal of the 'action,' the rule permits the dismissal of fewer than all parties so long as all claims against a particular party are dismissed." *Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.,* 2022 WL 881575, at *2 n.4 (10th Cir. Mar. 25, 2022) (unpublished). The parties have stipulated to the dismissal of plaintiff Jason Carillo. Docket No. 35 at 1. All parties who have appeared signed the stipulated dismissal. *Id*. at 2.

    Furthermore, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated to

dismissal without prejudice.  Docket No. 35 at 1.  Therefore, Jason Carillo was dismissed from this case without prejudice as of the entry of the stipulation of dismissal.

For the foregoing reasons, it is

**ORDERED** that the Joint Stipulation of Dismissal without Prejudice of Plaintiff Jason Carillo [Docket No. 35] is **GRANTED.**

DATED May 8, 2023.