IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1070-PAB-KLM

**Stanton Meats, Jason Carillo,
Krestina Coombs, David Davis,
Brian Donovan, Chris Gallegos,
Destiny Glantz, Cameron Harris,
Julie Anne Neil, Andrez Rios,
Jared Whitaker and William Wulf,**
          Plaintiffs,

v.

**Ridley's Family Markets, Inc.,**
          Defendant.

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINIFFS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Stanton Meats, Krestina Coombs, David Davis, Brian Donovan, Chris Gallegos, Destiny Glantz, Cameron Harris, Julie Anne Neil, Andrez Rios, Jared Whitaker and William Wulf, by and through undersigned counsel, for their Unopposed Motion to Extend the Deadline for Plaintiffs to Respond to Defendant's Motion for Summary Judgement ("Motion") state and allege as follows:

1. Plaintiffs filed this action on May 02, 2022. *See* ECF No. 1.

2. On April 20, 2023, Defendant filed the pending Motion for Summary Judgement. *See* ECF No. 36. Plaintiffs' current deadline to respond to that Motion is May 11, 2023.

5. Plaintiffs respectfully request a 14-day extension of time to respond to Defendant's Motion for Summary Judgment.

Page 1 of 3
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (Col.) No. 1:22-cv-1070
Unopposed Motion to Extend the Deadline for Plaintiff to Respond to Defendant's
Motion for Summary Judgment

6. Plaintiff requests this extension because they need further time to properly evaluate and respond to Defendant's Statement of Disputed Facts, as well as to properly format their Response.

7. Plaintiffs' counsel has conferred with Defendant's counsel, and Defendant's counsel has advised that Defendant does not oppose this extension.

8. Plaintiffs make this request in good faith; this motion is made for good cause and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiffs respectfully pray that the Court grant this Motion and extend Plaintiffs' time to respond to Defendant's Motion for Summary Judgment up to and including May 25, 2023.

Respectfully submitted,

**STANTON MEATS, KRESTINA COOMBS, DAVID DAVIS, BRIAN DONOVAN, CHRIS GALLEGOS, DESTINY GLANTZ, CAMERON HARRIS, JULIE ANNE NEIL, ANDREZ RIOS, JARED WHITAKER and WILLIAM WULF, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Page 2 of 3
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (Col.) No. 1:22-cv-1070
Unopposed Motion to Extend the Deadline for Plaintiff to Respond to Defendant's
Motion for Summary Judgment

## CERTIFICATE OF SERVICE

      I, Sean Short, do hereby certify that, on the date imprinted by the Court's electronic filing system, a true and correct copy of the foregoing MOTION was electronically filed, which will provide notice to all interested parties of record.

                                          */s/ Sean Short*
                                          **Sean Short**

Page 3 of 3
**Stanton Meats, et al. v. Ridley's Family Markets, Inc.**
**U.S.D.C. (Col.) No. 1:22-cv-1070**
**Unopposed Motion to Extend the Deadline for Plaintiff to Respond to Defendant's**
**Motion for Summary Judgment**