**In the Matter Of:**

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS

**DESTINY GLANZ**

*January 21, 2022*



**JD Legal Support**

**2901 W. Bluegrass Blvd., Ste. 200**

**Lehi, Utah 84043**

```
 1               IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3

 4     Civil Action No.  1:18-cv-01556-RM-GPG

 5

 6     JONATHAN ESPARSEN, Individually and    ) CERTIFIED COPY
       on behalf of All Others Similarly      )
 7     Situated,                              )
                                              )
 8                       Plaintiff,           )
       vs.                                    )
 9                                            )
                                              )
10     RIDLEY'S FAMILY MARKETS, INC.,         )
                                              )
11                       Defendant.           )

12

13            VIDEO DEPOSITION OF DESTINY GLANZ

14          Friday, January 21, 2022, 9:00 a.m.

15

16

17

18          BE IT REMEMBERED that the video deposition
       of Destiny Glanz was taken by the attorney for the
19     defendant by Zoom, before Sandra D. Terrill, Court
       Reporter and Notary Public, in and for the State of
20     Idaho, in the above-entitled matter.

21

22

23

24

25
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                                    Page 2

```
 1                    A P P E A R A N C E S

 2
      For the Defendant:
 3            SNELL & WILMER LLP
              BY:  DAVID P. WILLIAMS
 4            15 West South Temple, Suite 1200
              Salt Lake City, Utah  84101
 5            (801) 257-1900
              dawilliams@swlaw.com
 6

 7    For the Plaintiff:
              SANFORD LAW FIRM, PLLC
 8            BY:  APRIL RHEAUME
              10800 Financial Centre Parkway
 9            Kirkpatrick Plaza, Suite 510
              Little Rock, AR  72211
10            (800) 615-4946
              april@sanfordlawfirm.com
11

12    The Videographer:
              Kyle Stolis
13            (763) 439-0944
              ks2@otsvideo.com
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    E X A M I N A T I O N

 2

 3   DESTINY GLANZ                                   Page

 4      BY MR. WILLIAMS..............................   5
        BY MS. RHEAUME...............................  61
 5      BY MR. WILLIAMS..............................  62

 6

 7

 8

 9

10                      E X H I B I T S

11
     No.                                             Page
12
     1.    Consent to Join Collective Action.........   6
13

14

15

16

17

18

19

20

21

22

23

24

25
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1                  (The deposition proceeded at 9:02 a.m.

 2     as follows:)

 3                  THE VIDEOGRAPHER:  This is the start of media

 4     labeled No. 1 of the video-recorded deposition of

 5     Destiny Glanz in the matter of Esparsen et al. versus

 6     Ridley's Family Markets, Inc., in the United States

 7     District Court for the District of Colorado, Case

 8     No. 1:18-cv-01556-RM-GPG.

 9                  This deposition is being held remotely

10     on Thursday, January 20th, at approximately 9:02 a.m.

11     Mountain Time.

12                  My name is Kyle Stolis.  I'm the legal

13     video specialist from JD Legal Support.  The court

14     reporter is Sandy Terrill also in association with JD

15     Legal Support.

16                  At this time would counsel please

17     voice -- identify themselves and state whom they

18     represent.

19             MS. RHEAUME:  This is April Rheaume and I

20     represent Plaintiff Esparsen and the collective.

21             MR. WILLIAMS:  And I'm David Williams on

22     behalf of Ridley's Family Markets.

23                  And, Kyle, I think you read the

24     incorrect date.  It is Thursday instead of Friday.

25             THE VIDEOGRAPHER:  I apologize.  Noted.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                                    Page 5

```
 1    Friday, January 20th.

 2            MR. WILLIAMS:  January 21st.

 3            THE VIDEOGRAPHER:  January 21st, thank you.

 4                 Will the court reporter please swear in

 5    the witness.

 6                      Destiny Glanz,

 7    produced as a witness at the instance of the

 8    defendant, having been first duly sworn, was examined

 9    and testified as follows:

10

11                        EXAMINATION

12    BY MR. WILLIAMS:

13         Q.   Good morning, Destiny.  Thank you for

14    appearing this morning.  Can you give us your current

15    address?

16         A.   It is 41 West 13th Street, Sheridan,

17    Wyoming 82801.

18         Q.   Okay.  And you've just been placed under

19    oath.  Do you understand the effect of that to

20    testify fully and truthfully to my questions?

21         A.   Yes.

22         Q.   And you're represented by counsel this

23    morning, Ms. Rheaume?

24         A.   Yes.

25         Q.   Okay.  Any reason why you can't give me
```

```
 1    truthful answers to my questions today?

 2          A.   No.

 3          Q.   Okay.  What did you do to prepare for

 4    this deposition?

 5          A.   I just spoke with my lawyer about it.

 6          Q.   Okay.  Didn't review any documentation

 7    or anything?

 8          A.   No.

 9          Q.   Okay.  You've made the decision to be

10    part of this lawsuit; that's correct?

11          A.   Yes.

12          Q.   Okay.  You're on your iPhone so I -- I

13    don't have very many exhibits, but I want to

14    introduce just a couple of these and hopefully you

15    can see them.  Give me one second.  Can everyone see

16    that?

17          A.   I can, yes.

18          Q.   Okay.  And for your benefits, Destiny,

19    I'll enlarge it.  I'm showing you what is going to be

20    marked as Exhibit 1 to your deposition, a document

21    entitled consent to join collective action.  Is this

22    a document that you recognize?

23          A.   Yes.

24          Q.   Okay.  Is that your signature?

25          A.   Yes, it is.
```

```
 1             Q.    Dated March 27, 2020?

 2             A.    Yes.

 3             Q.    Okay.  Before you signed this document,

 4      before you made the decision to become part of the

 5      litigation, had you heard anything about the

 6      litigation?

 7             A.    No.

 8             Q.    Before you heard about the case, had you

 9      ever considered that you were treated unfairly at

10      Ridley's?

11             A.    No.

12             Q.    Never complained to anyone about having

13      a management role or anything at the store?

14             A.    No, I did not.

15             Q.    Didn't want to have less responsibility

16      or pay, did you?

17             A.    No.

18             Q.    Okay.  What made you become part of the

19      litigation?  What made you decide to do that?

20             A.    I just worked, you know, over 40 hours a

21      week and just didn't feel I was compensated for it.

22             Q.    Did you have any discussions with anyone

23      before deciding to join the litigation?

24             A.    No, I did not.

25             Q.    Okay.  What are your expectations in the
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

1      litigation?

2            A.   Just -- I'm just going to go with, you

3      know, my lawyer and hope that she gets the best deal

4      for me.

5            Q.   Okay.  Do you have an amount in mind

6      that you think would fairly compensate you?

7            A.   No, I do not.

8            Q.   Okay.  And I assume that you wish to

9      continue with the litigation or are you changing your

10     mind?

11           A.   No.  I want to continue.

12           Q.   Okay.  You're still employed by

13     Ridley's; is that correct?

14           A.   Yes.

15           Q.   As an assistant store manager?

16           A.   Correct.

17           Q.   Okay.  I want to get some background

18     information.  We'll start with your education.  Did

19     you graduate from high school?

20           A.   I did.

21           Q.   Okay.  What high school and when?

22           A.   Sheridan High School, 1996.  It is in

23     Sheridan, Wyoming.

24           Q.   Okay.  After high school did you attend

25     any college or vocational school or secondary

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    education?

 2            A.    I did a little bit of college but I

 3    didn't graduate any degrees in college.

 4            Q.    Okay.  Where did you attend college?

 5            A.    Sheridan College.

 6            Q.    Sheridan College.  Is that a community

 7    college in Sheridan?

 8            A.    It is, yes.

 9            Q.    Okay.  How long did you study there?

10            A.    I believe two years.

11            Q.    Okay.  You tell me you didn't graduate,

12    no associate's degree or anything?

13            A.    No.

14            Q.    Okay.  What course of study were you

15    pursuing at the time?

16            A.    At the time I was pursuing hospitality

17    management.

18            Q.    Okay.  In connection with hospitality

19    management did you take any business or management

20    courses?

21            A.    No, I did not.

22            Q.    Just getting your generals out of the

23    way?

24            A.    Yeah.

25            Q.    Okay.  Besides Sheridan College did you
```

```
 1    attend any other post-high school facilities,

 2    educational facilities?

 3           A.   No, I did not.

 4           Q.   Okay.  Do you have any professional

 5    licenses or certifications?

 6           A.   No.

 7           Q.   Okay.  And according to my records you

 8    were first employed by Ridley's on March 3rd of 2015.

 9    Does that sound right?

10           A.   Yes.  That's correct.

11           Q.   Okay.  And your first job with Ridley's

12    was deli manager?

13           A.   Correct.

14           Q.   Okay.  So I want to talk about your

15    employment history before that, before you came to

16    Ridley's.  So what was the first job you had -- the

17    last job you had before you went to Ridley's?

18           A.   I worked at Walmart for 16 and a half

19    years.

20           Q.   Okay.  I assume that you had different

21    jobs during that 16 and a half years?

22           A.   I did.  I worked in --

23           Q.   Let's start at the beginning.

24           A.   Okay.  Man, in the beginning.  That was

25    a long time ago.  I was just a sales associate,
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1   stocked shelves.  I worked until close and then as
 2   the years went on I went through different
 3   departments.  I worked in the meat department, in the
 4   deli and garden center.  I moved to many different
 5   stores over the years.  And when I quit in 2014, I
 6   was the deli manager before I quit the store.  Spent
 7   most of my time working in the deli.
 8           Q.   Okay.  So deli manager, tell me -- tell
 9   me what that entailed.
10           A.   In charge of people.  I had a crew of
11   about eight people and I would make sure that they
12   were, you know, getting their tasks every day done.
13   Sometimes I'd have to go in and help close, you know,
14   if I didn't have a person show up, you know.  It was
15   my responsibility to kind of fill in where somebody
16   wasn't there.  I'd order the product for the shelves
17   and for our chubs of meat.  Basically I was just
18   doing all the paperwork, getting all my on hands and
19   everything correct and making sure everything was
20   running smoothly.
21           Q.   Okay.  Did you do scheduling for your
22   employees?
23           A.   No. I never did any scheduling with
24   Walmart.
25           Q.   Okay.  But you directed a crew of eight
```

```
 1   people, you say?

 2          A.   I -- I believe that it was about eight

 3   people.

 4          Q.   Okay.  So, I mean, typical deli manager

 5   you're directing people where to work and basically

 6   overseeing them and training them, if they have to

 7   be, and what have you?

 8          A.   Correct.

 9          Q.   Okay.  How long were you the deli

10   manager at Walmart?

11          A.   About six months before I quit.

12          Q.   Did you have any management positions at

13   Walmart before the deli manager?

14          A.   No, I did not.

15          Q.   Okay.  How did you get your job as the

16   deli manager at Walmart?

17          A.   They put up the position as an open

18   position and interviewed for it.  So I had to

19   interview with my assistant manager that was in

20   charge of that area.  Picked between -- I think there

21   was two or three of us that interviewed for it.

22          Q.   Why did you leave Walmart?

23          A.   I was living in Rapid City, South

24   Dakota, and I could not afford to live down there

25   anymore so I moved back home to Sheridan, Wyoming.
```

```
 1              Q.   Okay.  And so that was -- this was at
 2      the Walmart in Rapid City?
 3              A.   Yes.
 4              Q.   Okay.  Did you have a job before
 5      Walmart?
 6              A.   I think I just worked at the college
 7      here in Sheridan, Wyoming --
 8              Q.   Okay.
 9              A.   -- doing, like, yard maintenance and
10      stuff.
11              Q.   Okay.  What took you from Sheridan to
12      Rapid City?
13              A.   A relationship.
14              Q.   Okay.  So you ended your position at
15      Walmart in 2014, towards the end of 2014; is that
16      accurate?
17              A.   Yes.  That's correct.
18              Q.   Okay.  And between that time and your
19      position with Ridley's in March 2015 did you not have
20      a job?
21              A.   I worked at Wendy's here in Sheridan for
22      about a month and a half in between just as something
23      to do.
24              Q.   And what did you do at Wendy's?
25              A.   I made sandwiches, did dishes.  I was --
```

```
 1   I was just a crew member.
 2          Q.   No -- no management title or duties?
 3          A.   No.  No.
 4          Q.   Okay.  At Walmart when you were the deli
 5   manager, were you paid hourly or paid a salary?
 6          A.   Hourly.  All with my --
 7          Q.   Okay.  So how did you -- well, first let
 8   me ask you this:  According to my records you were
 9   the deli manager at Ridley's and then it looks like
10   approximately a year, maybe less than a year, you
11   were made assistant manager; is that correct?
12          A.   Yes.  That's correct.
13          Q.   Okay.  So you've only had the two
14   positions at Ridley's?
15          A.   Yes.
16          Q.   Okay.  So let's talk about deli manager.
17          A.   Okay.
18          Q.   How did you come to get the job with
19   Ridley's as deli manager?
20          A.   Well, at first I had applied for
21   Safeway, and that was before I moved back to Sheridan
22   from Rapid I had applied, went in and interviewed.
23   And they told me that they were changing over to
24   Ridley's within, like, the next month after that
25   interview.  So they had me go ahead and just apply
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

1    for Ridley's, and I did that.  And they came up and

2    did interviews here in Sheridan, and I got chose that

3    way as being their deli manager.

4         Q.   Okay.  Did you -- you said you filled

5    out an application?

6         A.   Yes.

7         Q.   How did you hear about the job?

8         A.   From the assistant manager that

9    interviewed me at Safeway.

10        Q.   Okay.  And who was the assistant

11   manager?

12        A.   His name was Nate Bowie.

13        Q.   Nate.  Did Nate become the assistant

14   manager at Ridley's when it was purchased?

15        A.   He did, yes, for a while.

16        Q.   Okay.  So Nate interviewed you as an

17   assistant manager at Safeway?

18        A.   Yes.

19        Q.   Okay.  Did you ever interview with

20   anyone from Ridley's?

21        A.   Yes, I did.  I interviewed with David.

22        Q.   Peterson?

23        A.   I can't remember his last name.

24        Q.   Is it Peterson?

25        A.   Yes.  Peterson.

```
 1            Q.    And do you know what David Peterson's
 2    title was?
 3            A.    No, not off the top of my head, I don't.
 4            Q.    Was he the regional manager at the time?
 5            A.    I believe so, yes.
 6            Q.    Okay.  He wasn't at the store?  He was a
 7    level -- a level above the individual store, correct?
 8            A.    Yes.
 9            Q.    And who was it that informed you that
10    you had the job with Ridley's?
11            A.    David Peterson.  He called me.
12            Q.    Okay.  And the date March 3rd of 2015,
13    is that the date that the purchase went through, the
14    sale closed, and Safeway became Ridley's?
15            A.    I believe so.
16            Q.    Okay.  Was that your actual first day of
17    working at that facility?
18            A.    Yes.
19            Q.    Okay.  So you were the deli manager at
20    Walmart so you had some experience as deli manager?
21            A.    I did.
22            Q.    Was -- was the job basically the same
23    for Ridley's as you had for deli manager at Walmart?
24            A.    For the most part.  Ridley's does a lot
25    more, like, fresh-made stuff where Walmart's is,
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    like, a lot of prepackaged or kits that you make

 2    sandwiches with.  Ridley's they make a lot of stuff

 3    by hand basically.

 4         Q.    What -- what size of crew did you

 5    supervise?

 6         A.    I think I had four people, four to five

 7    people under me at Ridley's to begin with.

 8         Q.    Okay.  Similar situation where you're

 9    kind of overseeing them and directing their work and

10    telling them what to do --

11         A.    Yes.

12         Q.    -- and making sure things get done?

13         A.    Yes.

14         Q.    Okay.  Did you have had any authority to

15    discipline?  Did you ever do that?

16         A.    I had the authority to, but the store

17    manager had the final say in it.

18         Q.    Okay.  Did you ever recommend people for

19    discipline?

20         A.    Not that I remember.

21         Q.    Okay.  Did you ever report anybody?  You

22    say that the store manager had that authority, but at

23    some point they have to figure out who to discipline,

24    so what was your role in that?

25         A.    If I had like a problem or a complaint,
```

1  I would go and talk to him and he would decide if we

2  needed to write them up.

3         Q.   Okay.  Did you participate in the

4  periodic reviews of your employees, the performance

5  reviews?

6         A.   Yes.

7         Q.   Okay.  Were those done on -- are those

8  twice yearly?

9         A.   I believe so, yes.

10        Q.   Okay.  Would you interview applicants

11 for -- for the deli positions?

12        A.   No.

13        Q.   Okay.  Did you ever look at any résumés

14 for people coming into the deli?

15        A.   No.

16        Q.   Okay.  How were deli employees hired?

17        A.   The store manager --

18        Q.   The store manager?

19        A.   -- he would hire.

20        Q.   Okay.  Did you have any input whatsoever

21 in that?  Just new people would show up or what?

22        A.   Not in the deli, I didn't have any input

23 in it.

24        Q.   Okay.  What other duties and

25 responsibilities did you have as the deli manager?

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1            A.    I would have to order, do inventory,
 2    make sure that, you know, like the temp logs and
 3    production logs and everything were being filled out
 4    correctly every day.
 5            Q.    Okay.  Did you have a regular schedule
 6    that you maintained?
 7            A.    For the most part, yes.  I did work a
 8    lot of overtime.
 9            Q.    Okay.  What were your -- what were your
10    -- what was your regular schedule?
11            A.    I believe it was 6:00 a.m. to 3:00 p.m.
12            Q.    40 hours a week?
13            A.    Yes.
14            Q.    Plus whatever overtime you worked?
15            A.    Exactly.
16            Q.    Okay.  And you were paid on an hourly
17    basis?
18            A.    Yes.
19            Q.    Okay.  Who was your assistant manager at
20    the time?
21            A.    Nate Bowie.
22            Q.    Nate continued to be your assistant
23    manager?
24            A.    Yes.
25            Q.    Okay.  As -- as the deli manager did you
```

```
 1    interact with Nate on a regular basis?

 2          A.   I did.

 3          Q.   Okay.  What -- for what?

 4          A.   He would just check in to make sure that

 5    things were going good, and if I had any problems or

 6    questions, he would just help me out.

 7          Q.   Okay.  Was Nate over the deli department

 8    at the time?

 9          A.   Nate was over the whole store as an

10    assistant.

11          Q.   Okay.  And so he had the authority to

12    come in and make sure things were going okay?

13          A.   Yes.

14          Q.   Did you ever report employee issues to

15    him to help address?

16          A.   I don't remember off the top of my head.

17          Q.   Something you could have done but you

18    just don't remember?

19          A.   Yeah.  Probably, yes.

20          Q.   Okay.  Do you remember Nate ever, you

21    know, offering advice for employees, discipline or

22    advancement or promotions or hiring or anything like

23    that?

24          A.   I don't.

25          Q.   Okay.  Is that something he could have
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                    Page 21

```
 1   done, you just don't remember or --
 2          A.   Yeah.  Yes.
 3          Q.   Okay.  Did Nate give you any training
 4   for your position?
 5          A.   No.
 6          Q.   Did you need training for your position?
 7   I mean, you had been a deli manager for sixteen --
 8   six months?
 9          A.   I didn't really.  They had another deli
10   manager come up from another store and do some
11   training with me.
12          Q.   Okay.  Who was that?
13          A.   I can't remember her name.  It was --
14   she quit shortly after she trained me.
15          Q.   Fair enough.  So how was it that you
16   became employed as assistant store manager?
17          A.   Nate decided to move on to a different
18   job completely and the position came open and my
19   store manager at the time asked me if I was
20   interested.  The other lady that he asked was not
21   interested in it, and I had always wanted to move up
22   some.  So I wanted to try it out.  And over the phone
23   I had a bit of an interview with David Peterson
24   before everything took effect as assistant manager.
25          Q.   Okay.  Did you have to fill out an
```

```
 1    application?

 2            A.    No, I did not.

 3            Q.    Okay.  You interviewed with the store

 4    manager and with Mr. Peterson?

 5            A.    Yes, over the phone.

 6            Q.    Okay.  Who was the store manager at the

 7    time?

 8            A.    Steve Ralston.

 9            Q.    Steve Ralston.  Okay.  What were you

10    told about the position by either Mr. Ralston or

11    Mr. Peterson?

12            A.    I was just told the responsibilities of

13    the position.

14            Q.    Okay.

15            A.    And the pay.

16            Q.    Okay.  What were you told about the

17    responsibilities?

18            A.    That I would be in charge of the store

19    when the store manager was not in the store.  I would

20    help fill in wherever needed.

21            Q.    Okay.  Anything else that you remember

22    about --

23            A.    I don't.

24            Q.    -- what they told you?  Okay.  What did

25    they tell you about your pay?
```

```
 1            A.   They told me -- they gave me -- I think
 2    it was a weekly -- I was salary in the beginning so
 3    it was like a weekly amount.  And then after so long
 4    I bumped up a little bit, but I don't remember how
 5    often I increased in pay.
 6            Q.   Okay.  They explained -- did they tell
 7    you that the position was exempt?
 8            A.   What does "exempt" mean?
 9            Q.   And that's -- I mean, do you remember
10    them ever using that term?
11            A.   No, I do not.
12            Q.   Okay.  But they explained to you that
13    you would be paid on a salary basis?
14            A.   Yes.
15            Q.   Okay.  And you said salary basis at the
16    first.  Has that changed over time?
17            A.   Yes.  Just last -- I think it was
18    February 28th of '21 they put me as an hourly
19    assistant manager.  They moved all assistant managers
20    in the company, I guess, to hourly.
21            Q.   Did they tell you why?
22            A.   They did not.
23            Q.   Okay.  So are you currently paid on an
24    hourly basis?
25            A.   I am.
```

```
 1          Q.   Do you get overtime?

 2          A.   Yes.

 3          Q.   Okay.  What's your hourly rate?

 4          A.   17.97.

 5          Q.   And that was in February of '21?

 6          A.   Yes.  At the end of February, beginning

 7    of March.

 8          Q.   Okay.  What did they tell you about the

 9    time commitment, about your hours?

10          A.   They -- I would work 110 hours every two

11    weeks so I would work a 60-hour week one week and a

12    50-hour week the next.  So I'd have one day off and

13    then two days off.  They'd pay me 80 hours regular

14    pay and 30 hours of overtime pay.  That's how they

15    work out the 110 hours.

16          Q.   And that's -- and is that how they did

17    it when you were first hired as assistant manager or

18    is that how they're doing it currently?

19          A.   That's currently.  I was just paid as a

20    base pay of salary for 110 hours every two weeks.

21          Q.   Okay.  Anything besides salary?  Did

22    they -- did you have a bonus program or anything like

23    that?

24          A.   There was for a while in the beginning

25    that we would get a bonus separate from our check and
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    now if we get a bonus, it's worked into our pay.
 2          Q.    Okay.  Did you get training to be an
 3    assistant store manager?
 4          A.    Not any more than just working with the
 5    store director.
 6          Q.    Okay.  Just kind of hands-on training as
 7    needed?
 8          A.    Yeah.
 9          Q.    Okay.  And you had prior experience
10    supervising employees, so that was not new to you?
11          A.    No.
12          Q.    What else -- what else was new to you?
13          A.    All the computer paperwork.  I had never
14    done any of that kind of stuff, so entering in, like,
15    sales and stuff for the day, we would have to type in
16    all the information from the day before and do the
17    book work.  That was stuff that I had never dealt
18    with.  I had never really dealt with, like, the safe
19    or anything.  I had never at Walmart or even as deli
20    manager I had never dealt with the safe.  So I had to
21    learn how to cashier and do a bunch of different
22    stuff that I had never really done before.
23          Q.    Okay.  You received benefits as an
24    assistant manager?
25          A.    Yes, I do.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                              Page 26

```
 1          Q.    Do you participate in the health
 2    insurance?
 3          A.    Yes.
 4          Q.    401(k) plan?
 5          A.    Yes.
 6          Q.    Any others that you remember?
 7          A.    No.
 8          Q.    You mentioned that you had gotten pay
 9    increases over the years.
10          A.    I did.
11          Q.    Okay.  How frequently?
12          A.    Yearly, I believe.
13          Q.    Okay.  Yearly increases.
14                So let's talk about working time.  You
15    said it alternates weeks between 50 and 60 hours a
16    week?
17          A.    Yes.
18          Q.    Okay.  How many days a week?
19          A.    Five one week and six the other.
20          Q.    Okay.  And what are the days that you
21    regularly work?
22          A.    I don't have set days off so it's just
23    whatever I'm scheduled.
24          Q.    Okay.  So it varies from week to week?
25          A.    Correct.
```

1          Q.    Okay.   What about daily time, do you

2    have a set schedule that you go in or does that vary

3    as well?

4          A.    It varies.   I either go in at 7:00 to

5    6:00, 9:00 to 8:00 or 11:00 to close.

6          Q.    Okay.   Do you -- are you able to pick

7    which schedule that you go on?

8          A.    No.

9          Q.    Who sets that schedule?

10         A.    The store manager.   He's the one that

11   writes the schedules.

12         Q.    Okay.   It's -- I think you mentioned

13   this previously, that there are times that the store

14   manager is not there so you're the senior manager

15   on-site; is that accurate?

16         A.    Yes.

17         Q.    Okay.   How much of your work time are

18   you the only manager on-site, the senior manager

19   on-site?

20         A.    Just mainly his days off or vacation.

21         Q.    Okay.   Are there times during your

22   regular schedule?   I mean, do you guys work duplicate

23   schedules or do you guys just overlap?

24         A.    He will work at 7:00 and I would come in

25   at 9:00 so we'd kind of overlap, and then we have

```
 1    another manager that comes in and closes.

 2         Q.    Okay.

 3         A.    So when he is, you know, at lunch, I'm

 4    in charge; or when he goes home, then I'm in charge.

 5         Q.    Okay.  So on any given day you'll be the

 6    senior manager on-site for two or three hours?

 7         A.    Probably about that, yes.

 8         Q.    Okay.  Do you get vacation time as an

 9    assistant manager?

10         A.    I do.

11         Q.    How much?

12         A.    It accumulates weekly.  I don't know

13    exactly how much it accumulates as.

14         Q.    Okay.  Does Ridley's have a sick leave

15    policy?

16         A.    No.  We use our PTO if we're sick.

17         Q.    PTO covers it all?

18         A.    Yes.

19         Q.    Okay.  So the store that you work at is

20    in Sheridan; is that correct?

21         A.    Correct.

22         Q.    Have you worked at any other stores for

23    Ridley's?

24         A.    Just for a week I had to go down and

25    cover in Pinedale in 2015.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                          Page 29

```
 1              Q.    Okay.  So you filled in for -- for
 2    another assistant manager that was not there?
 3              A.    No.  That was right after I was hired as
 4    the deli manager when I had to go down and cover
 5    because that manager that had come up and covered --
 6    or trained me, she had quit so they needed help
 7    covering.
 8              Q.    Okay.  So besides your week stint in
 9    Pinedale, have you worked at any other Ridley's
10    facilities?
11              A.    I have not.
12              Q.    Okay.  So do you -- you consider your
13    immediate supervisor to be whom?
14              A.    Ben Goddard, my store manager.
15              Q.    Store manager?
16              A.    Yes.
17              Q.    Okay.  How long has Ben been your store
18    manager?
19              A.    Almost three years, I believe.
20              Q.    Okay.  Who was your store manager before
21    Ben?
22              A.    Steve Ralston.
23              Q.    Steve?
24              A.    Yes.
25              Q.    And how long was he your store manager?
```

```
 1          A.    From the time I started until Ben got

 2    there.

 3          Q.    Okay.  So a long time?

 4          A.    There's only been --

 5          Q.    You've only had the two?

 6          A.    Yes.

 7          Q.    Okay.  So when you first became

 8    assistant store manager, you were under Steve

 9    Ralston?

10          A.    Correct.

11          Q.    And I assume that you guys worked

12    together just to make sure the store was functioning?

13          A.    We did.

14          Q.    Okay.  As assistant manager did you

15    supervisor or direct the work of any specific

16    employees, any group of employees?

17          A.    Not specifically, no.

18          Q.    Okay.  It's my understanding in some

19    stores that, you know, we have different departments.

20    Do you understand what I mean when I say "center

21    store"?

22          A.    Yes.

23          Q.    Okay.  And we've had discussions with

24    assistant managers that sometimes they're assigned

25    the center store.  Is that -- do you guys do that at
```

```
 1    your store?
 2            A.   Not really.  I have a grocery manager
 3    that's under me.  So she's in charge of the center
 4    store.
 5            Q.   Okay.  So you don't -- you don't
 6    specifically direct any employees on what to do?
 7            A.   No.
 8            Q.   Okay.  What about when the store manager
 9    is not there?
10            A.   If I need to, yes, I do.
11            Q.   Okay.  So that falls on you at that
12    point?
13            A.   Yes.
14            Q.   Okay.  Would that include, you know,
15    directing their work, telling them what to do, what
16    to do it, where to do it?
17            A.   Yes.
18            Q.   Okay.  How many employees would that be?
19            A.   I think we have 40 employees.
20            Q.   40 employees.  On any given day how many
21    would be working?
22            A.   10 to 15 probably at the most.
23            Q.   So when the store manager was there
24    you're telling me that you didn't direct any
25    employees as to what to do?
```

1          A.    No.

2          Q.    Okay.  Would you -- I mean, it seems

3    like, you know, if you're out on the floor and, you

4    know, there's a spill and, you know, somebody drops a

5    bottles of pickles or something, are you able to

6    direct somebody to clean that up or are you going to

7    go tell the store manager to find somebody to do it?

8          A.    No.  I -- we carry radios.  I'll ask

9    somebody over the radio to grab something to clean it

10   up.

11         Q.    Okay.  So you certainly have the

12   authority to direct people to do something?

13         A.    Yes.

14         Q.    Even when the store manager is there?

15   Okay.

16         THE REPORTER:  I'm sorry.  I just didn't get

17   an audible answer to that one.  "Even when the store

18   manager is there?"

19         THE WITNESS:  Yes.

20         Q.    BY MR. WILLIAMS:  Is that correct?

21         A.    Yes.

22         Q.    Okay.  Thank you.  That's a good

23   reminder that we have a court reporter taking down

24   everything we say so our answers have to be audible.

25              So did you -- as part of your duties and

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    responsibilities do you give instructions to

 2    employees?

 3           A.    Not really, no, I do not.

 4           Q.    At any time?

 5           A.    When the store manager is gone, I will

 6    if need be.

 7           Q.    Okay.  Assign tasks?  Do you assign

 8    tasks?

 9           A.    Occasionally, yes.

10           Q.    Okay.  Do you work on scheduling at all?

11           A.    No.

12           Q.    Okay.  Who does that?

13           A.    Ben.  The store manager.

14           Q.    The store manager?

15           A.    Yes.

16           Q.    Okay.  What about for the -- does he do

17    it for all the departments or do the other department

18    managers do it for their own departments?

19           A.    The other department heads do their own

20    schedule and then he makes sure that it all looks

21    good and then he'll input it all into the computer.

22           Q.    Okay.  As an assistant store manager,

23    have you ever handled an employee complaint, any

24    employees come to you and complain that you

25    addressed?
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1          A.   Yes.  I have addressed complaints
 2    before.
 3          Q.   Okay.  How frequently does that happen?
 4          A.   Not often.
 5          Q.   Do you have good workers or just not
 6    frequency of occurrence?
 7          A.   We are very shorthanded so we -- yeah,
 8    we have very few employees right now.
 9          Q.   Okay.  Do you do employee coaching?
10    Pardon?
11          A.   I do not.
12          Q.   You do not do any employee coaching?
13          A.   No.
14          Q.   Even when the manager, the store manager
15    is not there?
16          A.   When he's not there, I do, yes.
17          Q.   Okay.  So you do some employee coaching?
18          A.   Some, yes.
19          Q.   Okay.  Explain -- explain your coaching
20    process.
21          A.   I just mainly make sure that they know
22    how they're doing their job and if they need help,
23    then, you know, I explain to them how to do it or
24    help them do it.  I have taught people how to
25    cashier.  I obviously trained in the new deli manager
```

```
 1    after I got my new position.  Stuff like that.

 2            Q.    Any other training that you do of

 3    employees?

 4            A.    No.

 5            Q.    Okay.  Do you respond to disciplinary

 6    issues at all?

 7            A.    Only if need be.

 8            Q.    Okay.  Explain that.  When does

 9    discipline need to be done?

10            A.    If they need to be written up, I get

11    with the store manager and make sure that he agrees

12    that they need to be -- the disciplinary action needs

13    to be taken.  And ultimately he's the ultimate

14    decision maker on that.

15            Q.    Okay.  But you'll make the report to him

16    and tell him what is going on?

17            A.    Yes.

18            Q.    Make recommendations to him as to what

19    you think should happen?

20            A.    Yes.

21            Q.    Okay.  Does he fill out the paperwork or

22    do you fill out the paperwork?

23            A.    He does.

24            Q.    Have you ever filled out the paperwork?

25            A.    No.
```

```
 1              Q.   Never have.  Okay.  Have you ever filled

 2    out performance reviews for employees?

 3              A.   Only when I was deli manager.

 4              Q.   Only as deli manager?

 5              A.   Yes.

 6              Q.   Otherwise that's done by the store

 7    manager?

 8              A.   Yes.

 9              Q.   Okay.  Have you ever made

10    recommendations as to performance reviews?

11              A.   No.

12              Q.   Okay.  Nobody has ever come to you and

13    said how do you think this employee is performing?

14              A.   No.

15              Q.   Okay.  Do you have any input into hiring

16    decisions?

17              A.   Occasionally he will come to me and ask

18    me if I know somebody or if I know -- if I've heard

19    of anything about them.  But the ultimate hiring

20    decision is not mine.  It is his.

21              Q.   Have you ever participated in

22    interviews?

23              A.   Yes.

24              Q.   Is that something that you do as an

25    assistant manager?
```

```
 1              A.   Yes, occasionally.  Not all the time
 2      though.
 3              Q.   Okay.  And what determines whether
 4      you're going to participate or not?
 5              A.   He'll ask me if I want to sit in on it
 6      if I'm not busy doing something else.
 7              Q.   Okay.  Is it for any particular
 8      department that it falls under your jurisdiction or
 9      just random?
10              A.   Just random.
11              Q.   Okay.  Is that -- is that the same with
12      both Steve and Ben?  Is that how it's been?
13              A.   Yes.
14              Q.   Okay.  Same -- same question for
15      employee terminations, have you ever been involved in
16      employee terminations?
17              A.   No.
18              Q.   Okay.  Have you ever reported anybody
19      that was -- was eventually terminated?
20              A.   No.
21              Q.   Do you ever -- you said that you
22      recommended people for hire.  Was that people that
23      you knew or did you ever go through any résumés or
24      anything like that?
25              A.   It is not people that I know.  I mean,
```

```
 1    I've looked at the applications.  He'll ask me if I

 2    know, like I said, anything about them or if I've

 3    ever worked with them.  But other than that, I don't

 4    have any say in anything.

 5           Q.   What facilities do you use for

 6    applications?  Is it Indeed?

 7           A.   We do use Indeed occasionally.  All of

 8    our applications mainly come through TalentReef.

 9           Q.   Through Talent what?

10           A.   TalentReef.

11           Q.   TalentReef?

12           A.   Yeah.  It is when you go and apply at

13    the shopridleys.com.  That's what it comes through.

14           Q.   Okay.  Do you have access to the

15    applications that come through that?

16           A.   I can look at them, yes.

17           Q.   Okay.  Do you have -- do you look at

18    them periodically to see who is applying and who

19    wants to come work?

20           A.   Not -- not usually, no.

21           Q.   Okay.  But you have done that before?

22    Have you?

23           A.   Yes.

24           Q.   Okay.  Under what circumstances?

25           A.   If Ben asks me to go in and see if
```

```
 1   there's any new applicants in there.

 2         Q.   Okay.

 3         A.   Other than -- well, I won't proceed with

 4   any of the interviews or nothing.  That's all him.

 5         Q.   Okay.  Will he ever pull the

 6   applications off and say, you know, these ones look

 7   good or --

 8         A.   No.

 9         Q.   Nothing like that?

10         A.   No.

11         Q.   Okay.  As an assistant manager do you

12   have any input into setting pay rates?

13         A.   No, I do not.

14         Q.   Okay.  Never sat down with the store

15   manager and say this person needs a raise?

16         A.   No.

17         Q.   Okay.  Has anybody ever asked you if

18   someone is deserving of a raise or promotion?

19         A.   No.

20         Q.   Okay.  In all your sixteen years you've

21   never -- you've never been asked that question?

22         A.   No.

23         Q.   Okay.  As an assistant manager have you

24   ever been involved in recommending employees for

25   transfer or requesting employees to come into the
```

```
 1    store?

 2         A.   No, I have not.

 3         Q.   Okay.  You mentioned that you -- as

 4    assistant manager you had to learn and that you did

 5    considerable amounts of book work?

 6         A.   Yes.

 7         Q.   Describe that for me.  What do you do --

 8    what does that entail?

 9         A.   We have to count the safe and make sure

10    that we verify the money every morning.  And then we

11    have a stack of paperwork that we go in and enter

12    every day's daily sales for each department and make

13    sure that the day balances out.

14         Q.   Okay.  Do those eventually create weekly

15    or monthly reports?

16         A.   Weekly reports.

17         Q.   Okay.  Are you involved in the creation

18    of the weekly reports?

19         A.   No.  All the reports come from the

20    office.

21         Q.   So the data goes up and somebody else

22    creates the weekly reports?

23         A.   Yes.

24         Q.   And do you get the results back so that

25    you can review them?
```

```
 1          A.   Yes.

 2          Q.   Okay.  Do you -- do you review the

 3    weekly reports?

 4          A.   The only time I have to review the

 5    weekly reports is if Ben is on vacation.  He does all

 6    of the book work unless he's not there.  That's the

 7    only time I ever do the book work is if he's not

 8    there.

 9          Q.   Okay.  Otherwise he's doing it all?

10          A.   Yes.  He's very meticulous about his

11    book work.

12          Q.   Okay.  So, I mean, when Ben is not there

13    -- I mean, you would agree with me when Ben's not

14    there, you're the senior manager on-site and so that

15    all kind of falls on you?

16          A.   Correct.

17          Q.   But otherwise Ben does a lot of that?

18          A.   Yes.

19          Q.   Okay.  And you would agree with me that

20    you are the only one there, you know, on days --

21    vacation days that he takes plus typically two to

22    three hours per day; is that fair?

23          A.   Yes.

24          Q.   Okay.  And during that time you're

25    handling the store?  You're -- any problems that come
```

1    up, any employee issues that come up, that falls on

2    you?

3              MS. RHEAUME:  Object to the form.

4              THE WITNESS:  Yes.

5              Q.   BY MR. WILLIAMS:  Okay.  As assistant

6    manager did you decide or have any input into

7    merchandising, displays, or product assortment,

8    anything like that?

9              A.   I can make decisions on displays.

10   Mainly all of our displays are set.  They give us a

11   set deal for, like, weekly end caps and everything.

12   So unless we have an extra spot for display, it is

13   mainly all set for us.

14             Q.   Okay.  So what decisions would you be

15   making in that regard?

16             A.   Like if the pop vendors wanted to bring

17   in something specific, I could make that decision or

18   not make the decision, depending.

19             Q.   Okay.

20             A.   But mainly, like I said, everything is

21   pretty well set the way they want it from the office,

22   they --

23             Q.   What about product purchasing, did you

24   have authority to purchase products?

25             A.   Do you mean, like, ordering product?

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

Page 43

```
 1            Q.    Yeah.  Yes.

 2            A.    I order.  I have ordered for many

 3    different departments.

 4            Q.    Okay.  So that falls under your

 5    jurisdiction as an assistant store manager?

 6            A.    Yes.

 7            Q.    Okay.  Tell me what you do in that

 8    regard.

 9            A.    We have an order gun and we just have to

10    go and scan out-slows.  We have some departments in

11    the store that are under a computer-generated

12    ordering system.  And I just have to monitor that to

13    make sure it is not ordering, like, outrageous

14    amounts of stuff or not ordering stuff.  I have to

15    maintain, like, on hands and everything correct on

16    that system.

17            Q.    Okay.  Does it fall under your

18    jurisdiction to decide how much of any particular

19    product to order?

20            A.    A little bit, yes.

21            Q.    Okay.  So, for example, if you've got a

22    holiday coming up or a special event in the

23    community, you may order something extra of a certain

24    product; is that accurate?

25            A.    Yes.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1            Q.    Okay.  What about signage, did you have
 2    authority to put up signs or change signs or do
 3    anything like that for advertising?
 4            A.    No.
 5            Q.    Okay.  As assistant manager did you have
 6    any responsibilities for employee safety?
 7            A.    Yes.  We need -- we just need to make
 8    sure that all of our employees are working safe and
 9    that there's not, you know, unsafe work going on.
10            Q.    Okay.  So would it be fair to say that
11    as an assistant manager you're expected to be out in
12    the store and walking around and looking for problems
13    and looking for issues that need to be solved or
14    employees that aren't working or unsafe conditions?
15    All -- I mean, that's kind of your job, isn't it?
16            A.    Yes.
17            Q.    Okay.  What about customer safety, do
18    you have any responsibility for that?
19            A.    Yes.  We need to make sure that, you
20    know, the floors are clean and dry.  We have a log
21    that we have to fill out every hour to make sure that
22    the floors are swept and dry so that we don't have
23    any employee accidents, make sure that there's
24    nothing that they can trip over.
25            Q.    And that's part of your inspection
```

```
 1    process?

 2            A.   Yes.

 3            Q.   Okay.  If it's not clean or dry, what do

 4    you do?

 5            A.   We have to stand with the spill and get

 6    somebody to either get a mop or a broom or paper

 7    towels and then have caution cones put up.  We

 8    just can't walk --

 9            Q.   Okay.  So you'll stand at the spill and

10    they'll -- you'll find somebody to come clean it up

11    and make sure it is done properly?

12            A.   Yes.  We can't just walk away from them

13    because that, you know, could cause an accident.

14            Q.   Okay.  How often does that happen?

15            A.   Not as often as you would think really.

16            Q.   Okay.  Once a week, a couple times a

17    week?

18            A.   A couple times a week maybe.

19            Q.   Okay.  Staying on the safety theme, do

20    you have to fill out incident reports or anything

21    like that?

22            A.   I have, yes, if we've had, like,

23    customers that have slipped or fallen.  I've filled

24    out a couple of them for customers.  When we do that,

25    we have to take pictures of the surrounding area and
```

 1   make sure that we see what they slipped on or tripped

 2   on in the pictures just so that we have, you know,

 3   backup proof.  I have had a couple employees fill out

 4   incident reports with me on them getting a little bit

 5   hurt.  They have never gone any further than just

 6   being filled out.

 7          Q.   Okay.  That's -- I mean, that's

 8   something that you typically do as an assistant

 9   manager?

10          A.   I've done it a few times, yes.

11          Q.   Okay.  What about employee injuries,

12   lots of paperwork that needs to be done with that,

13   first reports of injury, stuff like that.  Is that

14   something that you are involved in?

15          A.   I have been, yes.  And, like I said, the

16   ones I've had to fill out actually have never gone

17   any further than just being filled out.  They've

18   never had to go to the doctor or nothing.

19          Q.   Okay.  As assistant manager did you have

20   any responsibility for input into store security?

21          A.   No.

22          Q.   Okay.  You mentioned that you had to

23   learn how to use the safe?

24          A.   Correct.

25          Q.   Tell me about that.

```
 1              A.   It is a combination safe so I had to

 2    just learn, you know, the maneuvers of the safe

 3    combination because I've never used a spin dial safe

 4    before that.  So it was fun.  The safe code's been

 5    changed numerous times over the years that I've been

 6    there.

 7              Q.   I would hope so.

 8              A.   Yeah.

 9              Q.   What -- so what goes in the safe?

10              A.   All of the money.

11              Q.   Okay.

12              A.   If we have any, like, wallets or purses

13    or credit cards or anything that have been lost and

14    turned in, those will go in there as well.  The extra

15    key to the pharmacy goes in there.

16              Q.   Is that emptied out at the end of the

17    day?

18              A.   The safe?

19              Q.   Yes.

20              A.   In the morning.  We'll do a deposit in

21    the mornings and it goes to the bank.

22              Q.   Okay.  Who does the deposits?

23              A.   If I'm opening, I do and take them to

24    the bank.  If not it is Ben or we have Desiree who

25    does our morning books.  She gets the safe counted
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1   and verified in the mornings for us five days a week.

 2          Q.   Okay.  Do you have procedures?  For

 3   example, shoplifting, do you have shoplifting

 4   procedures?

 5          A.   Not really.  We have very -- we have

 6   trouble catching them.  We have a lot of theft that

 7   we just find laying on the shelves and stuff, but

 8   we've never actually -- we don't have, like, a

 9   security person or anything like that.  We have

10   followed a few people and watched them.  But other

11   than that we've -- we don't have any security other

12   than a few cameras.

13          Q.   Okay.  Have you ever personally reported

14   shoplifting?

15          A.   Yes.

16          Q.   Okay.  How frequently?

17          A.   I've only done it one time that I

18   actually had to have the cops involved.

19          Q.   Okay.  What about employee theft, is

20   that a problem?

21          A.   No.

22          Q.   Okay.  You haven't ever had that crop

23   up?

24          A.   No.

25          Q.   Okay.  Is there an alarm system at the
```

```
 1    store?

 2           A.    Just in the pharmacy and on our -- we

 3    have a back fire door that has a security on it.

 4           Q.    Okay.  Have you ever been involved in

 5    any alarm incidents or anything like that?

 6           A.    Just the other night the pharmacist had

 7    left, set the alarm, and then I think she said she

 8    forgot something in the pharmacy so she had to go

 9    back in, and I guess when she reversed the code and

10    came back out again, it set it off and the police

11    department showed up.  That's the first I had ever

12    heard that alarm go off.

13           Q.    Did -- who -- did you deal with the

14    police department when they showed up?

15           A.    Yes.  I actually was in the office and I

16    got a phone call from the police department here in

17    town, and they said that there's an officer outside

18    that wanted to speak with me or an employee.

19           Q.    Okay.  You mentioned that you're in the

20    office, and it is my understanding that there's a

21    common office for managers to use; is that correct?

22           A.    Correct.

23           Q.    Okay.  And how big is the office?

24           A.    It is decent sized.  There's a

25    decent-sized desk in there and two chairs.
```

1        Q.    Just one desk?

2        A.    Yes.

3        Q.    And that's shared between you and the

4   store director and who else?

5        A.    Our closing manager.

6        Q.    Okay.  Whoever has need to access the

7   computer or talk to an employee or something can use

8   that office?

9        A.    Correct.

10       Q.    Okay.  As assistant manager did you have

11  any responsibility for or input in planning budgets?

12       A.    No.

13       Q.    Okay.  Do you ever review any store

14  budgets?

15       A.    No.

16       Q.    Okay.  What about legal compliance

17  issues, do you have any responsibility for any legal

18  compliance issues like employee posters or mandatory

19  training or anything like that?

20       A.    No.

21       Q.    Okay.  Who is in charge of making sure

22  the employee posters are in the workplace?

23       A.    Ben, the store manager.

24       Q.    Okay.  Have you ever done that?  Have

25  you ever checked on them, made sure they're posted

```
 1    and showing?

 2            A.   I have not.

 3            Q.   Okay.  You have an employee handbook

 4    that everybody has access to; is that correct?

 5            A.   Yes.

 6            Q.   Okay.  The employee handbook has

 7    policies in it; is that correct?

 8            A.   It does.

 9            Q.   Okay.  As assistant manager does it fall

10    upon you to make sure people are following those

11    policies?

12            A.   Occasionally, yes.

13            Q.   Okay.  How -- how occasionally?

14            A.   Just --

15            Q.   When it comes up?

16            A.   Yeah, basically.  Not very often really.

17            Q.   Okay.  As assistant manager have you

18    been involved in investigating employee complaints?

19            A.   No.

20            Q.   Okay.  Have you ever had employees

21    complain of harassment or discrimination?

22            A.   No.

23            Q.   Okay.  Have you ever been involved in

24    any planning for the store, strategic planning, any,

25    you know, long-term goals or anything like that for
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    the store?

 2          A.    The only time really that I'm involved

 3    in that is, like, when we have our big case sales, we

 4    have to strategically plan where to put all of the

 5    product that comes in.

 6          Q.    Okay.

 7          A.    But other than that, like, all of the

 8    sets and stuff for the shelves are -- they come from

 9    the office.  They come off --

10          Q.    Are you ever involved in meetings with

11    upper management?  And by "upper management" I mean

12    managers above the store level.

13          A.    Really the only time I'm in any kind of

14    meeting with them is like at our eval time.

15          Q.    When they're evaluating your

16    performance?

17          A.    Yes.

18          Q.    Okay.  You don't participate in manager

19    meetings other than that?

20          A.    No.

21          Q.    Never have?

22          A.    When I was early assistant with Steve,

23    he'd have a weekly manager meeting but Ben does not.

24    We have conference calls that they do usually before

25    I'm even scheduled for the day.
```

1        Q.    Okay.   As assistant manager do you have

2    to ever respond to issues outside of work?   You ever

3    get calls after hours or issues that you have to deal

4    with?

5        A.    I have sometimes, yes.   And usually what

6    it is is like a compressor issue, one of the cases is

7    going down, stuff like that.   It's never anything

8    more than just the come pressure -- compressor

9    issues.   I cannot speak.

10        Q.    On the freezers?

11        A.    Yes.   Freezers, coolers.

12        Q.    Okay.   Any -- ever have to deal with

13    employee issues after hours?

14        A.    No.

15        Q.    Okay.   No employees ever call you and

16    say, hey, I'm not coming in today or I'm sick or

17    anything like that?

18        A.    They're not supposed to call managers'

19    cell phones.   They're supposed to call the store.

20        Q.    Okay.   And even though they're not

21    supposed to, have they ever?

22        A.    They have, yes.

23        Q.    Okay.   How frequently?

24        A.    A couple times.   A few times here and

25    there.   But we've really put our foot down on that

```
 1   because it is not getting communicated back to the

 2   other people in the store if somebody calls our phone

 3   or texts us and says, hey, I'm not coming to work, so

 4   we've made it clear that they have to call the store.

 5           Q.   So you'll tell them what the procedure

 6   is and direct them to do that?

 7           A.   Yes.

 8           Q.   Okay.  As assistant store manager have

 9   you ever been required to attend any sales meetings

10   or staff meetings?

11           A.   We don't really have any staff meetings.

12           Q.   Okay.  You don't have any safety

13   meetings or team meetings at the store?

14           A.   No.

15           Q.   Okay.  So we talked -- I've tried to

16   cover as many duties and responsibilities as I can.

17   Are there any others that I haven't mentioned that

18   you do on a regular basis as assistant manager?

19           A.   I don't believe so.

20           Q.   Okay.

21           A.   I do a lot of shelf stocking and

22   cashiering.  I do a lot of that stuff mainly.

23           Q.   Okay.  So, I mean, we've talked a lot

24   about, you know, working with employees and being the

25   sole manager on-site and cashiering and ordering.  So
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    if you had to put a percentage on the various

 2    activities, what percentage would you put on, you

 3    know, doing purely the directing employees and -- the

 4    management type:  The book work, the ordering, you

 5    know, helping employees, that kind of stuff?

 6          A.    Maybe 25 percent.

 7          Q.    25 percent?  Okay.  The rest as -- and

 8    the rest as what?

 9          A.    The store manager.

10          Q.    The rest is what?  Can I get that again?

11          A.    The rest of what I do is, like,

12    cashiering and, you know, stocking shelves.  I

13    basically worked in the dairy department for the last

14    year and a half.

15          Q.    Okay.

16          A.    Keeping that maintained, doing just

17    freight and stuff.

18          Q.    Okay.  And you certainly don't turn off

19    your management responsibilities when you're doing

20    that, do you?

21          A.    No.

22          Q.    I mean, people can still come to you?

23          A.    Yes, they can.  I still help -- get

24    calls up front.  I go to the booth.  I get called to

25    the deli.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1              Q.    Regularly interrupt your work that you
 2     would otherwise would like to get done?
 3              A.    Yes.
 4              Q.    Okay.  Have you ever described your
 5     duties and responsibilities as assistant manager in
 6     writing, for example, on a résumé or on LinkedIn or
 7     anything like that?
 8              A.    I have not.
 9              Q.    Okay.  Haven't ever considered getting
10     another job or anything?
11              A.    No.
12              Q.    Okay.  As an assistant store manager do
13     you ever keep a journal or a diary of the work that
14     you did or tasks that you did or problems that you
15     addressed?
16              A.    No, I do not.
17              Q.    Okay.  Keep any other notes or records
18     related to your work as an assistant store manager?
19              A.    No.
20              Q.    Nothing in writing?
21              A.    No.
22              Q.    Okay.  You stated that you had the
23     authority to order product as assistant manager;
24     other than that do you have authority to commit
25     Ridley's financially?
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1          A.   No.
 2          Q.   Okay.  And you tell me you've never been
 3   involved in any investigations of employee complaints
 4   or anything like that?
 5          A.   No.
 6          Q.   Okay.  As assistant manager do you use
 7   any written materials to perform your work, any
 8   policies and procedures that you refer to, or you
 9   just kind of figure it out as you go?
10          A.   I just figure it out as I go.
11          Q.   Okay.  Do you keep track of your work
12   time?
13          A.   Not other than on the time clock I
14   don't.
15          Q.   Okay.  Do you clock in and out now?
16          A.   Yes.
17          Q.   Have you always clocked in and out?
18          A.   Just since I became an hourly assistant.
19   I clocked in and out as a deli manager, but then when
20   I was salary, I did not clock in or out.
21          Q.   Okay.  But since end of February of '21
22   you've been clocking in and out?
23          A.   Correct.
24          Q.   Okay.  As assistant manager do you have
25   a cell phone that you use for work?
```

1          A.   It -- I just have my own personal phone.

2          Q.   **Your personal.  You don't have a**

3   **company-provided phone?**

4          A.   No.

5          Q.   **Okay.  Do you have a company e-mail?**

6          A.   Yes.  I don't personally.  It is just

7   the store e-mail.

8          Q.   **The store e-mail?**

9          A.   Yeah.

10          Q.   **But you have access to that as an**

11   **assistant manager?**

12          A.   Yes, I do.

13          Q.   **Okay.  Do you check that regularly?**

14          A.   Yes.

15          Q.   **Okay.  What do you check for?**

16          A.   Mainly orders.  We get a lot of

17   businesses in town that will send in orders that we

18   shop for them.  Make sure that -- you know, like

19   purchase journals and stuff like that.  We get that

20   stuff to come down.  There's just stuff we have to

21   print sometimes from the e-mail.

22          Q.   **Okay.  As an assistant manager have you**

23   **ever been involved in any special projects for events**

24   **at or for the store?**

25          A.   Not really that I can recall.

```
 1          Q.   Okay.  Other than your attorney have you
 2   communicated with anyone else about this lawsuit?
 3          A.   A couple of my friends I have, yes.
 4          Q.   Okay.  Who have you talked to?
 5          A.   My friend Vivian Davis and my friend
 6   Courtney Geiselman.
 7          Q.   Are either of them employed at Ridley's?
 8          A.   No.
 9          Q.   Okay.  What have you talked to Vivian
10   about?
11          A.   Just what was going on with it and
12   mainly I really didn't know what was going on with
13   it.  So, I mean, she just kind of knows that I'm
14   involved in it.  That's the same with Courtney.
15          Q.   Do either of them have any legal
16   training or anything?
17          A.   No.
18          Q.   Okay.  And other than, you know,
19   informing them that it's going on, did you have any
20   detailed discussion about the lawsuit and how it was
21   going?
22          A.   No, I have not.
23          Q.   And have you ever posted anything on
24   social media about the lawsuit?
25          A.   I have not.
```

```
 1              Q.    Okay.  I think I asked you this but I'm

 2     not sure.  Do you have an amount in mind that you

 3     think you're entitled to in this lawsuit?

 4              A.    I do not.  I'm just trusting my attorney

 5     to get that figured out to the best of her ability.

 6              Q.    And whatever that is you're happy with

 7     it?

 8              A.    Correct.

 9              Q.    Okay.  Other than -- other than the

10     issues in this lawsuit, do you like working at

11     Ridley's?

12              A.    I do.  I do.  It is a lot easier to work

13     at Ridley's than it is Walmart.  Walmart was such a

14     big corporation that you do anything and it seems

15     like everything you did was wrong.

16              Q.    Okay.  What's the difference with

17     Ridley's?  What do you like about Ridley's?

18              A.    It is not so corporate.  We don't have,

19     you know, upper management all the time at the store

20     or having to get ready for this person to come visit

21     or -- it was just very -- it was stressful working at

22     Walmart because if somebody was going to show up,

23     upper management, I mean, they wanted everything

24     perfect.

25                    Here a lot of times they just really
```

```
 1   show up and we most of the time don't know they're

 2   showing up.  You know, there's no panic to get ready

 3   for when an upper management shows up.  You know, it

 4   is just day-to-day work.  It is pretty relaxed

 5   really.

 6          Q.   And, again, other than the issues in

 7   this lawsuit, do you think you're fairly compensated

 8   by Ridley's?

 9          A.   Yes.

10          MR. WILLIAMS:  I don't have anything further.

11          MS. RHEAUME:  I only have a couple of

12   follow-up questions.

13

14                    EXAMINATION

15   BY MS. RHEAUME:

16          Q.   Destiny, did you ever get any training

17   for any human resources issues?

18          A.   No, I did not.

19          Q.   Did you have any training regarding

20   disability needs?

21          A.   No.

22          Q.   Did you have any training regarding

23   sexual harassment?

24          A.   No.

25          Q.   Did you have any training regarding
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

Page 62

```
 1    discrimination?

 2          A.    No.

 3          Q.    If an employee were to have an issue

 4    with those, would they go to you?

 5          A.    They can, yes.  Most likely Ben would be

 6    the one that would deal with it.

 7          MS. RHEAUME:  That's all the questions I

 8    have.

 9

10                    FURTHER EXAMINATION

11    BY MR. WILLIAMS:

12          Q.    Do you feel like you needed training in

13    those areas?

14          A.    No, not really.

15          Q.    Okay.  If you felt like you needed

16    training, who would you go to to ask?

17          A.    The store manager and then he would

18    figure out what I needed to do to get the training.

19          Q.    Okay.  You mentioned earlier that you

20    never had any complaints of discrimination or

21    anything like that; is that accurate?

22          A.    That is correct.

23          MR. WILLIAMS:  Okay.  Nothing further.

24          THE VIDEOGRAPHER:  That concludes the

25    deposition of Destiny Glanz.
```

```
 1            Off the record at 10:16.

 2     (The deposition concluded at 10:16 a.m.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1                    REPORTER'S CERTIFICATE

 2

 3     STATE OF IDAHO            )
                                 )   ss.
 4     COUNTY OF BONNEVILLE      )

 5

 6

 7        I, Sandra D. Terrill, CSR, RPR, and Notary
       Public in and for the State of Idaho, do hereby
 8     certify:
          That prior to being examined Destiny Glanz, the
 9     witness named in the foregoing deposition, was by me
       duly sworn to testify to the truth, the whole truth,
10     and nothing but the truth;
          That said deposition was taken down by me in
11     shorthand at the time and place therein named and
       thereafter reduced to typewriting under my direction,
12     and that the foregoing transcript contains a full,
       true, and verbatim record of said deposition.
13        I further certify that I have no interest in the
       event of the action.
14        WITNESS my hand and seal this 27th day of
       January 2022.
15

16

17

18        Sandra D. Terrill

19

20                          Sandra D. Terrill
                            Idaho CSR No. 702,
21                          Notary Public in and for
                            the State of Idaho
22

23

24

25
```