IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1070

**Stanton Meats, Krestina Coombs, David Davis, Brian Donovan, Chris Gallegos, Destiny Glantz, Cameron Harris, Julie Anne Neil, Andrez Rios, Jared Whitaker and William Wulf,**
         Plaintiffs,

v.

**Ridley's Family Markets, Inc.,**
         Defendant.

---

### PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT
---

Plaintiffs Stanton Meats ("Meats"), Krestina Coombs ("Coombs"), David Davis ("Davis"), Brian Donovan ("Donovan"), Chris Gallegos ("Gallegos"), Destiny Glantz ("Glantz"), Cameron Harris ("Harris"), Julie Anne Neil ("Neil"), Andrez Rios ("Rios"), Jared Whitaker ("Whitaker") and William Wulf ("Wulf"), by and through undersigned counsel, for Plaintiff's Unopposed Motion to Exceed Page Limit, states and alleges as follows:

1. On April 20, Defendant filed its Motion for Summary Judgment. ECF No. 36.

2. Due to the number of Plaintiffs and the necessity for individualized arguments, prior to the filing of Defendant's Motion, Defendant sought leave to vary from the Court's Civil Practice Standards and file a Rule 56 motion not to exceed 45 pages, which was granted by the Court. ECF Nos. 33 and 34.

3. As a result of the length of Defendant's Motion, which included over 24 pages of undisputed material facts, Plaintiffs also request leave to exceed the Court's Civil Practice Standards and file a response totaling 59 pages.

4. The length of Plaintiffs' response will exceed Defendant's Motion primarily because Plaintiffs have created a table for the Court's convenience that includes both Defendant's undisputed material facts and supporting evidence and Plaintiffs' response and additional facts and supporting evidence.

5. Plaintiffs apologize for not seeking leave to exceed the Court's page limitation prior to filing their response.

6. Pursuant to D.C.Colo.L.Civ.R. 7.1(a) Plaintiffs' Counsel has conferred with Defendant's counsel and can state that this Motion is unopposed.

WHEREFORE, premises considered, Plaintiffs respectfully request that this Court enter an Order granting this Motion to allow Plaintiffs to file up to a 59-page response, exclusive of the certificate of service,

Respectfully submitted,

**STANTON MEATS, KRESTINA COOMBS, DAVID DAVIS, BRIAN DONOVAN, CHRIS GALLEGOS, DESTINY GLANTZ, CAMERON HARRIS, JULIE ANNE NEIL, ANDREZ RIOS, JARED WHITAKER and WILLIAM WULF, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com