**In the Matter Of:**

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS

**DESTINY GLANZ**

*January 21, 2022*



**JD Legal Support**

**2901 W. Bluegrass Blvd., Ste. 200**

**Lehi, Utah 84043**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3

 4    Civil Action No.  1:18-cv-01556-RM-GPG

 5

 6    JONATHAN ESPARSEN, Individually and   )
      on behalf of All Others Similarly     )
 7    Situated,                             )
                                            )
 8                         Plaintiff,       )
      vs.                                   )
 9                                          )
                                            )
10    RIDLEY'S FAMILY MARKETS, INC.,        )
                                            )
11                         Defendant.       )

12

13           VIDEO DEPOSITION OF DESTINY GLANZ

14          Friday, January 21, 2022, 9:00 a.m.

15

16

17

18          BE IT REMEMBERED that the video deposition
      of Destiny Glanz was taken by the attorney for the
19    defendant by Zoom, before Sandra D. Terrill, Court
      Reporter and Notary Public, in and for the State of
      Idaho, in the above-entitled matter.
20

21

22

23

24

25
```

**CERTIFIED COPY**

```
 1                   A P P E A R A N C E S

 2
      For the Defendant:
 3          SNELL & WILMER LLP
            BY:   DAVID P. WILLIAMS
 4          15 West South Temple, Suite 1200
            Salt Lake City, Utah  84101
 5          (801) 257-1900
            dawilliams@swlaw.com
 6

 7    For the Plaintiff:
            SANFORD LAW FIRM, PLLC
 8          BY:   APRIL RHEAUME
            10800 Financial Centre Parkway
 9          Kirkpatrick Plaza, Suite 510
            Little Rock, AR  72211
10          (800) 615-4946
            april@sanfordlawfirm.com
11

12    The Videographer:
            Kyle Stolis
13          (763) 439-0944
            ks2@otsvideo.com
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  E X A M I N A T I O N

 2

 3   DESTINY GLANZ                               Page

 4      BY MR. WILLIAMS.............................   5
        BY MS. RHEAUME.............................  61
 5      BY MR. WILLIAMS............................  62

 6

 7

 8

 9

10                    E X H I B I T S

11
     No.                                          Page
12
     1.   Consent to Join Collective Action........   6
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  (The deposition proceeded at 9:02 a.m.

 2     as follows:)

 3                  THE VIDEOGRAPHER:   This is the start of media

 4     labeled No. 1 of the video-recorded deposition of

 5     Destiny Glanz in the matter of Esparsen et al. versus

 6     Ridley's Family Markets, Inc., in the United States

 7     District Court for the District of Colorado, Case

 8     No. 1:18-cv-01556-RM-GPG.

 9                  This deposition is being held remotely

10     on Thursday, January 20th, at approximately 9:02 a.m.

11     Mountain Time.

12                  My name is Kyle Stolis.  I'm the legal

13     video specialist from JD Legal Support.  The court

14     reporter is Sandy Terrill also in association with JD

15     Legal Support.

16                  At this time would counsel please

17     voice -- identify themselves and state whom they

18     represent.

19            MS. RHEAUME:  This is April Rheaume and I

20     represent Plaintiff Esparsen and the collective.

21            MR. WILLIAMS:  And I'm David Williams on

22     behalf of Ridley's Family Markets.

23                  And, Kyle, I think you read the

24     incorrect date.  It is Thursday instead of Friday.

25            THE VIDEOGRAPHER:  I apologize.  Noted.
```

```
 1   Friday, January 20th.

 2            MR. WILLIAMS:  January 21st.

 3            THE VIDEOGRAPHER:  January 21st, thank you.

 4                 Will the court reporter please swear in

 5   the witness.

 6                      Destiny Glanz,

 7   produced as a witness at the instance of the

 8   defendant, having been first duly sworn, was examined

 9   and testified as follows:

10

11                      EXAMINATION

12   BY MR. WILLIAMS:

13       Q.   Good morning, Destiny.  Thank you for

14   appearing this morning.  Can you give us your current

15   address?

16       A.   It is 41 West 13th Street, Sheridan,

17   Wyoming 82801.

18       Q.   Okay.  And you've just been placed under

19   oath.  Do you understand the effect of that to

20   testify fully and truthfully to my questions?

21       A.   Yes.

22       Q.   And you're represented by counsel this

23   morning, Ms. Rheaume?

24       A.   Yes.

25       Q.   Okay.  Any reason why you can't give me
```

```
 1    truthful answers to my questions today?

 2            A.   No.

 3            Q.   Okay.  What did you do to prepare for

 4    this deposition?

 5            A.   I just spoke with my lawyer about it.

 6            Q.   Okay.  Didn't review any documentation

 7    or anything?

 8            A.   No.

 9            Q.   Okay.  You've made the decision to be

10    part of this lawsuit; that's correct?

11            A.   Yes.

12            Q.   Okay.  You're on your iPhone so I -- I

13    don't have very many exhibits, but I want to

14    introduce just a couple of these and hopefully you

15    can see them.  Give me one second.  Can everyone see

16    that?

17            A.   I can, yes.

18            Q.   Okay.  And for your benefits, Destiny,

19    I'll enlarge it.  I'm showing you what is going to be

20    marked as Exhibit 1 to your deposition, a document

21    entitled consent to join collective action.  Is this

22    a document that you recognize?

23            A.   Yes.

24            Q.   Okay.  Is that your signature?

25            A.   Yes, it is.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1              Q.    Dated March 27, 2020?

 2              A.    Yes.

 3              Q.    Okay.  Before you signed this document,

 4   before you made the decision to become part of the

 5   litigation, had you heard anything about the

 6   litigation?

 7              A.    No.

 8              Q.    Before you heard about the case, had you

 9   ever considered that you were treated unfairly at

10   Ridley's?

11              A.    No.

12              Q.    Never complained to anyone about having

13   a management role or anything at the store?

14              A.    No, I did not.

15              Q.    Didn't want to have less responsibility

16   or pay, did you?

17              A.    No.

18              Q.    Okay.  What made you become part of the

19   litigation?  What made you decide to do that?

20              A.    I just worked, you know, over 40 hours a

21   week and just didn't feel I was compensated for it.

22              Q.    Did you have any discussions with anyone

23   before deciding to join the litigation?

24              A.    No, I did not.

25              Q.    Okay.  What are your expectations in the
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    litigation?

 2          A.    Just -- I'm just going to go with, you

 3    know, my lawyer and hope that she gets the best deal

 4    for me.

 5          Q.    Okay.  Do you have an amount in mind

 6    that you think would fairly compensate you?

 7          A.    No, I do not.

 8          Q.    Okay.  And I assume that you wish to

 9    continue with the litigation or are you changing your

10    mind?

11          A.    No.  I want to continue.

12          Q.    Okay.  You're still employed by

13    Ridley's; is that correct?

14          A.    Yes.

15          Q.    As an assistant store manager?

16          A.    Correct.

17          Q.    Okay.  I want to get some background

18    information.  We'll start with your education.  Did

19    you graduate from high school?

20          A.    I did.

21          Q.    Okay.  What high school and when?

22          A.    Sheridan High School, 1996.  It is in

23    Sheridan, Wyoming.

24          Q.    Okay.  After high school did you attend

25    any college or vocational school or secondary
```

```
 1    education?

 2           A.   I did a little bit of college but I

 3    didn't graduate any degrees in college.

 4           Q.   Okay.  Where did you attend college?

 5           A.   Sheridan College.

 6           Q.   Sheridan College.  Is that a community

 7    college in Sheridan?

 8           A.   It is, yes.

 9           Q.   Okay.  How long did you study there?

10           A.   I believe two years.

11           Q.   Okay.  You tell me you didn't graduate,

12    no associate's degree or anything?

13           A.   No.

14           Q.   Okay.  What course of study were you

15    pursuing at the time?

16           A.   At the time I was pursuing hospitality

17    management.

18           Q.   Okay.  In connection with hospitality

19    management did you take any business or management

20    courses?

21           A.   No, I did not.

22           Q.   Just getting your generals out of the

23    way?

24           A.   Yeah.

25           Q.   Okay.  Besides Sheridan College did you
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    attend any other post-high school facilities,

 2    educational facilities?

 3         A.   No, I did not.

 4         Q.   Okay.  Do you have any professional

 5    licenses or certifications?

 6         A.   No.

 7         Q.   Okay.  And according to my records you

 8    were first employed by Ridley's on March 3rd of 2015.

 9    Does that sound right?

10         A.   Yes.  That's correct.

11         Q.   Okay.  And your first job with Ridley's

12    was deli manager?

13         A.   Correct.

14         Q.   Okay.  So I want to talk about your

15    employment history before that, before you came to

16    Ridley's.  So what was the first job you had -- the

17    last job you had before you went to Ridley's?

18         A.   I worked at Walmart for 16 and a half

19    years.

20         Q.   Okay.  I assume that you had different

21    jobs during that 16 and a half years?

22         A.   I did.  I worked in --

23         Q.   Let's start at the beginning.

24         A.   Okay.  Man, in the beginning.  That was

25    a long time ago.  I was just a sales associate,
```

1   stocked shelves.  I worked until close and then as

2   the years went on I went through different

3   departments.  I worked in the meat department, in the

4   deli and garden center.  I moved to many different

5   stores over the years.  And when I quit in 2014, I

6   was the deli manager before I quit the store.  Spent

7   most of my time working in the deli.

8          Q.   Okay.  So deli manager, tell me -- tell

9   me what that entailed.

10         A.   In charge of people.  I had a crew of

11  about eight people and I would make sure that they

12  were, you know, getting their tasks every day done.

13  Sometimes I'd have to go in and help close, you know,

14  if I didn't have a person show up, you know.  It was

15  my responsibility to kind of fill in where somebody

16  wasn't there.  I'd order the product for the shelves

17  and for our chubs of meat.  Basically I was just

18  doing all the paperwork, getting all my on hands and

19  everything correct and making sure everything was

20  running smoothly.

21         Q.   Okay.  Did you do scheduling for your

22  employees?

23         A.   No. I never did any scheduling with

24  Walmart.

25         Q.   Okay.  But you directed a crew of eight

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

1   people, you say?

2          A.   I -- I believe that it was about eight

3   people.

4          Q.   Okay.  So, I mean, typical deli manager

5   you're directing people where to work and basically

6   overseeing them and training them, if they have to

7   be, and what have you?

8          A.   Correct.

9          Q.   Okay.  How long were you the deli

10  manager at Walmart?

11         A.   About six months before I quit.

12         Q.   Did you have any management positions at

13  Walmart before the deli manager?

14         A.   No, I did not.

15         Q.   Okay.  How did you get your job as the

16  deli manager at Walmart?

17         A.   They put up the position as an open

18  position and interviewed for it.  So I had to

19  interview with my assistant manager that was in

20  charge of that area.  Picked between -- I think there

21  was two or three of us that interviewed for it.

22         Q.   Why did you leave Walmart?

23         A.   I was living in Rapid City, South

24  Dakota, and I could not afford to live down there

25  anymore so I moved back home to Sheridan, Wyoming.

```
 1              Q.    Okay.  And so that was -- this was at

 2     the Walmart in Rapid City?

 3              A.    Yes.

 4              Q.    Okay.  Did you have a job before

 5     Walmart?

 6              A.    I think I just worked at the college

 7     here in Sheridan, Wyoming --

 8              Q.    Okay.

 9              A.    -- doing, like, yard maintenance and

10     stuff.

11              Q.    Okay.  What took you from Sheridan to

12     Rapid City?

13              A.    A relationship.

14              Q.    Okay.  So you ended your position at

15     Walmart in 2014, towards the end of 2014; is that

16     accurate?

17              A.    Yes.  That's correct.

18              Q.    Okay.  And between that time and your

19     position with Ridley's in March 2015 did you not have

20     a job?

21              A.    I worked at Wendy's here in Sheridan for

22     about a month and a half in between just as something

23     to do.

24              Q.    And what did you do at Wendy's?

25              A.    I made sandwiches, did dishes.  I was --
```

```
 1    I was just a crew member.

 2            Q.    No -- no management title or duties?

 3            A.    No.  No.

 4            Q.    Okay.  At Walmart when you were the deli

 5    manager, were you paid hourly or paid a salary?

 6            A.    Hourly.  All with my --

 7            Q.    Okay.  So how did you -- well, first let

 8    me ask you this:  According to my records you were

 9    the deli manager at Ridley's and then it looks like

10    approximately a year, maybe less than a year, you

11    were made assistant manager; is that correct?

12            A.    Yes.  That's correct.

13            Q.    Okay.  So you've only had the two

14    positions at Ridley's?

15            A.    Yes.

16            Q.    Okay.  So let's talk about deli manager.

17            A.    Okay.

18            Q.    How did you come to get the job with

19    Ridley's as deli manager?

20            A.    Well, at first I had applied for

21    Safeway, and that was before I moved back to Sheridan

22    from Rapid I had applied, went in and interviewed.

23    And they told me that they were changing over to

24    Ridley's within, like, the next month after that

25    interview.  So they had me go ahead and just apply
```

```
 1    for Ridley's, and I did that.  And they came up and

 2    did interviews here in Sheridan, and I got chose that

 3    way as being their deli manager.

 4            Q.    Okay.  Did you -- you said you filled

 5    out an application?

 6            A.    Yes.

 7            Q.    How did you hear about the job?

 8            A.    From the assistant manager that

 9    interviewed me at Safeway.

10            Q.    Okay.  And who was the assistant

11    manager?

12            A.    His name was Nate Bowie.

13            Q.    Nate.  Did Nate become the assistant

14    manager at Ridley's when it was purchased?

15            A.    He did, yes, for a while.

16            Q.    Okay.  So Nate interviewed you as an

17    assistant manager at Safeway?

18            A.    Yes.

19            Q.    Okay.  Did you ever interview with

20    anyone from Ridley's?

21            A.    Yes, I did.  I interviewed with David.

22            Q.    Peterson?

23            A.    I can't remember his last name.

24            Q.    Is it Peterson?

25            A.    Yes.  Peterson.
```

```
 1            Q.    And do you know what David Peterson's
 2    title was?
 3            A.    No, not off the top of my head, I don't.
 4            Q.    Was he the regional manager at the time?
 5            A.    I believe so, yes.
 6            Q.    Okay.  He wasn't at the store?  He was a
 7    level -- a level above the individual store, correct?
 8            A.    Yes.
 9            Q.    And who was it that informed you that
10    you had the job with Ridley's?
11            A.    David Peterson.  He called me.
12            Q.    Okay.  And the date March 3rd of 2015,
13    is that the date that the purchase went through, the
14    sale closed, and Safeway became Ridley's?
15            A.    I believe so.
16            Q.    Okay.  Was that your actual first day of
17    working at that facility?
18            A.    Yes.
19            Q.    Okay.  So you were the deli manager at
20    Walmart so you had some experience as deli manager?
21            A.    I did.
22            Q.    Was -- was the job basically the same
23    for Ridley's as you had for deli manager at Walmart?
24            A.    For the most part.  Ridley's does a lot
25    more, like, fresh-made stuff where Walmart's is,
```

```
 1    like, a lot of prepackaged or kits that you make

 2    sandwiches with.  Ridley's they make a lot of stuff

 3    by hand basically.

 4            Q.    What -- what size of crew did you

 5    supervise?

 6            A.    I think I had four people, four to five

 7    people under me at Ridley's to begin with.

 8            Q.    Okay.  Similar situation where you're

 9    kind of overseeing them and directing their work and

10    telling them what to do --

11            A.    Yes.

12            Q.    -- and making sure things get done?

13            A.    Yes.

14            Q.    Okay.  Did you have had any authority to

15    discipline?  Did you ever do that?

16            A.    I had the authority to, but the store

17    manager had the final say in it.

18            Q.    Okay.  Did you ever recommend people for

19    discipline?

20            A.    Not that I remember.

21            Q.    Okay.  Did you ever report anybody?  You

22    say that the store manager had that authority, but at

23    some point they have to figure out who to discipline,

24    so what was your role in that?

25            A.    If I had like a problem or a complaint,
```

```
 1    I would go and talk to him and he would decide if we

 2    needed to write them up.

 3            Q.    Okay.  Did you participate in the

 4    periodic reviews of your employees, the performance

 5    reviews?

 6            A.    Yes.

 7            Q.    Okay.  Were those done on -- are those

 8    twice yearly?

 9            A.    I believe so, yes.

10            Q.    Okay.  Would you interview applicants

11    for -- for the deli positions?

12            A.    No.

13            Q.    Okay.  Did you ever look at any résumés

14    for people coming into the deli?

15            A.    No.

16            Q.    Okay.  How were deli employees hired?

17            A.    The store manager --

18            Q.    The store manager?

19            A.    -- he would hire.

20            Q.    Okay.  Did you have any input whatsoever

21    in that?  Just new people would show up or what?

22            A.    Not in the deli, I didn't have any input

23    in it.

24            Q.    Okay.  What other duties and

25    responsibilities did you have as the deli manager?
```

```
1              A.   I would have to order, do inventory,

2    make sure that, you know, like the temp logs and

3    production logs and everything were being filled out

4    correctly every day.

5              Q.   Okay.  Did you have a regular schedule

6    that you maintained?

7              A.   For the most part, yes.  I did work a

8    lot of overtime.

9              Q.   Okay.  What were your -- what were your

10   -- what was your regular schedule?

11             A.   I believe it was 6:00 a.m. to 3:00 p.m.

12             Q.   40 hours a week?

13             A.   Yes.

14             Q.   Plus whatever overtime you worked?

15             A.   Exactly.

16             Q.   Okay.  And you were paid on an hourly

17   basis?

18             A.   Yes.

19             Q.   Okay.  Who was your assistant manager at

20   the time?

21             A.   Nate Bowie.

22             Q.   Nate continued to be your assistant

23   manager?

24             A.   Yes.

25             Q.   Okay.  As -- as the deli manager did you
```

```
 1    interact with Nate on a regular basis?

 2           A.   I did.

 3           Q.   Okay.  What -- for what?

 4           A.   He would just check in to make sure that

 5    things were going good, and if I had any problems or

 6    questions, he would just help me out.

 7           Q.   Okay.  Was Nate over the deli department

 8    at the time?

 9           A.   Nate was over the whole store as an

10    assistant.

11           Q.   Okay.  And so he had the authority to

12    come in and make sure things were going okay?

13           A.   Yes.

14           Q.   Did you ever report employee issues to

15    him to help address?

16           A.   I don't remember off the top of my head.

17           Q.   Something you could have done but you

18    just don't remember?

19           A.   Yeah.  Probably, yes.

20           Q.   Okay.  Do you remember Nate ever, you

21    know, offering advice for employees, discipline or

22    advancement or promotions or hiring or anything like

23    that?

24           A.   I don't.

25           Q.   Okay.  Is that something he could have
```

```
 1    done, you just don't remember or --

 2            A.    Yeah.  Yes.

 3            Q.    Okay.  Did Nate give you any training

 4    for your position?

 5            A.    No.

 6            Q.    Did you need training for your position?

 7    I mean, you had been a deli manager for sixteen --

 8    six months?

 9            A.    I didn't really.  They had another deli

10    manager come up from another store and do some

11    training with me.

12            Q.    Okay.  Who was that?

13            A.    I can't remember her name.  It was --

14    she quit shortly after she trained me.

15            Q.    Fair enough.  So how was it that you

16    became employed as assistant store manager?

17            A.    Nate decided to move on to a different

18    job completely and the position came open and my

19    store manager at the time asked me if I was

20    interested.  The other lady that he asked was not

21    interested in it, and I had always wanted to move up

22    some.  So I wanted to try it out.  And over the phone

23    I had a bit of an interview with David Peterson

24    before everything took effect as assistant manager.

25            Q.    Okay.  Did you have to fill out an
```

1    application?

2            A.   No, I did not.

3            Q.   Okay.   You interviewed with the store

4    manager and with Mr. Peterson?

5            A.   Yes, over the phone.

6            Q.   Okay.   Who was the store manager at the

7    time?

8            A.   Steve Ralston.

9            Q.   Steve Ralston.   Okay.   What were you

10   told about the position by either Mr. Ralston or

11   Mr. Peterson?

12           A.   I was just told the responsibilities of

13   the position.

14           Q.   Okay.

15           A.   And the pay.

16           Q.   Okay.   What were you told about the

17   responsibilities?

18           A.   That I would be in charge of the store

19   when the store manager was not in the store.  I would

20   help fill in wherever needed.

21           Q.   Okay.   Anything else that you remember

22   about --

23           A.   I don't.

24           Q.   -- what they told you?   Okay.   What did

25   they tell you about your pay?

 1          A.   They told me -- they gave me -- I think

 2     it was a weekly -- I was salary in the beginning so

 3     it was like a weekly amount.  And then after so long

 4     I bumped up a little bit, but I don't remember how

 5     often I increased in pay.

 6          **Q.   Okay.  They explained -- did they tell**

 7     **you that the position was exempt?**

 8          A.   What does "exempt" mean?

 9          **Q.   And that's -- I mean, do you remember**

10     **them ever using that term?**

11          A.   No, I do not.

12          **Q.   Okay.  But they explained to you that**

13     **you would be paid on a salary basis?**

14          A.   Yes.

15          **Q.   Okay.  And you said salary basis at the**

16     **first.  Has that changed over time?**

17          A.   Yes.  Just last -- I think it was

18     February 28th of '21 they put me as an hourly

19     assistant manager.  They moved all assistant managers

20     in the company, I guess, to hourly.

21          **Q.   Did they tell you why?**

22          A.   They did not.

23          **Q.   Okay.  So are you currently paid on an**

24     **hourly basis?**

25          A.   I am.

1          Q.    Do you get overtime?

2          A.    Yes.

3          Q.    Okay.  What's your hourly rate?

4          A.    17.97.

5          Q.    And that was in February of '21?

6          A.    Yes.  At the end of February, beginning

7     of March.

8          Q.    Okay.  What did they tell you about the

9     time commitment, about your hours?

10         A.    They -- I would work 110 hours every two

11    weeks so I would work a 60-hour week one week and a

12    50-hour week the next.  So I'd have one day off and

13    then two days off.  They'd pay me 80 hours regular

14    pay and 30 hours of overtime pay.  That's how they

15    work out the 110 hours.

16         Q.    And that's -- and is that how they did

17    it when you were first hired as assistant manager or

18    is that how they're doing it currently?

19         A.    That's currently.  I was just paid as a

20    base pay of salary for 110 hours every two weeks.

21         Q.    Okay.  Anything besides salary?  Did

22    they -- did you have a bonus program or anything like

23    that?

24         A.    There was for a while in the beginning

25    that we would get a bonus separate from our check and

```
 1    now if we get a bonus, it's worked into our pay.

 2            Q.   Okay.  Did you get training to be an

 3    assistant store manager?

 4            A.   Not any more than just working with the

 5    store director.

 6            Q.   Okay.  Just kind of hands-on training as

 7    needed?

 8            A.   Yeah.

 9            Q.   Okay.  And you had prior experience

10    supervising employees, so that was not new to you?

11            A.   No.

12            Q.   What else -- what else was new to you?

13            A.   All the computer paperwork.  I had never

14    done any of that kind of stuff, so entering in, like,

15    sales and stuff for the day, we would have to type in

16    all the information from the day before and do the

17    book work.  That was stuff that I had never dealt

18    with.  I had never really dealt with, like, the safe

19    or anything.  I had never at Walmart or even as deli

20    manager I had never dealt with the safe.  So I had to

21    learn how to cashier and do a bunch of different

22    stuff that I had never really done before.

23            Q.   Okay.  You received benefits as an

24    assistant manager?

25            A.   Yes, I do.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022                                                          Page 26

```
 1          Q.   Do you participate in the health
 2   insurance?
 3          A.   Yes.
 4          Q.   401(k) plan?
 5          A.   Yes.
 6          Q.   Any others that you remember?
 7          A.   No.
 8          Q.   You mentioned that you had gotten pay
 9   increases over the years.
10          A.   I did.
11          Q.   Okay.  How frequently?
12          A.   Yearly, I believe.
13          Q.   Okay.  Yearly increases.
14               So let's talk about working time.  You
15   said it alternates weeks between 50 and 60 hours a
16   week?
17          A.   Yes.
18          Q.   Okay.  How many days a week?
19          A.   Five one week and six the other.
20          Q.   Okay.  And what are the days that you
21   regularly work?
22          A.   I don't have set days off so it's just
23   whatever I'm scheduled.
24          Q.   Okay.  So it varies from week to week?
25          A.   Correct.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

1        Q.    Okay.  What about daily time, do you

2  have a set schedule that you go in or does that vary

3  as well?

4        A.    It varies.  I either go in at 7:00 to

5  6:00, 9:00 to 8:00 or 11:00 to close.

6        Q.    Okay.  Do you -- are you able to pick

7  which schedule that you go on?

8        A.    No.

9        Q.    Who sets that schedule?

10       A.    The store manager.  He's the one that

11  writes the schedules.

12       Q.    Okay.  It's -- I think you mentioned

13  this previously, that there are times that the store

14  manager is not there so you're the senior manager

15  on-site; is that accurate?

16       A.    Yes.

17       Q.    Okay.  How much of your work time are

18  you the only manager on-site, the senior manager

19  on-site?

20       A.    Just mainly his days off or vacation.

21       Q.    Okay.  Are there times during your

22  regular schedule?  I mean, do you guys work duplicate

23  schedules or do you guys just overlap?

24       A.    He will work at 7:00 and I would come in

25  at 9:00 so we'd kind of overlap, and then we have

```
 1   another manager that comes in and closes.

 2          Q.    Okay.

 3          A.    So when he is, you know, at lunch, I'm

 4   in charge; or when he goes home, then I'm in charge.

 5          Q.    Okay.  So on any given day you'll be the

 6   senior manager on-site for two or three hours?

 7          A.    Probably about that, yes.

 8          Q.    Okay.  Do you get vacation time as an

 9   assistant manager?

10          A.    I do.

11          Q.    How much?

12          A.    It accumulates weekly.  I don't know

13   exactly how much it accumulates as.

14          Q.    Okay.  Does Ridley's have a sick leave

15   policy?

16          A.    No.  We use our PTO if we're sick.

17          Q.    PTO covers it all?

18          A.    Yes.

19          Q.    Okay.  So the store that you work at is

20   in Sheridan; is that correct?

21          A.    Correct.

22          Q.    Have you worked at any other stores for

23   Ridley's?

24          A.    Just for a week I had to go down and

25   cover in Pinedale in 2015.
```

```
 1              Q.    Okay.  So you filled in for -- for
 2    another assistant manager that was not there?
 3              A.    No.  That was right after I was hired as
 4    the deli manager when I had to go down and cover
 5    because that manager that had come up and covered --
 6    or trained me, she had quit so they needed help
 7    covering.
 8              Q.    Okay.  So besides your week stint in
 9    Pinedale, have you worked at any other Ridley's
10    facilities?
11              A.    I have not.
12              Q.    Okay.  So do you -- you consider your
13    immediate supervisor to be whom?
14              A.    Ben Goddard, my store manager.
15              Q.    Store manager?
16              A.    Yes.
17              Q.    Okay.  How long has Ben been your store
18    manager?
19              A.    Almost three years, I believe.
20              Q.    Okay.  Who was your store manager before
21    Ben?
22              A.    Steve Ralston.
23              Q.    Steve?
24              A.    Yes.
25              Q.    And how long was he your store manager?
```

```
 1          A.    From the time I started until Ben got
 2   there.
 3          Q.    Okay.  So a long time?
 4          A.    There's only been --
 5          Q.    You've only had the two?
 6          A.    Yes.
 7          Q.    Okay.  So when you first became
 8   assistant store manager, you were under Steve
 9   Ralston?
10          A.    Correct.
11          Q.    And I assume that you guys worked
12   together just to make sure the store was functioning?
13          A.    We did.
14          Q.    Okay.  As assistant manager did you
15   supervisor or direct the work of any specific
16   employees, any group of employees?
17          A.    Not specifically, no.
18          Q.    Okay.  It's my understanding in some
19   stores that, you know, we have different departments.
20   Do you understand what I mean when I say "center
21   store"?
22          A.    Yes.
23          Q.    Okay.  And we've had discussions with
24   assistant managers that sometimes they're assigned
25   the center store.  Is that -- do you guys do that at
```

```
 1   your store?

 2        A.   Not really.  I have a grocery manager

 3   that's under me.  So she's in charge of the center

 4   store.

 5        Q.   Okay.  So you don't -- you don't

 6   specifically direct any employees on what to do?

 7        A.   No.

 8        Q.   Okay.  What about when the store manager

 9   is not there?

10        A.   If I need to, yes, I do.

11        Q.   Okay.  So that falls on you at that

12   point?

13        A.   Yes.

14        Q.   Okay.  Would that include, you know,

15   directing their work, telling them what to do, what

16   to do it, where to do it?

17        A.   Yes.

18        Q.   Okay.  How many employees would that be?

19        A.   I think we have 40 employees.

20        Q.   40 employees.  On any given day how many

21   would be working?

22        A.   10 to 15 probably at the most.

23        Q.   So when the store manager was there

24   you're telling me that you didn't direct any

25   employees as to what to do?
```

```
 1          A.    No.

 2          Q.    Okay.   Would you -- I mean, it seems

 3   like, you know, if you're out on the floor and, you

 4   know, there's a spill and, you know, somebody drops a

 5   bottles of pickles or something, are you able to

 6   direct somebody to clean that up or are you going to

 7   go tell the store manager to find somebody to do it?

 8          A.    No.   I -- we carry radios.   I'll ask

 9   somebody over the radio to grab something to clean it

10   up.

11          Q.    Okay.   So you certainly have the

12   authority to direct people to do something?

13          A.    Yes.

14          Q.    Even when the store manager is there?

15   Okay.

16          THE REPORTER:   I'm sorry.   I just didn't get

17   an audible answer to that one.   "Even when the store

18   manager is there?"

19          THE WITNESS:   Yes.

20          Q.    BY MR. WILLIAMS:   Is that correct?

21          A.    Yes.

22          Q.    Okay.   Thank you.   That's a good

23   reminder that we have a court reporter taking down

24   everything we say so our answers have to be audible.

25              So did you -- as part of your duties and
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

1    responsibilities do you give instructions to

2    employees?

3           A.    Not really, no, I do not.

4           Q.    At any time?

5           A.    When the store manager is gone, I will

6    if need be.

7           Q.    Okay.  Assign tasks?  Do you assign

8    tasks?

9           A.    Occasionally, yes.

10           Q.    Okay.  Do you work on scheduling at all?

11           A.    No.

12           Q.    Okay.  Who does that?

13           A.    Ben.  The store manager.

14           Q.    The store manager?

15           A.    Yes.

16           Q.    Okay.  What about for the -- does he do

17    it for all the departments or do the other department

18    managers do it for their own departments?

19           A.    The other department heads do their own

20    schedule and then he makes sure that it all looks

21    good and then he'll input it all into the computer.

22           Q.    Okay.  As an assistant store manager,

23    have you ever handled an employee complaint, any

24    employees come to you and complain that you

25    addressed?

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1          A.   Yes.  I have addressed complaints

 2    before.

 3          Q.   Okay.  How frequently does that happen?

 4          A.   Not often.

 5          Q.   Do you have good workers or just not

 6    frequency of occurrence?

 7          A.   We are very shorthanded so we -- yeah,

 8    we have very few employees right now.

 9          Q.   Okay.  Do you do employee coaching?

10    Pardon?

11          A.   I do not.

12          Q.   You do not do any employee coaching?

13          A.   No.

14          Q.   Even when the manager, the store manager

15    is not there?

16          A.   When he's not there, I do, yes.

17          Q.   Okay.  So you do some employee coaching?

18          A.   Some, yes.

19          Q.   Okay.  Explain -- explain your coaching

20    process.

21          A.   I just mainly make sure that they know

22    how they're doing their job and if they need help,

23    then, you know, I explain to them how to do it or

24    help them do it.  I have taught people how to

25    cashier.  I obviously trained in the new deli manager
```

```
 1    after I got my new position.  Stuff like that.
 2         Q.   Any other training that you do of
 3    employees?
 4         A.   No.
 5         Q.   Okay.  Do you respond to disciplinary
 6    issues at all?
 7         A.   Only if need be.
 8         Q.   Okay.  Explain that.  When does
 9    discipline need to be done?
10         A.   If they need to be written up, I get
11    with the store manager and make sure that he agrees
12    that they need to be -- the disciplinary action needs
13    to be taken.  And ultimately he's the ultimate
14    decision maker on that.
15         Q.   Okay.  But you'll make the report to him
16    and tell him what is going on?
17         A.   Yes.
18         Q.   Make recommendations to him as to what
19    you think should happen?
20         A.   Yes.
21         Q.   Okay.  Does he fill out the paperwork or
22    do you fill out the paperwork?
23         A.   He does.
24         Q.   Have you ever filled out the paperwork?
25         A.   No.
```

| | | |
|---|---|---|
| 1 | Q. | Never have.  Okay.  Have you ever filled |

1          Q.    Never have.  Okay.  Have you ever filled

2    out performance reviews for employees?

3          A.    Only when I was deli manager.

4          Q.    Only as deli manager?

5          A.    Yes.

6          Q.    Otherwise that's done by the store

7    manager?

8          A.    Yes.

9          Q.    Okay.  Have you ever made

10    recommendations as to performance reviews?

11          A.    No.

12          Q.    Okay.  Nobody has ever come to you and

13    said how do you think this employee is performing?

14          A.    No.

15          Q.    Okay.  Do you have any input into hiring

16    decisions?

17          A.    Occasionally he will come to me and ask

18    me if I know somebody or if I know -- if I've heard

19    of anything about them.  But the ultimate hiring

20    decision is not mine.  It is his.

21          Q.    Have you ever participated in

22    interviews?

23          A.    Yes.

24          Q.    Is that something that you do as an

25    assistant manager?

```
 1            A.   Yes, occasionally.  Not all the time

 2    though.

 3            Q.   Okay.  And what determines whether

 4    you're going to participate or not?

 5            A.   He'll ask me if I want to sit in on it

 6    if I'm not busy doing something else.

 7            Q.   Okay.  Is it for any particular

 8    department that it falls under your jurisdiction or

 9    just random?

10            A.   Just random.

11            Q.   Okay.  Is that -- is that the same with

12    both Steve and Ben?  Is that how it's been?

13            A.   Yes.

14            Q.   Okay.  Same -- same question for

15    employee terminations, have you ever been involved in

16    employee terminations?

17            A.   No.

18            Q.   Okay.  Have you ever reported anybody

19    that was -- was eventually terminated?

20            A.   No.

21            Q.   Do you ever -- you said that you

22    recommended people for hire.  Was that people that

23    you knew or did you ever go through any résumés or

24    anything like that?

25            A.   It is not people that I know.  I mean,
```

```
 1    I've looked at the applications.  He'll ask me if I

 2    know, like I said, anything about them or if I've

 3    ever worked with them.  But other than that, I don't

 4    have any say in anything.

 5            Q.   What facilities do you use for

 6    applications?  Is it Indeed?

 7            A.   We do use Indeed occasionally.  All of

 8    our applications mainly come through TalentReef.

 9            Q.   Through Talent what?

10            A.   TalentReef.

11            Q.   TalentReef?

12            A.   Yeah.  It is when you go and apply at

13    the shopridleys.com.  That's what it comes through.

14            Q.   Okay.  Do you have access to the

15    applications that come through that?

16            A.   I can look at them, yes.

17            Q.   Okay.  Do you have -- do you look at

18    them periodically to see who is applying and who

19    wants to come work?

20            A.   Not -- not usually, no.

21            Q.   Okay.  But you have done that before?

22    Have you?

23            A.   Yes.

24            Q.   Okay.  Under what circumstances?

25            A.   If Ben asks me to go in and see if
```

```
 1   there's any new applicants in there.

 2           Q.   Okay.

 3           A.   Other than -- well, I won't proceed with

 4   any of the interviews or nothing.  That's all him.

 5           Q.   Okay.  Will he ever pull the

 6   applications off and say, you know, these ones look

 7   good or --

 8           A.   No.

 9           Q.   Nothing like that?

10           A.   No.

11           Q.   Okay.  As an assistant manager do you

12   have any input into setting pay rates?

13           A.   No, I do not.

14           Q.   Okay.  Never sat down with the store

15   manager and say this person needs a raise?

16           A.   No.

17           Q.   Okay.  Has anybody ever asked you if

18   someone is deserving of a raise or promotion?

19           A.   No.

20           Q.   Okay.  In all your sixteen years you've

21   never -- you've never been asked that question?

22           A.   No.

23           Q.   Okay.  As an assistant manager have you

24   ever been involved in recommending employees for

25   transfer or requesting employees to come into the
```

```
 1   store?

 2          A.   No, I have not.

 3          Q.   Okay.  You mentioned that you -- as

 4   assistant manager you had to learn and that you did

 5   considerable amounts of book work?

 6          A.   Yes.

 7          Q.   Describe that for me.  What do you do --

 8   what does that entail?

 9          A.   We have to count the safe and make sure

10   that we verify the money every morning.  And then we

11   have a stack of paperwork that we go in and enter

12   every day's daily sales for each department and make

13   sure that the day balances out.

14          Q.   Okay.  Do those eventually create weekly

15   or monthly reports?

16          A.   Weekly reports.

17          Q.   Okay.  Are you involved in the creation

18   of the weekly reports?

19          A.   No.  All the reports come from the

20   office.

21          Q.   So the data goes up and somebody else

22   creates the weekly reports?

23          A.   Yes.

24          Q.   And do you get the results back so that

25   you can review them?
```

```
 1          A.   Yes.

 2          Q.   Okay.  Do you -- do you review the

 3   weekly reports?

 4          A.   The only time I have to review the

 5   weekly reports is if Ben is on vacation.  He does all

 6   of the book work unless he's not there.  That's the

 7   only time I ever do the book work is if he's not

 8   there.

 9          Q.   Okay.  Otherwise he's doing it all?

10          A.   Yes.  He's very meticulous about his

11   book work.

12          Q.   Okay.  So, I mean, when Ben is not there

13   -- I mean, you would agree with me when Ben's not

14   there, you're the senior manager on-site and so that

15   all kind of falls on you?

16          A.   Correct.

17          Q.   But otherwise Ben does a lot of that?

18          A.   Yes.

19          Q.   Okay.  And you would agree with me that

20   you are the only one there, you know, on days --

21   vacation days that he takes plus typically two to

22   three hours per day; is that fair?

23          A.   Yes.

24          Q.   Okay.  And during that time you're

25   handling the store?  You're -- any problems that come
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

1  up, any employee issues that come up, that falls on

2  you?

3         MS. RHEAUME:  Object to the form.

4         THE WITNESS:  Yes.

5         Q.  BY MR. WILLIAMS:  Okay.  As assistant

6  manager did you decide or have any input into

7  merchandising, displays, or product assortment,

8  anything like that?

9         A.  I can make decisions on displays.

10  Mainly all of our displays are set.  They give us a

11  set deal for, like, weekly end caps and everything.

12  So unless we have an extra spot for display, it is

13  mainly all set for us.

14         Q.  Okay.  So what decisions would you be

15  making in that regard?

16         A.  Like if the pop vendors wanted to bring

17  in something specific, I could make that decision or

18  not make the decision, depending.

19         Q.  Okay.

20         A.  But mainly, like I said, everything is

21  pretty well set the way they want it from the office,

22  they --

23         Q.  What about product purchasing, did you

24  have authority to purchase products?

25         A.  Do you mean, like, ordering product?

```
 1              Q.    Yeah.   Yes.

 2              A.    I order.   I have ordered for many

 3    different departments.

 4              Q.    Okay.   So that falls under your

 5    jurisdiction as an assistant store manager?

 6              A.    Yes.

 7              Q.    Okay.   Tell me what you do in that

 8    regard.

 9              A.    We have an order gun and we just have to

10    go and scan out-slows.   We have some departments in

11    the store that are under a computer-generated

12    ordering system.   And I just have to monitor that to

13    make sure it is not ordering, like, outrageous

14    amounts of stuff or not ordering stuff.   I have to

15    maintain, like, on hands and everything correct on

16    that system.

17              Q.    Okay.   Does it fall under your

18    jurisdiction to decide how much of any particular

19    product to order?

20              A.    A little bit, yes.

21              Q.    Okay.   So, for example, if you've got a

22    holiday coming up or a special event in the

23    community, you may order something extra of a certain

24    product; is that accurate?

25              A.    Yes.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1          Q.    Okay.  What about signage, did you have

 2     authority to put up signs or change signs or do

 3     anything like that for advertising?

 4          A.    No.

 5          Q.    Okay.  As assistant manager did you have

 6     any responsibilities for employee safety?

 7          A.    Yes.  We need -- we just need to make

 8     sure that all of our employees are working safe and

 9     that there's not, you know, unsafe work going on.

10          Q.    Okay.  So would it be fair to say that

11     as an assistant manager you're expected to be out in

12     the store and walking around and looking for problems

13     and looking for issues that need to be solved or

14     employees that aren't working or unsafe conditions?

15     All -- I mean, that's kind of your job, isn't it?

16          A.    Yes.

17          Q.    Okay.  What about customer safety, do

18     you have any responsibility for that?

19          A.    Yes.  We need to make sure that, you

20     know, the floors are clean and dry.  We have a log

21     that we have to fill out every hour to make sure that

22     the floors are swept and dry so that we don't have

23     any employee accidents, make sure that there's

24     nothing that they can trip over.

25          Q.    And that's part of your inspection
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1    process?

 2         A.   Yes.

 3         Q.   Okay.  If it's not clean or dry, what do

 4    you do?

 5         A.   We have to stand with the spill and get

 6    somebody to either get a mop or a broom or paper

 7    towels and then have caution cones put up.  We

 8    just can't walk --

 9         Q.   Okay.  So you'll stand at the spill and

10    they'll -- you'll find somebody to come clean it up

11    and make sure it is done properly?

12         A.   Yes.  We can't just walk away from them

13    because that, you know, could cause an accident.

14         Q.   Okay.  How often does that happen?

15         A.   Not as often as you would think really.

16         Q.   Okay.  Once a week, a couple times a

17    week?

18         A.   A couple times a week maybe.

19         Q.   Okay.  Staying on the safety theme, do

20    you have to fill out incident reports or anything

21    like that?

22         A.   I have, yes, if we've had, like,

23    customers that have slipped or fallen.  I've filled

24    out a couple of them for customers.  When we do that,

25    we have to take pictures of the surrounding area and
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1   make sure that we see what they slipped on or tripped
 2   on in the pictures just so that we have, you know,
 3   backup proof.  I have had a couple employees fill out
 4   incident reports with me on them getting a little bit
 5   hurt.  They have never gone any further than just
 6   being filled out.
 7            Q.   Okay.  That's -- I mean, that's
 8   something that you typically do as an assistant
 9   manager?
10            A.   I've done it a few times, yes.
11            Q.   Okay.  What about employee injuries,
12   lots of paperwork that needs to be done with that,
13   first reports of injury, stuff like that.  Is that
14   something that you are involved in?
15            A.   I have been, yes.  And, like I said, the
16   ones I've had to fill out actually have never gone
17   any further than just being filled out.  They've
18   never had to go to the doctor or nothing.
19            Q.   Okay.  As assistant manager did you have
20   any responsibility for input into store security?
21            A.   No.
22            Q.   Okay.  You mentioned that you had to
23   learn how to use the safe?
24            A.   Correct.
25            Q.   Tell me about that.
```

```
 1              A.   It is a combination safe so I had to

 2    just learn, you know, the maneuvers of the safe

 3    combination because I've never used a spin dial safe

 4    before that.  So it was fun.  The safe code's been

 5    changed numerous times over the years that I've been

 6    there.

 7              Q.   I would hope so.

 8              A.   Yeah.

 9              Q.   What -- so what goes in the safe?

10              A.   All of the money.

11              Q.   Okay.

12              A.   If we have any, like, wallets or purses

13    or credit cards or anything that have been lost and

14    turned in, those will go in there as well.  The extra

15    key to the pharmacy goes in there.

16              Q.   Is that emptied out at the end of the

17    day?

18              A.   The safe?

19              Q.   Yes.

20              A.   In the morning.  We'll do a deposit in

21    the mornings and it goes to the bank.

22              Q.   Okay.  Who does the deposits?

23              A.   If I'm opening, I do and take them to

24    the bank.  If not it is Ben or we have Desiree who

25    does our morning books.  She gets the safe counted
```

```
 1    and verified in the mornings for us five days a week.

 2         Q.   Okay.  Do you have procedures?  For

 3    example, shoplifting, do you have shoplifting

 4    procedures?

 5         A.   Not really.  We have very -- we have

 6    trouble catching them.  We have a lot of theft that

 7    we just find laying on the shelves and stuff, but

 8    we've never actually -- we don't have, like, a

 9    security person or anything like that.  We have

10    followed a few people and watched them.  But other

11    than that we've -- we don't have any security other

12    than a few cameras.

13         Q.   Okay.  Have you ever personally reported

14    shoplifting?

15         A.   Yes.

16         Q.   Okay.  How frequently?

17         A.   I've only done it one time that I

18    actually had to have the cops involved.

19         Q.   Okay.  What about employee theft, is

20    that a problem?

21         A.   No.

22         Q.   Okay.  You haven't ever had that crop

23    up?

24         A.   No.

25         Q.   Okay.  Is there an alarm system at the
```

     1    store?

     2           A.    Just in the pharmacy and on our -- we

     3    have a back fire door that has a security on it.

     4           Q.    Okay.  Have you ever been involved in

     5    any alarm incidents or anything like that?

     6           A.    Just the other night the pharmacist had

     7    left, set the alarm, and then I think she said she

     8    forgot something in the pharmacy so she had to go

     9    back in, and I guess when she reversed the code and

    10    came back out again, it set it off and the police

    11    department showed up.  That's the first I had ever

    12    heard that alarm go off.

    13           Q.    Did -- who -- did you deal with the

    14    police department when they showed up?

    15           A.    Yes.  I actually was in the office and I

    16    got a phone call from the police department here in

    17    town, and they said that there's an officer outside

    18    that wanted to speak with me or an employee.

    19           Q.    Okay.  You mentioned that you're in the

    20    office, and it is my understanding that there's a

    21    common office for managers to use; is that correct?

    22           A.    Correct.

    23           Q.    Okay.  And how big is the office?

    24           A.    It is decent sized.  There's a

    25    decent-sized desk in there and two chairs.

```
 1          Q.   Just one desk?

 2          A.   Yes.

 3          Q.   And that's shared between you and the

 4   store director and who else?

 5          A.   Our closing manager.

 6          Q.   Okay.  Whoever has need to access the

 7   computer or talk to an employee or something can use

 8   that office?

 9          A.   Correct.

10          Q.   Okay.  As assistant manager did you have

11   any responsibility for or input in planning budgets?

12          A.   No.

13          Q.   Okay.  Do you ever review any store

14   budgets?

15          A.   No.

16          Q.   Okay.  What about legal compliance

17   issues, do you have any responsibility for any legal

18   compliance issues like employee posters or mandatory

19   training or anything like that?

20          A.   No.

21          Q.   Okay.  Who is in charge of making sure

22   the employee posters are in the workplace?

23          A.   Ben, the store manager.

24          Q.   Okay.  Have you ever done that?  Have

25   you ever checked on them, made sure they're posted
```

```
 1    and showing?

 2            A.    I have not.

 3            Q.    Okay.  You have an employee handbook

 4    that everybody has access to; is that correct?

 5            A.    Yes.

 6            Q.    Okay.  The employee handbook has

 7    policies in it; is that correct?

 8            A.    It does.

 9            Q.    Okay.  As assistant manager does it fall

10    upon you to make sure people are following those

11    policies?

12            A.    Occasionally, yes.

13            Q.    Okay.  How -- how occasionally?

14            A.    Just --

15            Q.    When it comes up?

16            A.    Yeah, basically.  Not very often really.

17            Q.    Okay.  As assistant manager have you

18    been involved in investigating employee complaints?

19            A.    No.

20            Q.    Okay.  Have you ever had employees

21    complain of harassment or discrimination?

22            A.    No.

23            Q.    Okay.  Have you ever been involved in

24    any planning for the store, strategic planning, any,

25    you know, long-term goals or anything like that for
```

```
 1    the store?

 2          A.    The only time really that I'm involved

 3    in that is, like, when we have our big case sales, we

 4    have to strategically plan where to put all of the

 5    product that comes in.

 6          Q.    Okay.

 7          A.    But other than that, like, all of the

 8    sets and stuff for the shelves are -- they come from

 9    the office.  They come off --

10          Q.    Are you ever involved in meetings with

11    upper management?  And by "upper management" I mean

12    managers above the store level.

13          A.    Really the only time I'm in any kind of

14    meeting with them is like at our eval time.

15          Q.    When they're evaluating your

16    performance?

17          A.    Yes.

18          Q.    Okay.  You don't participate in manager

19    meetings other than that?

20          A.    No.

21          Q.    Never have?

22          A.    When I was early assistant with Steve,

23    he'd have a weekly manager meeting but Ben does not.

24    We have conference calls that they do usually before

25    I'm even scheduled for the day.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

Page 53

```
 1              Q.    Okay.  As assistant manager do you have

 2    to ever respond to issues outside of work?  You ever

 3    get calls after hours or issues that you have to deal

 4    with?

 5              A.    I have sometimes, yes.  And usually what

 6    it is is like a compressor issue, one of the cases is

 7    going down, stuff like that.  It's never anything

 8    more than just the come pressure -- compressor

 9    issues.  I cannot speak.

10              Q.    On the freezers?

11              A.    Yes.  Freezers, coolers.

12              Q.    Okay.  Any -- ever have to deal with

13    employee issues after hours?

14              A.    No.

15              Q.    Okay.  No employees ever call you and

16    say, hey, I'm not coming in today or I'm sick or

17    anything like that?

18              A.    They're not supposed to call managers'

19    cell phones.  They're supposed to call the store.

20              Q.    Okay.  And even though they're not

21    supposed to, have they ever?

22              A.    They have, yes.

23              Q.    Okay.  How frequently?

24              A.    A couple times.  A few times here and

25    there.  But we've really put our foot down on that
```

1    because it is not getting communicated back to the

2    other people in the store if somebody calls our phone

3    or texts us and says, hey, I'm not coming to work, so

4    we've made it clear that they have to call the store.

5             Q.   So you'll tell them what the procedure

6    is and direct them to do that?

7             A.   Yes.

8             Q.   Okay.  As assistant store manager have

9    you ever been required to attend any sales meetings

10   or staff meetings?

11            A.   We don't really have any staff meetings.

12            Q.   Okay.  You don't have any safety

13   meetings or team meetings at the store?

14            A.   No.

15            Q.   Okay.  So we talked -- I've tried to

16   cover as many duties and responsibilities as I can.

17   Are there any others that I haven't mentioned that

18   you do on a regular basis as assistant manager?

19            A.   I don't believe so.

20            Q.   Okay.

21            A.   I do a lot of shelf stocking and

22   cashiering.  I do a lot of that stuff mainly.

23            Q.   Okay.  So, I mean, we've talked a lot

24   about, you know, working with employees and being the

25   sole manager on-site and cashiering and ordering.  So

1   if you had to put a percentage on the various

2   activities, what percentage would you put on, you

3   know, doing purely the directing employees and -- the

4   management type:  The book work, the ordering, you

5   know, helping employees, that kind of stuff?

6           A.    Maybe 25 percent.

7           Q.    25 percent?  Okay.  The rest as -- and

8   the rest as what?

9           A.    The store manager.

10          Q.    The rest is what?  Can I get that again?

11          A.    The rest of what I do is, like,

12  cashiering and, you know, stocking shelves.  I

13  basically worked in the dairy department for the last

14  year and a half.

15          Q.    Okay.

16          A.    Keeping that maintained, doing just

17  freight and stuff.

18          Q.    Okay.  And you certainly don't turn off

19  your management responsibilities when you're doing

20  that, do you?

21          A.    No.

22          Q.    I mean, people can still come to you?

23          A.    Yes, they can.  I still help -- get

24  calls up front.  I go to the booth.  I get called to

25  the deli.

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

1          Q.    Regularly interrupt your work that you

2     would otherwise would like to get done?

3          A.    Yes.

4          Q.    Okay.  Have you ever described your

5     duties and responsibilities as assistant manager in

6     writing, for example, on a résumé or on LinkedIn or

7     anything like that?

8          A.    I have not.

9          Q.    Okay.  Haven't ever considered getting

10    another job or anything?

11         A.    No.

12         Q.    Okay.  As an assistant store manager do

13    you ever keep a journal or a diary of the work that

14    you did or tasks that you did or problems that you

15    addressed?

16         A.    No, I do not.

17         Q.    Okay.  Keep any other notes or records

18    related to your work as an assistant store manager?

19         A.    No.

20         Q.    Nothing in writing?

21         A.    No.

22         Q.    Okay.  You stated that you had the

23    authority to order product as assistant manager;

24    other than that do you have authority to commit

25    Ridley's financially?

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1          A.   No.

 2          Q.   Okay.  And you tell me you've never been

 3   involved in any investigations of employee complaints

 4   or anything like that?

 5          A.   No.

 6          Q.   Okay.  As assistant manager do you use

 7   any written materials to perform your work, any

 8   policies and procedures that you refer to, or you

 9   just kind of figure it out as you go?

10          A.   I just figure it out as I go.

11          Q.   Okay.  Do you keep track of your work

12   time?

13          A.   Not other than on the time clock I

14   don't.

15          Q.   Okay.  Do you clock in and out now?

16          A.   Yes.

17          Q.   Have you always clocked in and out?

18          A.   Just since I became an hourly assistant.

19   I clocked in and out as a deli manager, but then when

20   I was salary, I did not clock in or out.

21          Q.   Okay.  But since end of February of '21

22   you've been clocking in and out?

23          A.   Correct.

24          Q.   Okay.  As assistant manager do you have

25   a cell phone that you use for work?
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1          A.   It -- I just have my own personal phone.
 2          Q.   Your personal.  You don't have a
 3   company-provided phone?
 4          A.   No.
 5          Q.   Okay.  Do you have a company e-mail?
 6          A.   Yes.  I don't personally.  It is just
 7   the store e-mail.
 8          Q.   The store e-mail?
 9          A.   Yeah.
10          Q.   But you have access to that as an
11   assistant manager?
12          A.   Yes, I do.
13          Q.   Okay.  Do you check that regularly?
14          A.   Yes.
15          Q.   Okay.  What do you check for?
16          A.   Mainly orders.  We get a lot of
17   businesses in town that will send in orders that we
18   shop for them.  Make sure that -- you know, like
19   purchase journals and stuff like that.  We get that
20   stuff to come down.  There's just stuff we have to
21   print sometimes from the e-mail.
22          Q.   Okay.  As an assistant manager have you
23   ever been involved in any special projects for events
24   at or for the store?
25          A.   Not really that I can recall.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

Page 59

```
 1          Q.   Okay.  Other than your attorney have you
 2    communicated with anyone else about this lawsuit?
 3          A.   A couple of my friends I have, yes.
 4          Q.   Okay.  Who have you talked to?
 5          A.   My friend Vivian Davis and my friend
 6    Courtney Geiselman.
 7          Q.   Are either of them employed at Ridley's?
 8          A.   No.
 9          Q.   Okay.  What have you talked to Vivian
10    about?
11          A.   Just what was going on with it and
12    mainly I really didn't know what was going on with
13    it.  So, I mean, she just kind of knows that I'm
14    involved in it.  That's the same with Courtney.
15          Q.   Do either of them have any legal
16    training or anything?
17          A.   No.
18          Q.   Okay.  And other than, you know,
19    informing them that it's going on, did you have any
20    detailed discussion about the lawsuit and how it was
21    going?
22          A.   No, I have not.
23          Q.   And have you ever posted anything on
24    social media about the lawsuit?
25          A.   I have not.
```

```
 1              Q.    Okay.  I think I asked you this but I'm
 2    not sure.  Do you have an amount in mind that you
 3    think you're entitled to in this lawsuit?
 4              A.    I do not.  I'm just trusting my attorney
 5    to get that figured out to the best of her ability.
 6              Q.    And whatever that is you're happy with
 7    it?
 8              A.    Correct.
 9              Q.    Okay.  Other than -- other than the
10    issues in this lawsuit, do you like working at
11    Ridley's?
12              A.    I do.  I do.  It is a lot easier to work
13    at Ridley's than it is Walmart.  Walmart was such a
14    big corporation that you do anything and it seems
15    like everything you did was wrong.
16              Q.    Okay.  What's the difference with
17    Ridley's?  What do you like about Ridley's?
18              A.    It is not so corporate.  We don't have,
19    you know, upper management all the time at the store
20    or having to get ready for this person to come visit
21    or -- it was just very -- it was stressful working at
22    Walmart because if somebody was going to show up,
23    upper management, I mean, they wanted everything
24    perfect.
25                    Here a lot of times they just really
```

```
 1   show up and we most of the time don't know they're

 2   showing up.  You know, there's no panic to get ready

 3   for when an upper management shows up.  You know, it

 4   is just day-to-day work.  It is pretty relaxed

 5   really.

 6          Q.   And, again, other than the issues in

 7   this lawsuit, do you think you're fairly compensated

 8   by Ridley's?

 9          A.   Yes.

10          MR. WILLIAMS:  I don't have anything further.

11          MS. RHEAUME:  I only have a couple of

12   follow-up questions.

13

14                      EXAMINATION

15   BY MS. RHEAUME:

16          Q.   Destiny, did you ever get any training

17   for any human resources issues?

18          A.   No, I did not.

19          Q.   Did you have any training regarding

20   disability needs?

21          A.   No.

22          Q.   Did you have any training regarding

23   sexual harassment?

24          A.   No.

25          Q.   Did you have any training regarding
```

```
 1    discrimination?

 2           A.   No.

 3           Q.   If an employee were to have an issue

 4    with those, would they go to you?

 5           A.   They can, yes.  Most likely Ben would be

 6    the one that would deal with it.

 7           MS. RHEAUME:  That's all the questions I

 8    have.

 9

10                   FURTHER EXAMINATION

11    BY MR. WILLIAMS:

12           Q.   Do you feel like you needed training in

13    those areas?

14           A.   No, not really.

15           Q.   Okay.  If you felt like you needed

16    training, who would you go to to ask?

17           A.   The store manager and then he would

18    figure out what I needed to do to get the training.

19           Q.   Okay.  You mentioned earlier that you

20    never had any complaints of discrimination or

21    anything like that; is that accurate?

22           A.   That is correct.

23           MR. WILLIAMS:  Okay.  Nothing further.

24           THE VIDEOGRAPHER:  That concludes the

25    deposition of Destiny Glanz.
```

JONATHAN ESPARSEN vs RIDLEY'S FAMILY MARKETS
DESTINY GLANZ on 01/21/2022

```
 1            Off the record at 10:16.

 2     (The deposition concluded at 10:16 a.m.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                     REPORTER'S CERTIFICATE

 2

 3      STATE OF IDAHO              )
                                    )   ss.
 4      COUNTY OF BONNEVILLE        )

 5

 6

 7         I, Sandra D. Terrill, CSR, RPR, and Notary
        Public in and for the State of Idaho, do hereby
 8      certify:
           That prior to being examined Destiny Glanz, the
 9      witness named in the foregoing deposition, was by me
        duly sworn to testify to the truth, the whole truth,
10      and nothing but the truth;
           That said deposition was taken down by me in
11      shorthand at the time and place therein named and
        thereafter reduced to typewriting under my direction,
12      and that the foregoing transcript contains a full,
        true, and verbatim record of said deposition.
13         I further certify that I have no interest in the
        event of the action.
14         WITNESS my hand and seal this 27th day of
        January 2022.
15

16

17

18                   Sandra D. Terrill

19

20                          Sandra D. Terrill
                            Idaho CSR No. 702,
21                          Notary Public in and for
                            the State of Idaho
22

23

24

25
```