IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1070-PAB-KLM

**Stanton Meats, Jason Carillo,
Krestina Coombs, David Davis,
Brian Donovan, Chris Gallegos,
Destiny Glantz, Cameron Harris,
Julie Anne Neil, Andrez Rios,
Jared Whitaker and William Wulf,**
         Plaintiffs,

v.

**Ridley's Family Markets, Inc.,**
         Defendant.

## JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

The Parties, through their counsel of record, for their Joint Motion to Continue Final Pretrial Conference, do hereby state as follows:

1. A final pretrial conference in this matter is currently set for June 20, 2023, at 2:00 p.m, and a Final Pretrial Order is due no later than seven (7) days before the final pretrial conference. (ECF No. 23).

2. Defendant filed a Motion for Summary Judgment against all Plaintiffs on April 20, 2023, and Plaintiffs filed their Response on May 30. Defendant's deadline to file a Reply is June 13.

3. The Court's decision on the Motion for Summary Judgement will either greatly shape the scope of what is discussed at the final pretrial conference or moot its necessity all together.

4. Therefore, the Parties requests that the final pretrial conference currently set for June 20, 2023, be continued until after the Court has had an opportunity to rule on the pending Motion for Summary Judgment.

5. This Motion is brought for good cause and not for the purpose of unnecessary delay.

WHEREFORE, for the reasons stated above, the parties respectfully request the Court grants this Motion and continue the final pretrial conference currently set for June 20, 2023.

Respectfully submitted,

**STANTON MEATS, JASON CARILLO, KRESTINA COOMBS, DAVID DAVIS, BRIAN DONOVAN, CHRIS GALLEGOS, DESTINY GLANTZ, CAMERON HARRIS, JULIE ANNE NEIL, ANDREZ RIOS, JARED WHITAKER AND WILLIAM WULF, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

      **and**    **RIDLEY'S FAMILY MARKETS, INC.**

Snell & Wilmer L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

*/s/ David P. Williams*
David P. Williams
Utah Bar No. 7346
dawilliams@swlaw.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that, on the date imprinted by the Court's electronic filing system, a true and correct copy of the foregoing MOTION was electronically filed, which will provide notice to all interested parties of record.

*/s/ Josh Sanford*
**Josh Sanford**