**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.** 1:22-cv-1070-PAB

STANTON MEATS, JASON CARILLO, KRESTINA COOMBS, DAVID DAVIS, BRIAN DONOVAN, CHRIS GALLEGOS, DESTINY GLANTZ, CAMERON HARRIS, JULIE ANNE NEIL, ANDREZ RIOS, JARED WHITAKER, AND WILLIAM WULF,

     Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

     Defendants.

---

**DEFENDANT RIDLEY'S FAMILY MARKETS, INC.'S
UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

**CONFERRAL CERTIFICATION**: Pursuant to D.C.Colo.L.Civ.R. 7.1(a), undersigned counsel certifies that he conferred with Plaintiffs' Counsel via email on June 6, 2023, regarding this Motion. Plaintiffs do not oppose the relief requested herein.

Pursuant to the Court's Civil Practice Standards III.A. and III.F.3., Defendant, Ridley's Family Markets, Inc. ("Ridley's"), by and through undersigned counsel, hereby moves the Court for leave to exceed the 10-page limit for the reply brief to its Motion for Summary Judgment as set forth in the Court's Civil Practice Standards, and respectfully states as follows:

    1.    Ridley's previously requested and was granted leave to file a Motion for Summary Judgment not to exceed 45 pages, due to the number of Plaintiffs and the necessity of setting forth separate undisputed facts regarding each. ECF Nos. 33 and 34.

2.	Plaintiffs previously requested, and were granted leave to file an opposing brief also not to exceed 45 pages. ECF Nos. 42, and 43.

3.	Ridley's reply brief is due on June 13, 2023.

4.	Due to the number of Plaintiffs and the voluminous facts disputed by Plaintiffs in their opposition, Ridley's requires additional pages beyond those allowed to respond to the purported disputes—which response to such disputes alone will exceed the 10-page limit—and also briefly respond to Plaintiffs' arguments. Ridley's believes it can do both in 23 pages, exclusive of the certificate of service.

5.	The Court's Civil Practice Standards contemplates 20 pages for the opening and opposing brief, and 10 pages for the reply brief.  23 pages would be proportional to the 45 pages allowed by the Court for the opening and opposing briefs.

Therefore, and based upon the foregoing, Ridley's respectfully moves the Court for an order allowing it to vary from the Court's Civil Practice Standards, and to file a reply brief in support of its Motion for Summary Judgment not to exceed 23 pages, exclusive of the certificate of service.

DATED this 8th day of June, 2023.

SNELL & WILMER L.L.P.

/s/ David P. Williams
David P. Williams (UT#07346)
SNELL & WILMER L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: dawilliams@swlaw.com

**Attorneys for Defendant**
**Ridley's Family Markets, Inc.**

3

**CERTIFICATE OF SERVICE**

      This is to certify that on June 8, 2023, a true and correct copy of the above was filed with the Court's electronic filing system, which effectuated service upon all counsel of record.

                                                    */s/ David P. Williams*