IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01070-PAB-KLM

STANTON MEATS,
KRESTINA COOMBS,
DAVID DAVIS,
BRIAN DONOVAN,
CHRIS GALLEGOS,
DESTINY GLANTZ,
CAMERON HARRIS,
JULIE ANNE NEIL,
ANDREZ RIOS,
JARED WHITAKER,
WILLIAM WULF,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKET, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Unopposed Motion to Modify the Scheduling Order to Continue the Final Pretrial Conference** [#45] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#45] is **GRANTED** to the extent that the Final Pretrial Conference set for June 20, 2023, at 2:00 p.m. is **VACATED** and **RESET** to **September 20, 2023**, at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted **on or before September 13, 2023**.

    Dated: June 8, 2023