IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** 1:22-cv-1070-PAB-KAS

STANTON MEATS, KRESTINA COOMBS, DAVID DAVIS, BRIAN DONOVAN, CHRIS GALLEGOS, DESTINY GLANTZ, CAMERON HARRIS, JULIE ANNE NEIL, ANDREZ RIOS, JARED WHITAKER, AND WILLIAM WULF,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendants.

## JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

The Parties, through their counsel of record, jointly move the Court for an order continuing the Final Pretrial Conference in this case pending resolution of the Motion for Summary Judgment currently before the Court. In support of this motion, the Parties state as follows:

    1.    A final pretrial conference in this matter is currently set for September 20, 2023, at 11:00 a.m., and a Final Pretrial Order is due no later than September 13, 2023. (ECF No. 49).

    2.    Presently pending before the Court is Defendant's Motion for Summary Judgment, filed by Defendant on April 20, 2023. (ECF No. 36.) Plaintiffs filed a response on May 30, 2023. (ECF No. 44.) Defendant filed its reply on June 13, 2023. (ECF No. 50.)  A decision has not yet been rendered by the Court on the Motion for Summary Judgment.

3. The Court's decision on Defendant's Motion for Summary Judgement will either greatly shape the scope of trial and what will need to be addressed in the pretrial order and at the final pretrial conference or moot its necessity entirely.

4. Therefore, the Parties respectfully request that the final pretrial conference currently set for September 20, 2023, be continued until after the Court has had an opportunity to rule on the pending Motion for Summary Judgment.

5. Pursuant to D.C.Colo.LCivR 6.1(b), the Parties have previously moved once for a continuance on the same basis on June 7, 2023 (ECF No. 45), which was granted on June 8, 2023. (ECF No. 49.)

6. This motion is brought for good cause and not for the purpose of unnecessary delay.

WHEREFORE, for the reasons stated above, the Parties respectfully request the Court grant this Motion and continue the final pretrial conference currently set for September 20, 2023.

[REMAINDER OF PAGE LEFT INTENTIONALY BLANK]

DATED this 31st day of August, 2023

        SNELL & WILMER L.L.P.

        */s/ David P. Williams*
        David P. Williams (UT#07346)
        SNELL & WILMER L.L.P.
        15 W. South Temple, Suite 1200
        Salt Lake City, Utah 84101
        Telephone:  801.257.1900
        Facsimile:  801.257.1800
        Email: dawilliams@swlaw.com

*Attorneys for Defendant*
*Ridley's Family Markets, Inc.*

And

SANFORD LAW FIRM, PLLC

*/s/ Sean Short*
Sean Short (Ark. Bar No. 2015079)
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com

*Attorneys for Plaintiffs*
*Stanton Meats, Krestina Coombs, David Davis,*
*Brian Donovan, Chris Gallegos,*
*Destiny Glantz, Cameron Harris,*
*Julie Anne Neil, Andrez Rios,*
*Jared Whitaker and William Wulf*

## CERTIFICATE OF SERVICE

This is to certify that on August 31, 2023, a true and correct copy of the above was filed with the Court's electronic filing system, which effectuated service upon all counsel of record.

/s/ David P. Williams