IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01070-PAB-KAS

STANTON MEATS,
KRESTINA COOMBS,
DAVID DAVIS,
BRIAN DONOVAN,
CHRIS GALLEGOS,
DESTINY GLANTZ,
CAMERON HARRIS,
JULIE ANNE NEIL,
ANDREZ RIOS,
JARED WHITAKER,
WILLIAM WULF,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKET, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion to Continue Final Pretrial Conference** [#52] (the "Motion"). For good cause shown given the pendency of the Motion for Summary Judgment,

    IT IS HEREBY **ORDERED** that the Motion [#52] is **GRANTED IN PART**. The Final Pretrial Conference set for September 20, 2023, at 11:00 a.m. is **VACATED** and **RESET** to **December 18, 2023**, at **9:30 a.m.** in Courtroom C204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted **on or before December 11, 2023**.

    Dated: September 1, 2023