IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01070-PAB-KAS

STANTON MEATS,
KRESTINA COOMBS,
DAVID DAVIS,
BRIAN DONOVAN,
CHRIS GALLEGOS,
DESTINY GLANTZ,
CAMERON HARRIS,
JULIE ANNE NEIL,
ANDREZ RIOS,
JARED WHITAKER,
WILLIAM WULF,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKET, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion to Continue Final Pretrial Conference** [#55] (the "Motion"). At the parties' request, the Court has already twice reset the Final Pretrial Conference in this case, first from June 20, 2023, to September 20, 2023, and then to December 18, 2023. *See* [#22, #49, #54]. This is the parties' third request to continue the Final Pretrial Conference given the pending Motion for Summary Judgment [#36], which was filed on April 20, 2023. The Court is not inclined to grant a third continuance for the following reasons. First, there has already been a six-month delay in holding the Final Pretrial Conference. Second, Chief Judge Philip A. Brimmer does not set civil trials in cases until the final pretrial conferences are held. He is currently setting trials approximately nine-to-eleven months after a case's final pretrial conference. Thus, delaying the Final Pretrial Conference in this case now will only delay the parties' trial setting even further. Third, the Court finds pursuant to Fed. R. Civ. P. 1 that denying the Motion [#55] will best "secure the just, *speedy*, and inexpensive determination" of this action. (Emphasis added). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#55] is **DENIED**.

    Dated: November 29, 2023