## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1070-PAB-KAS

STANTON MEATS, *et al.*,

     Plaintiff,

v.

RIDLEY'S FAMILY MARKETS, INC.,

     Defendant.

---

## FINAL PRETRIAL ORDER

---

### 1. DATE AND APPEARANCES

    The parties submit this draft Final Pretrial Order this 8th day of December, 2023.

Plaintiffs are represented by Josh Sanford and Sean Short of the Sanford Law Firm, PLLC.

Defendant Ridley's Family Markets, Inc. is represented by Mark O. Morris and David P.

Williams, of Snell & Wilmer L.L.P.

### 2. JURISDICTION

    This Court has subject-matter jurisdiction over Plaintiffs' claims under the Fair Labor

Standards Act, 29 U.S.C. §201 *et seq.* ("FLSA") pursuant to 28 U.S.C. § 1331 because Plaintiffs'

claims raise a federal question under 29 U.S.C. § 201, *et seq.* The Court has supplemental

jurisdiction over Plaintiffs' claims under the Colorado Wage Act, C.R.S. § 8-4-101, *et seq.*

("CWA") and Colorado Minimum Wage Order No. 34, 7 C.C.R. § 1103-1 ("CMWO") because these state law claims form part of the same case or controversy as the FLSA claims pursuant to 28 U.S.C. §1367(a). The Court has personal jurisdiction over Defendant because Defendant (a) is a resident of, and is licensed to transact and does transact business in, this District; and (b) has carried out the conduct underlying this Action in this District.

### 3.  CLAIMS AND DEFENSES

Plaintiffs are former Assistant Store Managers for Defendant's grocery stores in Colorado, Utah, and Wyoming.  In this case Plaintiffs assert that they were improperly classified as an exempt employee under the federal Fair Labor Standards Act ("FLSA"), particularly as exempt employees under the administrative exemption, and bring claims for failure to pay overtime under that statute, 29 U.S.C. § 216(b), and Colorado's state equivalent.  Plaintiffs claim that they regularly worked more than forty (40) hours in a given workweek, and were not compensated at the overtime premium for such time due to their exempt misclassification. Plaintiffs deny that any classification as exempt was made in good faith reliance on any administrative regulations, rulings or other policies and procedures, and claim that such classification was instead willful as defined by the FLSA and its interpretations.

Defendant denies liability, and states as a defense that Plaintiffs were properly classified as exempt under the administrative and executive exemptions under federal and state law, and/or that it relied in good faith on administrative regulations, guidance, orders, rulings, interpretations, and/or policies and practices in classifying Plaintiffs as exempt.  Defendant

2

further contends that the claims of various Plaintiffs are time barred, or fail by reason of the lack of evidence of willfulness.

## 4. STIPULATIONS

The Parties previously agreed to the following undisputed facts:

1.      Defendant is a Wyoming corporation licensed to do business in Colorado, and does some business in Colorado.

2.      Defendant operates multiple retail grocery stores in many states, including in Colorado.

3.      Defendant's annual gross revenues exceed $500,000.00.

4.      At all relevant times, Defendant has had two (2) or more employees engaged in interstate commerce.

5.      The FLSA applies in this case on an enterprise and an individual basis.

6.      Plaintiff Stanton Meats was employed as an Assistant Manager by Defendant from April of 2015 through May 2, 2019, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

7.      Plaintiff Krestina Coombs was employed as an Assistant Manager by Defendant from January, 2016 to October, 2017, and again from August 2018 through December 2018, during which times Defendant paid Plaintiff a fixed bi-weekly salary.

8.      Plaintiff Brian Donovan was employed as an Assistant Manager by Defendant from March of 2018 through April 26, 2018, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

9.      Plaintiff Destiny Glantz became employed as an Assistant Manager by Defendant in 2016, at which time Defendant paid Plaintiff a fixed bi-weekly salary.

10.     Plaintiff Cameron Harris was employed as an Assistant Manager by Defendant from 2015 through 2016, and again from August 2018 through November 2018, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

11.     Plaintiff Andrez Rios was employed as an Assistant Manager by Defendant from May of 2019 through August of 2019, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

12.     Plaintiff Jared Whitaker was employed as an Assistant Manager by Defendant from January of 2017 through September 1, 2018, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

13.     Plaintiffs were paid a fixed salary regardless of how many hours he worked.

14.     Plaintiffs were regularly scheduled to work for more than forty (40) hours per workweek.

15.     Plaintiffs were not paid overtime premiums at one and one-half (1.5) times their regular rate of pay for hours worked in excess of forty (40) per workweek.

16.     This Court has jurisdiction over Plaintiffs' FLSA claim pursuant to 28 U.S.C. § 1331.

4

17.     Venue is proper in the District of Colorado.

## 5.  PENDING MOTIONS

Defendant's Motion for Summary Judgment remains pending. Defendant filed its Motion for

Summary Judgment on April 20, 2023 [Dkt. 36]. Plaintiffs filed an opposing brief on May 30,

2023 [Dkt. 44]. Defendant filed a reply brief on June 13, 2023 [Dkt. 50].

## 6.  WITNESSES

a.     Nonexpert witnesses to be called by each party.

(1)     Plaintiffs' witnesses:

(i)     Witnesses who will be present at trial and will testify in person:

(a)     Plaintiff Stanton Meats—Mr. Meats will testify regarding his pay, schedule, hours worked, and work duties and responsibilities.

(b)     Plaintiff Krestina Coombs—Ms. Coombs will testify regarding her pay, schedule, hours worked, and work duties and responsibilities.

(c)     Plaintiff Brian Donovan—Mr. Donovan will testify regarding his pay, schedule, hours worked, and work duties and responsibilities.

(d)     Plaintiff Destiny Glantz—Ms. Glantz will testify regarding her pay, schedule, hours worked, and work duties and responsibilities.

(e)     Plaintiff Cameron Harris—Mr. Harris will testify regarding his pay, schedule, hours worked, and work duties and responsibilities.

(f)      Plaintiff Andrez Rios—Mr. Rios will testify regarding his pay, schedule, hours worked, and work duties and responsibilities.

(g)      Plaintiff Jared Whitaker—Mr. Whitaker will testify regarding his pay, schedule, hours worked, and work duties and responsibilities.

(ii)      Witnesses who may be present at trial if the need arises:

(a) any or all of Defendant's witnesses.

Plaintiffs reserve the right to call other unnamed witnesses in rebuttal to Defendant's evidence.

(2)      Defendant witnesses:

(i)      Witnesses who will be present at trial and will testify in person:

(a)      Mark Ridley—Mr. Ridley is expected to testify as to all of Defendants' defenses, Plaintiffs' work history, and to Plaintiffs' pay, and work duties.

(ii)      Witnesses who may be present at trial if the need arises:

(a)      Ramiz Abed—Mr. Abed may testify as to Plaintiffs' work history, and job duties and responsibilities.

(b)      Dawn Bengoechea—Ms. Bengoechea may testify as to Plaintiffs' pay history and employment record.

(c)      Store Directors who worked with or supervised Plaintiffs and may testify regarding Plaintiffs' duties and responsibilities and their interactions with Plaintiffs, including without limitation:

1.      Dan Smith

2.      L.J. Hurley

3.      Luis Lemus

4.      Able Hernandez

5.      Clint Harris

6.      Ben Goddard

7.      Justin White

8.      Val Ercanbrack

9.      Kelly Neil

(d)     any or all of Plaintiffs' witnesses

Defendant reserves the right to call other unnamed witnesses in rebuttal to Plaintiffs'

evidence.

b.      Expert witnesses to be called by each party.

None.

## 7. EXHIBITS

(1) Plaintiffs: Plaintiffs may introduce into evidence the following documents, and
reserves the right to introduce exhibits listed by Defendant, below:

| Exhibit No. | Exhibit Description | Bates No. |
|---|---|---|
| 1 | Stanton Meats Time and Pay Records | |
| 2 | Krestina Coombs Time and Pay Records | |
| 3 | Brian Donovan Time and Pay Records | |
| 4 | Destiny Glantz Time and Pay Records | |

| 5 | Cameron Harris Time and Pay Records | |
| 6 | Jared Whitaker Time and Pay Records | |
| 7 | Andrez Rios Time and Pay Records | |
| 8 | Excerpts from Stanton Meats' Personnel File | |
| 9 | Excerpts from Krestina Coombs' Personnel File | |
| 10 | Excerpts from Brian Donovan's Personnel File | |
| 11 | Excerpts from Destiny Glantz's Personnel File | |
| 12 | Excerpts from Cameron Harris' Personnel File | |
| 13 | Excerpts from Jared Whitaker's Personnel File | |
| 14 | Excerpts from Andrez Rios' Personnel File | |
| 15 | Ridley's Family Market's Employee Handbook | |
| 16 | Meat Department Code of Safe Work Practices | |
| 17 | Plaintiffs' Damages Calculations | |

(2) Defendant:  Defendant may introduce into evidence documents among the following:

| Exhibit No. | Depo. Ex. No. | Exhibit Description | Bates No. |
|---|---|---|---|
| 1 | Meats 1 | 2005 0615 Ridley's Family Markets Employee Information for Stanton J. Meats. | No Bates Number(s) |
| 2 | Meats 2 | 2005 1016 Ridley's Family Markets Employee Termination Report for Stanton J. Meats – Voluntarily Quit interfered with School. | No Bates Number(s) |
| 3 | Meats 3 | 2006 0828 Ridley's Family Markets Employee Information for Stanton J. Meats. [Bagger] | No Bates Number(s) |
| 4 | Meats 4 | 2006 1224 Ridley's Family Markets Payroll Status Change for Stanton Meats – Promoted from Bagger to Checker. | No Bates Number(s) |
| 5 | Meats 5 | 2007 0520 Ridley's Family Markets Payroll Status Change for Stan Meats – Promotion from Checker to Stocker. | No Bates Number(s) |
| 6 | Meats 6 | 2007 0908 Ridley's Family Markets Employee Termination Report for Stan Meats – Voluntarily Quit to go to School full time. | No Bates Number(s) |

| Exhibit No. | Depo. Ex. No. | Exhibit Description | Bates No. |
|---|---|---|---|
| 7 | Meats 7 | 2007 1129 Ridley's Family Markets Employee Information for Stanton J. Meats. | No Bates Number(s) |
| 8 | Meats 8 | 2008 0710 Ridley's Family Markets Employee Termination Report for Stanton Meats – Voluntarily Quit to serve L.D.S. mission. | No Bates Number(s) |
| 9 | Meats 9 | 2013 1015 Ridley's Family Markets Employee Information for Stanton J. Meats. [Stamped Confidential] | No Bates Number(s) |
| 10 | Meats 10 | 2014 0407 Ridley's Family Markets Payroll Status Change for Stan Meats -Promoted from Frozen Manager to Grocery Manager. | No Bates Number(s) |
| 11 | Meats 11 | 2015 0420 Ridley's Family Markets Payroll Status Change for Stanton Meats – Promotion and Transfer to new store. [Unsigned] | No Bates Number(s) |
| 12 | Meats 12 | 2016 0925 Ridley's Family Markets Payroll Status Change for Stanton Meats – Transfer to new store as Assistant Store Manager. | No Bates Number(s) |
| 13 | Meats 13 | 2017 0116 Ridley's Family Markets Payroll Status Change for Stanton Meats transfer to new store as Assistant Store Manager. | No Bates Number(s) |
| 14 | Meats 14 | 2019 0419 L to M Ridley from S Meats re: Resignation letter – Left for a new position elsewhere. | No Bates Number(s) |
| 15 | Meats 15 | 2019 0503 Ridley's Family Markets Employee Termination Report for Stanton Meats – Voluntarily Quit New Employment elsewhere. | No Bates Number(s) |
| 16 | | Pay History, Stanton Meats | RFM004668-4689 |
| 17 | | Pay History, Stanton Meats | RFM004732-4746 |
| 18 | | Time Clock Report, Stanton Meats | RFM004747-4972 |
| 19 | Coombs 1 | 2020 0328 Consent to Join Collective Action for Krestina Coombs | No Bates Number(s) |
| 20 | Coombs 2 | 2011 1219 [Signed] Performance evaluation for Krestina Allen signed by supervisor. | No Bates Number(s) |

| Exhibit No. | Depo. Ex. No. | Exhibit Description | Bates No. |
|---|---|---|---|
| 21 | Coombs 3 | 2015 1219 [Signed] Ridley's Family Markets Payroll Status Change for Krestina Allen promotion from Grocery Manger to Asst. Store Manager. | No Bates Number(s) |
| 22 | Coombs 4 | 2017 1029 [Signed] Ridley Ridley's Family Markets Payroll Status Change for Krestina Allen lateral move from Assistant Manager to Freight Boss. | No Bates Number(s) |
| 23 | Coombs 5 | 2018 0810 Ridley's Family Markets Job offer for Christina for ASM position with Salary information. | No Bates Number(s) |
| 24 | | 2019 0402 Termination Report, Krestina Coombs | RFM001515 |
| 25 | | Perpetual History (Compensation) Report, Krestina Coombs | RFM001576-1599 |
| 26 | | Time Clock Report, Krestina Coombs | RFM001600-1862 |
| 27 | | Pay History, Krestina Coombs | RFM001863-1898 |
| 28 | | Policy Acknowledgments, | RFM001442-44, RFM1483-1488 |
| 29 | Donovan 1 | 2018 0310 talentReef Pre-Q Employment Application for Brian Donovan for Grocery Manager. | No Bates Number(s) |
| 30 | Donovan 2 | 2018 0312 Ridley's Family Markets Employee Information for Brian Donovan signed by a supervisor. | No Bates Number(s) |
| 31 | Donovan 3 | 2018 0507 Ridley's Family Markets Employee Termination for Brian Donovan – Discharged – Caught stealing shooter's in Liquor Store and being intoxicated during work hours. Signed by manager. | No Bates Number(s) |
| 32 | | Employee Handbook and policies, signed | RFM002077-2124 |
| 33 | | Pay History, Brian Donovan | RFM002148 |
| 34 | | Pay History, Brian Donovan | RFM002150-2151 |
| 35 | | Pay History, Brian Donovan | RFM002152 |
| 36 | | Time Clock Report, Brian Donovan | RFM002153-2164 |
| 37 | Glantz 1 | 2020 0327 Consent to Join Collective Action for Destiny Glantz. | No Bates Number(s) |
| 38 | | talentReef Application | RFM002518-2524 |

| Exhibit No. | Depo. Ex. No. | Exhibit Description | Bates No. |
|---|---|---|---|
| 39 | | Employee Handbook and policies, signed | RFM002538-2582 |
| 40 | | Pay History Report, Glantz | RFM002587-2608 |
| 41 | | Pay History Report, Glantz | RFM002609-2623 |
| 42 | | Timeclock Report, Glantz | RFM2624-3244 |
| 43 | Harris 1 | 2018 0206 L L. Peterson to J. Ridley re: FFL#5-83-035-01-4F-000719 | No Bates Number(s) |
| 44 | Harris 2 | 2014 [Signed] Ridley's Family Markets Payroll Status Change for Cameron Harris Length of Service Increase. | No Bates Number(s) |
| 45 | Harris 3 | 2016 0126 [Supervisor signed] Performance Evaluation for Cameron Harris. | No Bates Number(s) |
| 46 | Harris 4 | 2020 0415 Consent to Joint Lawsuit for Cameron Harris. | No Bates Number(s) |
| 47 | | Handbook and policies, signed | RFM003311-3347 |
| 48 | | Pay History, Harris | RFM003404-3420 |
| 49 | | Pay History, Harris | RFM003447-3458 |
| 50 | | 2015 1112, Payroll Status Change, Hardware Manager to Assistant Manager | RFM003475 |
| 51 | | 2016 0603, Assistant Manager Evaluation | RFM003479-81 |
| 52 | | Time Clock report, Harris | RFM003485-3667 |
| 53 | Rios 1 | 2019 0514 Ridley's Family Markets Employee Information for Andrez Rios Signed by a Supervisor. [Stamped Confidential - Red] | No Bates Number(s) |
| 54 | Rios 2 | 2019 0809 Ridley's Family Markets Employee Termination Report for Rios – Voluntarily Quit due to Dissatisfaction Signed by a Manager. | No Bates Number(s) |
| 55 | Rios 3 | 2022 1222 Pay History for Andrez Rios at Ridley's Family Markets. (01/01/2019 – 12/31/2019). | No Bates Number(s) |
| 56 | | Handbook and policies, signed | RFM0030-66 |
| 57 | Whitaker 1 | 2017 0116 Ridley's Family Markets Payroll Status Change for Jared Whitaker – Promotion from Closer to Assistant Store Manager. | No Bates Number(s) |

| Exhibit No. | Depo. Ex. No. | Exhibit Description | Bates No. |
|---|---|---|---|
| 58 | Whitaker 2 | 2014 0420 Ridley's Family Markets Employee Termination Report for Jared Whitaker – Voluntarily Quit – Legal issues having to serve 30-90 days in jail; signed by a manager. | No Bates Number(s) |
| 59 | Whitaker 3 | 2016 0831 Ridley's Family Markets Employee Information for Jared Whitaker; Signed by a Supervisor. | No Bates Number(s) |
| 60 | Whitaker 4 | 2018 0902 [Effective Date] Ridley's Family Market Payroll Status Change for Jared Whitaker – Demotion and Transfer. [Undated when signed] | No Bates Number(s) |
| 61 | Whitaker 5 | 2020 0617 Pay History for Jared Whitaker at Ridley's Family Markets. (09/09/2016 – 10/13/2018). | No Bates Number(s) |
| 62 | | 2016 0829 talentReef application | RFM005907-13 |
| 63 | | Employee handbook and policies, signed | RFM005928-5964 |
| 64 | | Pay History, Whitaker | RFM006073-84 |
| 65 | | Pay History, Whitaker | RFM006141-6148 |
| 66 | | Time Clock Report, Whitaker | RFM006149-6305 |
| 67 | Davis 1 | 2013 0127 [Effective Date] Ridley's Family Markets Payroll Status Change for David Davis – Merit Increase/Length of Service Increase. [Unsigned and Undated] | No Bates Number(s) |
| 68 | Davis 2 | 2014 0303 Ridley's Family Markets Payroll Status Change for David Dias - Pay increase Reevaluation of Current Job. | No Bates Number(s) |
| 69 | Davis 3 | 2014 0921 Ridley's Family Markets Payroll Status Change for David Davis – Promotion from Grocer to Assistant Manager. | No Bates Number(s) |

| Exhibit No. | Depo. Ex. No. | Exhibit Description | Bates No. |
|---|---|---|---|
| 70 | Davis 4 | 1. 2014 1027 Payroll Deduction Request Form - $19.60 – Stamped WIC check on wrong side.<br>2. 2015 0417 Payroll Deduction Request Form - $24.90 – Employee Till Short.<br>3. 2015 0917 Payroll Deduction Request form - $13.03 – WIC check was not signed.<br>4. 2015 0405 – Payroll Reduction form from previous line marked Paid. | No Bates Number(s) |
| 71 | Davis 5 | 2016 0221 Ridley's Family Market Employee Termination Report for David Davis – Voluntarily Quit – Moved to CO – Signed by Manager. | No Bates Number(s) |
| 72 | | Employee Handbook Acknowledgment | RFM001930 |
| 73 | | David Davis Pay History Report | RFM001975-1988 |
| 74 | | David Davis Pay History Report | RFM001989-1997 |
| 75 | | David Davis Time Clock Report | RFM001998-2052 |
| 76 | Gallegos 1 | 2015 0826 talentReef Pre-Q Employment Application for Christopher Gallegos for Grocery Clerk. | No Bates Number(s) |
| 77 | Gallegos 2 | 2015 0913 Ridley's Family Markets Employee Information for Christopher Gallegos.<br>[Unsigned] | No Bates Number(s) |
| 78 | Gallegos 3 | 2016 0526 Ridley's Family Markets Payroll Status Change for Chris Gallegos – Promotion to Assistant Manager from Grocery Manager.<br>[Signed] | No Bates Number(s) |
| 79 | Gallegos 4 | 2017 0329 Ridley's Family Markets Employee Termination Report – Discharge -Several reasons – Signed by supervisor. | No Bates Number(s) |
| 80 | | Employee Handbook and policies, signed | RFM002186-2222 |
| 81 | | Pay History Report, Gallegos | RFM002254-59 |
| 82 | | Pay History Report, Gallegos | RFM002260-63 |
| 83 | | Time Clock Report, Gallegos | RFM002264-2516 |

| Exhibit No. | Depo. Ex. No. | Exhibit Description | Bates No. |
|---|---|---|---|
| 84 | Neil 1 | 2015 0218 talentReef Pre-Q Employment Application for Julie Anne Neil for Grocery Clerk. | No Bates Number(s) |
| 85 | Neil 2 | 2015 0319 Ridley's Family Markets Employee Information for Julie Neil signed by Supervisor. | No Bates Number(s) |
| 86 | Neil 3 | 2015 0507 Payroll Status Change for Julie Neil transferring to a new store. | No Bates Number(s) |
| 87 | | Employee Handbook and policies, signed | RFM005584-5628 |
| 88 | | 2016 0524, Employee Termination Report | RFM005650 |
| 89 | | Pay History, Neil | RFM005683-87 |
| 90 | | Pay History, Neil | RFM005690-92 |
| 91 | | Time Clock Report, Neil | RFM005696-5755 |
| 92 | Wulf 1 | 2017 0323 [Last Updated] talentReef PredixStar Report and Employment Application for William Wulf for Bakery Manager. | No Bates Number(s) |
| 93 | Wulf 2 | 2016 0912 Employee Information for William Wulf signed by a supervisor. | No Bates Number(s) |
| 94 | Wulf 3 | 2016 0925 Employee Termination Report for William Wulf – Discharge for violation of company rules. | No Bates Number(s) |
| 95 | Wulf 4 | 2020 0617 [Printed Date] Pay History for William Wulf at Ridley's Family Market (9/17/2016 – 9/23/2016) | No Bates Number(s) |
| 96 | | Employee handbook and policies, signed | RFM006330-6368 |
| 97 | | Time Clock Report, Wulf | RFM006398-6403 |
| 98 | Ridley 4 | Ridley's Family Markets job listing for: "Store Management, Assistant, Managers, Department Managers." | RFM0012 |
| 99 | | [Undated]  Training checklist. | RFM0268-RFM0271 |

Copies of listed exhibits must be provided to opposing counsel and any pro se party no later than 30 days before trial. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be

filed with the clerk and served by hand delivery or facsimile no later than 14 days after the exhibits are provided.

## 8. DISCOVERY

Discovery has been completed.

## 9. SPECIAL ISSUES

None.

## 10. SETTLEMENT

Counsel considered ADR in accordance with D.C.COLO.LCivR.16.6.  Counsel for the parties have conferred by telephone and via email to discuss settlement of the case. The parties believe there is little possibility of settlement.

## 11. OFFER OF JUDGMENT

Counsel  acknowledge familiarity with the provision of rule 68 (Offer of Judgment) of the Federal Rules of Civil Procedure. Counsel have discussed it with the clients against whom claims are made in this case.

## 12. EFFECT OF FINAL PRETRIAL ORDER

Hereafter, this Final Pretrial Order will control the subsequent course of this action and the trial, and may not be amended except by consent of the parties and approval by the court or by order of the court to prevent manifest injustice. The pleadings will be deemed merged herein. This Final Pretrial Order supersedes the Scheduling Order. In the event of ambiguity in any provision of this Final Pretrial Order, reference may be made to the record of the pretrial conference to the extent reported by stenographic notes and to the pleadings.

## 13. TRIAL AND ESTIMATED TRIAL TIME; FURTHER TRIAL PREPARATION PROCEEDINGS

1.      The parties have agreed to a bench trial.

2.      The parties estimate trial time of five days.


  DATED this _____ day of December, 2023.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

| | |
|---|---|
| /s/ Sean Short | s/David P. Williams |
| Sean Short | David P. Williams |
| Josh Sanford | SNELL & WILMER L.L.P. |
| SANFORD LAW FIRM, PLLC | 15 W. South Temple, Suite 1200 |
| 10800 Financial Centre Parkway, | Salt Lake City, UT 84101 |
| Suite 510 | Telephone: (801) 257-1914 |
| Little Rock, Arkansas 72211 | dawilliams@swlaw.com |
| Telephone: (800) 615-4946 | ***Attorneys for Defendant Ridley's Family*** |
| Facsimile: (888) 787-2040 | ***Markets, Inc.*** |
| sean@sanfordlawfirm.com | |
| josh@sanfordlawfirm.com | |
| ***Attorneys for Plaintiffs Stanton*** | |
| ***Meats, et al.*** | |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2023, a true and correct copy of the foregoing was filed and served electronically through the E-Filing System upon counsel of record.

*s/Sean Short*
