IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-01070-PAB-KAS

STANTON MEATS et al.,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKET, INC.,

    Defendant.

_____

### ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a five-day trial to the court on the docket of Chief Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 19, 2024 at 8:00 a.m.**

A Trial Preparation Conference is set for **August 2, 2024 at 1:30 p.m.** Counsel who will try the case shall attend in person.

In the absence of a previously-imposed deadline, all motions to exclude expert testimony must be filed **sixty days** before the trial preparation conference.

Transcripts filed in support of objections to designations of deposition testimony must include the portion of the transcript containing the testimony with the testimony highlighted.

Any summary exhibits to be introduced pursuant to Fed. R. Evid. 1006 shall be exchanged sixty days before trial; any summary exhibits responding to an opponent's summary exhibits shall be exchange thirty days later.

**Fourteen days** before the trial preparation conference, the parties shall file their motions in limine, if any.  *See* Practice Standards (Civil cases), Chief Judge Philip A. Brimmer, § IV.D.  Any responses to the motions in limine shall be filed seven days before the trial preparation conference.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF their witness lists and their exhibit lists.  Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx.  **Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.**

**Two days after witness lists are filed, the parties shall file estimates of time required for their cross-examination of the opposing party's witnesses.**

**Not less than two business days** before the trial preparation conference, counsel and any pro se party shall file proposed findings of fact, conclusions of law, and orders.  A copy shall also be emailed to chambers.  Counsel and any pro se party are requested to state their proposed findings of fact in the same order as their anticipated order of proof at trial.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) sequestration of witnesses;

2) timing of presentation of witnesses and evidence;

2

3) anticipated evidentiary issues;

4) any stipulations as to fact; and

5) any other issue affecting the duration or course of the trial.

DATED December 21, 2023.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge