CASE CAPTION: STANTON MEATS, ET AL. V. RIDLEY'S FAMILY MARKETS, INC.

CASE NO.: 22-cv-01070-PAB-KAS

EXHIBIT LIST OF: RIDLEY'S FAMILY MARKETS, INC'S - DEFENSE
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A-1 | Stanton Meats | 2005 0615 Ridley's Family Markets Employee Information for Stanton J. Meats. | | | | | |
| A-2 | Stanton Meats | 2005 1016 Ridley's Family Markets Employee Termination Report for Stanton J. Meats – Voluntarily Quit interfered with School. | | | | | |
| A-3 | Stanton Meats | 2006 0828 Ridley's Family Markets Employee Information for Stanton J. Meats. [Bagger] | | | | | |
| A-4 | Stanton Meats | 2006 1224 Ridley's Family Markets Payroll Status Change for Stanton Meats – Promoted from Bagger to Checker. | | | | | |
| A-5 | Stanton Meats | 2007 0520 Ridley's Family Markets Payroll Status Change for Stan Meats – Promotion from Checker to Stocker. | | | | | |
| A-6 | Stanton Meats | 2007 0908 Ridley's Family Markets Employee Termination Report for Stan Meats – Voluntarily Quit to go to School full time. | | | | | |
| A-7 | Stanton Meats | 2007 1129 Ridley's Family Markets Employee Information for Stanton J. Meats. | | | | | |
| A-8 | Stanton Meats | 2008 0710 Ridley's Family Markets Employee Termination Report for Stanton Meats – Voluntarily Quit to serve L.D.S. mission. | | | | | |
| A-9 | Stanton Meats | 2013 1015 Ridley's Family Markets Employee Information for Stanton J. Meats. [Stamped Confidential] | | | | | |
| A-10 | Stanton Meats | 2014 0407 Ridley's Family Markets Payroll Status Change for Stan Meats -Promoted from Frozen Manager to Grocery Manager. | | | | | |

4881-5764-0403.2

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| A-11 | Stanton Meats | 2015 0420 Ridley's Family Markets Payroll Status Change for Stanton Meats – Promotion and Transfer to new store. [Unsigned] | | | | | |
| A-12 | Stanton Meats | 2016 0925 Ridley's Family Markets Payroll Status Change for Stanton Meats – Transfer to new store as Assistant Store Manager. | | | | | |
| A-13 | Stanton Meats | 2017 0116 Ridley's Family Markets Payroll Status Change for Stanton Meats transfer to new store as Assistant Store Manager. | | | | | |
| A-14 | Stanton Meats | 2019 0419 L to M Ridley from S Meats re: Resignation letter – Left for a new position elsewhere. | | | | | |
| A-15 | Stanton Meats | 2019 0503 Ridley's Family Markets Employee Termination Report for Stanton Meats – Voluntarily Quit New Employment elsewhere. | | | | | |
| A-16 | Krestina Coombs | 2011 1219 [Signed] Performance evaluation for Krestina Allen signed by supervisor. | | | | | |
| A-17 | Krestina Coombs | 2015 1219 [Signed] Ridley's Family Markets Payroll Status Change for Krestina Allen promotion from Grocery Manger to Asst. Store Manager. | | | | | |
| A-18 | Krestina Coombs | 2017 1029 [Signed] Ridley Ridley's Family Markets Payroll Status Change for Krestina Allen lateral move from Assistant Manager to Freight Boss. | | | | | |
| A-19 | Krestina Coombs | 2018 0810 Ridley's Family Markets Job offer for Christina for ASM position with Salary information. | | | | | |
| A-20 | Krestina Coombs | 2019 0402 Termination Report, Krestina Coombs. | | | | | |
| A-21 | Destiny Glantz | Policy Acknowledgments | | | | | |
| A-22 | Destiny Glantz | talentReef Application | | | | | |
| A-23 | Destiny Glantz | Employee Handbook and policies, signed | | | | | |
| A-24 | Cameron Harris | 2018 0206 L L. Peterson to J. Ridley re: FFL#5-83-035-01-4F-000719 | | | | | |
| A-25 | Cameron Harris | 2014 [Signed] Ridley's Family Markets Payroll Status Change for Cameron Harris Length of Service Increase. | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| A-26 | Cameron Harris | 2016 0126 [Supervisor signed] Performance Evaluation for Cameron Harris. | | | | | |
| A-27 | Cameron Harris | 2020 0415 Consent to Joint Lawsuit for Cameron Harris. | | | | | |
| A-28 | Cameron Harris | Handbook and policies, signed | | | | | |
| A-29 | Cameron Harris | 2015 1112, Payroll Status Change, Hardware Manager to Assistant Manager | | | | | |
| A-30 | Cameron Harris | 2016 0603, Assistant Manager Evaluation | | | | | |
| A-31 | Andrez Rios | 2019 0514 Ridley's Family Markets Employee Information for Andrez Rios Signed by a Supervisor. [Stamped Confidential - Red] | | | | | |
| A-32 | Andrez Rios | 2019 0809 Ridley's Family Markets Employee Termination Report for Rios – Voluntarily Quit due to Dissatisfaction Signed by a Manager. | | | | | |
| A-33 | Andrez Rios | Handbook and policies, signed | | | | | |
| A-34 | Jared Whitaker | 2017 0116 Ridley's Family Markets Payroll Status Change for Jared Whitaker – Promotion from Closer to Assistant Store Manager. | | | | | |
| A-35 | Jared Whitaker | 2014 0420 Ridley's Family Markets Employee Termination Report for Jared Whitaker – Voluntarily Quit – Legal issues having to serve 30-90 days in jail; signed by a manager. | | | | | |
| A-36 | Jared Whitaker | 2016 0831 Ridley's Family Markets Employee Information for Jared Whitaker; Signed by a Supervisor. | | | | | |
| A-37 | Jared Whitaker | 2018 0902 [Effective Date] Ridley's Family Market Payroll Status Change for Jared Whitaker – Demotion and Transfer. [Undated when signed] | | | | | |
| A-38 | Jared Whitaker | 2016 0829 TalentReef application | | | | | |
| A-39 | Jared Whitaker | Employee Handbook and policies, signed. | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A-40 | Mark Ridley | Ridley's Family Markets job listing for: "Store Management, Assistant, Managers, Department Managers." | | | | | |
| A-41 | Mark Ridley | [Undated]  Training checklist. | | | | | |
| A-42 | | Stipulated facts pleading | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4881-5764-0403.2