IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. **22-cv-01070-PAB-KAS**     Date: August 19-23, 2024

Case Title: STANTON MEATS, ET AL. V RIDLEY'S FAMILY MARKETS, INC.

RIDLEY'S FAMILY MARKETS, INC.'S WITNESS LIST
(Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Mark Ridley | Monday, Aug. 19th, 1½ hours |
| Ramiz Abed | Wednesday, Aug 21st, 1 hour |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |