CASE CAPTION: STANTON MEATS, ET AL. V. RIDLEY'S FAMILY MARKETS, INC.

CASE NO.: 1:22-cv-01070-PAB-KAS

EXHIBIT LIST OF: <u>Plaintiffs Stanton Meats, et al.</u>

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1 | Andrez Rios | Job Offer (RFM08-09) | | | | | |
| 2 | Andrez Rios | Payroll History Report (RFM 017-018; 028) | | | | | |
| 3 | Andrez Rios | Ridley's Store Employee Handbook/ Plaintiff's acknowledgement (RFM 030-057) | | | | | |
| 4 | Andrez Rios | Meat Department Code of Safe Work Practices (RFM058-060) | | | | | |
| 5 | Andrez Rios | Employee Termination Report (RFM019; 027) | | | | | |
| 6 | Andrez Rios | Damages Calculations | | | | | |
| 7 | Krestina Coombs | Excerpts from Personnel File re Payroll Changes (RFM 01552-01565) | | | | | |
| 8 | Krestina Coombs | Payroll Status Change (RFM 01566) | | | | | |
| 9 | Krestina Coombs | ASM Job Offer (RFM 01570) | | | | | |
| 10 | Krestina Coombs | Store Manager Job Offer (RFM 01574) | | | | | |
| 11 | Krestina Coombs | Payroll History Report (RFM 01495-01496; RFM 01593-01598) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 12 | Krestina Coombs | Employee Termination Report (RFM 01515) | | | | | |
| 13 | Krestina Coombs | Damages Calculations | | | | | |
| 14 | Destiny Glantz | Payroll Status Change (RFM 03280) | | | | | |
| 15 | Destiny Glantz | Payroll Report (RFM 02590-02622) | | | | | |
| 16 | Destiny Glantz | Damages Calculations | | | | | |
| 17 | Cameron Harris | Payroll Status Change (RFM 03474) | | | | | |
| 18 | Cameron Harris | Employee Termination Report (RFM 03399) | | | | | |
| 19 | Cameron Harris | Payroll History Report (RFM 03413-03420) | | | | | |
| 20 | Cameron Harris | Damages Calculations | | | | | |
| 21 | Jared Whitaker | Payroll Status Change (RFM 06065) | | | | | |
| 22 | Jared Whitaker | Payroll Status Change (RFM 06070) | | | | | |
| 23 | Jared Whitaker | Payroll History Report (RFM 06074-06083) | | | | | |
| 24 | Jared Whitaker | Damages Calculations | | | | | |
| 25 | Stanton Meats | Payroll Status Change (RFM 04651) | | | | | |
| 26 | Stanton Meats | Payroll History Report (RFM 04680-04688) | | | | | |
| 27 | Stanton Meats | Damages Calculations | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |