**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CHIEF JUDGE PHILIP A. BRIMMER**

Case No.  1:22-cv-01070-PAB-KAS                    Date: August 19, 2024

Case Title: Stanton Meats, et al. v. Ridley's Family Markets, Inc.

PLAINTIFF'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Stanton Meats | 1.5 hours |
| Krestina Coombs | 1.5 hours |
| Destiny Glantz | 1.5 hours |
| Cameron Harris | 1.5 hours |
| Andrez Rios | 1.5 hours |
| Jared Whitaker | 1.5 hours |
| Mark Ridley | 3 hours |