IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** . 1:22-cv-1070-PAB

STANTON MEATS, JASON CARILLO, KRESTINA COOMBS, DAVID DAVIS, BRIAN DONOVAN, CHRIS GALLEGOS, DESTINY GLANTZ, CAMERON HARRIS, JULIE ANNE NEIL, ANDREZ RIOS, JARED WHITAKER, AND WILLIAM WULF,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendants.

### DEFENDANT'S ESTIMATE OF TIME REQUIRED FOR CROSS-EXAMINATION OF PLAINTIFF'S WITNESSES

Per the Order Setting Case for Trial [Dkt. 61], Defendants set forth their estimate of time required for cross examination of Plaintiff's witnesses:

| WITNESS | ESTIMATED TIME FOR CROSS-EXAM |
|---|---|
| Stanton Meats | 60 Minutes |
| Krestina Coombs | 60 Minutes |
| Destiny Glantz | 60 Minutes |
| Cameron Harris | 60 Minutes |
| Andrez Rios | 60 Minutes |
| Jared Whitaker | 60 Minutes |

| Mark Ridley | 90 Minutes* |

\*  Defendant also listed Mark Ridley as a witness in support of its case in chief. Defendant anticipates being able to complete the majority of its examination of Mr. Ridley in support of its case in chief on cross-examination during Plaintiff's case. In any event, Defendant does not anticipate needing more than 150 minutes in total for Mr. Ridley.

DATED this 29th day of July, 2024

SNELL & WILMER L.L.P.

*/s/ David P. Williams*
David P. Williams (UT#07346)
SNELL & WILMER L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: dawilliams@swlaw.com

**Attorneys for Defendant**
**Ridley's Family Markets, Inc.**

4865-5074-7348

2

**CERTIFICATE OF SERVICE**

This is to certify that on July 29, 2024, a true and correct copy of the above and foregoing document was filed via the Court's electronic filing system, which effected service upon all counsel of record.

/s/ David P. Williams