IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-1070-PAB-KAS

STANTON MEATS, *et al.*,

    Plaintiff,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendant.

**PLAINTIFFS' ESTIMATE OF TIME REQUIRED
FOR CROSS-EXAMINATION OF DEFENDANT'S WITNESSES**

Pursuant to the Court's Order Setting Case for Trial, ECF No. 61, Plaintiffs submit the following estimate of time required for cross-examination of Defendant's witnesses:

| WITNESS | ESTIMATED TIME FOR CROSS-EXAM |
|---|---|
| Mark Ridley | 30 Minutes |
| Ramiz Abed | 30 Minutes |

1

Respectfully submitted,

**STANTON MEATS, KRESTINA COOMBS, DESTINY GLANTZ, CAMERON HARRIS, ANDREZ RIOS, and JARED WHITAKER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, a true and correct copy of the foregoing was filed and served electronically through the E-Filing System upon counsel of record.

*s/Sean Short*