**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-1070-PAB-KAS

STANTON MEATS, *et al.*,

     Plaintiff,

v.

RIDLEY'S FAMILY MARKETS, INC.,

     Defendant.

---

## PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
---

COME NOW Plaintiffs Stanton Meats, Krestina Coombs, Destiny Glantz, Cameron Harris, Andrez Rios, and Jared Whitaker, by and through their attorneys Sean Short and Josh Sanford of Sanford Law Firm, PLLC, and for their Proposed Findings of Fact and Conclusions of Law, do hereby state as follows:

### I.     PROPOSED FINDINGS OF FACT

1.     Each Plaintiff's primary duty consisted of manual labor, such as stocking shelves, setting displays, working the cash register, unloading freight, helping customers, ordering groceries, cleaning the store, packaging meat, and organizing back stock.

2.     Each Plaintiff was not responsible for scheduling, hiring, firing, setting pay, disciplining, evaluating other employees, or setting polices or budgets.

3.     Each Plaintiff's primary duty did not include the exercise of discretion and independent judgment with respect to matters of significance.

Page 1 of 8
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (D. Colo.) Case No. 1:22-cv-1070-PAB-KAS
Plaintiffs' Proposed Findings of Fact and Conclusions of Law

4.      During the pay period ending 5/25/19, Plaintiff Rios worked 80 regular hours, 30 overtime hours, and was paid $16.53 for each hour worked.

5.      During the pay period ending 6/28/19, Plaintiff Rios worked 80 regular hours, 27.50 overtime hours, and was paid $16.53 for each hour worked.

6.      During the pay period ending 6/22/19, Plaintiff Rios worked 80 regular hours, 30 overtime hours, and was paid $16.53 for each hour worked.

7.      During the pay period ending 7/6//19, Plaintiff Rios worked 80 regular hours, 20 overtime hours, and was paid $16.53 for each hour worked.

8.      During the pay period ending 7/20/19, Plaintiff Rios worked 80 regular hours, 10 overtime hours, and was paid $18.18 for each hour worked.

9.      During the pay period ending 8/3/19, Plaintiff Rios worked 80 regular hours, 20 overtime hours, and was paid $18.18 for each hour worked.

10.      From the pay period ending 4/29/17 to the pay period ending 2/3/18, Plaintiff Meats worked 1,040 regular hours, 348.83 overtime hours, and was paid $21.97 for each hour worked.

11.      From the pay period ending 2/17/18 to the pay period ending 8/4/18, Plaintiff Meats worked 1,040 regular hours, 319 overtime hours, and was paid $22.23 for each hour worked.

12.      From the pay period ending 4/29/17 to the pay period ending 8/5/17, Plaintiff Meats worked 600 regular hours, 200 overtime hours, and was paid $20.93 for each hour worked.

**Page 2 of 8**
**Stanton Meats, et al. v. Ridley's Family Markets, Inc.**
**U.S.D.C. (D. Colo.) Case No. 1:22-cv-1070-PAB-KAS**
**Plaintiffs' Proposed Findings of Fact and Conclusions of Law**

13.     From the pay period ending 8/18/18 to the pay period ending 2/2/19, Plaintiff Meats worked 975 regular hours, 210 overtime hours, and was paid $22.21 for each hour worked.

14.     From the pay period ending 2/16/19 to the pay period ending 4/27/19, Plaintiff Meats worked 640 regular hours, 160 overtime hours, and was paid $21.37 for each hour worked.

15.     From the pay period ending 4/1/17 to the pay period ending 8/5/17, Plaintiff Glantz worked 800 regular hours, 260 overtime hours, and was paid $17.62 for each hour worked.

16.     From the pay period ending 8/19/17 to the pay period ending 2/3/18, Plaintiff Glantz worked 1,040 regular hours, 370 overtime hours, and was paid $17.34 for each hour worked.

17.     From the pay period ending 2/17/18 to the pay period ending 8/4/18, Plaintiff Glantz worked 1,040 regular hours, 292 overtime hours, and was paid $17.48 for each hour worked.

18.     From the pay period ending 8/18/18 to the pay period ending 11/24/18, Plaintiff Glantz worked 640 regular hours, 210 overtime hours, and was paid $19.09 for each hour worked.

19.     From the pay period ending 12/8/18 to the pay period ending 8/3/19, Plaintiff Glantz worked 1,440 regular hours, 480 overtime hours, and was paid $20.00 for each hour worked.

20.     For the pay period ending 8/17/19, Plaintiff Glantz worked 110 regular hours, 30 overtime hours, and was paid $18.32 for each hour worked.

Page 3 of 8
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (D. Colo.) Case No. 1:22-cv-1070-PAB-KAS
Plaintiffs' Proposed Findings of Fact and Conclusions of Law

21.     From the pay period ending 8/31/19 to the pay period ending 2/1/20, Plaintiff Glantz worked 960 regular hours, 283 overtime hours, and was paid $20.00 for each hour worked.

22.     From the pay period ending 2/15/20 to the pay period ending 6/6/20, Plaintiff Glantz worked 720 regular hours, 222.23 overtime hours, and was paid $20.14 for each hour worked.

23.     From the pay period ending 4/15/17 to the pay period ending 8/5/17, Plaintiff Coombs worked 800 regular hours, 198 overtime hours, and was paid $17.10 for each hour worked.

24.     For the pay period ending 8/19/17, Plaintiff Coombs worked 105 regular hours, 25 overtime hours, and was paid $17.23 for each hour worked.

25.     From the pay period ending 9/2/17 to the pay period ending 10/28/17, Plaintiff Coombs worked 400 regular hours, 132.98 overtime hours, and was paid $18.96 for each hour worked.

26.     From the pay period ending 9/29/18 to the pay period ending 12/8/18, Plaintiff Coombs worked 480 regular hours, 70 overtime hours, and was paid $19.09 for each hour worked.

27.     From the pay period ending 8/4/18 to the pay period ending 11/10/18, Plaintiff Harris worked 640 regular hours, 230 overtime hours, and was paid $21.45 for each hour worked.

28.     From the pay period ending 4/29/17 to the pay period ending 8/5/17, Plaintiff Whitaker worked 640 regular hours, 240 overtime hours, and was paid $16.82 for each hour worked.

Page 4 of 8
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (D. Colo.) Case No. 1:22-cv-1070-PAB-KAS
Plaintiffs' Proposed Findings of Fact and Conclusions of Law

29.     From the pay period ending 8/19/17 to the pay period ending 2/3/18, Plaintiff Whitaker worked 1,040 regular hours, 351 overtime hours, and was paid $16.89 for each hour worked.

30.     From the pay period ending 2/17/18 to the pay period ending 5/26/18, Plaintiff Whitaker worked 640 regular hours, 229 overtime hours, and was paid $17.27 for each hour worked.

31.     From the pay period ending 6/9/18 to the pay period ending 9/1/18, Plaintiff Whitaker worked 489 regular hours, 128 overtime hours, and was paid $20.00 for each hour worked.

32.     At all relevant times, Defendant knew Plaintiffs were working the above-described overtime hours.

33.     At all relevant times, Defendant knew the FLSA required payment of an overtime premium for all hours worked over forty per week.

34.     At all relevant times, Defendant knew it was not paying the overtime premium required under the FLSA.

35.     Defendant did not take any affirmative steps to comply with the FLSA.

36.     Defendant had no objective or subjective reasons for believing it was in compliance with the FLSA.

## II.    PROPOSED CONCLUSION OF LAW

1.     Defendant is a covered employer under the FLSA.

2.     Defendant did not meet its burden to prove Plaintiffs were exempt under the administrative exemption from the overtime requirements of the FLSA.

Page 5 of 8
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (D. Colo.) Case No. 1:22-cv-1070-PAB-KAS
Plaintiffs' Proposed Findings of Fact and Conclusions of Law

3.      Defendant violated the FLSA by not paying Plaintiffs overtime wages of one and one-half times their regular rate for all hours worked in excess of forty per week.

4.      Defendant's violation of the FLSA was willful; therefore, the three-year limitations period of the FLSA applies to Plaintiffs' claims.

5.      Defendant is liable to Plaintiff Rios for his unpaid overtime premiums of $1,161.19.

6.      Defendant is liable to Plaintiff Meats for his unpaid overtime premiums of $13,512.11.

7.      Defendant is liable to Plaintiff Glantz for her unpaid overtime premiums of $20,198.77.

8.      Defendant is liable to Plaintiff Coombs for her unpaid overtime premiums of $3,837.13.

9.      Defendant is liable to Plaintiff Harris for his unpaid overtime premiums of $2,466.75.

10.     Defendant is liable to Plaintiff Whitaker for his unpaid overtime premiums of $8,240.02.

11.     Plaintiffs are entitled to liquidated damages in an amount equal to their damages set forth above as authorized by the FLSA because Defendant did not demonstrate that its actions in failing to properly compensate Plaintiffs were in good faith and with reasonable grounds.

12.     Defendant is liable to Plaintiff Rios for liquidated damages in the amount of $1,161.19.

**Page 6 of 8**
**Stanton Meats, et al. v. Ridley's Family Markets, Inc.**
**U.S.D.C. (D. Colo.) Case No. 1:22-cv-1070-PAB-KAS**
**Plaintiffs' Proposed Findings of Fact and Conclusions of Law**

13.    Defendant is liable to Plaintiff Meats for liquidated damages in the amount of $13,512.11.

14.    Defendant is liable to Plaintiff Glantz for liquidated damages in the amount of $20,198.77.

15.    Defendant is liable to Plaintiff Coombs for liquidated damages in the amount of $3,837.13.

16.    Defendant is liable to Plaintiff Harris for liquidated damages in the amount of $2,466.75.

17.    Defendant is liable to Plaintiff Whitaker for liquidated damages in the amount of $8,240.02.

18.    Plaintiffs have incurred attorney's fees in an effort to assert their rights under the FLSA, and by law such reasonable attorney's fees should be paid by Defendant.

19.    Plaintiffs have incurred costs in an effort to assert their rights under the FLSA, and by law those costs should be paid by Defendant.

20.    Defendant is liable to Plaintiffs for their reasonable attorney's fees and costs, which will be requested by petition within the time required by the Federal Rules of Civil Procedure and Local Rules of this Court.

**Page 7 of 8**
**Stanton Meats, et al. v. Ridley's Family Markets, Inc.**
**U.S.D.C. (D. Colo.) Case No. 1:22-cv-1070-PAB-KAS**
**Plaintiffs' Proposed Findings of Fact and Conclusions of Law**

Respectfully submitted,

**STANTON MEATS, KRESTINA
COOMBS, DESTINY GLANTZ,
CAMERON HARRIS, ANDREZ RIOS,
and JARED WHITAKER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, a true and correct copy of the foregoing was

filed and served electronically through the E-Filing System upon counsel of record.

*/s/ Sean Short*
**Sean Short**

**Page 8 of 8
Stanton Meats, et al. v. Ridley's Family Markets, Inc.
U.S.D.C. (D. Colo.) Case No. 1:22-cv-1070-PAB-KAS
Plaintiffs' Proposed Findings of Fact and Conclusions of Law**