# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-01070-PAB-KAS**

STANTON MEATS et al.,

      Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

      Defendant.

---

## STIPULATED FACTS

---

Pursuant to the Practice Standards of Chief Judge Philip A. Brimmer, Plaintiff Stanton Meats, et al., and Defendant Ridley's Family Markets, Inc. hereby submit the following Stipulated Facts for trial.

## STIPULATED FACTS

1.      Defendant is a Wyoming corporation licensed to do business in Colorado, and does some business in Colorado.

2.      Defendant operates multiple retail grocery stores in many states, including in Colorado.

3.      Defendant's annual gross revenues exceed $500,000.00.

4.      At all relevant times, Defendant has had two (2) or more employees engaged in interstate commerce.

5.      The FLSA applies in this case on an enterprise and an individual basis.

6.      Plaintiff Stanton Meats was employed as an Assistant Manager by Defendant from April of 2015 through May 2, 2019, during which time Defendant paid Plaintiff a fixed bi- weekly salary.

7.      Plaintiff Krestina Coombs was employed as an Assistant Manager by Defendant from January, 2016 to October, 2017, and again from August 2018 through December 2018, during which times Defendant paid Plaintiff a fixed bi-weekly salary.

8.      Plaintiff Brian Donovan was employed as an Assistant Manager by Defendant from March of 2018 through April 26, 2018, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

9.      Plaintiff Destiny Glantz was employed as a salaried Assistant Manager by Defendant from 2016 until February 28, 2021, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

10.     Plaintiff Cameron Harris was employed as an Assistant Manager by Defendant from 2015 through 2016, and again from August 2018 through November 2018, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

11.     Plaintiff Andrez Rios was employed as an Assistant Manager by Defendant from May of 2019 through August of 2019, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

12.     Plaintiff Jared Whitaker was employed as an Assistant Manager by Defendant from January of 2017 through September 1, 2018, during which time Defendant paid Plaintiff a fixed bi-weekly salary.

13.     Plaintiffs were paid a fixed salary regardless of how many hours he worked.

14.     Plaintiffs were regularly scheduled to work for more than forty (40) hours per workweek.

15.     Plaintiffs were not paid overtime premiums at one and one-half (1.5) times their regular rate of pay for hours worked in excess of forty (40) per workweek.

16.     This Court has jurisdiction over Plaintiffs' FLSA claim pursuant to 28 U.S.C. § 1331.

- 3 -

17.     Venue is proper in the District of Colorado.


Dated: July 31, 2024


*/s/ Sean Short*
Sean Short
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com
**Attorneys for Plaintiffs**
(*Signed with permission)*

*/s/ David P. Williams*
David P. Williams
SNELL & WILMER L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1914
dawilliams@swlaw.com
**Attorneys for Defendant Ridley's Family Markets, Inc.**

- 4 -

## SERVICE

This is to certify that on July 31, 2024, a true and correct copy of the above and foregoing document was electronically filed and served on all counsel of record.

/s/Mindi Mordue