IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No.:  22-cv-01070-PAB-KAS       Date:  August 2, 2024
Courtroom Deputy:  Sabrina Grimm             Court Reporter:   Janet Coppock

| _Parties:_ | _Counsel:_ |
|---|---|
| STANTON MEATS,<br>KRESTINA COOMBS,<br>DAVID DAVIS,<br>BRIAN DONOVAN,<br>CHRIS GALLEGOS,<br>DESTINY GLANTZ,<br>CAMERON HARRIS,<br>JULIE ANNE NEIL,<br>ANDREZ RIOS,<br>JARED WHITAKER, and<br>WILLIAM WULF,<br><br>     Plaintiffs,<br><br>v.<br><br>RIDLEY'S FAMILY MARKETS, INC.,<br><br>     Defendant. | Sean Short<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Mark Morris |

---

**COURTROOM MINUTES**

---

**TRIAL PREPARATION CONFERENCE**

**1:32 p.m.       Court in session.**

Appearances of counsel.

The matter is set for a 5-day bench trial beginning August 19, 2024 at 8:30 a.m.

The parties are not requesting a sequestration order.

Discussion regarding trial schedule, opening statements, witnesses, and exhibits.  Any given exhibit with multiple pages must have consecutive page numbers.

Mr. Morris states the parties can finish the trial in three days.

Mr. Short states Plaintiff Destiny Glantz will be dismissed from the case.

Further discussion regarding damage calculations,

**ORDERED:**   Defendant shall file a motion regarding issues with the summary exhibits related to damages calculations, as discussed, by early next week.

**1:52 p.m.**      **Court in recess.**

Hearing concluded.
Total time in court:    00:20