IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01070-PAB-KLM

STANTON MEATS,
KRESTINA COOMBS,
DESTINY GLANTZ,
CAMERON HARRIS,
ANDREZ RIOS, and
JARED WHITAKER,

     Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

     Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

     This matter is before the Court *sua sponte*. On August 12, 2024, plaintiffs' attorney informally told Chambers' staff that the parties have reached a settlement in this matter.

     Pursuant to Local Rule 40.2, "[w]hen the parties have agreed to settle or otherwise resolve a pending matter, they shall notify the court immediately." D.C.COLO.LCivR 40.2. Although plaintiffs' counsel has informally notified the Court of a settlement, the parties have not filed a written notice of settlement or dismissal papers on the docket.

     This case is set for a three-day bench trial beginning on August 19, 2024. Until the parties file a written notice of settlement, the Court is unable to vacate the trial and set other matters between August 19 and August 21. Moreover, the Court will spend time and resources preparing for trial.

     It is therefore

     **ORDERED** that the parties shall file either a **notice of settlement** or **dismissal papers** on or before **August 14, 2024 at 3:00 p.m**. If the parties need additional time to finalize or effectuate the terms of a settlement agreement, the parties shall inform the

Court in the notice of settlement and provide an estimated timeframe for filing dismissal papers.

DATED August 13, 2024.