**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-1070-PAB-KAS

STANTON MEATS, *et al.*,

    Plaintiff,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendant.

---

### JOINT NOTICE OF SETTLEMENT

---

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement that will resolve all claims in this lawsuit. The parties are in the process of executing the settlement agreement and expect to file their dismissal papers with the Court within fourteen (14) days of the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement and that the current trial setting be cancelled and the case passed for settlement.

Respectfully submitted,

**STANTON MEATS, KRESTINA
COOMBS, DESTINY GLANTZ,
CAMERON HARRIS, ANDREZ RIOS
AND JARED WHITAKER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

and     **RIDLEY'S FAMILY MARKETS, INC.**

Snell & Wilmer L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

*/s/ David P. Williams*
David P. Williams
Utah Bar No. 7346
dawilliams@swlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, a true and correct copy of the foregoing

was filed and served electronically through the E-Filing System upon counsel of record.

*/s/ Sean Short*
**Sean Short**