IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** . 1:22-cv-1070-PAB-KAS

STANTON MEATS, KRESTINA COOMBS,
DESTINY GLANTZ, CAMERON HARRIS,
ANDREZ RIOS, AND JARED WHITAKER,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendants.

## STIPULATED MOTION TO DISMISS

The parties, having resolved the claims between them, hereby stipulate and jointly move the Court, through counsel, for an order dismissing the above-captioned action in its entirely, with prejudice and on the merits.

4890-2930-7862

DATED this 19th day of August, 2024

SNELL & WILMER L.L.P.

/s/ David P. Williams
David P. Williams (UT#07346)
SNELL & WILMER L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: dawilliams@swlaw.com

*Attorneys for Defendant
Ridley's Family Markets, Inc.*

SANFORD LAW FIRM, PLLC

/s/ Sean Short
Sean Short (Ark. Bar No. 2015079)
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com

*Attorneys for Plaintiffs
Stanton Meats, Krestina
Coombs, Destiny Glanz,
Cameron Harris, Andrez Rios,
and Jared Whitaker*

**CERTIFICATE OF SERVICE**

This is to certify that on August 19, 2024, a true and correct copy of the above and foregoing document was filed via the Court's electronic filing system, which effected service upon all counsel of record.

/s/ Wendy Kalawaia