IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** . 1:22-cv-1070-PAB-KAS

STANTON MEATS, KRESTINA COOMBS,
DESTINY GLANTZ, CAMERON HARRIS,
ANDREZ RIOS, AND JARED WHITAKER,

    Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

    Defendants.

## [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the Stipulated Motion to Dismiss Case with Prejudice, signed by counsel for all parties in the above-captioned lawsuit. Having reviewed the Motion and considered the applicable law, and being fully advised therein, the Court hereby orders that the Motion is GRANTED. All claims in the above-captioned lawsuit are dismissed ***with prejudice and on the merits***, each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August ___, 2024.

BY THE COURT:

_____
Chief Judge Philip A. Brimmer
U.S. District Court Judge

APPROVED AS TO FORM:

**SANFORD LAW FIRM**

*/s/ Sean Short*
Sean Short
SANFORD LAW FIRM
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

This is to certify that on August 19, 2024, a true and correct copy of the above and foregoing document was filed via the Court's electronic filing system, which effected service upon all counsel of record.

/s/ Wendy H. Kalawaia