IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01070-PAB-KAS

STANTON MEATS,
KRESTINA COOMBS,
DESTINY GLANTZ,
CAMERON HARRIS,
ANDREZ RIOS, and
JARED WHITAKER,

      Plaintiffs,

v.

RIDLEY'S FAMILY MARKETS, INC.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

      The matter before the Court is the Stipulated Motion to Dismiss [Docket No. 77], filed on August 19, 2024.  Defendant Ridley's Family Markets, Inc. and plaintiffs Stanton Meats, Krestina Coombs, Destiny Glantz, Cameron Harris, Andrez Rios, and Jared Whitaker state that they have "resolved the claims between them."  *Id*. at 1.  The parties "stipulate and jointly move the Court, through counsel, for an order dismissing the above-captioned action . . . with prejudice and on the merits."  *Id*.  The parties stipulate that each party shall "bear their own costs and attorneys' fees."  Docket No. 77-1 at 1.

      Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request . . . by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Such a dismissal is without prejudice unless the order states otherwise.  *Id*.  Wherefore, it is

      **ORDERED** that the Stipulated Motion to Dismiss [Docket No. 77], construed as a motion under Fed. R. Civ. P. 41(a)(2), is **GRANTED**.  It is further

      **ORDERED** that plaintiffs' claims are **DISMISSED with prejudice**.  Each party shall bear its own costs and attorneys' fees.  It is further

      **ORDERED** that this case is closed.

      DATED August 19, 2024.